I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
P. WAYNE HALE (STATE BAR NO. 221492)
whale@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949-567-6700
Facsimile: 949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

ORIGINAL FILED
08 AUG 14 AM 11:26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC.,

    Plaintiff,

v.

ADAM GUERBUEZ;
ATLANTIS BLUE CAPITAL; AND
DOES 1-25,

    Defendants.

Case No. C08 03889 JF HRL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6       1. [No such interest is known other than that of the named parties to the action].

Dated: August 14, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
Thomas J. Gray
Attorneys for Plaintiff
FACEBOOK, INC.