**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 22, 2005

**FILED**

MAR 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT FOURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

In Re: MDL-1665

Dear Richard W. Wieking:

Enclosed is a certified copy of a transfer order received from the Multidistrict Litigation Panel in Washington, D.C.  It instructs that the case listed above be transferred to our district for disposition pursuant to Title 28:USC 1407, as soon as possible.

MDL Rule 1.6 provides that upon receipt of a certified copy of a transfer order from the transfer court, the clerk of a transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action.  Because of the potentially voluminous size of the case file, Judge Ware has ordered that we not require you to send the complete original file at this time.  He has ordered us to obtain from each transferee court a certified copy of the docket sheet.  He has also asked us to determine if each transferee court has an electronic case file, and if so, whether there is a way for the file to be electronically transferred to our district.

Therefore, as soon as possible, send to my attention a certified copy of the docket sheet for each of the of the above-listed cases.  Please include a copy of this letter with the certified copy of the docket sheet.  Also send to me a description of the size of the case file, whether it is kept electronically and whether there is a mechanism by which any electronically maintained documents can be transferred to our district.  If you wish, I can put you in touch with the manager of our district's electronic case file system.  Your prompt attention to this matter is appreciated.

Yours very truly,

Richard W. Wieking, Clerk

Cynthia Vargas, Deputy Clerk

Clerk's Office, United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

Clerk's Office United States District Court
102 Howard M. Metzenbaum
United States Courthouse
201 Superior Avenue East
Cleveland, OH., 44114-1201

Clerk's Office, United States District Court
1400 United States Courthouse
230 North First Avenue
Phoenix, AZ., 85025-0093

Clerk's Office, United States District Court
708 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN., 55101

Judicial Panel on Multidistrict Litigation
Clerk of the Panel
Michael J. Beck
Thurgood Marshall Federal Judiciary
Building, Room G-255 North
One Columbus Circle, N.E.
Washington, D.C. 2002-8004

Clerk's Office, United States District Court
Phillip Burton United States Courthouse
P. O. Box 36060
450 Golden Gate Avenue
San Francisco, California 94102-3489