AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Adam Guerbuez** by:

(1) personally delivering a copy of each to the individual at this place, **3800, ST-Jean Street, Montreal, Quebec who was identified by Christine Clement and served in her presence.**

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ **35.88 + Tx** for travel and $ **608.00 + Tx** for services, for a total of $ **726.78 (Tx inc)**.

I personally served Adam Guerbuez on THURSDAY, the 14th day of August, 2008 at 5:00 pm eastern time.

Date: **Monday, 22 August, 2008**

_Server's signature_

**PATRICK MARTIN**
Printed name and title

**511, Place D'Armes, Montreal, Quebec Suite 800.**
Server's address

AO 440 (Rev. 04/08) Civil Summons

E-FILING

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FACEBOOK, INC.,
　　　　Plaintiff
　　v.
ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL;
AND DOES 1-25,
　　　　Defendant

Civil Action No.

C08 03889

ADR　JF

HRL

Summons in a Civil Action

To: *(Defendant's name and address)*
ADAM GUERBUEZ;
ATLANTIS BLUE CAPITAL
7739 A Thibert Street, Lasalle, Montréal, Quebec Canada H8N 2C5
and/or
7485 Bourdeau Terrasse, Lasalle, Montréal Quebec, Canada H8N 2K9

A lawsuit has been filed against you.

　　Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas J. Gray (SBN 191411)　　Tel: +1-949-567-6700　　　　Fax: + 1-949-567-6710
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza, Suite 1600
Irvine, CA
92614-2558
United States

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: August 14, 2008

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*