```
 1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
 2  P. WAYNE HALE (STATE BAR NO. 221492)
    whale@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
 4  Menlo Park, CA 94025
    Telephone:  650-614-7400
 5  Facsimile:  650-614-7401

 6  THOMAS J. GRAY (STATE BAR NO. 191411)
    tgray@orrick.com
 7  ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
 8  Irvine, CA 92614
    Telephone:  949-567-6700
 9  Facsimile:  949-567-6710

10  Attorneys for Plaintiff
    FACEBOOK, INC.
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, <br><br> Defendants. | Case No. C08 03889 JF HRL <br><br> **DECLARATION REGARDING SERVICE OF COMPLAINT, SUMMONS AND RELATED COURT PAPERS UPON ADAM GUERBUEZ** |

DECLARATION REGARDING SERVICE OF COMPLAINT,
SUMMONS AND RELATED PAPERS

1    I, Patrick Martin, declare:
2    1.    I have personal knowledge of the facts set forth in this declaration, unless
3    otherwise stated, and I could and would testify competently to them if called as a witness.
4    2.    I certify that I am authorized to serve legal summons and complaints in Canada
5    and that I personally served the summons, complaint and related papers as described in this
6    declaration. I am over 18 years of age and not a party to this action.
7    3.    On August 14, 2008 at approximately 5:00 pm EST I personally hand delivered to
8    Adam Guerbuez (as an individual and as a representative of Atlantis Blue Capital) the following
9    documents:

- "Civil Cover Sheet" stamped C08 03889;
- "Summons in a Civil Action" stamped C08 03889;
- "Complaint For (1) Violations Of The Can-Spam Act (2) Violations Of The Computer Fraud And Abuse Act (3) Violations Of California Penal Code Section 502 (4) Violations Of The Electronic Communication Privacy Act (5) Breach Of Contract Demand For Jury Trial" stamped "Original Filed" and "C08 03889 JF HRL," including an "Exhibit A";
- "Certificate of Interested Entities or Persons" stamped C08 03889;
- "Consenting To A Magistrate Judge's Jurisdiction In The Northern District of California"
- "Welcome To The United States District Court For The Northern District of California, Clerk's Office, San Jose Division" containing a three page "ECF Registration Information Handout";
- "Order Setting Initial Case Management Conference and ADR Deadlines" stamped C 08-03889 JF;
- "Standing Order Re Pretrial Preparation" signed by U.S. District Judge Jeremy Fogel;
- "Standing Order For All Judges of the Northern District of California Contents of Joint Case Management Statement";
- "Standing Order Regarding Case Management in Civil Cases" signed by several Judges, including Judge Jeremy Fogel;

- 1 -    DECLARATION REGARDING SERVICE OF COMPLAINT, SUMMONS AND RELATED PAPERS

1  • "Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A
2  United States District Judge"; and
3  • "Consent To Proceed Before A United States Magistrate Judge."
4    4. I hand delivered these documents to Adam Guerbuez in the parking lot of a
5  restaurant named Carmine's located at 3800 St-Jean Boulevard, Pointe-Claire, Montreal, Quebec
6  Canada.
7    5. Christine Clement accompanied me during the service of these documents and
8  identified the person I was serving as Adam Guerbuez. Before serving the documents, I asked the
9  subject if he was Adam Guerbuez and he confirmed that this was his name.
10   I declare under penalty of perjury under the laws of the State of California that the
11 foregoing is true and correct to the best of my knowledge and that this declaration was executed
12 on August 22, 2008, at Montreal, Quebec.

15 Dated: August 22, 2008

17 _____
   Patrick Martin
18 [Title]
   Huissier de Justice

19 OHS West:260495308.1

-2-    DECLARATION REGARDING SERVICE OF COMPLAINT,
       SUMMONS AND RELATED PAPERS