| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | P. WAYNE HALE (STATE BAR NO. 221492) |
| | whale@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 5 | Facsimile: 650-614-7401 |
| 6 | THOMAS J. GRAY (STATE BAR NO. 191411) |
| | tgray@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 8 | Irvine, CA 92614 |
| | Telephone: 949-567-6700 |
| 9 | Facsimile: 949-567-6710 |
| 10 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. C08 03889 JF HRL |
| Plaintiff, | **REQUEST TO ENTER DEFAULT** |
| v. | |
| ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, | |
| Defendants. | |

| | |
|---|---|
| 1 | TO: THE CLERK OF THE ABOVE-ENTITLED COURT |
| 2 | Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Facebook, Inc. |
| 3 | hereby requests that the Clerk of this Court enter a default in this matter against Defendant Adam |
| 4 | Guerbuez and Defendant Atlantis Blue Capital on the ground that said defendants have failed to |
| 5 | appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of |
| 6 | Civil Procedure. |
| 7 | According to the Federal Rules of Civil Procedure, Rule 12(a)(1), the deadline for |
| 8 | Defendant Adam Guerbuez and Defendant Atlantis Blue Capital to respond has passed. *See* |
| 9 | Declaration of Thomas J. Gray ("Gray Decl."), ¶4. Plaintiff effected personal service of the |
| 10 | Summons and Complaint on Defendant Adam Guerbuez (in his individual capacity and as |
| 11 | representative of Defendant Atlantis Blue Capital) on August 14, 2008, as evidenced by the Proof |
| 12 | of Service and Declaration Regarding Service Of Complaint, Summons And Related Court |
| 13 | Papers Upon Adam Guerbuez on file with this Court. *See* Docket Nos. 5 and 6; s*ee also*, Gray |
| 14 | Decl., ¶3. Consequently, Defendants' responsive pleading were due on September 3, 2008. *Id.*, |
| 15 | ¶4. Defendants, however, have failed to file or serve an answer or other responsive pleading and |
| 16 | have not otherwise appeared to contest this action. *Id*. |

Dated: September 10, 2008

I. NEEL CHATTERJEE
THOMAS J. GRAY
P. WAYNE HALE
Orrick, Herrington & Sutcliffe LLP


/s/ Thomas J. Gray
───────────────────────
Thomas J. Gray
Attorneys for Plaintiff
FACEBOOK, INC.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that this document(s) filed through the ECF system will be sent |
| 3 | electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) |
| 4 | and paper copies will be sent to those indicated as non registered participants on September 10, |
| 5 | 2008. |

Dated: September 10, 2008.                    Respectfully submitted,

                                                                        /s/ Thomas J. Gray
                                                                          Thomas J. Gray