| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | P. WAYNE HALE (STATE BAR NO. 221492) |
| | whale@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 5 | Facsimile: 650-614-7401 |
| 6 | THOMAS J. GRAY (STATE BAR NO. 191411) |
| | tgray@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 8 | Irvine, CA 92614 |
| | Telephone: 949-567-6700 |
| 9 | Facsimile: 949-567-6710 |
| 10 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. C08 03889 JF HRL |
| Plaintiff, | **DECLARATION IN SUPPORT OF REQUEST TO ENTER DEFAULT** |
| v. | |
| ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, | |
| Defendants. | |

OHS West:260506572.2

DECLARATION IN SUPPORT OF REQUEST
TO ENTER DEFAULT
CASE NO. C08 03889 JF HRL

| | |
|---|---|
| 1 | I, Thomas J. Gray, declare: |
| 2 | 1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel |
| 3 | of record for Plaintiff Facebook, Inc., and I am duly admitted to practice before this Court.  I have |
| 4 | personal knowledge of the facts set forth in this declaration, unless otherwise stated, and I could |
| 5 | and would testify competently to them if called as a witness. |
| 6 | 2. I submit this declaration in support of Facebook's Request for Entry of Default as |
| 7 | to Defendants Adam Guerbuez and Atlantis Blue Capital. |
| 8 | 3. A process server working on behalf of Facebook, Inc. served the Complaint and |
| 9 | Summons for this case on Defendants Adam Guerbuez and Atlantis Blue Capital on August 14, |
| 10 | 2008.  The Proof of Service and Declaration Regarding Service from the process server were |
| 11 | previously filed with the Court.  *See* Docket Nos. 5 and 6. |
| 12 | 4. Pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, I understand |
| 13 | that the responsive pleadings of Defendants Adam Guerbuez and Atlantis Blue Capital were due |
| 14 | 20 days following service.  The time period expired on September 3, 2008.  Neither Defendant |
| 15 | Guerbuez nor Defendant Atlantis Blue Capital have filed an answer or other responsive pleading |
| 16 | or otherwise appeared in the case. |
| 17 | 5. I have reviewed various Internet postings and videos of Defendant Guerbuez.  In |
| 18 | some of them Defendant Guerbuez specifically states that he is 32 years old.  Thus, upon |
| 19 | information and belief, Defendant Guerbuez is neither an infant nor an incompetent person, and |
| 20 | is not serving in the armed forces of the United States. |
| 21 | I declare under penalty of perjury under the laws of the State of California that the |
| 22 | foregoing is true and correct to the best of my knowledge and that this declaration was executed |
| 23 | on September 10, 2008, at Irvine, California. |

By    s/Thomas J. Gray
           Thomas J. Gray

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 10, 2008.

Dated: September 10, 2008.            Respectfully submitted,

                                       /s/ Thomas J. Gray
                                       Thomas J. Gray