**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                     General Court Number
Clerk                                                          408.535.5364

October 7, 2008

RE:  CV 08-03889 JF        FACEBROOK, INC.-v- ADAM GUERBUEZ, ET AL.

Default is entered as to Defendant Adam Guerbuez and Defendant Atlantis Blue Capital on 10/7/2008.

                                        RICHARD W. WIEKING, Clerk

                                        *Gordana Macic* (signature)

                                        by Gordana Macic
                                        Case Systems Administrator

NDC TR-4  Rev. 3/89