I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
P. WAYNE HALE (STATE BAR NO. 221492)
whale@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949-567-6700
Facsimile: 949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, <br><br> Defendants. | Case No. C08 03889 JF HRL <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PLAINTIFF'S:** <br><br> **(1) APPLICATION FOR DEFAULT JUDGMENT AGAINST ADAM GUERBUEZ AND ATLANTIS BLUE CAPITAL** <br><br> **(2) EXHIBIT N TO THE DECLARATION OF P. WAYNE HALE IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST ADAM GUERBUEZ AND ATLANTIS BLUE CAPITAL** |

OHS West:260543946.1

ADMINISTRATIVE MOTION TO SEAL CASE NO. C08 03889 JF HRL

Pursuant to Civil L.R. 7-11 and 79-5(b), Plaintiff respectfully submits this administrative motion asking the Court to file under seal its (1) Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital and (2) Exhibit N to the Declaration Of P. Wayne Hale In Support Of Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital.

Plaintiff's Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital and Exhibit N to the Declaration Of P. Wayne Hale In Support Of Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital contain commercially sensitive and confidential information that, if released to the general public, will adversely affect Facebook. Accordingly, Plaintiff requests that its Application and this supporting declaration exhibit remain sealed and confidential.

Dated: November 10, 2008

I. NEEL CHATTERJEE
THOMAS J. GRAY
P. WAYNE HALE
Orrick, Herrington & Sutcliffe LLP

/s/ *Thomas J. Gray*
Thomas J. Gray
Attorneys for Plaintiff
FACEBOOK, INC.