| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 2 | P. WAYNE HALE (STATE BAR NO. 221492) |
| | whale@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
| | Telephone: 650-614-7400 |
| 5 | Facsimile: 650-614-7401 |
| 6 | THOMAS J. GRAY (STATE BAR NO. 191411) |
| | tgray@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| 8 | Irvine, CA 92614 |
| | Telephone: 949-567-6700 |
| 9 | Facsimile: 949-567-6710 |
| 10 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. C08 03889 JF HRL |
| Plaintiff, | **DECLARATION OF THOMAS J. GRAY PURSUANT TO CIVIL LOCAL RULE 7-11 AND 79-5(B) IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PLAINTIFF'S:** |
| v. | |
| ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, | |
| Defendants. | **(1) APPLICATION FOR DEFAULT JUDGMENT AGAINST ADAM GUERBUEZ AND ATLANTIS BLUE CAPITAL** |
| | **(2) EXHIBIT N TO THE DECLARATION OF P. WAYNE HALE IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST ADAM GUERBUEZ AND ATLANTIS BLUE CAPITAL** |

OHS West:260543982.1

DECLARATION ISO ADMINISTRATIVE MOTION TO SEAL CASE NO. C08 03889 JF HRL

| | |
|---|---|
| 1 | I, Thomas J. Gray, declare as follows: |
| 2 | 1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to Plaintiff Facebook, Inc. I am licensed to practice law in the State of California. I have personal knowledge of the facts and circumstances set forth in this Declaration. If called as a witness, I could and would testify competently to the matters set forth herein. I make this Declaration pursuant to Civil L.R. 7-11 and 79-5(b). |

I, Thomas J. Gray, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel to Plaintiff Facebook, Inc. I am licensed to practice law in the State of California. I have personal knowledge of the facts and circumstances set forth in this Declaration. If called as a witness, I could and would testify competently to the matters set forth herein. I make this Declaration pursuant to Civil L.R. 7-11 and 79-5(b).

2. Good cause exists for sealing Plaintiff's (1) Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital and (2) Exhibit N to the Declaration Of P. Wayne Hale In Support Of Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital.

3. Plaintiffs' Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital and Exhibit N to the Declaration Of P. Wayne Hale In Support Of Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital contain commercially sensitive and/or confidential information that, if released to the general public, will adversely affect Facebook.

4. This Administrative Motion is being made pursuant to Civil L.R. 79-5, which requires a Court order to seal documents and does not permit sealing by stipulation. A stipulation could not be obtained because Defendant has not appeared or responded in this case in any way.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of November, 2008, at Irvine, California.

| | | |
|---|---|---|
| Dated: November 10, 2008 | | I. NEEL CHATTERJEE<br>THOMAS J. GRAY<br>P. WAYNE HALE<br>Orrick, Herrington & Sutcliffe LLP |

*/s/ Thomas J. Gray*
Thomas J. Gray
Attorneys for Plaintiff
FACEBOOK, INC.
