| | |
|---|---|
| 1 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
|   | nchatterjee@orrick.com |
| 2 | P. WAYNE HALE (STATE BAR NO. 221492) |
|   | whale@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, CA 94025 |
|   | Telephone:     650-614-7400 |
| 5 | Facsimile:      650-614-7401 |
| 6 | THOMAS J. GRAY (STATE BAR NO. 191411) |
|   | tgray@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 4 Park Plaza, Suite 1600 |
| 8 | Irvine, CA 92614 |
|   | Telephone:     949-567-6700 |
| 9 | Facsimile:      949-567-6710 |
| 10 | Attorneys for Plaintiff |
|    | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. C08 03889 JF  HRL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL PLAINTIFF'S:** |
| v. | |
| ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, | **(1) APPLICATION FOR DEFAULT JUDGMENT AGAINST ADAM GUERBUEZ AND ATLANTIS BLUE CAPITAL** |
| Defendants. | **(2) EXHIBIT N TO THE DECLARATION OF P. WAYNE HALE IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST ADAM GUERBUEZ AND ATLANTIS BLUE CAPITAL** |

OHS West:260544013.1

[PROPOSED] ORDER GRANTING PLAINTIFF'S
ADMINISTRATIVE MOTION TO SEAL  CASE NO. C08
03889 JF  HRL

The matter before the Court is Plaintiff's Administrative Motion to Seal Plaintiff's (i) Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital and (ii) Exhibit N to the Declaration Of P. Wayne Hale In Support Of Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital.

The Court has considered said motion and, finding good cause, hereby GRANTS Plaintiffs' Motion to Seal Plaintiff's (i) Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital and (ii) Exhibit N to the Declaration Of P. Wayne Hale In Support Of Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital.

IT IS SO ORDERED.

Dated: _____, 2008

_____
Honorable Jeremy Fogel
United States District Judge
Northern District of California