1    I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
2    P. WAYNE HALE (STATE BAR NO. 221492)
whale@orrick.com
3    ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
4    Menlo Park, CA 94025
Telephone:    650-614-7400
5    Facsimile:    650-614-7401

6    THOMAS GRAY (STATE BAR NO. 191411)
tgray@orrick.com
7    ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
8    Irvine, CA 92614-2558
Telephone:    949-567-6700
9    Facsimile:    949-567 6710

10    Attorneys for Plaintiff
FACEBOOK, INC.

11

12                 UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15

16    FACEBOOK, INC.,              Case No. 5:08-cv-03889-JF

17             Plaintiff,         **MANUAL FILING NOTIFICATION
REGARDING APPLICATION FOR**
18       v.                      **DEFAULT JUDGMENT AGAINST
ADAM GUERBUEZ AND ATLANTIS
19    ADAM GUERBUEZ; ATLANTIS BLUE**    **BLUE CAPITAL**
CAPITAL; AND DOES 1-25,
20                                Judge:      Honorable Jeremy Fogel
Defendant.
21

22

23

24

25

26

27

28

Dockets.Justia.com

# MANUAL FILING NOTIFICATION

Regarding: APPLICATION FOR DEFAULT JUDGMENT AGAINST ADAM GUERBUEZ
AND ATLANTIS BLUE CAPITAL

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a party who has appeared in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

**_____**

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated: November 10, 2008      THOMAS GRAY
                                          I. NEEL CHATTERJEE
                                          P. WAYNE HALE
                                          Orrick, Herrington & Sutcliffe LLP

_____
                                          */s/ Thomas Gray*
                                          THOMAS GRAY
                                          Attorneys for Plaintiff
                                          FACEBOOK, INC.