I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
P. WAYNE HALE (STATE BAR NO. 221492)
whale@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone:   949-567-6700
Facsimile:   949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, <br><br>　　　　　　Defendants. | Case No.  C08 03889 JF  HRL <br><br>**DECLARATION OF P. WAYNE HALE IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST ADAM GUERBUEZ AND ATLANTIS BLUE CAPITAL** |

I, P. Wayne Hale, declare:

1. I have personal knowledge of the facts set forth in this declaration, unless otherwise stated, and I could and would testify competently to them if called as a witness.

2. Attached hereto as **Exhibit A** is a true and correct pdf printout of the webpage profile information for YouTube user "ToughLife2007," which I created on September 26, 2008 while viewing http://www.youtube.com/user/ToughLife2007. One of the videos posted by this user is captioned "Adam G." Based on my investigation and a review of the photographs and video taken during the service of the Complaint, I believe these videos were posted by and show Adam Guerbuez.

3. On September 18, 2008, I searched youtube.com for all of Defendant Guerbuez's "ToughLife2007" videos. Attached as **Exhibit C** is a true and correct PDF printout of the YouTube webpage search results. The search results display summary information about each ToughLife2007 video, including the titles, a portion of the caption information provided for each video by ToughLife2007 and an approximate date when the video was added to YouTube. When a video is viewed, the specific day that the video was added by ToughLife2007 and complete caption information provided by ToughLife2007 is displayed on the right of the screen while the video is playing.

4. Attached hereto as **Exhibit B** is a physical copy of a DVD (Manual Filing Notification Regarding Exhibit B: DVD In Support Of Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital) containing true and correct copies of each of the videos listed in **Exhibit C** (downloaded from Adam Guerbuez's "ToughLife2007" YouTube profile). As of September 18, 2008, each of those videos was still available for viewing online at http://www.youtube.com/user/ToughLife2007.

5. I have viewed the Guerbuez videos entitled "Just some video recorded in past few weeks, everyday life.," "A Day In My Life Part 1," "A Day In My Life - Part 2 Volume 2" and "Me and my ride having some fun downtown." For the convenience of the Court, attached as **Exhibit D** is a rough transcription of some of the dialogue and activity occurring during certain time frames referenced in those videos.

| | |
|---|---|
| 1 | 6. I have viewed some of Adam Guerbuez's "ToughLife2007" comments on |
| 2 | YouTube, which follow his video postings. Attached hereto as **Exhibit E** is a true and correct |
| 3 | copy of the four pages of comments posted for the video "Me and my ride having some fun |
| 4 | downtown." |
| 5 | 7. Attached hereto as **Exhibit F** is a true and correct webpage capture of Ballervision |
| 6 | profile information for Adam Guerbuez, user "TheBoss - BallerVision Admin," which I |
| 7 | preserved on July 21, 2008 from www.Ballervision.com. Adam Guerbuez states on his profile |
| 8 | that he is "unemployed." He also states that he has an income of "ok, I'm VERY wealthy." The |
| 9 | Ballervision income categories specify that this means Guerbuez has an income over $500,000. |
| 10 | Attached hereto as **Exhibit G** is a true and correct screenshot showing the Ballervision income |
| 11 | categories available when creating a Ballervision profile. |
| 12 | 8. Adam Guerbuez has been described as the "Notorious internet scammer … from |
| 13 | Montreal, Quebec, Canada." on a spammer reporting website. See |
| 14 | http://en.allexperts.com/e/l/li/list_of_e-mail_spammers.htm (visited 9/26/08). Attached hereto as |
| 15 | **Exhibit O** is a true and correct copy of the list of email spammers from that website. |
| 16 | 9. Attached hereto as **Exhibit H** is a true and correct copy of an archived Montreal |
| 17 | Mirror 2003 article showing that a Montreal based Adam Guerbuez previously marketed videos |
| 18 | featuring attacks on homeless persons. The article is also available at |
| 19 | http://www.montrealmirror.com/ARCHIVES/2003/091803/news2.html (visited 9/26/08). |
| 20 | 10. Attached hereto as **Exhibit I** is a true and correct copy of the text of a July 2000 |
| 21 | Montreal, Quebec Gazette article downloaded from a Lexus news search that discussed Adam |
| 22 | Guerbuez's alleged involvement in the beating and eventual death of an individual outside of a |
| 23 | bar in Montreal. Attached hereto as **Exhibit J** is a true and correct copy of the text of an August |
| 24 | 2000 article taken from The Internet Anti-Fascist, also available at |
| 25 | http://archives.econ.utah.edu/archives/pen-l/2000m08.2/msg00126.htm (visited 10/20/08). See |
| 26 | The Internet Anti-Fascist: Tuesday, 8 August 2000, Vol. 4, Number 64 (#449). |

11. Attached hereto as **Exhibit K** is a true and correct copy of the text of a May 1995 Montreal, Quebec Gazette article downloaded from a Lexus news search discussing Adam Guerbuez's involvement in the White Supremacist Toronto-based, Heritage Front group

12. Based on the videos that I reviewed and Defendant Guerbuez's Internet positing, I am informed and believe that Defendants Adam Guerbuez and Atlantis Blue Capital are not minors, incompetent persons, in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

13. To my knowledge neither Facebook nor Facebook's counsel have had any outside contact with or received any communications from Defendant or Defendant's counsel since August 14, 2008, when agents for Facebook personally served the Complaint, Summons and other papers for this case on Defendants Adam Guerbuez and Atlantis Blue Capital.

14. Attached as **Exhibit L** is a true and correct copy of an Amended Order Granting Plaintiff Myspace, Inc.'s Motion For Default Judgments Against Defendants Sanford Wallace And Walter Rines, dated May 29, 2008, downloaded from the docket in the MySpace, Inc. v. Wallace, et al. case, CASE NO. CV-07-1929 ABC (AGRx) in the Central District of California.

15. Attached as **Exhibit M** is a true and correct copy of an Amended and Substituted Order dated September 30, 2008, entering judgment for $236,480,660.00 in favor of Plaintiff Robert W. Kramer, III dba CIS Internet Services against Defendants Henry Perez and Suzanne Bartok in joint and several liability for violating Iowa's anti-spamming law in Case No. 3:04cv0153-JAJ in the Southern District of Iowa.

16. Attached as **Exhibit N** is a true and correct signed copy of a Facebook employee's declaration in support of Facebook's application for default judgment against Adam Guerbuez and Atlantis Blue Capital.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on November 10, 2008, at Menlo Park, California.

| | |
|---|---|
| Dated: November 10, 2008 | I. NEEL CHATTERJEE<br>THOMAS GRAY<br>P. WAYNE HALE<br>Orrick, Herrington & Sutcliffe LLP<br><br>_/s/ P. Wayne Hale_<br>P. Wayne Hale<br>Attorneys for Plaintiff<br>FACEBOOK, INC. |

OHS West:260516532.1