I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
P. WAYNE HALE (STATE BAR NO. 221492)
whale@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949-567-6700
Facsimile: 949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, <br><br> Defendants. | Case No. C08 03889 JF HRL <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST ADAM GUERBUEZ AND ATLANTIS BLUE CAPITAL** |

| | |
|---|---|
| 1 | Plaintiff Facebook, Inc.'s ("Facebook") Application For Default Judgment Against |
| 2 | Defendants Adam Guerbuez and Atlantis Blue Capital came before the Court on |
| 3 | _____, in Courtroom 3, the Honorable Jeremy Fogel presiding. Having |
| 4 | reviewed the moving and opposing papers and supporting declarations filed with the Court, and |
| 5 | having heard the arguments of counsel, |
| 6 |      IT IS HEREBY ORDERED THAT: |
| 7 |      Default judgments are entered against defendants Adam Guerbuez and Atlantis Blue |
| 8 | Capital as follows: |
| 9 |      Statutory damages in the amount of $_____ against Adam Guerbuez and |
| 10 | Atlantis Blue Capital, jointly and severally, for violations of the CAN-SPAM Act. |
| 11 |      Aggravated Statutory damages in the amount of $_____ against Adam |
| 12 | Guerbuez and Atlantis Blue Capital, jointly and severally, for aggravated violations of the CAN- |
| 13 | SPAM Act. |
| 14 |      Reasonable attorneys fees pursuant to the CAN-SPAM Act, § 7706(g)(4) in an amount to |
| 15 | be established through declarations complying with Local Rule 54-6(b)(2) and (b)(3), to be filed |
| 16 | with the Court no later than _____; plus costs of suit. |
| 17 |      A permanent injunction against defendants, as follows: |
| 18 |      The Court ENJOINS defendants Adam Guerbuez and Atlantis Blue Capital and their |
| 19 | agents, servants, employees, attorneys, affiliates, distributors, successors and assigns, and any |
| 20 | other persons acting in concert or participation with them from: |
| 21 |      a.    Using or accessing, whether directly or indirectly, Facebook's data, |
| 22 | information, computers, computers systems, computer networks, or Facebook users' accounts, |
| 23 | information or profiles for any reason whatsoever; |
| 24 |      b.    assisting or inducing others to use or access, whether directly or indirectly, |
| 25 | Facebook's data, information, computers, computers systems, computer networks, or Facebook |
| 26 | users' accounts, information or profiles for commercial purposes or to send commercial |
| 27 | messages; |
| 28 |      c.    accessing the physical property, structures or buildings of Facebook or |

1 Facebook's employees;

2     d. retaining, using, accessing, collecting, compiling, retrieving or disclosing, whether directly or indirectly, Facebook's data or information, or Facebook users' accounts, information or profiles;

    e. assisting or inducing others to retain, use, access, collect, compile, retrieve, or disclose, whether directly or indirectly, Facebook's data or information, or Facebook users' accounts, information or profiles;

    f. using Facebook's computers, computers systems, computer networks or Facebook users' accounts, information or profiles to send, directly or indirectly, commercial emails, Wall post bulletins, or messages of any kind;

    g. creating, maintaining or using a Facebook account or profile;

    h. using any Facebook trademark or logo, or any design or feature that is intended to resemble a Facebook trademark or logo; and

    i. violating, or assisting or inducing others to violate, Facebook's Terms of Use.

IT IS SO ORDERED.

Dated: _____, 2008

_____
Honorable Jeremy Fogel
United States District Judge
Northern District of California