I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
P. WAYNE HALE (STATE BAR NO. 221492)
whale@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone:   949-567-6700
Facsimile:   949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, <br><br> Defendants. | Case No.  C08 03889 JF  HRL <br><br> **DECLARATION OF BERNARD CANTIN IN SUPPORT OF FACEBOOK INC.'S MOTION TO SHORTEN TIME FOR DEFAULT JUDGMENT HEARING** |

I, Bernard Cantin, declare:

1. I have personal knowledge of the facts set forth in this declaration, unless otherwise stated, and I could and would testify competently to them if called as a witness.

2. I certify that I am a retired Federal Police Officer and current licensed Private Investigator in the Province of Quebec, Canada.

3. Before August 14, 2008, on numerous occasions, I (or members of my company) personally observed in Quebec Adam Guerbuez and/or his very distinctive custom white Chrysler 300c automobile in the vicinity of 7739 A Thibert Street, Lasalle, Montréal, Quebec Canada H8N 2C5, 7485 Bourdeau Terrasse, Lasalle, Montréal Quebec, Canada H8N 2K9 and/or 12305 Green Lane, Cartierville, Canada.

4. Since October 7, 2008, the date the default was entered against Defendants, I, and others at my company, have looked for Adam Guerbuez and/or his vehicle on three different occasions at these same address(es). Unlike before we served him, we did not observe or locate Mr. Guerbuez or his distinctive vehicle.

5. On October 24, 2008 we visited 7739 A Thibert Street, Lasalle, Montréal, Quebec Canada H8N 2C5 and 7485 Bourdeau Terrasse, Lasalle, Montréal Quebec, Canada H8N 2K9 at approximately the same times we had previously observed Mr. Guerbuez or his vehicle present. Neither Mr. Guerbuez nor his vehicle were visible or present.

6. On October 25, 2008 we visited 7739 A Thibert Street, Lasalle, Montréal, Quebec Canada H8N 2C5 and 7485 Bourdeau Terrasse, Lasalle, Montréal Quebec, Canada H8N 2K9 at approximately the same times we had previously observed Mr. Guerbuez or his vehicle present. Neither Mr. Guerbuez nor his vehicle were visible or present.

7. On November 2, 2008 we visited 7739 A Thibert Street, Lasalle, Montréal, Quebec Canada H8N 2C5, 7485 Bourdeau Terrasse, Lasalle, Montréal Quebec, Canada H8N 2K9 and on November 3, 2008 12305 Green Lane, Cartierville, Canada at approximately the same times we had previously observed Mr. Guerbuez or his vehicle present. Neither Mr. Guerbuez nor his vehicle were visible or present.

- 2 -

8. Based on these observations, it appears that Mr. Guerbuez's activities or patterns have changed since August 14, 2008, when we served him with the Complaint and related papers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on November 12, 2008, at Montréal, Quebec, Canada.

Dated: November 12, 2008

_____
Bernard Cantin
Groupe Cantin Geoffrion Investigation