I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
P. WAYNE HALE (STATE BAR NO. 221492)
whale@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949-567-6700
Facsimile: 949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, <br><br> Defendants. | Case No. C08 03889 JF HRL <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO SHORTEN TIME FOR DEFAULT JUDGMENT HEARING** |

OHS West:260547736.1

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN
TIME FOR DEFAULT JUDGMENT HEARING CASE NO. C08
03889 JF HRL

Having considered Plaintiff Facebook, Inc.'s ("Facebook") Motion To Shorten Time For Default Judgment Hearing and all other relevant pleadings and papers filed, and good cause appearing therefore,

IT IS HEREBY ORDERED that Facebook's Motion To Shorten Time For Default Judgment Hearing is **GRANTED**.

The Court hereby schedules the hearing for Facebook's Application For Default Judgment Against Adam Guerbuez And Atlantis Blue Capital for _____, 2008.

**IT IS SO ORDERED.**

Dated: _____, 2008            _____