1  I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
2  P. WAYNE HALE (STATE BAR NO. 221492)
   whale@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone:  650-614-7400
5  Facsimile:  650-614-7401

6  THOMAS J. GRAY (STATE BAR NO. 191411)
   tgray@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   4 Park Plaza, Suite 1600
8  Irvine, CA 92614
   Telephone:  949-567-6700
9  Facsimile:  949-567-6710

10 Attorneys for Plaintiff
   FACEBOOK, INC.

\*\*E-Filed 11/21/08\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, <br><br> Defendants. | Case No.  C08 03889 JF  HRL <br><br> **[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION TO SHORTEN TIME FOR DEFAULT JUDGMENT HEARING** |

1       Having considered Plaintiff Facebook, Inc.'s ("Facebook") Motion To Shorten Time For
2 Default Judgment Hearing and all other relevant pleadings and papers filed, and good cause
3 appearing therefore,
4       IT IS HEREBY ORDERED that Facebook's Motion To Shorten Time For Default
5 Judgment Hearing is **GRANTED**.
6       The Court hereby schedules the hearing for Facebook's Application For Default Judgment
7 Against Adam Guerbuez And Atlantis Blue Capital for ____11/21/08____, 2008.

9       **IT IS SO ORDERED.**

11 Dated: ____11/19/08____, 2008       _____