# UNITED STATES DISTRICT COURT

JUDGE JEREMY FOGEL, PRESIDING

COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, November 21, 2008          Time (mins): 4

**Case Number:** CV-08-3889-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz

**Court Reporter:** Kristen Moody

---

**TITLE:**                    **FACEBOOK, INC.  V.  ADAM GUERBUEZ, ET AL**

                              **PLAINTIFF**                              **DEFENDANT**

**Attorneys Present:** Thomas Gray                    **Attorneys Present:**

---

PROCEEDINGS:

Hearing on Motion for Default Judgment held.  Parties are present.  The motion is taken under submission.