I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
P. WAYNE HALE (STATE BAR NO. 221492)
whale@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949-567-6700
Facsimile: 949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, <br><br> Defendants. | Case No. C08 03889 JF HRL <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF REMAINING PARTIES AND CLAIMS WITHOUT PREJUDICE AND REQUEST FOR ENTRY OF FINAL JUDGMENT** <br><br> Date: December 8, 2008 <br> Time: <br> Location: <br> Judge: Hon. Jeremy Fogel |

OHS West:260556190.1

NOTICE OF VOLUNTARY DISMISSAL W/O
PREJUDICE CASE NO. C08 03889 JF HRL

| | |
|---|---|
| 1 | This action was filed on August 14, 2008.  The complaint and summons in this action |
| 2 | were served on defendants Adam Guerbuez and Atlantis Blue Capital on August 14, 2008. |
| 3 | Defendants have not appeared in this action nor served any answer or motions for summary |
| 4 | judgment on plaintiff. |
| 5 | On November 21, 2008, this Court entered a Default Judgment against Adam Guerbuez |
| 6 | and Atlantis Blue Capital related to Facebook's CAN-SPAM Act claim.  Facebook hereby waives |
| 7 | its right to collect attorneys' fees and costs of suit pursuant to that Default Judgment.  In addition, |
| 8 | pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A), Plaintiff Facebook, Inc. |
| 9 | hereby voluntarily dismisses the remaining parties, Does 1-25, and claims in the above-entitled |
| 10 | action without prejudice as of the date of filing this notice. |
| 11 | Pursuant to the Federal Rules of Civil Procedure, Rules 41(a)(1)(A) and 54(b), plaintiff |
| 12 | Facebook requests entry of the attached [Proposed] Final Judgment. |

Dated: December 8, 2008.

I. NEEL CHATTERJEE
THOMAS J. GRAY
P. WAYNE HALE
Orrick, Herrington & Sutcliffe LLP

/s/ Thomas J. Gray
Thomas J. Gray
Attorneys for Plaintiff
FACEBOOK, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any.

Dated: December 8, 2008.  Respectfully submitted,

/s/ Thomas J. Gray
Thomas J. Gray