I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
P. WAYNE HALE (STATE BAR NO. 221492)
whale@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:   650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone:   949-567-6700
Facsimile:   949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.  C08 03889 JF  HRL |
| Plaintiff, | [~~PROPOSED~~] FINAL JUDGMENT |
| v. | |
| ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, | |
| Defendants. | |

Plaintiff Facebook Inc.'s Application for Default Judgment as to Facebook's CAN-SPAM claim against defendants Adam Guerbuez and Atlantis Blue Capital came on for hearing before this Court on November 21, 2008.  This Court issued a Default Judgment against defendants Adam Guerbuez and Atlantis Blue Capital the same day.  In consideration of Facebook's Notice Of Voluntary Dismissal Of Remaining Parties and Claims Without Prejudice, filed December 8, 2008, the remaining parties, Does 1-25, and claims in the above-entitled action are hereby dismissed without prejudice.

All interlocutory orders and judgments in the above-entitled action, including the November 21, 2008 Default Judgment against Adam Guerbuez and Atlantis Blue Capital, are now final judgments pursuant to the Federal Rules of Civil Procedure, Rule 54(b).  Pursuant to Rule 62(a), the final Default Judgment against Adam Guerbuez and Atlantis Blue Capital shall be enforceable, notwithstanding appeal, 10 days from the entry of this final judgment.

IT IS SO ORDERED.

Dated:  12/9        , 2008

Honorable Jeremy Fogel
United States District Judge
Northern District of California