I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
P. WAYNE HALE (STATE BAR NO. 221492)
whale@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:   650-614-7400
Facsimile:    650-614-7401

THOMAS J. GRAY (STATE BAR NO. 191411)
tgray@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone:   949-567-6700
Facsimile:    949-567-6710

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>ADAM GUERBUEZ; ATLANTIS BLUE CAPITAL; AND DOES 1-25, <br><br>　　　　　Defendants. | Case No.  C08 03889 JF  HRL <br><br> **MISCELLANEOUS ADMINISTRATIVE REQUEST FOR DETERMINATION OF ENFORCEABILITY AND NON-APPEALABILITY;** <br> **[PROPOSED] ORDER** <br><br> Date: <br> Time: <br> Location:   Courtroom 3, 5th Floor <br> Judge:       Hon. Jeremy Fogel |

1  Pursuant to Civil Local Rules 7-1 and 7-11, Plaintiff Facebook, Inc. respectfully moves
2  for an order from this Court stating that the November 21, 2008 Default Judgment against
3  defendants Adam Guerbuez and Atlantis Blue Capital is now enforceable in California and is no
4  longer subject to appeal or other review in United States Federal Court.
5  Whereas, some foreign jurisdictions require a certificate from an official in the issuing
6  jurisdiction to establish that the judgment can no longer be appealed or reviewed there and that it
7  is final and enforceable there;
8  Whereas, a federal court judgment requires a ten day stay after entry by the court clerk
9  before it can be enforced (see Fed. R. Civ. P. 62(a));
10 Whereas, a notice of appeal of a final judgment must be filed within 30 days after the
11 judgment or order appealed from is entered (see Fed. R. App. P. 4(a));
12 Whereas, this Court issued a Default Judgment against defendants Adam Guerbuez and
13 Atlantis Blue Capital on November 21, 2008;
14 Whereas, on December 9, 2008, this Court issued a Final Judgment; and
15 Whereas, no notice of appeal has been filed;
16
17 IT IS HEREBY ORDERED:
18 The November 21, 2008 Default Judgment against defendants Adam Guerbuez and
19 Atlantis Blue Capital is now enforceable in California and is no longer subject to appeal or other
20 review in United States Federal Court.
21
22 IT IS SO ORDERED.
23
24 Dated: _____, 2009
25
26                                    Honorable Jeremy Fogel
                                      United States District Judge
27                                    Northern District of California
28

OHS West:260638406.1            - 1 -    DETERMINATION OF ENFORCEABILITY AND NON-
                                         APPEALABILITY  CASE NO. C08 03889 JF HRL

|   |   |
|---|---|
| 1 |   |
| 2 | Dated: April 10, 2009 |
| 3 |   |

Dated:  April 10, 2009

I. NEEL CHATTERJEE
THOMAS J. GRAY
P. WAYNE HALE
Orrick, Herrington & Sutcliffe LLP


_____ /s/ *Thomas J. Gray*
Thomas J. Gray
Attorneys for Plaintiff
FACEBOOK, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 10, 2009.

Dated: April 10, 2009.                     Respectfully submitted,

                                          /s/ Thomas J. Gray
                                          Thomas J. Gray

OHS West:260638406.1            - 3 -     DETERMINATION OF ENFORCEABILITY AND NON-
                                          APPEALABILITY CASE NO. C08 03889 JF HRL