1   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
2   P. WAYNE HALE (STATE BAR NO. 221492)                    **E-Filed 4/16/09**
    whale@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
4   Menlo Park, CA 94025
    Telephone:    650-614-7400
5   Facsimile:    650-614-7401

6   THOMAS J. GRAY (STATE BAR NO. 191411)
    tgray@orrick.com
7   ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
8   Irvine, CA 92614
    Telephone:    949-567-6700
9   Facsimile:    949-567-6710

10  Attorneys for Plaintiff
    FACEBOOK, INC.
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15

16  FACEBOOK, INC.,                    Case No.  C08 03889 JF  HRL

17              Plaintiff,             **MISCELLANEOUS ADMINISTRATIVE
                                       REQUEST FOR DETERMINATION OF
18       v.                            ENFORCEABILITY AND NON-
                                       APPEALABILITY;**
19  ADAM GUERBUEZ; ATLANTIS BLUE       **[PROPOSED] ORDER**
    CAPITAL; AND DOES 1-25,
20                                      Date:
            Defendants.                 Time:
21                                      Location:    Courtroom 3, 5th Floor
                                        Judge:       Hon. Jeremy Fogel
22

23

24

25

26

27

28

1   Pursuant to Civil Local Rules 7-1 and 7-11, Plaintiff Facebook, Inc. respectfully moves

2   for an order from this Court stating that the November 21, 2008 Default Judgment against

3   defendants Adam Guerbuez and Atlantis Blue Capital is now enforceable in California and is no

4   longer subject to appeal or other review in United States Federal Court.

5   Whereas, some foreign jurisdictions require a certificate from an official in the issuing

6   jurisdiction to establish that the judgment can no longer be appealed or reviewed there and that it

7   is final and enforceable there;

8   Whereas, a federal court judgment requires a ten day stay after entry by the court clerk

9   before it can be enforced (see Fed. R. Civ. P. 62(a));

10  Whereas, a notice of appeal of a final judgment must be filed within 30 days after the

11  judgment or order appealed from is entered (see Fed. R. App. P. 4(a));

12  Whereas, this Court issued a Default Judgment against defendants Adam Guerbuez and

13  Atlantis Blue Capital on November 21, 2008;

14  Whereas, on December 9, 2008, this Court issued a Final Judgment; and

15  Whereas, no notice of appeal has been filed;

16

17  IT IS HEREBY ORDERED:

18  The November 21, 2008 Default Judgment against defendants Adam Guerbuez and

19  Atlantis Blue Capital is now enforceable in California and is no longer subject to appeal or other

20  review in United States Federal Court.

21

22  IT IS SO ORDERED.

23

    Dated: _____4/16/09_____, 2009

24

25  _____

26  Honorable Jeremy Fogel
    United States District Judge
27  Northern District of California

28

OHS West:260638406.1                    - 1 -          DETERMINATION OF ENFORCEABILITY AND NON-
                                                       APPEALABILITY CASE NO. C08 03889 JF HRL

1

2    Dated: April 10, 2009                    I. NEEL CHATTERJEE
                                              THOMAS J. GRAY
3                                             P. WAYNE HALE
                                              Orrick, Herrington & Sutcliffe LLP
4

5
                                                      /s/ *Thomas J. Gray*
6                                             _____
                                                        Thomas J. Gray
7                                                     Attorneys for Plaintiff
                                                      FACEBOOK, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

4

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 10, 2009.

5

Dated:  April 10, 2009.           Respectfully submitted,

6

                         /s/ Thomas J. Gray

7

                          Thomas J. Gray

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28