## David Silbert

| | |
|---|---|
| **From:** | Alan Block [BlockA@hbdlawyers.com] |
| **Sent:** | Thursday, June 16, 2005 5:32 PM |
| **To:** | Todd Miller; Jonathan Singer; brooks@fr.com; vdegyarfas@foleylaw.com; jslominski@hh.com; mschneider@patlaw.com; DAVID.YORK@LW.com; Marsha E Mullin; vgsavikas@jonesday.com; Krevans, Rachel; Crotty, Jason A.; David Silbert; Annamarie Daley; safrsp@rkmc.com; Brad Lyerla; jdean@marshallip.com; Kevin Hogg; rbortolotti@merchant-gould.com; Mitch Lukin; jeffrey.sullivan@bakerbotts.com; pwhalen@spencerfane.com; sgarrison@lrlaw.com; MKittredge@perkinscoie.com; cfagan@faysharpe.com; Daralyn Durie; Dan Jackson; Matthias Kamber; dfingerman@mount.com; abismonte@mount.com; fbyers@accesstoledo.com |
| **Cc:** | Roderick G. Dorman |
| **Subject:** | 05-CV-01114 JW (HRL) -- In re Acacia -- Draft Stipulation |

Dear Counsel --

Attached is a draft of a stipulation regarding the briefing and deposition schedule for the Motion for Reconsideration of the July 12, 2004 Claim Construction Order. It incorporates the terms we discussed yesterday, however, I understand that defendants may still have some proposed changes for our consideration. Please provide us with your comments, or, if you approve of the stipulation, please provide a responsive e-mail providing me with authorization to sign on your behalf. Also, please confirm that our information for each counsel in the signature blocks is correct, or, if not, please provide us with the corrections.

Thank you for your assistance and cooperation. I look forward to hearing from you.

Regards,
Alan Block

<<HBDDOCS-#488903-v1-Stipulation_re_Briefing_Schedule_for_Motion_for_Markman_Reconsideration.DOC>>



### Hennigan Bennett & Dorman LLP

601 South Figueroa Street
Suite 3300
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

This e-mail was sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately. Thank you.

COUNSEL LISTED ON SIGNATURE PAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>**ACACIA MEDIA TECHNOLOGIES CORPORATION** | Case No. 05 CV 01114 JW (HRL)<br>MDL No. 1665<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING FORTH BRIEFING AND DEPOSITION SCHEDULE FOR MOTION FOR RECONSIDERATION OF THE JULY 12, 2004 CLAIM CONSTRUCTION ORDER** |

WHEREAS, on June 14, 2005, counsel for the parties to these actions appeared before the Court;

WHEREAS, at the June 14, 2005 conference, the Court scheduled an evidentiary hearing regarding a Motion for Reconsideration of the July 12, 2004 Claim Construction Order to occur on September 8 and 9, 2005;

WHEREAS the Court ordered counsel for the parties to meet and confer to agree upon a schedule for the briefing and expert depositions relating to the Motion for Reconsideration;

NOW, therefore, it is hereby stipulated by and between the parties hereto, through their respective counsel of record, as follows:

1. By June 21, 2005, Acacia shall serve on all parties and the Court its statement of issues to be reconsidered. The statement shall: (1) identify each issue (claim term construction, evidentiary issue, etc.); (2) state the proposed construction or modification to the Order to be adopted; and (3) state the reason why reconsideration is required. (This document shall not be the legal briefing of the issues.)

2. By June 29, 2005: Acacia shall serve all defendants with infringement contention information required by N.D. Cal. Patent Local Rule 3-1 for the '992 and '702 patents.

3. By July 6, 2005: Each defendant shall serve on all parties and the Court its statement of issues to be reconsidered. The statement shall: (1) identify each issue (claim term construction, evidentiary issue, etc.); (2) state proposed construction or modification to the Order to be adopted; and (3) state the reason why reconsideration is required. (This document shall not be the legal briefing of the issues.)

