

# Facsimile Cover Sheet

**Hennigan Bennett & Dorman** LLP

601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Tel: (213) 694-1200 Fax: (213) 694-1234

| | | | |
|---|---|---|---|
| **Date:** | July 7, 2005 | **File Name:** | 4733 |
| **From:** | Alan P. Block | **Direct Line:** | (213) 694-1054 |

**Number of pages, including cover:** 9

**ORIGINAL WILL:**
☐ BE SENT BY *MAIL*
☐ BE SENT BY *MESSENGER*
☐ BE SENT BY FEDEX/OVERNIGHT COURIER
☒ NOT BE SENT

| To: | Company | Fax number |
|---|---|---|
| David J. Silbert<br>Daralyn J. Durie<br>Joshua H. Lerner | Keker & Van Nest LLP | (415) 397-7188 |
| Rachel Krevans | Morrison & Foerster LLP | (415) 268-7522 |
| Juanita R. Broks<br>Todd G. Miller | Fish & Richardson | (858) 678-5099 |
| Jonathan E. Singer<br>William R. Woodford | Fish & Richardson | (612) 288-9696 |
| Jeffrey H. Dean<br>Bradford P. Lyerla<br>Kevin D. Hogg<br>Carl E. Myers | Marshall Gerstein & Borun LLP | (312) 474-0448 |

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

If there are any questions or problems with the transmission of this facsimile, please call (213)-694-1200.

HENNIGAN, BENNETT & DORMAN LLP
July 7, 2005
Page 2

| | | |
|---|---|---|
| William R. Overend<br>Morgan D. Tovey | Reed Smith Crosby Heafey | (415) 391-8269 |
| Richard R. Patch<br>J. Timothy Nardell | Coblentz, Patch, Duffy & Bass LLP | (415) 989-1663 |
| Annamarie Daley<br>Tara DeAnne Sutton<br>Stephen P. Safranski | Robins, Kaplan, Miller & Ciresi LLP | (612) 349-0936 |
| Victor G. Savikas<br>Kevin G. McBride | Jones Day Reavis & Pogue | (213) 243-2539 |
| Victor De Gyarfas<br>William J. Robinson | Foley & Lardner | (310) 557-8475 |
| Gary A. Hecker<br>James Michael Slomiski | The Hecker Law Group | (310) 286-0488 |
| Mark D. Schneider | Gifford, Krass, Groh, Sprinkle, Anderson and Citowski | (248) 647-5210 |
| Dan Fingerman | Mount & Stoelker, P.C. | (408) 998-1473 |
| David Allen York | Latham & Watkins | (650) 463-2600 |
| Stephen E. Taylor | Taylor & Co. Law Offices, Inc. | (415) 788-8208 |
| Mitchell D. Lukin | Baker Botts LLP | (713) 229-7733 |
| Jeffrey D. Sullivan<br>Michael J. McNamara | Baker Botts LLP | (212) 408-2501 |
| Rebecca Anne Bortolotti<br>John Christopher Reich<br>Albert L. Underhill | Merchant & Gould | (612) 332-9081 |
| Sean David Garrison<br>Robert Francis Copple | Lewis & Roca LLP | (602) 734-3862 |
| C. Mark Kittredge | Perkins Coie Brown & Bain | (602) 648-7000 |
| Troy Blinn Foderman<br>George Chun Chen | Bryan Cave LLP | (602) 364-7070 |
| Gregory T. Spalj | Fabyanske Westra & Hart PA | (612) 338-3857 |
| Patrick J. Whalen | Spender Fan Britt & Brown LLP | (816) 474-3216 |
| Fritz Byers | | (419) 241-4215 |
| Clay K. Keller | Buckingham, Doolittle & Burroughs | (330) 252-5377 |

HENNIGAN, BENNETT & DORMAN LLP
July 7, 2005
Page 3

| | | |
|---|---|---|
| Melissa G. Ferrario<br>Barry S. Goldsmith<br>Gary H. Nunes | Womble Carlyle Sandridge & Rice | (703) 790-2623 |
| Christopher B. Fagan | Fay Sharpe Fagan Minnich & McKee | (216) 241-1666 |
| Stephen S. Korniczky | Paul Hastings Janofsky & Walker LLP | (858) 720-2555 |

HENNIGAN, BENNETT & DORMAN LLP
July 7, 2005
Page 3

### HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
601 SOUTH FIGUEROA STREET
SUITE 3300
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 694-1200
FACSIMILE (213) 694-1234

DIRECT PHONE (213) 694-1054
BLOCKA@HBDLAWYERS.COM

July 7, 2005

David J. Silbert
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

      Re:    **In re Acacia Media Technologies Corporation**

Dear David:

      This letter shall confirm the substance of your telephone call to me of yesterday afternoon. You had called to inform me that the defendants were collectively going to propose modified dates for a briefing schedule for the Motion for Reconsideration of the Markman Order regarding claim terms already construed. Specifically, you were going to be sending me a revised proposed stipulation indicating that defendants would be supplying Acacia with the claim terms on which defendants would seek reconsideration by July 13 and that the parties would exchange opening briefs by July 18.

