HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
Alan P. Block (SBN 143783)
Kevin Shenkman (SBN 223315)
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Phone: (213) 694-1200
Fax: (213) 694-1234
**dormanr@hbdlawyers.com**
**blocka@hbdlawyers.com**
**shenkmank@hbdlawyers.com**

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. 05 CV 01114 JW<br><br>**ACACIA'S LIST OF ISSUES FOR RECONSIDERATION AND AN EVIDENTIARY HEARING**<br><br>Date:    September 8, 2005<br>Time:   9:00 a.m.<br>Ctrm:   Honorable James Ware |

1  At the evidentiary hearing for reconsideration of certain claim constructions set
2  to occur on September 8 and 9, Acacia intends to present evidence and/or legal
3  argument in connection with the following claim construction issues:
4      1.    Transmission system, including the phrase "transmission system at a first
5  location";
6      2.    Reception system at a second location;
7      3.    Sequence encoder;
8      4.    Identification encoder; and,
9      5.    In data communication with.

DATED: June 21, 2005                  Respectfully submitted,

HENNIGAN BENNETT & DORMAN LLP

By           /S/
        Roderick G. Dorman
        Alan P. Block
        Kevin Shenkman
Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES
CORPORATION

# PROOF OF SERVICE

I, Sylvia A. Berson, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017.

On **June 21, 2005**, I served a copy of the within document(s) described as **ACACIA'S LIST OF ISSUES FOR RECONSIDERATION AND AN EVIDENTIARY HEARING** by transmitting via United States District Court for the Central District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above listed document(s) on this date, addressed as set forth on the attached Service List.

The above-described document was also transmitted to the parties indicated below, by Federal Express only.

Chambers of the Honorable James Ware
Attn: Regarding Acacia Litigation
280 South First Street
San Jose, CA 95113
*3 copies*

I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of mail with the United States Postal Service; pursuant to that practice, envelopes placed for collection at designated locations during designated hours are deposited with the United States Postal Service with first class postage thereon fully prepaid that same day in the ordinary course of business; and,

I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 21, 2005**, at Los Angeles, California.

/s/
Sylvia A. Berson

**SERVICE LIST**

| | |
|---|---|
| Juanita R. Brooks<br>Todd G. Miller<br>Fish & Richardson<br>12390 El Camino Real<br>San Diego, California 92130-2081<br>*Counsel for:*<br>*New Destiny Internet Group LLC; Audio Communications; VS Media Inc.; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc.; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.* | Jonathan E. Singer<br>William R. Woodford<br>Fish & Richardson<br>60 South Sixth Street, Suite 3300<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>*New Destiny Internet Group LLC; Audio Communications; VS Media Inc. ; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc. ; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.* |
| Victor De Gyarfas<br>William J. Robinson<br>Foley & Lardner<br>2029 Century Park E, 35th Floor<br>Los Angeles, California 90067<br>*Counsel for:*<br>*International Web Innovations, Inc.* | Gary A. Hecker<br>James Michael Slominski<br>Hecker Law Group<br>1925 Century Park East, Suite 2300<br>Los Angeles, California 90067<br>*Counsel for:*<br>*Offendale Commercial Limited BV* |
| Mark D. Schneider<br>Gifford, Krass, Groh, Sprinkle, Anderson and Citkowski<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009-5394<br>*Counsel for:*<br>*Askcs.com Inc.* | Dan Fingerman<br>Mount & Stoelker, P.C.<br>River Park Tower, 17th Floor<br>333 W. San Carlos St.<br>San Jose, CA  95110<br>*Counsel for:*<br>*Askcs.com Inc.* |
| David Allen York<br>Latham & Watkins<br>135 Commonwealth Drive<br>Menlo Park, California 94025<br>*Counsel for:*<br>*AP Net Marketing Inc.; ICS Inc.* | Rachel Krevans<br>Jason A. Crotty<br>Paul A. Friedman<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>*Counsel for:*<br>*Echostar Satellite LLC; Echostar Technologies Corporation; Echostar Communications Corporation* |
| Annemarie A. Daley<br>Stephen P. Safranski<br>Robins Kaplan Miller & Ciresi LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>*Coxcom, Inc.; Hospitality Network, Inc.* | Richard R. Patch<br>J. Timothy Nardell<br>Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Building, Suite 200<br>San Francisco, California 94111-4213<br>*Counsel for:*<br>*Coxcom, Inc.; Hospitality Network, Inc.* |

