HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
ALAN P. BLOCK (SBN 143783)
KEVIN SHENKMAN (SBN 223315)
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Phone: (213) 694-1200
Fax: (213) 694-1234
dormanr@hbdlawyers.com
blocka@hbdlawyers.com
shenkmank@hbdlawyers.com

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | ) Case No. 05 CV 01114 JW |
| | ) |
| ACACIA MEDIA TECHNOLOGIES CORPORATION | ) **DECLARATION OF ALAN P.** |
| | ) **BLOCK IN SUPPORT OF** |
| | ) **PLAINTIFF ACACIA MEDIA** |
| | ) **TECHNOLOGIES** |
| | ) **CORPORATION'S OPPOSITION** |
| | ) **TO DEFENDANTS' "SO-CALLED"** |
| | ) **MOTION TO SET BRIEFING** |
| | ) **SCHEDULE FOR MOTION FOR** |
| | ) **RECONSIDERATION** |
| | ) |
| | ) Date: None Set by Moving Parties |
| | ) Time: None Set by Moving Parties |
| | ) Ctrm: Hon. James Ware |
| | ) |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

I, Alan P. Block, hereby declare as follows:

1.     I am a member of the law firm of Hennigan, Bennett & Dorman LLP, counsel of record for plaintiff Acacia Media Technologies Corporation in this case. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2.     Immediately following the June 14, 2005 case management conference, Acacia's counsel prepared a proposal to defendants for a briefing schedule and e-mailed the proposal to defendants' counsel. Acacia understood that at the case management conference, the Court wanted the parties to stipulate to a schedule and for that reason the parties wanted to agree to a schedule as soon as possible. Acacia's counsel therefore prepared this proposal from a restaurant in San Jose following the case management conference. A true and correct copy of Acacia's June 14 proposal is attached hereto as Exhibit A.

3.     Counsel for the parties agreed to discuss Acacia's proposed schedule on a teleconference on the afternoon of June 15, 2005. During the conference call on June 15, 2005, defendants' counsel made counter-proposals to Acacia's schedule, regarding the briefing dates. Acacia's counsel agreed to incorporate some of defendants' proposals and to add some additional proposals, such as setting a time limit for expert depositions. Defendants' counsel wanted to further consider Acacia's proposal.

4.     On June 16, 2005, Acacia's counsel circulated by e-mail a draft stipulation for defendants' counsel to review. A true and correct copy of the e-mail and the attached proposed stipulation is attached hereto as Exhibit C.

5.     Contrary to defendants' assertions in their motion, it was clear from my June 16, 2005 e-mail that the draft stipulation was not yet an agreement until defendants' counsel provided their approval: "It [the draft stipulation] incorporates the terms we discussed yesterday, however, I understand that defendants may still have some proposed changes for our consideration. Please provide us with your

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

comments, or, if you approve of the stipulation, please provide a responsive e-mail providing me with authorization to sign on your behalf."

6.    No defendant has ever provided their approval of the stipulation proposed by Acacia.  Therefore, the parties have no agreement on a briefing schedule.

7.    Defendants' conduct demonstrates that they did not regard the terms of the draft stipulation as being agreed to. In the draft stipulation, each defendant was supposed to provide Acacia with its statement of issues to be reconsidered by July 6, 2005.  No defendant provided Acacia with that information by that date.  In fact, no defendant has yet provided Acacia with an identification of any of the issues that it wants to have reconsidered.

8.    It was not until twenty days after Acacia sent defendants' counsel its revised, proposed stipulation that any defendant even communicated with Acacia regarding the draft stipulation.  On July 6, 2005, counsel for Comcast, Mr. David Silbert, called me to ask if the dates for exchanging opening briefs and opposition briefs, which were set forth in the draft stipulation, could be extended by one week.  I refused Mr. Silbert's request and told him that we believed that the Court's schedule superseded the draft stipulation that had been proposed.  I confirmed this conversation in a letter of July 7, 2005 to Mr. Silbert (with copies to all counsel), a true and correct copy of which is attached hereto as Exhibit D.

9.    During the July 6 telephone call with Mr. Silbert, I informed Mr. Silbert that nothing in the Court's Order prevents the parties from including their legal arguments in their disclosures pursuant to the Patent Local Rules according to the schedule set by the Court and informed Mr. Silbert that Acacia intends to do so.  I reiterated this in my July 7, 2005 letter to Mr. Silbert.

10.    During my July 6 telephone call with Mr. Silbert, I asked when defendants would be providing their list of terms to be reconsidered.  Mr. Silbert stated that defendants had still not decided what terms any defendant would seek reconsideration of and stated that he thought that defendants might provide Acacia

- 2 -

with their list by July 13.  I stated that, if Acacia was to comply with Patent Local Rule 4-2 by July 29, which requires the parties to address all of the claim terms to be construed, we would need to receive defendants' list soon.

11.     In the meantime, while defendants were not communicating with Acacia regarding the draft stipulation that Acacia had provided, the Court issued its June 21 Order setting forth the schedule for the Motion for Reconsideration.  A true and correct copy of the Court's June 21, 2005 Order is attached hereto as Exhibit E.

12.     This is not the first motion that defendants have brought regarding the June 21 Order.  On June 24, defendants moved for clarification of the June 21 Order regarding whether additional terms from the '992 and '702 patents would be included at the September 8 and 9 hearing.  Defendants never raised the issue of a briefing schedule when they brought this motion for clarification.  The Court issued its Order clarifying the June 21 Order on June 27.

13.     Although not required by any agreement with defendants, Acacia provided defendants with its list of terms on which Acacia seeks reconsideration on June 20.  On June 29, Acacia provided each defendant with Acacia's infringement contention information required by Patent Local Rule 3-1 for the '992 and '702 patents.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of July, 2005, at Los Angeles, California.

_____
/s/
Alan P. Block

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

Exhibit A

# HENNIGAN, BENNETT & DORMAN LLP

### LAWYERS

601 SOUTH FIGUEROA STREET

SUITE 3300

### LOS ANGELES, CALIFORNIA 90017

TELEPHONE (213) 694-1200
FACSIMILE (213) 694-1234

DIRECT PHONE (213) 694-1006
DORMANR@HBDLAWYERS.COM

June 14, 2005

*VIA ELECTRONIC MAIL*

To All Defense Counsel

Re:    **In re Acacia Media Technologies Corp. 05-CV-01114 JW (HRL)**

Dear Counsel:

Below is the schedule we propose. The expert testimony Acacia intends to present at the evidentiary hearing will be limited to Messrs. Weiss and Alexander. We ask and propose that the defendants collectively present no more than two experts— one provided by the Adult Entertainment defendants, and one provided by the cable/satellite defendants.

**By June 29**: Acacia to serve all defendants with infringement contention information required by N.D. Cal. Patent Local Rule 3-1 for the '992 and '702 patents.

**By June 29**: Acacia to serve on all parties and the Court its statement of issues to be reconsidered. The statement shall: (1) identify each issue (claim term construction, evidentiary issue, etc.); (2) state proposed term construction to be adopted; and (3) state the reason why reconsideration is required. (This document shall not be the legal briefing of the issues.)

**By July 13**: Each defendant to serve on all parties and the Court its statement of issues to be reconsidered. The statement shall: (1) identify each issue (claim term construction, evidentiary issue, etc.); (2) state proposed term construction to be adopted; and (3) state the reason why reconsideration is required. (This document shall not be the legal briefing of the issues.) Defendants, where possible, are encouraged to prepare and file joint/consolidated briefs.

**By July 18**: Acacia to file and serve its opening brief supporting application of reconsideration of its listed issues to be reconsidered. With this brief, Acacia shall file

expert declarations setting forth the nature and scope of the expert testimony to be presented at the hearing on September 8 and 9.

**By July 18**: Defendants to file and serve their opening brief supporting application for reconsideration of their listed issues to be reconsidered. With this brief defendants shall file joint expert declarations setting forth the nature and scope of the expert testimony to be presented at the hearing on September 8 and 9.

**By August 1**: Acacia and the defendants file and serve their opposition brief to the adverse party's opening brief. To the extent expert testimony will be used to rebut the testimony of any expert declaration provided with an opening brief by an adverse party, expert declarations shall set forth the nature and scope of the intended rebuttal testimony to be presented at the hearing on September 8 and 9.

**By August 15**: Acacia and the defendants shall file and serve any reply briefs to the opposition briefs filed by an adverse party. To the extent expert testimony will be used to rebut any expert testimony provided by an adverse party with an opposition brief, expert declarations shall set forth the nature and scope of each intended rebuttal testimony to be presented at the hearing on September 8 and 9.

**August 15-31**: Expert depositions

**September 8**: Hearing on motion for reconsideration and evidentiary hearing.

The Clerk of the Court with whom we should address all scheduling issues is Melissa Peralta at 408 535 5377.

Very truly yours,

*Dictated but not read*

Roderick G. Dorman

RGD:ls

488730

Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

DATE: <u>JUNE 13, 2005</u>

Case No. <u>C-05-01114-JW</u>   JUDGE: <u>JAMES WARE</u>

<u>IN RE ACACIA MEDIA TECH.</u>          -v- _____
Title

<u>APPEARED</u>                              <u>APPEARED</u>

_____         _____

Attorneys Present                       Present

<u>Deputy Clerk: RONALD L. DAVIS</u>         COURT REPORTER: <u>not reported</u>

### PROCEEDINGS

<u>Case Management Conference – held.</u>

_____

_____

_____

EXPERT DISCLOSURE: _____ DISCOVERY CLOSE (ALL) _____

CASE CONTINUED TO: _____ for FINAL P/T Conference

CASE CONTINUED TO: _____ for Trial

CASE CONTINUED TO: _____ PRELIMINARY PRETRIAL CONFERENCE

CASE CONTINUED TO: _____ for PRETRIAL MOTIONS

CASE CONTINUED TO: _____ DISMISSAL CALENDAR

ORDER AFTER HEARING

<u>Plaintiffs orally withdrew their Class Certification motion. Court set a hearing</u>
<u>date of 09/08/05 – 09/09/05 (9-am – 4pm) for the Motion for Reconsideration of the</u>
<u>July 2004 Claim Construction Order. Plaintiffs shall submit their list re:</u>
<u>Reconsideration motion within 5 days of this conference date. A Joint statement</u>
<u>is due no later than 8/25/05. Plaintiffs shall submit a case flow chart no later</u>
<u>than 08/25/05. This matter is referred to Magistrate Judge Howard R. Lloyd for all</u>
<u>discovery issues.</u>

Exhibit <u>B</u> Page <u>6</u>

Exhibit C

**Alan Block**

| | |
|---|---|
| **From:** | Alan Block |
| **Sent:** | Thursday, June 16, 2005 5:32 PM |
| **To:** | 'Todd Miller (miller@fr.com)'; 'Jonathan Singer'; 'brooks@fr.com'; 'Victor Degyarfas (vdegyarfas@foleylaw.com)'; 'James Slominski (jslominski@hh.com)'; 'Mark Schneider (mschneider@patlaw.com)'; 'David A. York (DAVID.YORK@LW.com)'; 'Marsha E Mullin'; 'vgsavikas@jonesday.com'; 'Krevans, Rachel'; 'Crotty, Jason A.'; 'djs@kvn.com'; 'Annamarie A. Daley'; 'Stephen P. Safranski (safrsp@rkmc.com)'; 'blyerla@marshallip.com'; 'jdean@marshallip.com'; 'Kevin Hogg'; 'rbortolotti@merchant-gould.com'; 'Mitchell D. Lukin (mitch.lukin@bakerbotts.com)'; 'Jeffrey Sullivan (jeffrey.sullivan@bakerbotts.com)'; 'pwhalen@spencerfane.com'; 'sgarrison@lrlaw.com'; 'MKittredge@perkinscoie.com'; 'cfagan@faysharpe.com'; 'djd@kvn.com'; 'dej@kvn.com'; 'mxk@kvn.com'; 'dfingerman@mount.com'; 'abismonte@mount.com'; fbyers@accesstoledo.com |
| **Cc:** | Roderick G. Dorman |
| **Subject:** | 05-CV-01114 JW (HRL) -- In re Acacia -- Draft Stipulation |

Dear Counsel --

Attached is a draft of a stipulation regarding the briefing and deposition schedule for the Motion for Reconsideration of the July 12, 2004 Claim Construction Order. It incorporates the terms we discussed yesterday, however, I understand that defendants may still have some proposed changes for our consideration. Please provide us with your comments, or, if you approve of the stipulation, please provide a responsive e-mail providing me with authorization to sign on your behalf. Also, please confirm that our information for each counsel in the signature blocks is correct, or, if not, please provide us with the corrections.

Thank you for your assistance and cooperation. I look forward to hearing from you.

Regards,
Alan Block

HBDDOCS-#488903
-v1-Stipulation...

Exhibit___C___ Page___7___

1   COUNSEL LISTED ON SIGNATURE PAGES

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  **In re**                          Case No. 05 CV 01114 JW (HRL)
                                     MDL No. 1665
13  **ACACIA MEDIA TECHNOLOGIES**
    **CORPORATION**                  **STIPULATION AND [PROPOSED]**
14                                   **ORDER SETTING FORTH BRIEFING**
                                     **AND DEPOSITION SCHEDULE FOR**
15                                   **MOTION FOR RECONSIDERATION OF**
                                     **THE JULY 12, 2004 CLAIM**
16                                   **CONSTRUCTION ORDER**

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, on June 14, 2005, counsel for the parties to these actions appeared before the

2    Court;

3    WHEREAS, at the June 14, 2005 conference, the Court scheduled an evidentiary hearing

4    regarding a Motion for Reconsideration of the July 12, 2004 Claim Construction Order to occur

5    on September 8 and 9, 2005;

6    WHEREAS the Court ordered counsel for the parties to meet and confer to agree upon a

7    schedule for the briefing and expert depositions relating to the Motion for Reconsideration;

8    NOW, therefore, it is hereby stipulated by and between the parties hereto, through their

9    respective counsel of record, as follows:

10   1.    By June 21, 2005, Acacia shall serve on all parties and the Court its statement of

11   issues to be reconsidered. The statement shall: (1) identify each issue (claim term construction,

12   evidentiary issue, etc.); (2) state the proposed construction or modification to the Order to be

13   adopted; and (3) state the reason why reconsideration is required. (This document shall not be the

14   legal briefing of the issues.)

15   2.    By June 29, 2005:  Acacia shall serve all defendants with infringement contention

16   information required by N.D. Cal. Patent Local Rule 3-1 for the '992 and '702 patents.

17   3.    By July 6, 2005:  Each defendant shall serve on all parties and the Court its

18   statement of issues to be reconsidered. The statement shall: (1) identify each issue (claim term

19   construction, evidentiary issue, etc.); (2) state proposed construction or modification to the Order

20   to be adopted; and (3) state the reason why reconsideration is required. (This document shall not

21   be the legal briefing of the issues.)

22   4.    By July 11, 2005:  Acacia shall file and serve its opening brief supporting

23   application of reconsideration of its listed issues to be reconsidered. With this brief, Acacia shall

24   file expert declarations setting forth the nature and scope of the expert testimony to be presented

25   at the hearing on September 8 and 9.

26   5.    By July 11, 2005:  Defendants shall file and serve their opening brief supporting

27   application for reconsideration of their listed issues to be reconsidered. With this brief,

28

STIPULATION AND [PROPOSED] ORDER
RE BRIEFING AND DEPOSITION SCHEDULE
05 CV 01114 JW (HRL)

Exhibit _C_ Page _9_

defendants shall file expert declarations setting forth the nature and scope of the expert testimony to be presented at the hearing on September 8 and 9.

6.     By August 15, 2005:  Acacia and the defendants shall file and serve their opposition brief(s) to the adverse party's opening brief(s).  To the extent expert testimony will be used to rebut the testimony of any expert declaration provided with an opening brief by an adverse party, expert declarations shall set forth the nature and scope of the intended rebuttal testimony to be presented at the hearing on September 8 and 9.

7.     By August 31, 2005:  Parties may depose any expert designated by any party on or before August 31, 2005 with the dates, times, and places for the depositions to be mutually-agreed upon by the parties.  No deposition shall exceed seven (7) hours without leave of Court.

8.     By September 23, 2005:  Acacia and the defendants shall file and serve post-hearing reply briefs, which may address arguments and evidence presented in the adverse parties' opposition brief and/or and additional argument or evidence presented at the evidentiary hearing on September 8 and 9.  No additional expert testimony that was not already presented in any of the briefing or at the hearing shall be permitted with the post-hearing brief.

9.     Defendants agree, to the extent practical and reasonable, to file joint briefs and to use shared experts.

IT IS SO STIPULATED.

Dated: June  , 2005

RODERICK G. DORMAN (CA SBN 96908)
ALAN P. BLOCK (CA SBN 143783)
KEVIN I. SHENKMAN (CA SBN 223315)
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017


By:_____


Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES
CORPORATION

| 1 | Dated: June __, 2005 | VICTOR G. SAVIKAS (CA SBN 145658) |
|---|---|---|
| 2 | | KEVIN G. McBRIDE (CA SBN 195866) |
| | | MARSHA E. MULLIN (CA SBN 93709) |
| 3 | | MARIA K. NELSON (CA SBN 155608) |
| | | JONES DAY |
| 4 | | 555 West Fifth Street, Suite 4600 |
| | | Los Angeles, California 90013-1025 |

1  Dated: June __, 2005

VICTOR G. SAVIKAS (CA SBN 145658)
KEVIN G. McBRIDE (CA SBN 195866)
MARSHA E. MULLIN (CA SBN 93709)
MARIA K. NELSON (CA SBN 155608)
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025

By:_____
     Victor G. Savikas

Attorneys for Defendant
THE DIRECTV GROUP, INC.

Dated: June __, 2005

HAROLD J. McELHINNY (CA SBN 66781)
RACHEL KREVANS (CA SBN 116421)
PAUL A. FRIEDMAN. (CA SBN 208920)
JASON A. CROTTY (CA SBN 196036)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

DAVID C. DOYLE (CA SBN 70690)
MORRISON & FOERSTER LLP
3811 Valley Centre Dr., Suite. 500
San Diego, California 92130

By:_____
     Harold J. McElhinny

Attorneys for Defendants
ECHOSTAR SATELLITE LLC and ECHOSTAR
TECHNOLOGIES CORPORATION

| | |
|---|---|
| 1 | Dated: June __, 2005 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Dated: June , 2005 |

Dated: June __, 2005

DARALYN J. DURIE (CA SBN 169825)
DAVID J. SILBERT (CA SBN 173128)
JOSHUA H. LERNER (CA SBN 220755)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111-1704


By:_____
     David Silbert

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC

Dated: June , 2005

ANNAMARIE A. DALEY (*pro hac vice*)
TARA D. SUTTON (*pro hac vice*)
STEPHEN P. SAFRANSKI (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402

RICHARD R. PATCH (CA SBN 88049)
J. TIMOTHY NARDELL (CA SBN 184444)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213


By:_____
     Annamarie A. Daley

Attorneys for Defendants
COXCOM, INC. and HOSPITALITY NETWORK,
INC.

STIPULATION AND [PROPOSED] ORDER
RE BRIEFING AND DEPOSITION SCHEDULE
05 CV 01114 JW (HRL)

Exhibit ___C___ Page _12_

Dated: June  , 2005

BRADFORD LYERLA (*pro hac vice* app. pending)
KEVIN HOGG (*pro hac vice* app. pending)
JEFFREY DEAN (*pro hac vice* app. pending)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357

MORGAN W. TOVEY (CA SBN 136242)
WILLIAM R. OVEREND (CA SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

By:_____
    William R. Overend

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC., WIDE
OPEN WEST, ARMSTRONG UTILITIES,
MASSILON CABLE TV, INC., EAST
CLEVELAND CABLE TV, MID-CONTINENT
MEDIA, INC., CANNON VALLEY
COMMUNICATIONS, US CABLE HOLDINGS,
LP, ARVIG ENTERPRISES, SJOBERG CABLE,
LORETEL SYSTEMS, INC., NPG CABLE, INC.

DATED: June ____, 2005

REBECCA ANNE BORTOLOTTI
JOHN CHRITOPHER REICH
ALBERT L. UNDERHILL
MERCHANT & GOULD
80 S. 8th Street, Suite 3200
Minneapolis, Minnesota 55402

By_____
    Rebecca Anne Bortolotti

Attorneys for Defendants
MID-CONTINENT MEDIA, INC., SAVAGE
COMMUNICATIONS, INC., CANNON VALLEY
COMMUNICATIONS, US CABLE HOLDINGS,
LP, ARVIG ENTERPRISES, SJOBERG'S
CABLE, LORETEL SYSTEMS, INC.,

DATED: June ____, 2005

JUANITA R. BROOKS
TODD G. MILLER
FISH & RICHARDSON P.C.
12390 El Camino Real

San Diego, California 92130-2081

By_____
    Todd R. Miller

Attorneys for Defendants
NEW DESTINY INTERNET GROUP, L.L.C.,
AUDIO COMMUNICATIONS, INC., VS MEDIA,
INC., ADEMIA MULTIMEDIA, LLC,
CYBERHEAT, INC., AEBN, INC., LIGHTSPEED
MEDIA CORPORATION, INNOVATIVE IDEAS
INTERNATIONAL, LTD., GAME LINK, INC.,
AND CYBERTREND, INC.

DATED: June ____, 2005

JONATHAN E. SINGER
WILLIAM R. WOODFORD
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402

By_____
    Jonathan E. Singer

Attorneys for Defendants
NEW DESTINY INTERNET GROUP, L.L.C.,
AUDIO COMMUNICATIONS, INC., VS MEDIA,
INC., ADEMIA MULTIMEDIA, LLC,
CYBERHEAT, INC., AEBN, INC., LIGHTSPEED
MEDIA CORPORATION, INNOVATIVE IDEAS
INTERNATIONAL, LTD., GAME LINK, INC.,
AND CYBERTREND, INC.

DATED: June ___, 2005

WILLIAM J. ROBINSON
VICTOR DE GYARFAS
FOLEY & LARDNER
2029 Century Park East, 35th Floor
Los Angeles, California 90067

By_____
    Victor de Gyarfas

Attorneys for Defendants
International Web Innovations, Inc. and
OFFENDALE COMMERICAL LIMITED BV

DATED: June ____, 2005

DOUGLAS W. SPRINKLE
MARK D. SCHNEIDER
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C.

280 N. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394

GREGORY B. WOOD
FULBRIGHT & JAWORSKI
865 S. Figueroa Street, 29th Floor
Los Angeles, California 90017-2576


By_____
    Mark D. Schneider

Attorneys for Defendant
ASKCS.COM, INC.

DATED: June ___, 2005

GARY A. HECKER
JAMES M. SLOMINSKI
THE HECKER LAW GROUP
1925 Century Park East, Suite 2300
Los Angeles, California 90067


By_____
    James M. Slominski

Attorneys for Defendant
OFFENDALE COMMERCIAL BV, LTD.

DATED: June ___, 2005

DAVID A. YORK
LATHAM & WATKINS
135 Commonwealth Drive
Menlo Park, California 94025


By_____
    David A. York

Attorneys for Defendants
ICS, Inc. and AP Net Marketing, Inc.

DATED: June ____, 2005

MITCHELL D. LUKIN
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77022

JEFFREY D. SULLIVAN
MICHAEL J. MCNAMARA
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112

STEPHEN E. TAYLOR

TAYLOR & CO. LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111

By_____
      Mitchell D. Lukin

Attorneys for Defendant
MEDIACOM COMMUNICATIONS
CORPORATION

DATED: June _____, 2005

SEAN DAVID GARRISON
ROBERT FRANCIS COPPLE
LEWIS & ROCA LLP
40 N. Central Avenue
Phoenix, Arizona 85004-4429

By_____
      Sean David Garrison

Attorneys for Defendant
CABLE AMERICA CORP.

DATED: June _____, 2005

C. MARK KITTREDGE
PERKINS COIE BROWN & BAIN PA
P.O. Box 400
Phoenix, Arizona 85001-0400

By_____
      C. Mark Kittredge

Attorneys for Defendants
CABLE ONE INC.

DATED: June _____, 2005

PATRICK J. WHALEN
SPENCER FAN BRITT & BROWN LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106

By_____
      Patrick J. Whalen

Attorneys for Defendants
NPG CABLE INC.

DATED: June _____, 2005

FRITZ BYERS
520 Madison Avenue
Toledo, Ohio 43604

By_____
    Fritz Byers

Attorneys for Defendants
BLOCK COMMUNICATIONS, INC.

DATED: June _____, 2005

CHRISTOPHER B. FAGAN
FAY SHARPE FAGAN MINNICH & MCKEE
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2518


By_____
    Christopher B. Fagan

Attorneys for Defendants
ARMSTRONG GROUP; EAST CLEVELAND TV
AND COMMUNICATIONS LLC; MASSILLON
CABLE TV, INC.; WIDE OPEN WEST, LLC

1
# <u>ORDER</u>

2
PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5
Dated: _____     By:_____

6
JAMES WARE
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1\

11

Exhibit D

HENNIGAN, BENNETT & DORMAN LLP

LAWYERS

601 SOUTH FIGUEROA STREET

SUITE 3300

LOS ANGELES, CALIFORNIA 90017

TELEPHONE (213) 694-1200

FACSIMILE (213) 694-1234


DIRECT PHONE (213) 694-1054

BLOCKA@HBDLAWYERS.COM

July 7, 2005


David J. Silbert
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111


Re:     **In re Acacia Media Technologies Corporation**

Dear David:

This letter shall confirm the substance of your telephone call to me of yesterday afternoon. You had called to inform me that the defendants were collectively going to propose modified dates for a briefing schedule for the Motion for Reconsideration of the Markman Order regarding claim terms already construed. Specifically, you were going to be sending me a revised proposed stipulation indicating that defendants would be supplying Acacia with the claim terms on which defendants would seek reconsideration by July 13 and that the parties would exchange opening briefs by July 18.

Your telephone call to me was more than disappointing. All counsel knew that, if we were to provide to the Court a proposed stipulation, we needed to conclude such a stipulation immediately after the Court's June 14 status conference which we all attended. That is why we first met in person immediately after the conference in court, and then concluded we would review a draft proposal Acacia's counsel would immediately prepare and confer about it the following day. Rod Dorman and I prepared that draft immediately after the June 14 conference, and we sent the draft to all counsel that evening. All counsel then discussed the draft during a conference call on June 15. In accordance with those discussions, Acacia's counsel then circulated a revised, proposed stipulation for defendants consideration on June 16. We then heard nothing from any defendant on this issue until your call yesterday--three weeks later.

Since June 16, and the defendants' failure to timely and responsibly address the revised, proposed stipulation circulated for final comment, the Court has imposed its own schedule and our earlier efforts to stipulate to a schedule for all briefing have now been superceded and mooted. I explained during our phone conference yesterday that we understood the Court's June 21, 2005 Order to now control the schedule for the Motion for Reconsideration. The Order

492788w1

invites "any party who wishes to file a Motion for Reconsideration of the Court's Markman Order issued on July 12, 2004 to do so in accordance with the schedule set forth below." The Court's schedule requires that we exchange the contentions required by Patent Local Rules 4-1 and 4-2 by July 29 and that we file the Joint Claim Construction Statement required by Patent Local Rule 4-3 by August 25. The Court further states that none of the dates set in the Order may be changed without an order of the Court made after a motion is duly filed. The Court did not request any briefing schedule from the parties in either its June 14 Minute Order or the June 21 Order.

We believe that the issues for the Court to decide can be fully addressed by the parties using the Court's schedule. With the exchange of contentions on July 29, we will be exchanging our respective proposed constructions and the identity of all of the intrinsic and extrinsic evidence, including expert testimony, that will be relied on to support such constructions. Expert depositions can occur in August. Then, on August 25, we will file the Joint Claim Construction Statement, which can include citations to the expert deposition transcripts and each party's contentions, including legal support, for their proposed constructions.

Due to the defendants' inaction, the parties cannot now comply with the schedule that you propose. We have been acting with the understanding that the Court's June 21 Order is controlling. We do not have a stipulation regarding the briefing schedule. We cannot prepare briefs by July 18, because, among other reasons, one of our experts is currently out of the country and would not be returning until after July 18.

You told me that none of the defendants had understood the Court's Order to be the briefing schedule for the Motion for Reconsideration. We believe the Court's June 21 order plainly states otherwise. You advised me that you would confer with counsel for the other defendants to discuss these issues and that you would get back to me.

I look forward to hearing from you soon.

Sincerely,

Alan P. Block

APB/sab

cc: All Counsel (See Attached Distribution List)

## DISTRIBUTION LIST

Juanita R. Brooks
Todd G. Miller
Fish & Richardson
12390 El Camino Real
San Diego, California 92130-2081
*Counsel for:*
*New Destiny Internet Group LLC; Audio Communications; VS Media Inc.; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc.; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.*

Jonathan E. Singer
William R. Woodford
Fish & Richardson
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402
*Counsel for:*
*New Destiny Internet Group LLC; Audio Communications; VS Media Inc. ; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc. ; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.*

Victor De Gyarfas
William J. Robinson
Foley & Lardner
2029 Century Park E, 35th Floor
Los Angeles, California 90067
*Counsel for:*
*International Web Innovations, Inc.*

Gary A. Hecker
James Michael Slominski
Hecker Law Group
1925 Century Park East, Suite 2300
Los Angeles, California 90067
*Counsel for:*
*Offendale Commercial Limited BV*

Mark D. Schneider
Gifford, Krass, Groh, Sprinkle, Anderson
  and Citkowski
280 N. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394
*Counsel for:*
*Askcs.com Inc.*

Dan Fingerman
Mount & Stoelker, P.C.
River Park Tower, 17th Floor
333 W. San Carlos St.
San Jose, CA 95110
*Counsel for:*
*Askcs.com Inc.*

David Allen York
Latham & Watkins
135 Commonwealth Drive
Menlo Park, California 94025
*Counsel for:*
*AP Net Marketing Inc.; ICS Inc.*

Rachel Krevans
Jason A. Crotty
Paul A. Friedman
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
*Counsel for:*
*Echostar Satellite LLC; Echostar Technologies Corporation; Echostar Communications Corporation*

Exhibit ___ Page 21

Annemarie A. Daley
Stephen P. Safranski
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
*Counsel for:*
*Coxcom, Inc.; Hospitality Network, Inc.*

Richard R. Patch
J. Timothy Nardell
Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
*Counsel for:*
*Coxcom, Inc.; Hospitality Network, Inc.*

Jeffrey H. Dean
Kevin D. Hoag
Bradford P. Lyerla
Carl E. Myers
Marshall Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive,
Chicago, Illinois 60606
*Counsel for:*
*Charter Communications, Inc.; Armstrong*
*Group; East Cleveland TV and*
*Communications LLC; Massillon Cable TV,*
*Inc.; Wide Open West, LLC*

William R. Overend
Morgan D. Tovey
Reed Smith Crosby Heafey
Two Embarcadero Center, Suite 2000
San Francisco, California 94111
*Counsel for:*
*Charter Communications, Inc.*

Daralyn J. Durie
Joshua H. Lerner
David J. Silbert
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111
*Counsel for:*
*Comcast Cable Communications, LLC*

Maria K. Nelson
Victor G. Savikas
Jones Day Reavis & Pogue
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025
*Counsel for:*
*DirecTV Group, Inc.*

Stephen E. Taylor
Taylor & Co. Law Offices, Inc.
One Ferry Building, Suite 355
San Francisco, California 94111
*Counsel for:*
*Mediacom Communications Corporation*

Mitchell D. Lukin
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77022
*Counsel for:*
*Mediacom Communications Corporation*

**Exhibit** D **Page** 22

Jeffrey D. Sullivan
Michael J. McNamara
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
*Counsel for:*
**Mediacom Communications Corporation**

Rebecca Anne Bortolotti
John Christopher Reich
Albert L. Underhill
Merchant & Gould
80 S. 8th Street, Suite 3200
Minneapolis, Minnesota 55402
*Counsel for:*
**Arvig Communications Systems; Cannon
Valley Communications, Inc.; Loretel
Cablevision; Mid-Continent Media, Inc.;
Savage Communications, Inc.; Sjoberg's
Cablevision, Inc.; US Cable Holdings LP**

Sean David Garrison
Robert Francis Copple
Lewis & Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004-4429
*Counsel for:*
**Cable America Corp.**

C. Mark Kittredge
Perkins Coie Brown & Bain PA
P.O. Box 400
Phoenix, Arizona 85001-0400
*Counsel for:*
**Cable One Inc.**

Troy Blinn Forderman
George Chun Chen
Bryan Cave LLP
2 N. Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
*Counsel for:*
**Cable System Service Inc.**

Gregory T. Spalj
Fabyanske Westra & Hart PA
800 LaSalle Avenue, Suite 1900
Minneapolis, Minnesota 55402
*Counsel for:*
**Cable System Service, Inc.**

Patrick J. Whalen
Spencer Fan Britt & Brown LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
*Counsel for:*
**NPG Cable Inc.**

Fritz Byers
520 Madison Avenue
Toledo, Ohio 43604
*Counsel for:*
**Block Communications, Inc.**

Clay K. Keller
Buckingham, Doolittle & Burroughs
50 South Main Street
Akron, Ohio 44308
*Counsel for:*
**Nelsonville TV Cable, Inc.**

Melissa G. Ferrario
Barry S. Goldsmith
Gary H. Nunes
Womble Carlyle Sandridge & Rice
8065 Leesburg Pike, Fourth Floor
Tysons Corner, VA 22182
*Counsel for:*
**Nelsonville TV Cable, Inc.**

Exhibit __D__ Page __23__

David J. Silbert
July 7, 2005
Page 6

Christopher B. Fagan
Fay Sharpe Fagan Minnich & McKee
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2518
*Counsel for:*
*Armstrong Group; East Cleveland TV and*
*Communications LLC; Massillon Cable TV,*
*Inc.; Wide Open West, LLC*

Stephen S. Korniczky
Paul Hastings Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130
*Counsel for:*
*Cebridge Connections*

492788\w1

Exhibit D Page 24

Exhibit E

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10

11   Acacia Media Technologies Corporation,          NO. C 05-01114 JW

12                Plaintiff,                          **ORDER FOLLOWING CASE**
                                                      **MANAGEMENT CONFERENCE**
     v.
13
     New Destiny Internet Group, et al.,
14
                 Defendant(s).
15   _____/

16   And All Related and/or Consolidated Case Actions

17   _____/

18          The Court conducted a case management conference on June 14, 2005.  Counsels for the

19   Plaintiff and counsels for all Defendants were present. Defendants from the Central District and the

20   Arizona District appeared telephonically.

21          As to pending motions, the parties stipulated to the following:

22          1)     With respect to the "Adult Entertainment Cases", Plaintiff voluntarily withdraws its

23                 Motion for Certification of a Defendant Class Action.

24          2)     With respect to the "Cable/Satellite Cases", Defendants Cable America Corporation,

25                 Cable One, Inc., and NPG Cable, Inc., voluntarily withdraw their Motions for More

26                 Definite Statement.

27          3)     The Plaintiff and Defendants from the Northern District of Ohio and Minnesota

28                 stipulated to Defendants' Motion to Add Counterclaims.

**United States District Court**
For the Northern District of California

Exhibit __E__ Page __25__

4)    Plaintiff's Motion for Clarification of the Role of Rainer Schulz was discussed.  The Court has issued a separate Order proposing to amend the terms of appointment and allowing the parties a period of time to make any objections.

5)    Plaintiff's Motion for Consolidation is deemed moot in light of the MDL order.

In light of the MDL order, the Court invites any party who wishes to file a Motion for Reconsideration of the Court's Markman Order issued on July 12, 2004 to do so in accordance with the schedule set forth below.  In the motion, the party shall identify the terms for which reconsideration is sought and any additional terms in the 992 and 702 patents that should be defined. A hearing is set for **September 8 and 9, 2005, from 9 a.m. to 4 p.m.**  Pursuant to the Local Patent Rules of Court, all parties shall:

1)    No later than **July 29, 2005** serve on all other parties Proposed Terms and Claim Elements for Construction pursuant to Patent L.R. 4-1 and Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent L.R. 4-2.

2)    No later than **August 25, 2005** file a Joint Claim Construction Statement and Prehearing Statement pursuant to Patent L.R. 4-3.  The statement shall be presented in the following chart format:

| Disputed Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|

The parties shall express their proposed construction in a manner suitable for incorporation into a jury instruction.

For future case management conference, parties wishing to appear telephonically shall meet and confer and set up their own conference call in number.  The parties shall notify the Courtroom Deputy Clerk, Mr. Ron Davis, three days prior to the date of conference.

None of the dates set in this Order may be changed without an order of the Court made after a motion is duly filed and made pursuant to the Local Rules of this Court.

Dated: June 21, 2005

/s/ James Ware
JAMES WARE
United States District Judge

2

Exhibit ___E___ Page __26__

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alan P. Block blocka@hbdlawyers.com
   Annamarie A. Daley aadaley@rkmc.com
3  Bradford P. Lyerla blyerla@marshallip.com
   David A. York david.york@lw.com
4  Harold J. McElhinny HmcElhinny@mofo.com
   J. Timothy Nardell EfilingJTN@cpdb.com
5  James Michael Slominski jslominski@hh.com
   Jan J. Klohonatz jklohonatz@tcolaw.com
6  Jason A. Crotty jcrotty@mofo.com
   Jeffrey D. Sullivan jeffrey.sullivan@bakerbotts.com
7  Jeffrey H. Dean jdean@marshallip.com
   Jonathan E. Singer singer@fr.com
8  Juanita R. Brooks brooks@fr.com
   Kevin D. Hogg khogg@marshallip.com
9  Kevin I. Shenkman shenkmank@hbdlawyers.com
   Maria K. Nelson mknelson@jonesday.com
10 Marsha Ellen Mullin memullin@jonesday.com
   Michael J. McNamara michael.mcnamara@bakerbotts.com
11 Mitchell D. Lukin mitch.lukin@bakerbotts.com
   Morgan William Tovey mtovey@reedsmith.com
12 Patrick J. Whalen pwhalen@spencerfane.com
   Paul A. Friedman pafriedman@mofo.com
13 Rachel Krevans rkrevans@mofo.com
   Richard R. Patch rrp@cpdb.com
14 Robert F. Copple rcopple@lrlaw.com
   Roderick G. Dorman dormanr@hbdlawyers.com
15 Stephen E. Taylor staylor@tcolaw.com
   Stephen P. Safranski spsafranski@rkmc.com
16 Todd Glen Miller miller@fr.com
   Todd R. Tucker ttucker@rennerotto.com
17 Victor de Gyarfas vdegyarfas@foley.com
   Victor George Savikas vgsavikas@jonesday.com
18 William J. Robinson wrobinson@foley.com
   William R. Overend woverend@reedsmith.com
19 William R. Woodford woodford@fr.com

20 **Dated: June 21, 2005**                    Richard W. Wieking, Clerk

21

22                                            By:____/s/ JW Chambers_____
                                                  Ronald L. Davis
23                                                Courtroom Deputy

24

25

26

27

28

**United States District Court**
For the Northern District of California

Exhibit _E_ Page _21_

## PROOF OF SERVICE-UNITED STATES DISTRICT COURT

STATE OF CALIFORNIA,    )
                        )  SS.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017.

On **July 13, 2005**, I served the foregoing document described as **DECLARATION OF ALAN P. BLOCK IN SUPPORT OF PLAINTIFF ACACIA MEDIA TECHNOLOGIES CORPORATION'S OPPOSITION TO DEFENDANTS' "SO-CALLED" MOTION TO SET BRIEFING SCHEDULE FOR MOTION FOR RECONSIDERATION** by transmitting via United States District Court for the Central District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above listed document(s) on this date, addressed as set forth on the **attached Service List**.

The above-described document was also transmitted to the parties indicated below, by Federal Express only.

Chambers of the Honorable James Ware
Attn: Regarding Acacia Litigation
280 South First Street
San Jose, CA 95113
***3 copies***

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

Executed on **July 13, 2005**, at Los Angeles, California.

_____
/s/
Sylvia A. Berson

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1    **<u>SERVICE LIST</u>**

2    Juanita R. Brooks                              Jonathan E. Singer
     Todd G. Miller                                 William R. Woodford
3    Fish & Richardson                              Fish & Richardson
     12390 El Camino Real                           60 South Sixth Street, Suite 3300
4    San Diego, California 92130-2081               Minneapolis, Minnesota 55402
     *Counsel for:*                                 *Counsel for:*
5    *New Destiny Internet Group LLC; Audio*        *New Destiny Internet Group LLC; Audio*
     *Communications; VS Media Inc.;*               *Communications; VS Media Inc. ;*
6    *Ademia Multimedia LLC; Adult*                 *Ademia Multimedia LLC; Adult*
     *Entertainment Broadcast Network;*             *Entertainment Broadcast Network;*
7    *Cyber Trend Inc.; Lightspeedcash; Adult*      *Cyber Trend Inc.; Lightspeedcash; Adult*
     *Revenue Services; Innovative Ideas*           *Revenue Services; Innovative Ideas*
8    *International; Game Link Inc.; Club*           *International; Game Link Inc.; Club*
     *Jenna Inc.; CJ Inc.; Global AVS Inc.;*        *Jenna Inc.; CJ Inc. ; Global AVS Inc.;*
9    *ACMP LLC; Cybernet Ventures Inc.*             *ACMP LLC; Cybernet Ventures Inc.*

10   Victor De Gyarfas                              Gary A. Hecker
     William J. Robinson                            James Michael Slominski
11   Foley & Lardner                                Hecker Law Group
     2029 Century Park E, 35th Floor                1925 Century Park East, Suite 2300
12   Los Angeles, California 90067                  Los Angeles, California 90067
     *Counsel for:*                                 *Counsel for:*
13   *International Web Innovations, Inc.*          *Offendale Commercial Limited BV*

14   Mark D. Schneider                              Dan Fingerman
     Gifford, Krass, Groh, Sprinkle, Anderson       Mount & Stoelker, P.C.
15     and Citkowski                                River Park Tower, 17th Floor
     280 N. Old Woodward Avenue, Suite 400          333 W. San Carlos St.
16   Birmingham, Michigan 48009-5394                San Jose, CA  95110
     *Counsel for:*                                 *Counsel for:*
17   *Askcs.com Inc.*                               *Askcs.com Inc.*

18   David Allen York                               Rachel Krevans
     Latham & Watkins                               Jason A. Crotty
19   135 Commonwealth Drive                         Paul A. Friedman
     Menlo Park, California 94025                    Morrison & Foerster LLP
20   *Counsel for:*                                 425 Market Street
     *AP Net Marketing Inc.; ICS Inc.*             San Francisco, California 94105-2482
21                                                  *Counsel for:*
                                                    *Echostar Satellite LLC; Echostar*
22                                                  *Technologies Corporation; Echostar*
                                                    *Communications Corporation*
23

24   Annemarie A. Daley                             Richard R. Patch
     Stephen P. Safranski                           J. Timothy Nardell
     Robins Kaplan Miller & Ciresi LLP              Coblentz, Patch, Duffy & Bass LLP
25   2800 LaSalle Plaza                             One Ferry Building, Suite 200
     800 LaSalle Avenue                             San Francisco, California 94111-4213
26   Minneapolis, Minnesota 55402                   *Counsel for:*
     *Counsel for:*                                 *Coxcom, Inc.; Hospitality Network, Inc.*
27   *Coxcom, Inc.; Hospitality Network, Inc.*

28

| | |
|---|---|
| 1 | Jeffrey H. Dean |
| | Kevin D. Hoag |
| 2 | Bradford P. Lyerla |
| | Carl E. Myers |
| 3 | Marshall Gerstein & Borun LLP |
| | 6300 Sears Tower |
| 4 | 233 South Wacker Drive, |
| | Chicago, Illinois 60606 |
| 5 | *Counsel for:* |
| | ***Charter Communications, Inc.;*** |
| 6 | ***Armstrong Group; East Cleveland TV*** |
| | ***and Communications LLC; Massillon*** |
| 7 | ***Cable TV, Inc.; Wide Open West, LLC*** |

William R. Overend
Morgan D. Tovey
Reed Smith Crosby Heafey
Two Embarcadero Center, Suite 2000
San Francisco, California 94111
*Counsel for:*
***Charter Communications, Inc.***

8   Daralyn J. Durie
    Joshua H. Lerner
9   David J. Silbert
    Keker & Van Nest LLP
10  710 Sansome Street
    San Francisco, California 94111
11  *Counsel for:*
    ***Comcast Cable Communications, LLC***
12

Maria K. Nelson
Victor G. Savikas
Jones Day Reavis & Pogue
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025
*Counsel for:*
***DirecTV Group, Inc.***

13  Stephen E. Taylor
    Taylor & Co. Law Offices, Inc.
    One Ferry Building, Suite 355
14  San Francisco, California 94111
    *Counsel for:*
15  ***Mediacom Communications***
    ***Corporation***
16

Mitchell D. Lukin
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77022
*Counsel for:*
***Mediacom Communications***
***Corporation***

17  Jeffrey D. Sullivan
    Michael J. McNamara
18  Baker Botts L.L.P.
    30 Rockefeller Plaza
19  New York, New York 10112
    *Counsel for:*
20  ***Mediacom Communications***
    ***Corporation***
21
22
23

Rebecca Anne Bortolotti
John Christopher Reich
Albert L. Underhill
Merchant & Gould
80 S. 8th Street, Suite 3200
Minneapolis, Minnesota 55402
*Counsel for:*
***Arvig Communications Systems;***
***Cannon Valley Communications, Inc.;***
***Loretel Cablevision; Mid-Continent***
***Media, Inc.; Savage Communications,***
***Inc.; Sjoberg's Cablevision, Inc.; US***
***Cable Holdings LP***

24  Sean David Garrison
    Robert Francis Copple
25  Lewis & Roca LLP
    40 N. Central Avenue
26  Phoenix, Arizona 85004-4429
    *Counsel for:*
27  ***Cable America Corp.***

C. Mark Kittredge
Perkins Coie Brown & Bain PA
P.O. Box 400
Phoenix, Arizona 85001-0400
*Counsel for:*
***Cable One Inc.***

28

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1
Troy Blinn Forderman
George Chun Chen
2
Bryan Cave LLP
2 N. Central Avenue, Suite 2200
3
Phoenix, Arizona 85004-4406
*Counsel for:*
4
*Cable System Service Inc.*

5
Patrick J. Whalen
Spencer Fan Britt & Brown LLP
6
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
7
*Counsel for:*
*NPG Cable Inc.*
8

9
Clay K. Keller
Buckingham, Doolittle & Burroughs
50 South Main Street
10
Akron, Ohio 44308
*Counsel for:*
11
*Nelsonville TV Cable, Inc.*
12

13
Christopher B. Fagan
Fay Sharpe Fagan Minnich & McKee
14
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2518
15
*Counsel for:*
*Armstrong Group; East Cleveland TV*
16
*and Communications LLC; Massillon*
*Cable TV, Inc.; Wide Open West, LLC*
17

Gregory T. Spalj
Fabyanske Westra & Hart PA
800 LaSalle Avenue, Suite 1900
Minneapolis, Minnesota 55402
*Counsel for:*
*Cable System Service, Inc.*

Fritz Byers
520 Madison Avenue
Toledo, Ohio 43604
*Counsel for:*
*Block Communications, Inc.*

Melissa G. Ferrario
Barry S. Goldsmith
Gary H. Nunes
Womble Carlyle Sandridge & Rice
8065 Leesburg Pike, Fourth Floor
Tysons Corner, VA 22182
*Counsel for:*
*Nelsonville TV Cable, Inc.*

Stephen S. Korniczky
Paul Hastings Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130
*Counsel for:*
*Cebridge Connections*

18

19

20

21

22

23

24

25

26

27

28

493439\v2