NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACACIA MEDIA TECHNOLOGIES CORPORATION | No. C05-01114 JW (HRL) <br><br> **INTERIM ORDER SETTING DEADLINE FOR RESPONSES TO THE OBJECTION TO THE APPOINTMENT OF RAINER SCHULZ AS A TECHNICAL ADVISOR** |

Pursuant to the District Court's June 21, 2005 "Order Clarifying the Role of the Court's Technical Advisor, Mr.Rainer Schulz," this court has received an objection to the appointment of Mr. Schulz. Several parties filed responses to that objection on July 13, 2005. Any party that wishes to respond to the asserted objection, but has not yet done so, shall file its response **no later than July 18, 2005**.

Upon consideration of the papers submitted by the parties, this court will decide whether to set a hearing or whether the matter may be determined upon the papers without a hearing.

IT IS SO ORDERED.

Dated: July 14, 2005

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:05-cv-1114 Notice will be electronically mailed to:

Alfredo A. Bismonte   abismonte@mount.com, ceastman@mount.com;bshih@mount.com

Alan P. Block   blocka@hbdlawyers.com, bersons@hbdlawyers.com;biserm@hbdlawyers.com;effnere@hbdlawyers.com

Juanita R. Brooks   brooks@fr.com, njohnson@fr.com

Robert F. Copple   rcopple@lrlaw.com, dclauser@lrlaw.com

Jason A. Crotty   jcrotty@mofo.com, vpooni@mofo.com;RKrevans@mofo.com;LSangalang@mofo.com;RHarkins@mofo.com

Annamarie A. Daley   aadaley@rkmc.com, dlanderson@rkmc.com;vlriley@rkmc.com

Jeffrey H. Dean   jdean@marshallip.com, mdelach@marshallip.com

Roderick G. Dorman   dormanr@hbdlawyers.com, spearsl@hbdlawyers.com

Daniel Harlan Fingerman   dfingerman@mount.com, ceastman@mount.com

Paul A. Friedman   pafriedman@mofo.com,

Kevin D. Hogg   khogg@marshallip.com,

Jan J. Klohonatz   jklohonatz@tcolaw.com,

Stephen S. Korniczky   stephenkorniczky@paulhastings.com

Rachel Krevans   rkrevans@mofo.com, ggerrish@mofo.com

Mitchell D. Lukin   mitch.lukin@bakerbotts.com,

Bradford P. Lyerla   blyerla@marshallip.com, mgreene@marshallip.com

Harold J. McElhinny   HMcElhinny@mofo.com, vmarshall@mofo.com

Emmett J. McMahon   ejmcmahon@rkmc.com, lhbuck@rkmc.com;kkschwientek@rkmc.com;crketterling@rkmc.com

Michael J. McNamara   michael.mcnamara@bakerbotts.com,

Todd Glen Miller   miller@fr.com, owens@fr.com

Marsha Ellen Mullin   memullin@jonesday.com,

J. Timothy Nardell   EfilingJTN@cpdb.com

Maria K. Nelson   mknelson@jonesday.com, vgsavikas@jonesday.com;memullin@jonesday.com;lalucca@jonesday.com

William R. Overend   woverend@reedsmith.com, ehaase@reedsmith.com

Richard R. Patch   rrp@cpdb.com,

**United States District Court**
For the Northern District of California

1 William J. Robinson   wrobinson@foley.com, lsaptoro@foley.com

2 Stephen P. Safranski   spsafranski@rkmc.com, bjweiss@rkmc.com

3 Victor George Savikas   vgsavikas@jonesday.com,

4 Kevin I. Shenkman   shenkmank@hbdlawyers.com, smithm@hbdlawyers.com

5 David J. Silbert   djs@kvn.com, aap@kvn.com;nbd@kvn.com;cac@kvn.com

6 Jonathan E. Singer   singer@fr.com, skarboe@fr.com

7 James Michael Slominski   jslominski@hh.com, jimslominski@verizon.net

8 Jeffrey D. Sullivan   jeffrey.sullivan@bakerbotts.com

9 Stephen E. Taylor   staylor@tcolaw.com, jschinske@tcolaw.com;cdunbar@tcolaw.com;jklohonatz@tcolaw.com;nfreese@tcolaw.com;rhardack@tcolaw.com;jshang@tcolaw.com

11 Morgan William Tovey   mtovey@reedsmith.com, mjmeyers@reedsmith.com

12 Todd R. Tucker   ttucker@rennerotto.com, jcampbell@rennerotto.com

13 Patrick J. Whalen   pwhalen@spencerfane.com, ecrank@spencerfane.com

14 William R. Woodford   woodford@fr.com, lindner@fr.com

15 David A. York   david.york@lw.com

16 Victor de Gyarfas   vdegyarfas@foley.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Courtesy copy mailed to:

Fritz Byers
824 Spitzer Bldg.,
520 Madison Avenue
Toledo, OH 43604

Counsel is reminded of the obligation to register for e-filing under the court's CM/ECF program.