| | |
|---|---|
| 1 | Victor G. Savikas (State Bar No. 145658) |
| 2 | Kevin G. McBride (State Bar No. 195866) |
|   | Maria K. Nelson (State Bar No. 155608) |
| 3 | JONES DAY |
|   | 555 South Flower Street |
| 4 | Fiftieth Floor |
|   | Los Angeles, CA 90071 |
| 5 | Telephone: (213) 489-3939 |
|   | Facsimile: (213) 243-2539 |
| 6 | Attorneys for Defendant |
| 7 | THE DIRECTV GROUP, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. C05-01114 JW (HRL) |
| ACACIA MEDIA TECHNOLOGIES CORPORATION, | NOTICE OF CHANGE OF ADDRESS |

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE BE ADVISED THAT the address of Jones Day, counsel of record for The DIRECTV Group, Inc. ("DIRECTV"), has changed effective July 1, 2005. All telephone and facsimile numbers remain the same. Please update your records accordingly.

Old Address:    555 West Fifth Street, Suite 4600

Los Angeles, CA 90013-1025

**New Address**:   **555 South Flower Street, Fiftieth Floor**

**Los Angeles, CA 90071**

| | | |
|---|---|---|
| 1 | Dated: July 14, 2005 | JONES DAY |
| 2 | | |
| 3 | | By: *Victor G. Savikas* |
| 4 | | Victor G. Savikas |
| 5 | | Attorneys for Defendant<br>THE DIRECTV GROUP, INC. |

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | I am a citizen of the United States and employed in Los Angeles County, California. I am |
| 3 | over the age of eighteen years and not a party to the within-entitled action. My business address |
| 4 | is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071. I am readily familiar |
| 5 | with this firm's practice for collection and processing of correspondence for mailing with the |
| 6 | United States Postal Service. On July 14, 2005, I placed with this firm at the above address for |
| 7 | deposit with the United States Postal Service a true and correct copy of the within document(s): |
| 8 | **NOTICE OF CHANGE OF ADDRESS** |
| 9 | in a sealed envelope, postage fully paid, addressed as follows: |

| | |
|---|---|
| Juanita R. Brooks<br>Todd G. Miller<br>Fish & Richardson<br>12390 El Camino Real<br>San Diego, CA 92130-2081<br><br>**Counsel for: New Destiny Group LLC; Audio Communications; VS Media Inc.; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc.; Global AVS Inc.; ACMP LLA; Cybernet Ventures Inc.** | Daralyn J. Durie<br>Joshua H. Lerner<br>David J. Silbert<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111<br><br>**Counsel for: Comcast Cable Communications, LLC** |
| Victor De Gyarfas<br>William J. Robinson<br>Foley & Lardner<br>2029 Century Park E, 35th Floor<br>Los Angeles, CA 90067<br><br>**Counsel for: International Web Innovations, Inc.** | Stephen E. Taylor<br>Taylor & Co. Law Offices, Inc.<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111<br><br>**Counsel for: Mediacom Communications Corporation** |
| Mark D. Schneider<br>Gifford, Krass, Groh, Sprinkle ...<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, MI 48009-5394<br><br>**Counsel for: Askcs.com Inc.** | Jeffrey D. Sullivan<br>Michael J. McNamara<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br><br>**Counsel for: Mediacom Communications Corporation** |

| | |
|---|---|
| David Allen York<br>Latham & Watkins<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br><br>**Counsel for: AP Net Marketing Inc.; ICS Inc.** | Sean David Garrison<br>Robert Francis Cople<br>Lewis & Roca LLP<br>40 N. Central Avenue<br>Phoenix, AZ 85004-4429<br><br>**Counsel for: Cable America Corp.** |
| Annemarie A. Daley<br>Stephen P. Safranski<br>Robins Kaplan Miller & Ciresi LLP<br>2800 LaSalle Avenue<br>Minneapolis, MN 55402<br><br>**Counsel for: Coxcom, Inc.; Hospitality Network, Inc.** | William R. Overend<br>Morgan D. Tovey<br>Reed Smith Crosby Heafey<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br><br>**Counsel for: Charter Communications, Inc.** |
| Jonathan E. Singer<br>William R. Wodford<br>Fish & Richardson<br>60 South Sixth Street, Suite 3300<br>Minneapolis, MN 55402<br><br>**Counsel for: New Destiny Group LLC; Audio Communications; VS Media Inc.; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc.; Global AVS Inc.; ACMP LLA; Cybernet Ventures Inc.** | Mitchell D. Lukin<br>Baker Botts, LLP<br>One Shell Plaza<br>910 Louisiana<br>Houston, TX 77022<br><br>**Counsel for: Mediacom Communications Corporation** |
| Gary A. Hecker<br>James Michael Slominski<br>Hecker Law Group<br>1925 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br><br>**Counsel for: Offendale Commercial Limited BV** | Rebecca Anne Bortolotti<br>John Christopher Reich<br>Albert L. Underhill<br>Merchant & Gould<br>80 S. 8th Street, Suite 3200<br>Minneapolis, MN 55402<br><br>**Counsel for: Arvig Communications Systems; Cannon Valley Communications, Inc.; Loretel Cablevision; Mid-Continent Media, Inc.; Savage Communications, Inc.; Sjoberg's Cablevision, Inc,; US Cable Holdings LP** |
| Dan Fingerman<br>Mount & Stoelker, P.C.<br>River Park Tower, 17th Floor<br>333 W. San Carlos Street<br>San Jose, CA 95110<br><br>**Counsel for: Asksc.com Inc.** | C. Mark Kittredge<br>Perkins Coie Brown & Bain PA<br>P. O. Box 400<br>Phoenix, AZ 85001-0400<br><br>**Counsel for: Cable One Inc.** |

| | |
|---|---|
| Rachel Krevans<br>Jason A. Crotty<br>Paul A. Friedman<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br><br>**Counsel for: Echostar Satellite LLC;**<br>**Echostar Technologies Corporation;**<br>**Echostar Communications Corporation** | Troy Blinn Forderman<br>George Chun Chen<br>Bryan Cave LLP<br>2 N. Central Avenue, Suite 2200<br>Phoenix, AZ 85004-4406<br><br>**Counsel for: Cable System Service Inc.** |
| Richard R. Patch<br>J. Timothy Nardell<br>Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111-4213<br><br>**Counsel for: Coxcom, Inc.; Hospitality Network, Inc.** | Patrick J. Whalen<br>Spender Fan Britt & Brown LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City. MO 64106<br><br>**Counsel for: NPG Cable Inc.** |
| Jeffrey H. Dean<br>Kevin D. Hoag<br>Bradford P. Lyerla<br>Carl E. Myers<br>Marshall Gerstein & Borun LLP<br>6300 Sears Tower<br>233 South Wacker Drive,<br>Chicago, IL 60606<br><br>**Counsel for: Charter Communications, Inc.; Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West, LLC** | Clay K. Keller<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>Akron, OH 44308<br><br>**Counsel for: Nelsonville TV Cable, Inc.** |
| Christopher B. Fagan<br>Fay Sharpe Fagan Minnich & McKee<br>1100 Superior Avenue, Seventh Floor<br>Cleveland, OH 44114-2518<br><br>**Counsel for: Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West, LLC** | Gregory T. Spalj<br>Fabyanske Westra & Hart PA<br>800 LaSalle Avenue, Suite 1900<br>Minneapolis, MN 55402<br><br>**Counsel for: Cable System Service, Inc.** |
| Fritz Byers<br>520 Madison Avenue<br>Toledo, OH 43604<br><br>**Counsel for: Block Communications, Inc.** | Melissa G. Ferrario<br>Barry S. Goldsmith<br>Gary H. Nunes<br>Womble Carlyle Sandridge & Rice<br>8065 Leesburg Pike, Fourth Floor<br>Tysons Corner, VA 22182<br><br>**Counsel for: Nelsonville TV Cable, Inc.** |

| | |
|---|---|
| 1<br>2<br>3<br>4 | Roderick G. Dorman<br>Alan P. Block<br>Kevin Shenkman<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, CA 90017<br>**Counsel for: Acacia Media Technologies Corporation** |

5    Following ordinary business practices, the envelope was sealed and placed for collection

6  and mailing on this date, and would, in the ordinary course of business, be deposited with the

7  United States Postal Service on this date.

8    I declare that I am employed in the office of a member of the bar of this court at whose

9  direction the service was made.

10    Executed on July 14, 2005, at Los Angeles, California.

11

12                                *Beatrice E. Thompkins*
13                                _____
                                  Beatrice E. Thompkins