

Sean D. Garrison (*Pro Hac Vice* pending)
40 N. Central Avenue
Phoenix, Arizona 85004-4429
Telephone (602) 262-5311
Facsimile (602) 734-3939
Email: *sgarrison@lrlaw.com*

*Attorneys for Defendant CableAmerica Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ACACIA MEDIA TECHNOLOGIES CORPORATION, | NO. 05 CV 01114 JW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, Sean D. Garrison, an active member in good standing of the State Bar of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant CableAmerica Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of the State of Arizona, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and

3. I understand, based on the discussion at the June 14 Case Management Conference, that because this case is an MDL proceeding, the Court will not require the

1652700.1



designation of local co-counsel as is normally required by L.R. 11-3. Accordingly, no such designation is being made at this time. I have registered with the Court for ECF filing and service and agree that ECF service will constitute notice and service to me and CableAmerica.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2005           /s/
                                     SEAN D. GARRISON