EXHIBIT K

EXHIBIT K

| | |
|---|---|
| 1 | MARSHALL GERSTEIN & BORUN LLP |
| | BRADFORD P. LYERLA (*pro hac vice*) |
| 2 | KEVIN D. HOGG (*pro hac vice*) |
| | JEFFREY H. DEAN (*pro hac vice*) |
| 3 | GREGORY STANTON (*pro hac vice*) |
| | ANDREW RAYMOND (*pro hac vice*) |
| 4 | 6300 Sears Tower |
| | Chicago, Illinois 60606 |
| 5 | (312) 474-6300 (telephone) |
| | (312) 474-0448 (telecopier) |
| 6 | blyerla@marshallip.com |
| | khogg@marshallip.com |
| 7 | jdean@marshallip.com |
| | gstanton@marshallip.com |
| 8 | araymond@marshallip.com |
| 9 | COUNSEL FOR DEFENDANT CHARTER |
| | COMMUNICATIONS, INC. AND 12 ADDITIONAL |
| 10 | CABLE TELEVISION DEFENDANTS |
| 11 | ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACACIA MEDIA TECHNOLOGIES CORPORATION, | |
| Plaintiff, | Case No. C 05-01114 JW (HRL) |
| vs. | MDL NO. 1665 |
| NEW DESTINY INTERNET GROUP, *et al.*, | **DECLARATION OF JEFFREY H. DEAN** |
| Defendants. | |
| AND ALL RELATED AND/OR CONSOLIDATED CASE ACTIONS | |

<br>

<br>

<br>

Case No. C 05-01114 JW (HRL)
MDL NO. 1665

DECLARATION OF
JEFFREY H. DEAN

|   |   |
|---|---|
| 1 | I, Jeffrey H. Dean, one of the attorneys for defendant Charter Communications, |
| 2 | Inc., and 12 other Cable television defendants, hereby state, to the best of my knowledge |
| 3 | and belief, as follows: |
| 4 | 1.     Exhibit A to the Memorandum of Law and Fact in Support of Reconsideration of |
| 5 | the Court's Construction of the Term "Remote Locations" is a true and correct copy of U.S. Pat- |
| 6 | ent No. 5,132,992. |
| 7 | 2.     Exhibit B to the Memorandum of Law and Fact in Support of Reconsideration of |
| 8 | the Court's Construction of the Term "Remote Locations" is a true and correct copy of U.S. Pat- |
| 9 | ent No. 5,253,275. |
| 10 | 3.     Exhibit C to the Memorandum of Law and Fact in Support of Reconsideration of |
| 11 | the Court's Construction of the Term "Remote Locations" is a true and correct copy of U.S. Pat- |
| 12 | ent No. 5,550,863. |
| 13 | 4.     Exhibit D to the Memorandum of Law and Fact in Support of Reconsideration of |
| 14 | the Court's Construction of the Term "Remote Locations" is a true and correct copy of U.S. Pat- |
| 15 | ent No. 6,002,720. |
| 16 | 5.     Exhibit E to the Memorandum of Law and Fact in Support of Reconsideration of |
| 17 | the Court's Construction of the Term "Remote Locations" is a true and correct copy of U.S. Pat- |
| 18 | ent No. 6,144,702. |
| 19 | 6.     Exhibit F to the Memorandum of Law and Fact in Support of Reconsideration of |
| 20 | the Court's Construction of the Term "Remote Locations" is a true and correct copy of the |
| 21 | Court's *Markman* order dated July 12, 2004. |
| 22 | 7.     Exhibit G to the Memorandum of Law and Fact in Support of Reconsideration of |
| 23 | the Court's Construction of the Term "Remote Locations" are true and correct copies of excerpts |
| 24 | from the prosecution history of U.S. Patent No. 6,002,720. |
| 25 | 8.     Exhibit H to the Memorandum of Law and Fact in Support of Reconsideration of |
| 26 | the Court's Construction of the Term "Remote Locations" is a true and correct copy of U.S. Pat- |
| 27 | ent No. 5,195,092 to Wilson. |
| 28 | Case No. C 05-01114 JW (HRL)           DECLARATION OF<br>MDL NO. 1665                                    JEFFREY H. DEAN<br>-1- |

9. Exhibit I to the Memorandum of Law and Fact in Support of Reconsideration of the Court's Construction of the Term "Remote Locations" is a true and correct copy of U.S. Patent No. 4,506,387 to Walter.

10. Exhibit J to the Memorandum of Law and Fact in Support of Reconsideration of the Court's Construction of the Term "Remote Locations" are true and correct copies of excerpts from the prosecution history of U.S. Patent No. 5,132,992.

I declare, under penalty of perjury, that the foregoing is true to the best of my knowledge and belief.

DATED: July 29, 2005   By: /s/ Jeffrey H. Dean
                           Jeffrey H. Dean