# EXHIBIT A

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
601 SOUTH FIGUEROA STREET
SUITE 3300
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 694-1200
FACSIMILE (213) 694-1234

DIRECT PHONE (213) 694-1054
BLOCKA@HBDLAWYERS.COM

August 10, 2005

**VIA FACSIMILE AND E-MAIL**

David J. Silbert, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111-1704

    **Re:**   *In re Acacia Media Technologies*
           No. C 05-1114 (MDL 1665)

Dear David:

    This is in response to your letter of yesterday regarding the support for the supplemental matters, set forth in my letter of August 8, on which Acacia's experts may testify on September 8 and 9. All this information was already known by you, since it was in our recent brief.

    In addition to the subject matter discussed in the declarations dated October 20, 2004, the support for each of the supplemental matters is set forth below:

    1.    Testimony that the sequence encoder (time encoder) performs functions other than transforming digital data blocks into a group of addressable data blocks.

    **Support:** The specification of the '702 patent describes four functions for the sequence encoder (time encoder):

        (1) receives converted formatted audio and video information from the converter 113 ('702 patent, 7:54-59);

        (2) performs time encoding by assigning relative time markers to the audio and video data as it passes from the

> converter through the time encoder and delivers time encoded audio and video data to the precompression processor ('702 patent, 8:6-9);
>
> (3) places formatted information into a sequence of addressable data blocks and delivers the sequence of addressable data blocks to the precompression processor ('702 patent, 7:50-57; 8:6-9; 8:46-49); and
>
> (4) places blocks of converted formatted information from converter 113 into a group of addressable data blocks ('702 patent, 7:57-59).

2. Testimony that there is nothing in the patent specification or in the claims which states or implies that, in order to qualify as a time encoder, the time encoder must only transform digital data blocks into a group of addressable data blocks.

   **Support:** '702 patent specification and claims.

3. Testimony that claim 7 of the '702 patent does assist one of ordinary skill in the art to understand that the "sequence encoder" of claim 1 is a "time encoder."

   **Support:** Claim 7 depends from claim 1. Claims 1 and 7 are presumed to have a different scope. Claim 7 adds the functional limitation that the "sequence encoder transforms digital data blocks into a group of addressable data blocks." The functional limitation of claim 7 further defines a particular capability of the sequence encoder, which is not expressly described in claim 1. Other functions of the sequence encoder (time encoder) than that single function described in claim 7 are clearly described in the patent specification (see, No. 1, above).

4. Testimony that claim 7 of the '702 patent would have been understood by a person of ordinary skill in the art in January 1991 as a time encoder that transforms digital data blocks into a group of addressable data blocks.

   **Support:** '702 patent, 7:57-59.

      We are confident that this responds to your letter of August 9, 2005 and fully complies with the parties' agreement.

Very truly yours,

Alan P. Block

APB:sab

cc:    All counsel on attached distribution list (via facsimile and e-mail)

HENNIGAN, BENNETT & DORMAN LLP

**DISTRIBUTION LIST**

Juanita R. Brooks
Todd G. Miller
Fish & Richardson
12390 El Camino Real
San Diego, California 92130-2081
*Counsel for:*
*New Destiny Internet Group LLC; Audio Communications; VS Media Inc.; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc.; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.*

Jonathan E. Singer
William R. Woodford
Fish & Richardson
60 South Sixth Street, Suite 3300
Minneapolis, Minnesota 55402
*Counsel for:*
*New Destiny Internet Group LLC; Audio Communications; VS Media Inc.; Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Cyber Trend Inc.; Lightspeedcash; Adult Revenue Services; Innovative Ideas International; Game Link Inc.; Club Jenna Inc.; CJ Inc.; Global AVS Inc.; ACMP LLC; Cybernet Ventures Inc.*

Victor De Gyarfas
William J. Robinson
Foley & Lardner
2029 Century Park E, 35th Floor
Los Angeles, California 90067
*Counsel for:*
*International Web Innovations, Inc.*

Gary A. Hecker
James Michael Slominski
Hecker Law Group
1925 Century Park East, Suite 2300
Los Angeles, California 90067
*Counsel for:*
*Offendale Commercial Limited BV*

Mark D. Schneider
Gifford, Krass, Groh, Sprinkle, Anderson and Citkowski
280 N. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394
*Counsel for:*
*Askcs.com Inc.*

Dan Fingerman
Mount & Stoelker, P.C.
River Park Tower, 17th Floor
333 W. San Carlos St.
San Jose, CA 95110
*Counsel for:*
*Askcs.com Inc.*

David Allen York
Latham & Watkins
135 Commonwealth Drive
Menlo Park, California 94025
*Counsel for:*
*AP Net Marketing Inc.; ICS Inc.*

Rachel Krevans
Jason A. Crotty
Paul A. Friedman
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
*Counsel for:*
*Echostar Satellite LLC; Echostar Technologies Corporation; Echostar Communications Corporation*

Annemarie A. Daley
Stephen P. Safranski
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402
*Counsel for:*
*Coxcom, Inc.; Hospitality Network, Inc.*

Jeffrey H. Dean
Kevin D. Hogg
Bradford P. Lyerla
Carl E. Myers
Marshall Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive,
Chicago, Illinois 60606
*Counsel for:*
*Charter Communications, Inc.; Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West, LLC*

Daralyn J. Durie
Joshua H. Lerner
David J. Silbert
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111
*Counsel for:*
*Comcast Cable Communications, LLC*

Stephen E. Taylor
Taylor & Co. Law Offices, Inc.
One Ferry Building, Suite 355
San Francisco, California 94111
*Counsel for:*
*Mediacom Communications Corporation*

Jeffrey D. Sullivan
Michael J. McNamara
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
*Counsel for:*
*Mediacom Communications Corporation*

Richard R. Patch
J. Timothy Nardell
Coblentz, Patch, Duffy & Bass LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
*Counsel for:*
*Coxcom, Inc.; Hospitality Network, Inc.*

William R. Overend
Morgan D. Tovey
Reed Smith Crosby Heafey
Two Embarcadero Center, Suite 2000
San Francisco, California 94111
*Counsel for:*
*Charter Communications, Inc.*

Maria K. Nelson
Victor G. Savikas
Jones Day Reavis & Pogue
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025
*Counsel for:*
*DirecTV Group, Inc.*

Mitchell D. Lukin
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77022
*Counsel for:*
*Mediacom Communications Corporation*

Rebecca Anne Bortolotti
John Christopher Reich
Albert L. Underhill
Merchant & Gould
80 S. 8th Street, Suite 3200
Minneapolis, Minnesota 55402
*Counsel for:*
*Arvig Communications Systems; Cannon Valley Communications, Inc.; Loretel Cablevision; Mid-Continent Media, Inc.; Savage Communications, Inc.; Sjoberg's Cablevision, Inc.; US Cable Holdings LP*

HENNIGAN, BENNETT & DORMAN LLP

| | |
|---|---|
| Sean David Garrison<br>Robert Francis Copple<br>Lewis & Roca LLP<br>40 N. Central Avenue<br>Phoenix, Arizona 85004-4429<br>*Counsel for:*<br>*Cable America Corp.* | C. Mark Kittredge<br>Perkins Coie Brown & Bain PA<br>P.O. Box 400<br>Phoenix, Arizona 85001-0400<br>*Counsel for:*<br>*Cable One Inc.* |
| Troy Blinn Forderman<br>George Chun Chen<br>Bryan Cave LLP<br>2 N. Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>*Counsel for:*<br>*Cable System Service Inc.* | Gregory T. Spalj<br>Fabyanske Westra & Hart PA<br>800 LaSalle Avenue, Suite 1900<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>*Cable System Service, Inc.* |
| Patrick J. Whalen<br>Spencer Fan Britt & Brown LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106<br>*Counsel for:*<br>*NPG Cable Inc.* | Fritz Byers<br>520 Madison Avenue<br>Toledo, Ohio 43604<br>*Counsel for:*<br>*Block Communications, Inc.* |
| Clay K. Keller<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>Akron, Ohio 44308<br>*Counsel for:*<br>*Nelsonville TV Cable, Inc.* | Melissa G. Ferrario<br>Barry S. Goldsmith<br>Gary H. Nunes<br>Womble Carlyle Sandridge & Rice<br>8065 Leesburg Pike, Fourth Floor<br>Tysons Corner, VA 22182<br>*Counsel for:*<br>*Nelsonville TV Cable, Inc.* |
| Christopher B. Fagan<br>Fay Sharpe Fagan Minnich & McKee<br>1100 Superior Avenue, Seventh Floor<br>Cleveland, Ohio 44114-2518<br>*Counsel for:*<br>*Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West, LLC* | Stephen S. Korniczky<br>Paul Hastings Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>*Counsel for:*<br>*Cebridge Connections* |