**From:** Alan Block [mailto:BlockA@hbdlawyers.com]
**Sent:** Wednesday, August 24, 2005 11:17 AM
**To:** Alan Block; Roderick G. Dorman; Kevin Shenkman; jeffrey.sullivan@bakerbotts.com; john.spaccarotella@bakerbotts.com; michael.mcnamara@bakerbotts.com; Mitch Lukin; fbyers@buckeye-express.com; JTN@cpdb.com; rrp@cpdb.com; cfagan@faysharpe.com; lsaptoro@foley.com; vdegyarfas@foley.com; wrobinson@foley.com; Todd Miller; ghecker@hh.com; jslominski@hh.com; ccwong@jonesday.com; ctartalone@jonesday.com; Kevin McBride; lalucca@jonesday.com; lnbacani@jonesday.com; memullin@jonesday.com; mknelson@jonesday.com; sjcorr@jonesday.com; vgsavikas@jonesday.com; bhershkowitz@kenyon.com; Dan Jackson; Daralyn Durie; Matthias Kamber; dclauser@lrlaw.com; rcopple@lrlaw.com; sgarrison@lrlaw.com; David York; araymond@marshallip.com; blyerla@marshallip.com; gstanton@marshallip.com; jdean@marshallip.com; Kevin Hogg; mdelach@marshallip.com; mgreene@marshallip.com; aunderhill@merchant-gould.com; jreich@merchant-gould.com; rbortolotti@merchant-gould.com; JCrotty@mofo.com; RKrevans@mofo.com; abismonte@mount.com; dfingerman@mount.com; mschneider@patlaw.com; mkittredge@perkinscoie.com; ehaase@reedsmith.com; mjmeyers@reedsmith.com; mtovey@reedsmith.com; woverend@reedsmith.com; Alice M. Ribbens; Stephen P. Safranski; pwhalen@spencerfane.com; Cathy Dunbar; Jan Klohonatz; jschinske@tcolaw.com; nfreese@tcolaw.com; Stephen Taylor; Harold McElhinny; KKramer@mofo.com; MKreeger@mofo.com; Emmett J. McMahon; mchapman@kenyon.com
**Subject:** Joint Claim Construction Statement

Counsel –

Attached for your review and comments is a draft of the Joint Claim Construction Statement, due to be filed tomorrow. Please provide me with any proposed revisions to defendants' portions or provide me with your authorization to sign on your behalf.

Thank you for your cooperation.

Alan


<<HBDDOCS-#498560-v1-Patent_Local_Rule_4-3_Joint_Statement.DOC>>



**Hennigan Bennett & Dorman**[llp]

601 South Figueroa Street
Suite 3300
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

This e-mail was sent by a law firm and may contain information that
is privileged or confidential. If you are not the intended recipient, please
delete the e-mail and any attachments and notify us immediately.
Thank you

COUNSEL LISTED ON SIGNATURE PAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. C-05-01114 JW<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>**[PATENT LOCAL RULE 4-3]**<br><br>Judge:   Honorable James Ware |

Pursuant to the Court's Order Following Case Management Conference, the parties to these actions hereby submit this Joint Claim Construction and Prehearing Statement in accordance with Patent Local Rule 4-3.

| Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| Transmission System | "an assembly of elements, hardware and software, that function together to convert items of information for storage in a computer compatible form and subsequent transmission to a reception system, the transmission system being located in one or more facilities."<br><br>The intrinsic patent evidence on which Acacia shall rely to support this construction is set forth in Acacia's Motion for Reconsideration, filed on July 29, 2005. | "an assembly of elements, hardware and software, that function together to convert items of information for storage in a computer compatible form and subsequent transmission to a reception system."<br><br>The intrinsic patent evidence on which defendants shall rely to support this construction is set forth in defendants' opposition to Acacia's Motion for Reconsideration, filed on August 25, 2005. |
| Transmission system at a first location | "a transmission system at one or more locations separate from the location of the reception system."<br><br>The intrinsic patent evidence on which Acacia shall rely to support this construction is set forth in Acacia's Motion for Reconsideration, filed on July 29, 2005. | "a transmission system at one particular location separate from the location of the reception system."<br><br>The intrinsic patent evidence on which defendants shall rely to support this construction is set forth in defendants' opposition to Acacia's Motion for Reconsideration, filed on August 25, 2005. |
| Reception system at a second location | "a reception system at one or more than one location separate from the transmission system."<br><br>The intrinsic patent evidence on which Acacia shall rely to support this construction is set forth in Acacia's Motion for Reconsideration, filed on July 29, 2005. | "a reception system at one particular location separate from the transmission system."<br><br>The intrinsic patent evidence on which defendants shall rely to support this construction is set forth in defendants' opposition to Acacia's Motion for Reconsideration, filed on August 25, 2005. |

| Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| Sequence encoder | In claims 1, 17, 18, and 32: "a time encoder." In claims 7 and 33: **"a time encoder that transforms digital data blocks into a group of addressable data blocks."** The intrinsic patent evidence and extrinsic expert testimony on which Acacia shall rely to support this construction is set forth in Acacia's Motion for Reconsideration, filed on July 29, 2005. | **Indefinite in all claims.** The intrinsic patent evidence and expert testimony on which defendants shall rely to support this construction is set forth in defendants' opposition to Acacia's Motion for Reconsideration, filed on August 25, 2005. |
| Identification encoder | **"a structure that assigns a unique identification code."** The intrinsic patent evidence and extrinsic expert testimony on which Acacia shall rely to support this construction is set forth in Acacia's Motion for Reconsideration, filed on July 29, 2005. | **"a structure that assigns a unique identification code."** The intrinsic patent evidence and expert testimony on which defendants shall rely to support this construction is set forth in defendants' opposition to Acacia's Motion for Reconsideration, filed on August 25, 2005. |
| In data communication with | **"two or more devices connected while data is being transferred between the devices."** The intrinsic patent evidence on which Acacia shall rely to support this construction is set forth in Acacia's Motion for Reconsideration, filed on July 29, 2005. | **"one or more devices connected such that data is being transferred between the devices in real time."** The intrinsic patent evidence on which defendants shall rely to support this construction is set forth in defendants' opposition to Acacia's Motion for Reconsideration, filed on August 25, 2005. |
| Remote Locations | **"positions or sites distant in space from the transmission system."** The intrinsic patent evidence on which Acacia shall rely to support this construction is set forth in Acacia's opposition to defendants' Motion for Reconsideration, filed on August 25, 2005. | **"a location remote from the requesting site."** The intrinsic patent evidence on which defendants shall rely to support this construction is set forth in defendants' Motion for Reconsideration, filed on July 29, 2005. |

| Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| Transceiver | "a singular device capable of both sending and receiving information"<br><br>The intrinsic patent evidence on which Acacia shall rely to support this construction is set forth in Acacia's opposition to defendants' Motion for Reconsideration, filed on August 25, 2005. | "a singular device that interfaces with a single communication medium and that is capable of sending and receiving data over that communication medium."<br><br>The intrinsic patent evidence and expert testimony on which defendants shall rely to support this construction is set forth in defendants' Motion for Reconsideration, filed on July 29, 2005. |

Dated: August , 2005

RODERICK G. DORMAN (CA SBN 96908)
ALAN P. BLOCK (CA SBN 143783)
KEVIN I. SHENKMAN (CA SBN 223315)
HENNIGAN, BENNETT & DORMAN LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017


By:_____


Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES
CORPORATION

Dated: August __, 2005

VICTOR G. SAVIKAS (CA SBN 145658)
KEVIN G. McBRIDE (CA SBN 195866)
MARSHA E. MULLIN (CA SBN 93709)
MARIA K. NELSON (CA SBN 155608)
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, California 90013-1025


By:_____
    Victor G. Savikas

Attorneys for Defendant
THE DIRECTV GROUP, INC.


Dated: August __, 2005

HAROLD J. McELHINNY (CA SBN 66781)
RACHEL KREVANS (CA SBN 116421)
PAUL A. FRIEDMAN. (CA SBN 208920)
JASON A. CROTTY (CA SBN 196036)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

DAVID C. DOYLE (CA SBN 70690)
MORRISON & FOERSTER LLP
3811 Valley Centre Dr., Suite. 500
San Diego, California 92130


By:_____
    Harold J. McElhinny

Attorneys for Defendants
ECHOSTAR SATELLITE LLC and ECHOSTAR TECHNOLOGIES CORPORATION

Dated: August __, 2005

DARALYN J. DURIE (CA SBN 169825)
DAVID J. SILBERT (CA SBN 173128)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111-1704


By:_____
    David Silbert

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC


Dated: August , 2005

ANNAMARIE A. DALEY (*pro hac vice*)
TARA D. SUTTON (*pro hac vice*)
STEPHEN P. SAFRANSKI (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402

RICHARD R. PATCH (CA SBN 88049)
J. TIMOTHY NARDELL (CA SBN 184444)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213


By:_____
    Annamarie A. Daley

Attorneys for Defendants
COXCOM, INC. and HOSPITALITY NETWORK, INC.

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
CASE NO. C-05-01114 JW

| | |
|---|---|
| Dated: August , 2005 | BRADFORD LYERLA (*pro hac vice* app. pending)<br>KEVIN HOGG (*pro hac vice* app. pending)<br>JEFFREY DEAN (*pro hac vice* app. pending)<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606-6357<br><br>MORGAN W. TOVEY (CA SBN 136242)<br>WILLIAM R. OVEREND (CA SBN 180209)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br><br>By:_____<br>  William R. Overend<br><br>Attorneys for Defendant<br>CHARTER COMMUNICATIONS, INC., WIDE OPEN WEST, ARMSTRONG UTILITIES, MASSILON CABLE TV, INC., EAST CLEVELAND CABLE TV, MID-CONTINENT MEDIA, INC., CANNON VALLEY COMMUNICATIONS, US CABLE HOLDINGS, LP, ARVIG ENTERPRISES, SJOBERG CABLE, LORETEL SYSTEMS, INC., NPG CABLE, INC. |
| DATED: August ____, 2005 | REBECCA ANNE BORTOLOTTI<br>JOHN CHRITOPHER REICH<br>ALBERT L. UNDERHILL<br>MERCHANT & GOULD<br>80 S. 8th Street, Suite 3200<br>Minneapolis, Minnesota 55402<br><br>By_____<br>  Rebecca Anne Bortolotti<br><br>Attorneys for Defendants<br>MID-CONTINENT MEDIA, INC., SAVAGE COMMUNICATIONS, INC., CANNON VALLEY COMMUNICATIONS, US CABLE HOLDINGS, LP, ARVIG ENTERPRISES, SJOBERG'S CABLE, LORETEL SYSTEMS, INC., |
| DATED: August ____, 2005 | JUANITA R. BROOKS<br>TODD G. MILLER |

```
                                    FISH & RICHARDSON P.C.
                                    12390 El Camino Real
                                    San Diego, California 92130-2081


                                    By_____
                                        Todd R. Miller

                                    Attorneys for Defendants
                                    NEW DESTINY INTERNET GROUP, L.L.C.,
                                    AUDIO COMMUNICATIONS, INC., VS MEDIA,
                                    INC., ADEMIA MULTIMEDIA, LLC,
                                    CYBERHEAT, INC., AEBN, INC., LIGHTSPEED
                                    MEDIA CORPORATION, INNOVATIVE IDEAS
                                    INTERNATIONAL, LTD., GAME LINK, INC.,
                                    AND CYBERTREND, INC.

DATED: August ____, 2005            JONATHAN E. SINGER
                                    WILLIAM R. WOODFORD
                                    FISH & RICHARDSON P.C.
                                    60 South Sixth Street, Suite 3300
                                    Minneapolis, Minnesota 55402


                                    By_____
                                        Jonathan E. Singer

                                    Attorneys for Defendants
                                    NEW DESTINY INTERNET GROUP, L.L.C.,
                                    AUDIO COMMUNICATIONS, INC., VS MEDIA,
                                    INC., ADEMIA MULTIMEDIA, LLC,
                                    CYBERHEAT, INC., AEBN, INC., LIGHTSPEED
                                    MEDIA CORPORATION, INNOVATIVE IDEAS
                                    INTERNATIONAL, LTD., GAME LINK, INC.,
                                    AND CYBERTREND, INC.

DATED: August ____, 2005            WILLIAM J. ROBINSON
                                    VICTOR DE GYARFAS
                                    FOLEY & LARDNER
                                    2029 Century Park East, 35th Floor
                                    Los Angeles, California 90067

                                    By_____
                                        Victor de Gyarfas

                                    Attorneys for Defendants
                                    International Web Innovations, Inc. and
                                    OFFENDALE COMMERICAL LIMITED BV

DATED: August ____, 2005            DOUGLAS W. SPRINKLE
```

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
CASE NO. C-05-01114 JW

|   |   |   |
|---|---|---|
| 1 | | MARK D. SCHNEIDER |
| 2 | | GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKI, P.C. |
|   | | 280 N. Old Woodward Avenue, Suite 400 |
| 3 | | Birmingham, Michigan 48009-5394 |
| 4 | | GREGORY B. WOOD |
|   | | FULBRIGHT & JAWORSKI |
| 5 | | 865 S. Figueroa Street, 29th Floor |
|   | | Los Angeles, California 90017-2576 |

By_____
    Mark D. Schneider

Attorneys for Defendant
ASKCS.COM, INC.

DATED: August ___, 2005

GARY A. HECKER
JAMES M. SLOMINSKI
THE HECKER LAW GROUP
1925 Century Park East, Suite 2300
Los Angeles, California 90067

By_____
    James M. Slominski

Attorneys for Defendant
OFFENDALE COMMERCIAL BV, LTD.

DATED: August ___, 2005

DAVID A. YORK
LATHAM & WATKINS
135 Commonwealth Drive
Menlo Park, California 94025

By_____
    David A. York

Attorneys for Defendants
ICS, Inc. and AP Net Marketing, Inc.

DATED: August ___, 2005

MITCHELL D. LUKIN
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77022

JEFFREY D. SULLIVAN
MICHAEL J. MCNAMARA
BAKER BOTTS LLP

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
CASE NO. C-05-01114 JW

30 Rockefeller Plaza
New York, New York 10112

STEPHEN E. TAYLOR
TAYLOR & CO. LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111


By_____
    Mitchell D. Lukin

Attorneys for Defendant
MEDIACOM COMMUNICATIONS
CORPORATION

DATED: August ____, 2005

SEAN DAVID GARRISON
ROBERT FRANCIS COPPLE
LEWIS & ROCA LLP
40 N. Central Avenue
Phoenix, Arizona 85004-4429


By_____
    Sean David Garrison

Attorneys for Defendant
CABLE AMERICA CORP.

DATED: August ____, 2005

C. MARK KITTREDGE
PERKINS COIE BROWN & BAIN PA
P.O. Box 400
Phoenix, Arizona 85001-0400


By_____
    C. Mark Kittredge

Attorneys for Defendants
CABLE ONE INC.

DATED: August ____, 2005

PATRICK J. WHALEN
SPENCER FAN BRITT & BROWN LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106


By_____
    Patrick J. Whalen

Attorneys for Defendants

---

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
CASE NO. C-05-01114 JW

| | | |
|---|---|---|
| 1 | | NPG CABLE INC. |
| 2 | DATED: August ____, 2005 | FRITZ BYERS<br>520 Madison Avenue<br>Toledo, Ohio 43604 |

DATED: August ____, 2005

By_____
   Fritz Byers

Attorneys for Defendants
BLOCK COMMUNICATIONS, INC.

DATED: August ____, 2005

CHRISTOPHER B. FAGAN
FAY SHARPE FAGAN MINNICH & MCKEE
1100 Superior Avenue, Seventh Floor
Cleveland, Ohio 44114-2518

By_____
   Christopher B. Fagan

Attorneys for Defendants
ARMSTRONG GROUP; EAST CLEVELAND TV AND COMMUNICATIONS LLC; MASSILLON CABLE TV, INC.; WIDE OPEN WEST, LLC