# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

Exhibit 1, Page 2



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
  unabridged: a Merriam-Webster/editor in chief, Philip Babcock
  Gove and the Merriam-Webster editorial staff.
    p.    cm.
  ISBN 0-87779-201-1

    1. English language—Dictionaries.   I. Gove, Philip Babcock,
  1902–1972.   II. Merriam-Webster, Inc.
  PE1625.W36 1993
  423–dc20                                                93-10630
                                                             CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

495051 QP/H009998

Exhibit 1, Page 3

ighlighted : play up ⟨decorative 's perfect symmetry⟩ ⟨his scorn for ogic of the law is *italicized* by such ell⟩ ⟨serves especially to ~ the iramatically *italicizes* the movie's outline sharply : bring into sharp udge of her *italicized* lips —Bruce lics ⟨has a habit of *italicizing*⟩
lso **ital·i·ot** \-ēət, -ē̩ät\ *n -s usu* Italy + -*ōtēs* -ote] : a Greek in-

of or relating to the Italiotes

\ō̩f-\ *also* **italo·phil** \-̩fil\ *adj*, il] : friendly to or favoring what is

: one that is friendly to or favors

*apid speech* 'itl-\ *adj, usu cap* [fr. Europe] : of or from Italy : of the ily
-\ *n* [of Arawakan origin; akin to ilm, Baniva *itéui*] : MIRITI PALM

*-s* [Pg *itaúba*, fr. Tupi *itaúba*] in tree (*Mezilaurus itauba*) of the ds a durable russet-brown wood eneral construction  **2** : the wood

*yicche,* fr. OE *gicce,* fr. *giccan,* v.] :ed uneasy sensation (as of a crawl- the upper surface of the skin usu. mild stimulation of pain receptors irritation in the affected area and the affected area by scratching in ~ and scratched it⟩ **b** : to mpanied by such a sensation; *esp* man and animals that is marked :ed to an intense degree and by caused by invasion of the skin by *abiei*) that forms minute galleries a constant irritation — usu. used ipare MANGE  **2 a (1)** : a restless lsive desire for or hankering after : uneasy craving ⟨a compelling ~ ee Rogow⟩ ⟨the ~ to travel⟩ ⟨the 's doing something else —Bertrand the ~ of publicity —V.L.Parring- ig for sensual esp. sexual gratifica- ~ of the senses —Bruce Marshall⟩ d the gross ~ they often portend im only the vague adolescent ~ of personable woman could satisfy restless usu. constant inclination propensity : uneasy predisposition to justify all conduct on logical ~ for activity —Raymond Holden⟩ 'erment : seething agitation : STEW talism —Karl Robson⟩ ⟨was in an ll⟩ ⟨lived in a constant ~ of irrita-

ME *ichen, icchen, yicchen,* fr. OE en to itch, MD *joken*] *vi* **1 a** : to alized uneasy sensation (as of a z) in the upper surface of the skin ~ all over⟩ ⟨her arm ~*ed*⟩ **b** : to heavy winter underwear that ~*ed*⟩ . constant often compulsive desire hing : long restlessly for something and ~ to get their hands on a juicy e ~*ing* to take immediate action e the world⟩ **b** : to have a restless oward something : have a restless predisposition to something : be eready ⟨killers who ~*ed* to kill o be in a restless ferment : SEETHE, —Milton Bracker⟩ ⟨~*es* with lech- : to cause to have a localized or n (as of a crawling, prickling, sting- f the skin : cause to have an itch illiams⟩ ⟨wool socks that ~*ed* his ITE ⟨had always been amused . . . —Sinclair Lewis⟩

in an itchy manner : NERVOUSLY, is if it were a snake —*Time*⟩
\ *n -ES* : the quality or state of being

of ²*itch*] : that itches: **a** : having, an uneasy sensation in the skin ⟨an ~ skin eruption⟩ **b (1)** : hav- s desire or craving or longing for cater to her ~ public⟩ **(2)** : rest- after what is novel and different eople will not endure sound teach- ey will accumulate for themselves ings —2 Tim 4:3 (RSV)⟩ **(3)** : rest- ig after acquisitions esp. money ts always ready for a bribe⟩ ⟨an ~ ed by a restless inclination toward ing : impatiently eager ⟨~ anxiety impulse —B.A.Williams⟩; *specif* el about and not to remain long in /ith an ~ foot, he started drifting anges —W.C.Tuttle⟩ ⟨having had lays, he had at least six different y⟩ **d** : being in a restless ferment olescents—

e, *yicching,* fr. gerund of *icchen,* CH] : ITCH 1a, 2
ral minute parasitic mites that bur- and animals and cause itch; *esp* l varieties of a species (*Sarcoptes* 1, is about ⅟₆₀ of an inch long, and d three-jointed legs and mandibles  **2** *Austral* : CHIGGER
te hellebore (*Veratrum album*) of

**vood tree** *n* : a tree (*Semecarpus* ids with an irritant milky juice
ER/-EST  **1** : ITCHING: as **a** : having,

⟨nitrite⟩ ⟨sulfite⟩

**itea** \'id-ēə, 'id-\ *n* [NL, fr. Gk, willow — more at WITHY]  **1** *cap* : a genus of shrubs (family Saxifragaceae) having ra- cemes of small white flowers with linear petals and a 2-valved capsular fruit — see VIRGINIA WILLOW  **2** *-s* : any plant of the genus Itea

¹**item** \'īd-əm, 'ītəm, 'ī̩tem\ *adv* [ME, fr. L, fr. *ita* thus, prob. after L *id* it, that: *idem* the same — more at ITERATE]  **1** and in addition : LIKEWISE, ALSO — used to introduce and call special attention to a new fact or particular or statement ⟨a length of chain, ~ a hook —Philip Guedalla⟩  **2 a** — used to introduce and call special attention to an initial statement and to each of the new statements that follow that are viewed as forming a related series with the initial statement  **b** — used to introduce and call special attention to a single statement that is not viewed as one of a related series  **c** — used **(1)** to introduce and signalize an initial particular or detail and each of the new particulars or details that follow that are viewed as form- ing a related group with the initial particular or detail or **(2)** to introduce and signalize each individual thing (as an article of household goods, an article of apparel, an object in an art collection, a book in a library) belonging to an aggre- gate of individual things that are being listed one after the other in an enumeration (as an inventory or similar list)

²**item** \'īd-əm, 'ītəm\ *n -s* [MF, fr. *item* (adv.), fr. L]  **1 a** *obs* : an admonition or warning  **b** *now dial* : HINT, INTIMATION, INKLING  **2 a (1)** : an individual particular or detail singled out from a group of related particulars or details ⟨support him down to the ~ —*Time*⟩; *esp* : a small or tiny detail ⟨a courteous writer will stop short of rubbing into our minds the last ~ of all that he means —C.E.Montague⟩  **(2)** : a detail of information : piece of information ⟨gave names and ad- dresses and other relevant ~*s*⟩  **(3)** : an individualizing or distinguishing mark or part or quality or characteristic ⟨an ~ of his customary appearance —Bernard DeVoto⟩ : FEATURE ⟨carefully studied each ~ in the landscape⟩ ⟨more than one ~ in the decorative features of the room was highly original⟩ : TRAIT ⟨he was pleased by every unlikeness to things Ameri- can, by every ~ he could hail as characteristic —H.G.Wells⟩ ⟨inherited ~*s* from both ancestral lines, whether hair color or intelligence —Ruth Benedict⟩  **b (1)** : an individual thing (as an article of household goods, an article of apparel, an object in an art collection, a book in a library) singled out from an aggregate of individual things (as those being enumerated in a bill or inventory or similar list) ⟨was charged for three ~*s*⟩ ⟨glanced at each ~ in the list⟩ : individual object : ARTI- CLE ⟨cherished ~*s* of Americana —Jerome Weidman⟩ **(2)** : something singled out from a specified or implied cate- gory of things of the same kind ⟨bread, meat, and other food ~*s*⟩ ⟨an important ~ of international trade⟩ ⟨various ~*s* of clothing⟩ ⟨thousands of ~*s* of mail⟩  **(3)** : a thing of a par- ticular class or kind as contrasted with a related thing of an- other class or kind ⟨the real ~ in the series —H.J.Laski⟩ **(4)** : something produced by manufacturing or manual labor or in some other way : a piece of goods : PRODUCT, COMMOD- ITY ⟨a fast-selling ~⟩ ⟨marketing a variety of ~*s*⟩ ⟨where only a very few ~*s* are sold in bulk —A.S.Igleheart⟩  **(5)** : a check or draft or other financial instrument  **c (1)** : a film or stage presentation or similar production : SHOW ⟨a bright new ~ on Broadway⟩ ⟨had seen this ~ brilliantly danced —Winthrop Sargeant⟩  **(2)** : one of the parts of such a production ⟨the main ~ of the show was to be a program of native dances —Ursula G. Bower⟩  **d** *Brit* : a selection of instrumental or sung music : musical selection : piece of music ⟨before even the first ~ is played listeners are relaxed and receptive —Clif- ford Lawson-Reece⟩  **3 a** : an object of attention or concern or interest to a specified degree ⟨an ~ of great importance⟩ or in a specified field ⟨an essential ~ for every home⟩ or to a specified individual ⟨excellent pictures add to the value of this book as a shipman's ~ —George Horne b. 1902⟩ ⟨an ~ of historical interest to the collector —Edith Diehl⟩ — compare COLLECTOR'S ITEM  **b** : one of usu. two or more points of dis- cussion or consideration : TOPIC, SUBJECT, MATTER ⟨there was one more ~ he wanted to speak about⟩ ⟨the index of the book listed all ~*s* covered⟩ ⟨added another ~ to the agenda⟩  **4 a (1)** : something that forms a contributory or component part or section of something specified ⟨mentioned a separate ~ of income⟩ ⟨obliteration of religion as an ~ of state policy —Hartzell Spence⟩  **(2)** : one of the elements or circum- stances or influences that contributes to producing an indi- cated result : FACTOR ⟨a major ~ of school expense⟩  **(3)** : a subdivision of a cultural trait : a particular cultural factor or small group of such factors  **b** : something usu. written down that forms part of a larger whole: as **(1)** : one of a series of separate listings (as each of the separate details given in a state- ment of charges for goods ordered or as each of the separate credits or debits detailed in a book of account) : ENTRY **(2)** : a brief line (as a remark, observation, comment) or a paragraph or two having a largely self-contained theme or subject and forming a contributory part of a more extensive piece of writing (as a newspaper column, diary, journal) **(3)** : a brief news bulletin or news report : a brief piece of news ⟨one ~ of news reached him after another, each more harassing than the one before —C.S.Forester⟩  **(4)** : a piece of writing (as an article, story, poem) usu. relatively short in length that forms a contributory part of a longer work (as an an- thology, reference book, periodical) ⟨contributed a couple of ~*s* to the magazine⟩  **(5)** : a subordinate provision : CLAUSE ⟨may also veto ~*s* of proposed legislation and accept the parts of which they approve —A.N.Christensen⟩  **c (1)** : a unit of measurement (as a question, statement) in a test or scale (as of mental aptitude)  **(2)** : a unit of correlated information (as the data indicated on a business punch card) about an in- dividual person or thing  **5 a** : something unspecified : an indeterminate thing ⟨her shopping bag was loaded with miscel- laneous ~*s* she had bought⟩  **b** : something routine in a group of routine things : a run-of-the-mill thing ⟨just one more ~ in a busy day⟩ ⟨is an event, not a mere ~ in the year's publishing list —D.W.Brogan⟩

**syn** ITEM, DETAIL, and PARTICULAR can signify one of the things, either separate and distinct or considered so, that constitute a whole. ITEM applies chiefly to each thing in a list of things or in a group of things that lend themselves to listing ⟨an *item* in a laundry list⟩ ⟨each *item* of income⟩ ⟨an *item* in an inventory⟩ ⟨the first *item* confronting the mason in the building of footings and foundations for a new building is the excava- tion —J.R.Dalzell⟩ DETAIL in this connection applies to each separate thing which enters into the building, form, or con- struction of something as a house, a painting, narrative, or operation ⟨*details* of the building's architecture⟩ ⟨the *details* of modern life which pass daily under our eyes —Matthew Arnold⟩ ⟨the *details* of my employment —Mary W. Shelley⟩ ⟨a painter's fine execution of *details*⟩ PARTICULAR in this

\-zə(r)\ *n -s*

**itemized** *adj* : arranged or presented with each item listed and detailed ⟨asked for an ~ bill⟩ ⟨an ~ account⟩  **syn** see CIR- CUMSTANTIAL

**item veto** *n* : power of an executive (as a governor) to veto separate items of a bill (as an appropriation bill) without vetoing the entire bill

**iter** \'ī̩te(ə)r, 'ī̩-\ *n -s see sense 2* [L, journey, way, passage, right of way, fr. *ire* to go — more at ISSUE]  **1** [ML, fr. L] : EYRE  **2** *pl* **iti·nera** \ə'tinərə, ī'-\ *or* **iters** *a* : an ancient Roman road  **b** *Roman law* : the right to pass over another's land on foot or by horseback — compare ACTUS  **3** : an anatomical passage; *specif* : AQUEDUCT OF SYLVIUS

**it·er·ance** \'id-ərən(t)s, 'itər-\ *n -s* [*literate* + *-ance* (prob. af- ter *utterance*)] : REPETITION, REITERATION, REPETITIOUSNESS, RECURRENCE

**it·er·an·cy** \-nsē, -nsi\ *n -ES* : the quality of being iterant : REPETITION, REITERATION, REPETITIOUSNESS, RECURRENCE

**it·er·ant** \-nt\ *adj* [L *iterant-, iterans,* pres. part. of *iterare*] : marked by repetition or reiteration or by repetitiousness or recurrence ⟨~ echoes⟩

**it·er·ate** \-ə,rāt, *usu* -ād.+V\ *vt -ED/-ING/-S* [L *iteratus,* past part. of *iterare* to iterate, fr. *iterum* again, anew; akin to L *is* he, that, *ita* thus, Skt *itara* the other, *iti* thus] : REITERATE ⟨*iterated* his complaint⟩ **syn** see REPEAT

**iterated integral** *n* : an integral of a function of several varia- bles that is evaluated by finding the definite integral with re- spect to one variable and then the definite integral of the result with respect to the second and so continuing until the desired accuracy is achieved

**it·er·a·tion** \̩-ə'rāshən\ *n -s* [ME *iteracioun,* fr. L *iteration-, iteratio,* fr. *iteratus* (past part.) + *-ion-, -io -ion*] : the action of repeating or reiterating : REPETITION, REITERATION ⟨con- stant ~ of the theme of a world out of joint —R.C.Carpenter⟩

¹**it·er·a·tive** \'̩-ə,rād.|iv, -rə|, |t|, |ēv *also* |əv\ *adj* [MF *iteratif,* fr. LL *iterativus* frequentative, fr. L *iteratus* (past part.) + *-ivus -ive*]  **1** : marked by or involving repetition or reiteration or repetitiousness or recurrence ⟨~ methods⟩ ⟨~ poetic imagery⟩  **2** : serving or tending to repeat; *specif, of a verb form or aspect* : expressing repetition of an action — compare FREQUENTATIVE, REDUPLICATIVE — **it·er·a·tive·ly** \|əvlē, -li\ *adv* — **it·er·a·tive·ness** \|ivnəs, |ēv- *also* |əv-\ *n -ES*

²**iterative** \"\ *n -s* : a word expressing repetition of an action

¹**-ites** \'īd-̩()ēz, 'ī̩()tēz\ *n suffix, pl* **-ites** [NL — more at ¹-ITE] : organism or fossil like (a specified group) or from (an indicated place) — chiefly in generic names usu. of fossils ⟨*Agavites*⟩ ⟨*Malayites*⟩

²**-ites** *pl of* -ITIS

**ith·a·gine** \'ithə̩jīn\ *n -s* [NL *Ithaginis*] : BLOOD PHEASANT

**Ithag·i·nis** \ə'thajənəs\ *n, cap* [NL, irreg. fr. Gk *ithagenēs* legitimate, aboriginal] : a genus consisting of the blood pheasants

¹**ith·er** \'ithə(r)\ *dial Brit var of* OTHER
²**ither** \"\ *dial Brit var of* EITHER

**Ithu·ri·el's spear** \ə'th(y)ùrēəlz-\ *n, usu cap I* [so called fr. the phrase *Ithuriel with his spear* in *Paradise Lost* (4:810) by John Milton †1674, Eng. poet] : GRASSNUT 2

¹**ithy·phal·lic** \̩ithə'falik\ *n -s* [LL *ithyphallicus,* adj.]  **1** : a piece of verse having an ithyphallic meter  **2** : an obscene piece of verse

²**ithyphallic** \':··|:··\ *adj* [LL *ithyphallicus,* fr. Gk *ithyphalli- kos,* fr. *ithyphallos* phallus + *-ikos -ic*]  **1 a** : having a meter typically used in hymns sung at ancient festivals honoring the Greek and Roman god of revelry Bacchus ⟨written in ~ verse⟩; *specif* : having the meter of a trochaic dimeter brachy- catalectic (-∪-∪--)  **b (1)** : of or relating to festivals anciently celebrated in honor of Bacchus ⟨~ processions⟩  **(2)** : of or relating to the phallus carried in processions held during these festivals  **2 a** : having an erect or tumid penis — usu. used of figures in an art representation (as a statue or drawing) ⟨the curious and enigmatical semidisguised human figures are ~ —G.Baldwin Brown⟩ ⟨sketches of ~ bulls⟩  **b (1)** : LUSTFUL **(2)** : OBSCENE

**ithy·phal·lus** \̩·ə'faləs\ *n* [NL, fr. Gk *ithyphallos* phallus, erect penis, fr. *ithys* straight + *phallos* penis; akin to Skt *sādhati* he comes to his goal — more at BLOW] *syn of* PHALLUS

**-it·ic** \'id-|ik, 'it|, |ēk\ *adj suffix* [F *-itique,* fr. MF, fr. L *-iticus,* fr. Gk *-itikos,* fr. *-itis* (n. & adj. suffix) + *-ikos -ic*] : of, resembling, or marked by — in adjectives formed from nouns usu. ending in *-ite* ⟨dendrit*ic*⟩, *-itis* ⟨bronchit*ic*⟩ and sometimes from other nouns ⟨dactylit*ic*⟩

**-itides** *pl of* -ITIS

**itie** \'īd-ē, 'ī̩tī\ *n -s usu cap* [by alter. and shortening] : ITALIAN — usu. used disparagingly

**-ities** *pl of* -ITY

**itinera** *pl of* ITER

**itin·er·a·cy** \ī'tin(ə)rəsē, -si *also* ə't-\ *n -ES* [²*itinerate* + *-cy*] : ITINERANCY

**itin·er·an·cy** \-rənsē, -si\ *n -ES*  **1 a (1)** : the action of itinerat- ing ⟨preached to many people in the course of his ~⟩  **(2)** : the condition of being itinerant ⟨the ~ of a medieval minstrel⟩ **b** : a system (as in the Methodist Church) of rotating ministers who itinerate ⟨features of the episcopacy and the ~ —F.S. Mead⟩  **2 a** : official work or duty that involves traveling about from place to place (as in covering a preaching circuit) ⟨returned to the ~ —J.W.Johnston⟩  **b** : a group of persons (as preachers, judges) having such work or duty ⟨a member of the ~⟩

¹**itin·er·ant** \-rənt\ *adj* [LL *itinerant-, itinerans,* pres. part. of *itinerari* to journey, fr. L *itiner-, iter* journey — more at ITER] **1** : that travels about from place to place ⟨an ~ agricultural worker⟩ ⟨an ~ theatrical troupe⟩; *esp* : that travels about in covering a circuit ⟨an ~ preacher⟩  **2** : marked by itinerancy ⟨lived an ~ life⟩ ⟨the ~ ministry⟩ : given or done or held in the course of traveling about from place to place ⟨~ dis- courses⟩ ⟨~ teaching⟩ ⟨~ sketching⟩ ⟨~ tent meetings⟩ — **itin·er·ant·ly** *adv*

²**itinerant** \"\ *n -s* : one that travels about from place to place; *esp* : one that travels about in covering a circuit

**itin·er·ar·i·um** \ī̩(̩)tinə'ra(a)rēəm, ə̩t-\ *or* **itinerary** *n, pl* **itineraria** *or* **itinerariums** *or* **itineraries** [ML *itinerarium* (also, account of a journey, itinerary), fr. LL] : a prayer given in the Roman Catholic breviary that is used for a person who is about to travel

¹**itin·er·ary** \ī'tinə̩rerē, -̩reri *also* ə't- *or* -nərē *or* -nəri\ *n -ES* [ME *itinerarie,* fr. LL *itinerarium,* neut. of *itinerarius* of a journey, itinerary]  **1 a (1)** : a course of travel : route of a journey or tour or trip ⟨an ~ that took them through Canada⟩ **(2)** : an official or royal tour or circuit or visitation : PROG- RESS ⟨when Queen Elizabeth I made one of her periodical *itineraries* of Kent —Richard Church⟩  **b** : a plan or outline of a prospective route to be followed in the course of traveling