# EXHIBIT A

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

DAN JACKSON
DJACKSON@KVN.COM

January 5, 2006

**VIA ELECTRONIC MAIL**

Alan P. Block, Esq.
Hennigan, Bennett & Dorman LLP
601 S. Figueroa Street
Suite 3300
Los Angeles, CA 90017

Re:  *In re Acacia Media Technologies Corp.*,
     Case No. C 05-1114 (MDL 1665)

Dear Alan:

In light of Judge Ware's December 7, 2005 order and the applicable case law, it is clear that all of the claims of the '702 patent are invalid for indefiniteness. *See, e.g., Datamize, LLC v. Plumtree Software, Inc.*, 417 F.3d 1342, 1347 (Fed. Cir. 2005) (because independent claim was invalid for indefiniteness, dependent claims were invalid as well). Moreover, given Judge Ware's July 12, 2004 order—and Acacia's own concession that "identification encoding means" is indefinite—it is also clear that claims 10-13 of the '863 patent are invalid for indefiniteness. Accordingly, I write to inquire whether Acacia will stipulate to the invalidity of the aforementioned claims. I look forward to your response.

Sincerely,

Dan Jackson

DEJ

cc: All Counsel of Record

364772.01