**EXHIBIT 1**

What is claimed is:

1. A transmission system for providing information to remote locations, the transmission system comprising:

library means for storing items;

identification encoding means for retrieving the information for the items from the library means and for assigning a unique identification code to the retrieved information;

conversion means, coupled to the identification encoding means, for placing the retrieved information into a predetermined format as formatted data;

ordering means, coupled to the conversion means, for placing the formatted data into a sequence of addressable data blocks;

compression means, coupled to the ordering means, for compressing the formatted and sequenced data;

compressed data storing means, coupled to the data compression means, for storing as a file the compressed, sequenced data received from the data compression means with the unique identification code assigned by the identification encoding means; and

transmitter means, coupled to the compressed data storing means, for sending at least a portion of a file to one of the remote locations.

2. A transmission system as recited in claim 1, wherein the transmitter means includes:

LAW OFFICES
NNEGAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N. W.
/ASHINGTON, DC 20005
1 202 408 4000

-44-

Exhibit 1 Page 2

~~transmission format means for placing the composite formatted~~ data block onto a communication path.

3. A transmission system as recited in claim 1, wherein the information in the items includes analog signals, and wherein the conversion means further comprises:

converting means, coupled to the identification encoding means, for A/D converting the analog data of the retrieved information into a series of digital data bytes; and

formatting means, coupled to the converting means, for converting the digital data bytes into formatted data with a predetermined format.

4. A transmission system as recited in claim 1, wherein the information in the items includes digital signals, and wherein the conversion means further comprises:

digital input receiver means, coupled to the identification encoding means, for converting the digital data of the retrieved information into predetermined voltage levels; and

formatting means, coupled to the digital input receiver means, for converting the predetermined voltage levels into formatted data with a predetermined format.

5. A transmission system as recited in claim 3, wherein the information in the items includes digital signals, and wherein the ~~conversion means further comprises:~~

LAW OFFICES
FINNEGAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N. W.
WASHINGTON, D.C. 20005
1-202 408 4000

-45-

Exhibit 1  Page 3

~~digital input receiver means, coupled to the identification~~ encoding means, for converting the digital data of the retrieved information into predetermined voltage levels; and

formatting means, coupled to the digital input receiver means, for converting the predetermined voltage levels into formatted data with the predetermined format.

6. A transmission system as recited in claim 2, wherein the compressed data storing means further comprises:

compressed data library means for separately storing composite formatted data blocks for each of the files converted ~~and stored.~~

7. A transmission system as recited in claim 6, further comprising:

system control interface means, coupled to the transmission format means, for generating a ~~visual~~ listing of available items; and

library access interface means, coupled to the transmission format means, for receiving transmission requests to transmit items, and for retrieving formatted data blocks stored in the compressed data library means corresponding to the requests from subscribers.

8. A transmission system as recited in claim 1, further comprising:

LAW OFFICES
INNEGAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N.W
WASHINGTON, DC 20005
1-202 408-4000

-46-

Exhibit 1 Page 4

precompression data processing means, coupled to the ordering means, for storing the formatted data blocks.

9. A transmission system as recited in claim 1, wherein the information in the items includes analog audio information, and wherein the conversion means further comprises:

audio converting means, coupled to the identification encoding means, for converting the analog audio signals into streams of digital audio data.

10. A transmission system as recited in one of claims 1 or 9, wherein the information in the items includes analog video information, and wherein the conversion means further comprises:

video converting means, coupled to the identification encoding means, for converting the analog video signals into streams of digital video data.

11. A transmission system as recited in one of claims 1 or 9, wherein the information in the items includes partly encoded information, and wherein the conversion means further comprises:

digital input means, coupled to the identification encoding means, for receiving partial encoded information in the items.

12. A transmission system as recited in claim 1, wherein the data compression means comprises:

means for performing a multi-dimensional analysis of the formatted data for inclusion in a predetermined algorithm; and

LAW OFFICES
FINNEGAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N.W.
WASHINGTON, DC 20005
1 202 408 4000

-47-

Exhibit 1 Page 5

compression processors for running the predetermined algorithm and for compressing the formatted data.

13. A transmission system as recited in claim 1, wherein the compression means comprises:

means for identifying ~~repeating~~ patterns in the formatted data for inclusion in a predetermined algorithm; and

compression processors for running the predetermined algorithm and for compressing the formatted data.

14. A transmission system as recited in claim 12, wherein the multi-dimensional analysis means includes means for performing the multi-dimensional analysis in the horizontal dimension.

15. A transmission system as recited in claim 12, wherein the multi-dimensional analysis means includes means for performing the multi-dimensional analysis in the vertical dimension.

16. A transmission system as recited in claim 12, wherein the multi-dimensional analysis means includes means for performing the multi-dimensional analysis in the time dimension.

17. A transmission system as recited in claim 12, wherein the multi-dimensional analysis means includes means for performing the multi-dimensional analysis in the zig-zag dimension.

LAW OFFICES
FINNEGAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N.W.
WASHINGTON, DC 20005
1 202 408 4000

~~18. A distribution method responsive to requests identifying~~
information to be sent from a transmission system to remote
locations, the method comprising the steps of:

storing audio and video information in a compressed data form;

requesting transmission, by a user, of at least a part of the stored compressed data to a remote location selected by the user;

sending at least a portion of the stored compressed information to the remote location;

receiving the sent information at the remote location;

buffering the received information at the remote location; and

playing back the buffered information in real time at a time requested by the user.

19. The distribution method as recited in claim 18, wherein the information in the items includes analog and digital signals, and wherein the step of ~~processing~~ *storing* further comprises the steps of:

converting analog signals of the information to digital components;

formatting the digital data signals of the information;

ordering the converted analog data and the formatted digital data in a predetermined sequence and;

compressing the ordered information~~.~~

LAW OFFICES
FINNEGAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N.W.
WASHINGTON, DC 20005
1-202 408 4000

Exhibit 1   Page 7

~~20. The method of claim 18 wherein the step of storing the items includes the substep of storing the items in a plurality of compressed picture and sound information.~~ *Sub 9/1*

*Sub 9/1* 21. The method of claim ~~18~~ 19 further comprising the steps of:

storing a list of items available to the user from at least one compressed data library; and

providing the user with the list so that the user may remotely select a particular item for transmission.
LAW OFFICES
FINNEGAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N.W.
WASHINGTON, DC 20005
1 202 408 4000

-50-

Exhibit 1   Page 8

~~22.~~ ~~A receiving system responsive to a user input~~ identifying a choice of an item stored in a source material library to be played back to the subscriber at a location remote from the source material library, the item containing information to be sent from a transmitter to the receiving system, the receiving system comprising:

transceiver means, for automatically receiving the requested information from the transmitter as compressed formatted data blocks;

receiver format conversion means, coupled to the transceiver means, for converting the compressed formatted data blocks into a format suitable for storage and processing for playback in real time;

storage means, coupled to the receiver format conversion means, for storing the compressed formatted data;

decompressing means, coupled to the receiver format conversion means, for decompressing the compressed formatted information; and

output data conversion means, coupled to the decompressing means, for playing back the decompressed information in real time ~~at a time specified by the user~~.

26. A receiving system as recited in claim 25, further comprising:

LAW OFFICES
FINNEGAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N.W.
WASHINGTON, DC 20005
1-202 408-4000

-51-

Exhibit 1 Page 9

user interface means for translating the input into a request for sending the requested information from the transmitter to the receiving system.

~~24~~ 27. A receiving system as recited in claim ~~22~~ 25, wherein the output data conversion means includes recording means which controls the playback of the copy.

~~25~~ 26. A receiving system as recited in claim ~~22~~ 25, wherein the storage means stores the formatted information until playback is requested by an operator.

~~26. A receiving system as recited in claim 22, wherein the decompression means further comprises:~~

~~video signal decompression means for decompressing video information contained in the compressed formatted information.~~

~~27. A receiving system as recited in claim 26, wherein the output data conversion means further comprises:~~

~~digital video output means, connected to the video signal decompression means, for outputting a digital video signal contained in the video information; and~~

~~analog video output means, connected to the video signal decompression means, for outputting an analog video signal contained in the video information.~~

LAW OFFICES
FINNEGAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N. W.
WASHINGTON, DC 20005
1 202 408 4000

-52-

Exhibit 1 Page 10

31
28. A receiving system as recited in claim 27, wherein the video output means further comprises:

copy protection means for preventing copying by the user of protected information.

~~29. A receiving system as recited in claim 22, wherein the~~ 30
decompression means further comprises:

audio signal decompression means for decompressing audio information contained in the compressed formatted information.

30. A receiving system as recited in claim 29, wherein the output data conversion means further comprises:

digital audio output means, connected to the audio signal decompression means, for outputting a digital audio signal contained in the audio information; and

analog audio output means, connected to the audio signal decompression means, for outputting an analog audio signal contained in the audio information.

31. A receiving system as recited in claim 22, wherein the decompression means further comprises:

video signal decompression means for decompressing video information contained in the compressed formatted information; and

audio signal decompression means for decompressing audio ~~information contained in the compressed formatted information.~~

LAW OFFICES
\~\~ECAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N. W.
ASHINGTON, DC 20005
1-202 408 4000

-53-

Exhibit 1 Page 11

35.
3̶2̶. A receiving system as recited in claim 25/2̶2̶, wherein the transceiver means receives the information via any one of telephone, ISDN, broadband ISDN, satellite, common carrier, computer channels, cable television systems, MAN, and microwave.

*[handwritten initials]*

LAW OFFICES
INNEGAN, HENDERSON
FARABOW, GARRETT
& DUNNER
1300 I STREET, N. W.
WASHINGTON, DC 20005
1-202 408 4000

**EXHIBIT 2**

```
09:14:06
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COPY

| | | |
|---|---|---|
| IN RE: ACACIA MEDIA TECHNOLOGIES CORPORATION PATENT LITIGATION. | ) ) ) ) ) ) ) ) | C-05-01114-JW<br>SEPTEMBER 8, 2005<br>VOLUME 1<br>PAGES 1-216 |

THE PROCEEDINGS WERE HELD BEFORE

THE HONORABLE UNITED STATES DISTRICT

JUDGE JAMES WARE

A P P E A R A N C E S:

FOR THE PLAINTIFFS: HENNIGAN, BENNETT & DORMAN
                    BY:  RODERICK G. DORMAN
                         ALAN P. BLOCK
                         ROBERT BERMAN
                    601 SOUTH FIGUEROA STREET
                    LOS ANGELES, CALIFORNIA  90017

(APPEARANCED CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:  IRENE RODRIGUEZ, CSR, CRR
                          CERTIFICATE NUMBER 8074
                          LEE-ANNE SHORTRIDGE, CSR
                          CERTIFICATE NUMBER 9595

Exhibit  2  Page  13

1

```
 1    APPROXIMATELY CORRECT FOR THE U.S. TELEVISION
 2    SYSTEM THERE ARE OTHER SYSTEMS THAT WOULD HAVE
 3    OTHER.
 4    Q    ARE THERE ANY OTHER ADDRESSING SCHEMES OTHER
 5    THAN TIME ENCODING DISCLOSED IN THE PATENT
 6    SPECIFICATION FOR ADDRESSING DATA BLOCKS?
 7    A    NO.
 8    Q    ARE THERE NON-TIME CODE ADDRESSING SCHEMES FOR
 9    FILES?
10    A    YES.
11    Q    WHAT ROLES DO NON-TIME CODE ADDRESSING PLAYED
12    IN THE SYSTEM DESCRIBE IN THE '702 PATENT?
13    A    THERE WERE UNIQUE ADDRESS CODES THAT WERE
14    ASSIGNED TO FILES BY THE IDENTIFICATION ENCODER BUT
15    NOT BY THE SEQUENCE FOR TIME ENCODER.
16    Q    AND WHAT DO UNIQUE ADDRESS CODES, WHAT IS
17    THEIR USE IN THIS PATENT SYSTEM?
18    A    THEIR USE WAS TO LOCATE IN THE COMPRESSED DATA
19    LIBRARY THE CONTENT ITEMS THAT WERE STORED IN
20    THERE.
21    Q    AND COULD THOSE NON-TIME CODE OTHER ADDRESSES
22    BE USED TO LOCATE DATA BLOCKS WITHIN AN ITEM
23    WITHOUT REFERENCE TO TIME CODES IN THIS SYSTEM?
24    A    TO LOCATE INDIVIDUAL DATA BOX?  NO.
25    Q    WHY?
```


Exhibit 2  Page 14

**EXHIBIT 3**

Hennigan, Bennett & Dorman
Library

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

Standards Coordinating Committee 10, Terms and Definitions
Jane Radatz, Chair

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.



ISBN 1-55937-833-6



90000

9 781559 378338

Exhibit 3  Page 15

cape ratio is unity. *See also:* charge-storage tube.
(ED) 158-1962w

**storage-element equilibrium voltage, second-crossover (storage tubes)** The storage-element equilibrium voltage at the second-crossover voltage. *See also:* charge-storage tube.
(ED) 158-1962w

**storage error** An error in which the data retrieved from storage is different from that which was originally stored in that location. *See also:* hard error; soft error; transient error.
(C) 610.10-1994

**storageid (microprocessor operating systems parameter types)** An identifier for a block of data. The identifier is not guaranteed to be valid outside the allocating process and should not be passed between processes.
(C/MM) 855-1985s

**storage integrator** In an analog computer, a device used to store a voltage in the hold condition for future use. *See also:* electronic analog computer. (C) 165-1977w, 610.10-1994

**storage life (accelerometer) (gyros) (inertial sensors)** The nonoperating time interval under specified conditions, after which a device will still exhibit a specified operating life and performance. *See also:* operating life.
(AE) 528-1994

**storage light** A light found on a storage device indicating that a parity check error has occurred on a character as it was read into storage. (C) 610.10-1994

**storage light-amplifier** *See:* image-storage panel.

**storage location (1)** An area in a storage device that can be explicitly and uniquely specified by means of an address.
(C) 610.5-1990

**(2)** A location in a storage device that is uniquely specified by means of an address. (C) 610.10-1994

**storage medium** Any device or recording medium into which data can be stored and held until some later time, and from which the entire original data can be obtained. (IA) [61]

**storage protection (computers)** An arrangement for preventing access to storage for either reading or writing, or both.
(C) [20]

**storage, reservoir (electric power system)** The volume of water in a reservoir at a given time. (PE) 346-1973w

**storage schema** In a CODASYL database, statements expressed in data storage definition language that describe storage areas, stored records, and any associated indices and access paths supporting the records and sets defined by a given schema. *See also:* CODASYL database. (C) 610.5-1990

**storage stack** *See:* stack.

**storage station (power operations)** A hydroelectric generating station associated with a water storage reservoir.
(PE) 858-1987s

**storage structure (A)** The manner in which data structures are represented in storage. **(B)** The configuration of a database resident on computer storage devices after mapping the data elements of the logical structure of the database onto their respective physical counterparts. *Note:* The relationships and associations that provide the physical means for accessing the information stored in the database are preserved.
(C) 610.5-1990

**storage surface (storage tubes)** The surface upon which information is stored. *See also:* storage tube.
(ED) 158-1962w

**storage temperature (1) (power supply)** The range of environmental temperatures in which a power supply can be safely stored (for example, −40°C to +85°C).
(AE/IA) [12], [41]

**(2) (light-emitting diodes)** The temperature at which the device, without any power applied, is stored. (ED) [127]

**storage temperature range** The range of temperatures over which the Hall generators may be stored without any voltage applied, or without exceeding a specified change in performance. (MAG) 296-1969w

**storage time** *See:* retention time, maximum; decay time.

**storage tube** An electron tube into which information can be introduced and read at a later time. *Note:* The output may be an electric signal and.or a visible image corresponding to the stored information. (ED) 158-1962w, 161-1971w

**storage tube display device** A type of cathode ray tube display device that retains a display image on its surface in the form of a pattern of electric charges. *Synonyms:* direct-view storage tube; display storage tube; storage display. *Contrast:* refresh display device. (C) 610.10-1994

**storage unit** The length of an addressable element of storage in the machine, measured in bits. (Every storage element has the same size.) *Note:* The storage unit is very likely to be one byte, but this is not a requirement. For example, it might be 32 or 64 bits. (C/PA) 1003.5b-1995

**store (1) (A)** A device into which data can be placed, in which they can be retained, and from which they can be retrieved. *Note:* This term is the equivalent of the term storage in British (U.K.) usage. **(B)** To place data into a device as in definition (A). **(C)** To retain data in a device as in definition (A).
(C) 162-1963w, 610.10-1994

**(2) (A)** To place or retain data in a storage device. **(B) (data management) (software)** To copy computer instructions or data from a register to internal storage or from internal storage to external storage. *Contrast:* load; retrieve. *See also:* fetch; move. (C) 610.12-1990, 610.5-1990

**store-and-forward** Pertaining to communications where a message is received completely before beginning transmission onto the next node. (C) 610.7-1995

**store-and-forward buffer** A first-in-first-out (FIFO) buffer in the network repeater that can provide temporary storage for an entire message packet prior to retransmission. The buffer acts as a shift register and must hold an entire, full-length packet. *See also:* elasticity buffer. (C/LM) 802.12-1995

**store-and-forward switched network** A switched network in which the store-and-forward principle is used to handle transmissions between the sender and the recipient.
(C) 610.7-1995

**store-and-forward switching** A method of switching whereby messages are transferred directly or with interim storage, each in accordance with its own address. *See also:* packet switching. (COM/LM) 168-1956w

**store-and-forward switching system (telephone switching systems)** A switching system for the transfer of messages, each with its own address or addresses, in which the message can be stored for subsequent transmission.
(COM) 312-1977w

**stored-energy indicator** An indicator that visibly shows that the stored-energy mechanism is in the charged or discharged position. (PE/SWG) C37.100-1992

**stored-energy operation** Operation by means of energy stored in the mechanism itself prior to the completion of the operation and sufficient to complete it under predetermined conditions. *Note:* This kind of operation may be subdivided according to: (1) how the energy is stored (spring, weight, etc.), (2) how the energy originates (manual, electric, etc.), and (3) how the energy is released (manual, electric, etc.).
(PE/SWG) C37.100-1992

**stored logic (telephone switching systems)** Instructions in memory arranged to direct the performance of predetermined functions in response to readout. (COM) 312-1977w

**stored paragraph** *See:* boilerplate text.

**stored program (telephone switching systems)** A program in memory that a processor can execute. (COM) 312-1977w

**stored-program computer (1)** A digital computer that, under control of internally stored instructions, can synthesize, alter, and store instructions as though they were data and can subsequently execute these new instructions. (C) [20], [85]

**(2)** A computer that is controlled by internally stored instructions that are treated as though they were data, and that can subsequently be executed. (C) 610.10-1994

**stored program control (telephone switching systems)** A system control using stored logic. (COM) 312-1977w

Exhibit 3 Page 18