HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (CA SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (CA SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (CA SBN 183728)
morrism@hbdlawyers.com
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: 213-694-1200
Facsimile: 213-694-1234

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. 05 CV 01114 JW<br>MDL No. 1665<br><br>**[PROPOSED] ORDER GRANTING ACACIA'S UNOPPOSED MOTION FOR ADMINSTRATIVE LEAVE FOR ORDER CORRECTING THE COURT'S ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

1    The Court, having considered Acacia's unopposed Motion for Administrative Leave for an
2    Order correcting the Court's Order Granting Defendants' Motions for Summary Judgment, and
3    finding good cause thereon, hereby Grants Acacia's Motion.
4    The Court shall issue a corrected Order Granting Defendants' Motions for Summary
5    Judgment with the following revisions:

1. The list of claims at 3:4-8 should be deleted and replaced with the following list of claims:

   "Claims 41, 45, and 46 of the '992 patent;

   Claims 17-19 of the '863 patent;

   Claim 11 of the '720 patent; and

   Claims 1-42 of the '702 patent."

2. The citation of support for the list of claims at issue at 3:9-10 should be revised to add the Stipulated Covenants Not To Sue (shown in underline to indicate the adding information) as follows:

   "(See Declaration of David Benyacar in Support of Round 3 Defendants' Motions for Summary Judgment of Invalidity, Ex. B, hereafter, "Benyacar Decl.," Docket Item No. 293; Stipulated Covenants Not To Sue, Docket Item Nos. 285 and 286.)"

3. The sentence at 7:22-24 should be deleted and replaced with the following sentence:

   "Accordingly, the Court GRANTS Defendants' Motions for Summary Judgment that Claims 41, 45, and 46 of the '992 Patent; Claims 17-19 of the '863 patent; Claim 11 of the '720 patent; and Claims 1-42 of the '702 patent are invalid."

SO ORDERED.

Dated: _____

                                    Honorable James Ware
                                    United States District Judge

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

PRESENTED BY:

RODERICK G. DORMAN (CA SBN 96908)
ALAN P. BLOCK (CA SBN 143783)
MARC MORRIS (CA SBN 183728)
HENNIGAN, BENNETT & DORMAN LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017


By _____/s/ Alan Block_____
    Alan Block

Attorneys for Plaintiff, ACACIA MEDIA TECHNOLOGIES CORPORATION

2

CASE NO. 05-CV-01114 JW
MDL NO. 1665

[PROPOSED] ORDER GRANTING ACACIA'S
UNOPPOSED MOTION FOR ADMINSTRATIVE LEAVE FOR
ORDER CORRECTING SUMMARY JUDGMENT

761439