4. By July 11, 2005: Acacia shall file and serve its opening brief supporting application of reconsideration of its listed issues to be reconsidered. With this brief, Acacia shall file expert declarations setting forth the nature and scope of the expert testimony to be presented at the hearing on September 8 and 9.

5. By July 11, 2005: Defendants shall file and serve their opening brief supporting application for reconsideration of their listed issues to be reconsidered. With this brief,

defendants shall file expert declarations setting forth the nature and scope of the expert testimony to be presented at the hearing on September 8 and 9.

6. By August 15, 2005: Acacia and the defendants shall file and serve their opposition brief(s) to the adverse party's opening brief(s). To the extent expert testimony will be used to rebut the testimony of any expert declaration provided with an opening brief by an adverse party, expert declarations shall set forth the nature and scope of the intended rebuttal testimony to be presented at the hearing on September 8 and 9.

7. By August 31, 2005: Parties may depose any expert designated by any party on or before August 31, 2005 with the dates, times, and places for the depositions to be mutually-agreed upon by the parties. No deposition shall exceed seven (7) hours without leave of Court.

8. By September 23, 2005: Acacia and the defendants shall file and serve post-hearing reply briefs, which may address arguments and evidence presented in the adverse parties' opposition brief and/or and additional argument or evidence presented at the evidentiary hearing on September 8 and 9. No additional expert testimony that was not already presented in any of the briefing or at the hearing shall be permitted with the post-hearing brief.

9. Defendants agree, to the extent practical and reasonable, to file joint briefs and to use shared experts.

IT IS SO STIPULATED.

Dated: June   , 2005

RODERICK G. DORMAN (CA SBN 96908)
ALAN P. BLOCK (CA SBN 143783)
KEVIN I. SHENKMAN (CA SBN 223315)
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017


By:_____


Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES
CORPORATION

| | | |
|---|---|---|
| Dated: June __, 2005 | | VICTOR G. SAVIKAS (CA SBN 145658)<br>KEVIN G. McBRIDE (CA SBN 195866)<br>MARSHA E. MULLIN (CA SBN 93709)<br>MARIA K. NELSON (CA SBN 155608)<br>JONES DAY<br>555 West Fifth Street, Suite 4600<br>Los Angeles, California 90013-1025 |

By:_____
    Victor G. Savikas

Attorneys for Defendant
THE DIRECTV GROUP, INC.

Dated: June __, 2005

HAROLD J. McELHINNY (CA SBN 66781)
RACHEL KREVANS (CA SBN 116421)
PAUL A. FRIEDMAN. (CA SBN 208920)
JASON A. CROTTY (CA SBN 196036)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

DAVID C. DOYLE (CA SBN 70690)
MORRISON & FOERSTER LLP
3811 Valley Centre Dr., Suite. 500
San Diego, California 92130

By:_____
    Harold J. McElhinny

Attorneys for Defendants
ECHOSTAR SATELLITE LLC and ECHOSTAR
TECHNOLOGIES CORPORATION

Dated: June __, 2005

DARALYN J. DURIE (CA SBN 169825)
DAVID J. SILBERT (CA SBN 173128)
JOSHUA H. LERNER (CA SBN 220755)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111-1704


By:_____
   David Silbert

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC


Dated: June , 2005

ANNAMARIE A. DALEY (*pro hac vice*)
TARA D. SUTTON (*pro hac vice*)
STEPHEN P. SAFRANSKI (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402

RICHARD R. PATCH (CA SBN 88049)
J. TIMOTHY NARDELL (CA SBN 184444)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213


By:_____
   Annamarie A. Daley

Attorneys for Defendants
COXCOM, INC. and HOSPITALITY NETWORK, INC.

| | | |
|---|---|---|
| 1 | Dated: June , 2005 | BRADFORD LYERLA (*pro hac vice* app. pending)<br>KEVIN HOGG (*pro hac vice* app. pending) |
| 2 | | JEFFREY DEAN (*pro hac vice* app. pending)<br>MARSHALL, GERSTEIN & BORUN LLP |
| 3 | | 6300 Sears Tower<br>233 South Wacker Drive |
| 4 | | Chicago, Illinois 60606-6357 |
| 5 | | MORGAN W. TOVEY (CA SBN 136242)<br>WILLIAM R. OVEREND (CA SBN 180209) |
| 6 | | REED SMITH LLP<br>Two Embarcadero Center, Suite 2000 |
| 7 | | San Francisco, CA 94111 |

By:_____
　　William R. Overend

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC., WIDE OPEN WEST, ARMSTRONG UTILITIES, MASSILON CABLE TV, INC., EAST CLEVELAND CABLE TV, MID-CONTINENT MEDIA, INC., CANNON VALLEY COMMUNICATIONS, US CABLE HOLDINGS, LP, ARVIG ENTERPRISES, SJOBERG CABLE, LORETEL SYSTEMS, INC., NPG CABLE, INC.

DATED: June ____, 2005

REBECCA ANNE BORTOLOTTI
JOHN CHRITOPHER REICH
ALBERT L. UNDERHILL
MERCHANT & GOULD
80 S. 8th Street, Suite 3200
Minneapolis, Minnesota 55402

By_____
　　Rebecca Anne Bortolotti

Attorneys for Defendants
MID-CONTINENT MEDIA, INC., SAVAGE COMMUNICATIONS, INC., CANNON VALLEY COMMUNICATIONS, US CABLE HOLDINGS, LP, ARVIG ENTERPRISES, SJOBERG'S CABLE, LORETEL SYSTEMS, INC.,

DATED: June ____, 2005

JUANITA R. BROOKS
TODD G. MILLER
FISH & RICHARDSON P.C.
12390 El Camino Real

```
 1                                              San Diego, California 92130-2081

 2

 3                                              By_____
                                                    Todd R. Miller
 4
                                                Attorneys for Defendants
 5                                              NEW DESTINY INTERNET GROUP, L.L.C.,
                                                AUDIO COMMUNICATIONS, INC., VS MEDIA,
 6                                              INC., ADEMIA MULTIMEDIA, LLC,
                                                CYBERHEAT, INC., AEBN, INC., LIGHTSPEED
 7                                              MEDIA CORPORATION, INNOVATIVE IDEAS
                                                INTERNATIONAL, LTD., GAME LINK, INC.,
 8                                              AND CYBERTREND, INC.

 9
       DATED: June ____, 2005                   JONATHAN E. SINGER
10                                              WILLIAM R. WOODFORD
                                                FISH & RICHARDSON P.C.
11                                              60 South Sixth Street, Suite 3300
                                                Minneapolis, Minnesota 55402
12

13
                                                By_____
14                                                  Jonathan E. Singer

15                                              Attorneys for Defendants
                                                NEW DESTINY INTERNET GROUP, L.L.C.,
16                                              AUDIO COMMUNICATIONS, INC., VS MEDIA,
                                                INC., ADEMIA MULTIMEDIA, LLC,
17                                              CYBERHEAT, INC., AEBN, INC., LIGHTSPEED
                                                MEDIA CORPORATION, INNOVATIVE IDEAS
18                                              INTERNATIONAL, LTD., GAME LINK, INC.,
                                                AND CYBERTREND, INC.
19
       DATED: June ____, 2005                   WILLIAM J. ROBINSON
20                                              VICTOR DE GYARFAS
                                                FOLEY & LARDNER
21                                              2029 Century Park East, 35th Floor
                                                Los Angeles, California 90067
22
                                                By_____
23                                                  Victor de Gyarfas

24                                              Attorneys for Defendants
                                                International Web Innovations, Inc. and
25                                              OFFENDALE COMMERICAL LIMITED BV

26
       DATED: June ____, 2005                   DOUGLAS W. SPRINKLE
27                                              MARK D. SCHNEIDER
                                                GIFFORD, KRASS, GROH, SPRINKLE,
28                                              ANDERSON & CITKOWSKI, P.C.
```

| | |
|---|---|
| 1 | 280 N. Old Woodward Avenue, Suite 400 |
| 2 | Birmingham, Michigan 48009-5394 |
| 3 | GREGORY B. WOOD<br>FULBRIGHT & JAWORSKI |
| 4 | 865 S. Figueroa Street, 29th Floor<br>Los Angeles, California 90017-2576 |
| 5 | |
| 6 | By_____ |
| 7 | Mark D. Schneider |
| 8 | Attorneys for Defendant<br>ASKCS.COM, INC. |

DATED: June ___, 2005

GARY A. HECKER
JAMES M. SLOMINSKI
THE HECKER LAW GROUP
1925 Century Park East, Suite 2300
Los Angeles, California 90067

By_____
James M. Slominski

Attorneys for Defendant
OFFENDALE COMMERCIAL BV, LTD.

DATED: June ___, 2005

DAVID A. YORK
LATHAM & WATKINS
135 Commonwealth Drive
Menlo Park, California 94025

By_____
David A. York

Attorneys for Defendants
ICS, Inc. and AP Net Marketing, Inc.

DATED: June ___, 2005

MITCHELL D. LUKIN
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77022

JEFFREY D. SULLIVAN
MICHAEL J. MCNAMARA
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112

STEPHEN E. TAYLOR

```
                              TAYLOR & CO. LAW OFFICES, INC.
                              One Ferry Building, Suite 355
                              San Francisco, California 94111


                              By_____
                                    Mitchell D. Lukin

                              Attorneys for Defendant
                              MEDIACOM COMMUNICATIONS
                              CORPORATION

DATED: June ___, 2005         SEAN DAVID GARRISON
                              ROBERT FRANCIS COPPLE
                              LEWIS & ROCA LLP
                              40 N. Central Avenue
                              Phoenix, Arizona 85004-4429



                              By_____
                                    Sean David Garrison

                              Attorneys for Defendant
                              CABLE AMERICA CORP.

DATED: June ___, 2005         C. MARK KITTREDGE
                              PERKINS COIE BROWN & BAIN PA
                              P.O. Box 400
                              Phoenix, Arizona 85001-0400



                              By_____
                                    C. Mark Kittredge

                              Attorneys for Defendants
                              CABLE ONE INC.

DATED: June ___, 2005         PATRICK J. WHALEN
                              SPENCER FAN BRITT & BROWN LLP
                              1000 Walnut Street, Suite 1400
                              Kansas City, Missouri 64106



                              By_____
                                    Patrick J. Whalen

                              Attorneys for Defendants
                              NPG CABLE INC.

DATED: June ___, 2005         FRITZ BYERS
                              520 Madison Avenue
                              Toledo, Ohio 43604
```

| | |
|---|---|
| | By_____ |
| | Fritz Byers |
| | |
| | Attorneys for Defendants |
| | BLOCK COMMUNICATIONS, INC. |
| DATED: June ___, 2005 | CHRISTOPHER B. FAGAN |
| | FAY SHARPE FAGAN MINNICH & MCKEE |
| | 1100 Superior Avenue, Seventh Floor |
| | Cleveland, Ohio 44114-2518 |
| | |
| | By_____ |
| | Christopher B. Fagan |
| | |
| | Attorneys for Defendants |
| | ARMSTRONG GROUP; EAST CLEVELAND TV AND COMMUNICATIONS LLC; MASSILLON CABLE TV, INC.; WIDE OPEN WEST, LLC |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    By:_____
                                    JAMES WARE
                                    UNITED STATES DISTRICT JUDGE