      Your telephone call to me was more than disappointing. All counsel knew that, if we were to provide to the Court a proposed stipulation, we needed to conclude such a stipulation immediately after the Court's June 14 status conference which we all attended. That is why we first met in person immediately after the conference in court, and then concluded we would review a draft proposal Acacia's counsel would immediately prepare and confer about it the following day. Rod Dorman and I prepared that draft immediately after the June 14 conference, and we sent the draft to all counsel that evening. All counsel then discussed the draft during a conference call on June 15. In accordance with those discussions, Acacia's counsel then circulated a revised, proposed stipulation for defendants consideration on June 16. We then heard nothing from any defendant on this issue until your call yesterday--three weeks later.

      Since June 16, and the defendants' failure to timely and responsibly address the revised, proposed stipulation circulated for final comment, the Court has imposed its own schedule and our earlier efforts to stipulate to a schedule for all briefing have now been superceded and mooted. I explained during our phone conference yesterday that we understood the Court's June 21, 2005 Order to now control the schedule for the Motion for Reconsideration. The Order

492788\v1

HENNIGAN, BENNETT & DORMAN LLP

David J. Silbert
July 7, 2005
Page 2

invites "any party who wishes to file a Motion for Reconsideration of the Court's Markman Order issued on July 12, 2004 to do so in accordance with the schedule set forth below." The Court's schedule requires that we exchange the contentions required by Patent Local Rules 4-1 and 4-2 by July 29 and that we file the Joint Claim Construction Statement required by Patent Local Rule 4-3 by August 25. The Court further states that none of the dates set in the Order may be changed without an order of the Court made after a motion is duly filed. The Court did not request any briefing schedule from the parties in either its June 14 Minute Order or the June 21 Order.

We believe that the issues for the Court to decide can be fully addressed by the parties using the Court's schedule. With the exchange of contentions on July 29, we will be exchanging our respective proposed constructions and the identity of all of the intrinsic and extrinsic evidence, including expert testimony, that will be relied on to support such constructions. Expert depositions can occur in August. Then, on August 25, we will file the Joint Claim Construction Statement, which can include citations to the expert deposition transcripts and each party's contentions, including legal support, for their proposed constructions.

Due to the defendants' inaction, the parties cannot now comply with the schedule that you propose. We have been acting with the understanding that the Court's June 21 Order is controlling. We do not have a stipulation regarding the briefing schedule. We cannot prepare briefs by July 18, because, among other reasons, one of our experts is currently out of the country and would not be returning until after July 18.

You told me that none of the defendants had understood the Court's Order to be the briefing schedule for the Motion for Reconsideration. We believe the Court's June 21 order plainly states otherwise. You advised me that you would confer with counsel for the other defendants to discuss these issues and that you would get back to me.

I look forward to hearing from you soon.

Sincerely,

Alan P. Block

APB/sab

cc:   All Counsel (See Attached Distribution List)

492788\v1

HENNIGAN, BENNETT & DORMAN LLP

David J. Silbert
July 7, 2005
Page 3

**DISTRIBUTION LIST**

Juanita R. Brooks
Todd G. Miller
Fish & Richardson
12390 El Camino Real
San Diego, California 92130-2081
*Counsel for:*
*New Destiny Internet Group LLC; Audio Communications; VS Media Inc.; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc.; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.*

Victor De Gyarfas
William J. Robinson
Foley & Lardner
2029 Century Park E, 35th Floor
Los Angeles, California 90067
*Counsel for:*
*International Web Innovations, Inc.*

Mark D. Schneider
Gifford, Krass, Groh, Sprinkle, Anderson and Citkowski
280 N. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394
*Counsel for:*
*Askcs.com Inc.*

David Allen York
Latham & Watkins
135 Commonwealth Drive
Menlo Park, California 94025
*Counsel for:*
*AP Net Marketing Inc.; ICS Inc.*

Jonathan E. Singer
William R. Woodford
Fish & Richardson
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402
*Counsel for:*
*New Destiny Internet Group LLC; Audio Communications; VS Media Inc. ; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc. ; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.*

Gary A. Hecker
James Michael Slominski
Hecker Law Group
1925 Century Park East, Suite 2300
Los Angeles, California 90067
*Counsel for:*
*Offendale Commercial Limited BV*

Dan Fingerman
Mount & Stoelker, P.C.
River Park Tower, 17th Floor
333 W. San Carlos St.
San Jose, CA 95110
*Counsel for:*
*Askcs.com Inc.*

Rachel Krevans
Jason A. Crotty
Paul A. Friedman
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
*Counsel for:*
*Echostar Satellite LLC; Echostar Technologies Corporation; Echostar Communications Corporation*

492788\v1

HENNIGAN, BENNETT & DORMAN LLP

David J. Silbert
July 7, 2005
Page 4

Annemarie A. Daley
Stephen P. Safranski
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
*Counsel for:*
*Coxcom, Inc.; Hospitality Network, Inc.*

Jeffrey H. Dean
Kevin D. Hoag
Bradford P. Lyerla
Carl E. Myers
Marshall Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive,
Chicago, Illinois 60606
*Counsel for:*
*Charter Communications, Inc.; Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West, LLC*

Daralyn J. Durie
Joshua H. Lerner
David J. Silbert
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111
*Counsel for:*
*Comcast Cable Communications, LLC*

Stephen E. Taylor
Taylor & Co. Law Offices, Inc.
One Ferry Building, Suite 355
San Francisco, California 94111
*Counsel for:*
*Mediacom Communications Corporation*

Richard R. Patch
J. Timothy Nardell
Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
*Counsel for:*
*Coxcom, Inc.; Hospitality Network, Inc.*

William R. Overend
Morgan D. Tovey
Reed Smith Crosby Heafey
Two Embarcadero Center, Suite 2000
San Francisco, California 94111
*Counsel for:*
*Charter Communications, Inc.*

Maria K. Nelson
Victor G. Savikas
Jones Day Reavis & Pogue
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025
*Counsel for:*
*DirecTV Group, Inc.*

Mitchell D. Lukin
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77022
*Counsel for:*
*Mediacom Communications Corporation*

492788\v1

**HENNIGAN, BENNETT & DORMAN LLP**

David J. Silbert
July 7, 2005
Page 5

| | |
|---|---|
| Jeffrey D. Sullivan<br>Michael J. McNamara<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>*Counsel for:*<br>***Mediacom Communications Corporation*** | Rebecca Anne Bortolotti<br>John Christopher Reich<br>Albert L. Underhill<br>Merchant & Gould<br>80 S. 8th Street, Suite 3200<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***Arvig Communications Systems; Cannon Valley Communications, Inc.; Loretel Cablevision; Mid-Continent Media, Inc.; Savage Communications, Inc.; Sjoberg's Cablevision, Inc.; US Cable Holdings LP*** |
| Sean David Garrison<br>Robert Francis Copple<br>Lewis & Roca LLP<br>40 N. Central Avenue<br>Phoenix, Arizona 85004-4429<br>*Counsel for:*<br>***Cable America Corp.*** | C. Mark Kittredge<br>Perkins Coie Brown & Bain PA<br>P.O. Box 400<br>Phoenix, Arizona 85001-0400<br>*Counsel for:*<br>***Cable One Inc.*** |
| Troy Blinn Forderman<br>George Chun Chen<br>Bryan Cave LLP<br>2 N. Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>*Counsel for:*<br>***Cable System Service Inc.*** | Gregory T. Spalj<br>Fabyanske Westra & Hart PA<br>800 LaSalle Avenue, Suite 1900<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***Cable System Service, Inc.*** |
| Patrick J. Whalen<br>Spencer Fan Britt & Brown LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106<br>*Counsel for:*<br>***NPG Cable Inc.*** | Fritz Byers<br>520 Madison Avenue<br>Toledo, Ohio 43604<br>*Counsel for:*<br>***Block Communications, Inc.*** |
| Clay K. Keller<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>Akron, Ohio 44308<br>*Counsel for:*<br>***Nelsonville TV Cable, Inc.*** | Melissa G. Ferrario<br>Barry S. Goldsmith<br>Gary H. Nunes<br>Womble Carlyle Sandridge & Rice<br>8065 Leesburg Pike, Fourth Floor<br>Tysons Corner, VA 22182<br>*Counsel for:*<br>***Nelsonville TV Cable, Inc.*** |

492788\v1

HENNIGAN, BENNETT & DORMAN LLP

David J. Silbert
July 7, 2005
Page 6

Christopher B. Fagan
Fay Sharpe Fagan Minnich & McKee
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2518
*Counsel for:*
*Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West, LLC*

Stephen S. Korniczky
Paul Hastings Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130
*Counsel for:*
*Cebridge Connections*

492788v1