| | |
|---|---|
| Jeffrey H. Dean<br>Kevin D. Hoag<br>Bradford P. Lyerla<br>Carl E. Myers<br>Marshall Gerstein & Borun LLP<br>6300 Sears Tower<br>233 South Wacker Drive,<br>Chicago, Illinois 60606<br>*Counsel for:*<br>***Charter Communications, Inc.;***<br>***Armstrong Group; East Cleveland TV***<br>***and Communications LLC; Massillon***<br>***Cable TV, Inc.; Wide Open West, LLC*** | William R. Overend<br>Morgan D. Tovey<br>Reed Smith Crosby Heafey<br>Two Embarcadero Center, Suite 2000<br>San Francisco, California 94111<br>*Counsel for:*<br>***Charter Communications, Inc.*** |
| Daralyn J. Durie<br>Joshua H. Lerner<br>David J. Silbert<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, California 94111<br>*Counsel for:*<br>***Comcast Cable Communications, LLC*** | Maria K. Nelson<br>Victor G. Savikas<br>Jones Day Reavis & Pogue<br>555 West Fifth Street, Suite 4600<br>Los Angeles, California 90013-1025<br>*Counsel for:*<br>***DirecTV Group, Inc.*** |
| Stephen E. Taylor<br>Taylor & Co. Law Offices, Inc.<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>*Counsel for:*<br>***Mediacom Communications***<br>***Corporation*** | Mitchell D. Lukin<br>Baker Botts L.L.P.<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas 77022<br>*Counsel for:*<br>***Mediacom Communications***<br>***Corporation*** |
| Jeffrey D. Sullivan<br>Michael J. McNamara<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>*Counsel for:*<br>***Mediacom Communications***<br>***Corporation*** | Rebecca Anne Bortolotti<br>John Christopher Reich<br>Albert L. Underhill<br>Merchant & Gould<br>80 S. 8th Street, Suite 3200<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***Arvig Communications Systems;***<br>***Cannon Valley Communications, Inc.;***<br>***Loretel Cablevision; Mid-Continent***<br>***Media, Inc.; Savage Communications,***<br>***Inc.; Sjoberg's Cablevision, Inc.; US***<br>***Cable Holdings LP*** |
| Sean David Garrison<br>Robert Francis Copple<br>Lewis & Roca LLP<br>40 N. Central Avenue<br>Phoenix, Arizona 85004-4429<br>*Counsel for:*<br>***Cable America Corp.*** | C. Mark Kittredge<br>Perkins Coie Brown & Bain PA<br>P.O. Box 400<br>Phoenix, Arizona 85001-0400<br>*Counsel for:*<br>***Cable One Inc.*** |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| 1  Troy Blinn Forderman | Gregory T. Spalj |
|    George Chun Chen | Fabyanske Westra & Hart PA |
| 2  Bryan Cave LLP | 800 LaSalle Avenue, Suite 1900 |
|    2 N. Central Avenue, Suite 2200 | Minneapolis, Minnesota 55402 |
| 3  Phoenix, Arizona 85004-4406 | *Counsel for:* |
|    *Counsel for:* | *Cable System Service, Inc.* |
| 4  *Cable System Service Inc.* | |

1 Troy Blinn Forderman
George Chun Chen
2 Bryan Cave LLP
2 N. Central Avenue, Suite 2200
3 Phoenix, Arizona 85004-4406
*Counsel for:*
4 *Cable System Service Inc.*

Gregory T. Spalj
Fabyanske Westra & Hart PA
800 LaSalle Avenue, Suite 1900
Minneapolis, Minnesota 55402
*Counsel for:*
*Cable System Service, Inc.*

5 Patrick J. Whalen
Spencer Fan Britt & Brown LLP
6 1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
7 *Counsel for:*
*NPG Cable Inc.*

Fritz Byers
520 Madison Avenue
Toledo, Ohio 43604
*Counsel for:*
*Block Communications, Inc.*

9 Clay K. Keller
Buckingham, Doolittle & Burroughs
10 50 South Main Street
Akron, Ohio 44308
*Counsel for:*
11 *Nelsonville TV Cable, Inc.*

Melissa G. Ferrario
Barry S. Goldsmith
Gary H. Nunes
Womble Carlyle Sandridge & Rice
8065 Leesburg Pike, Fourth Floor
Tysons Corner, VA 22182
*Counsel for:*
*Nelsonville TV Cable, Inc.*

13 Christopher B. Fagan
Fay Sharpe Fagan Minnich & McKee
14 1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2518
15 *Counsel for:*
*Armstrong Group; East Cleveland TV
16 and Communications LLC; Massillon
Cable TV, Inc.; Wide Open West, LLC*

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA