HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (CA SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (CA SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (CA SBN 183728)
morrism@hbdlawyers.com
865 S. Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:  213-694-1200
Facsimile:  213-694-1234

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | ) Case No. 05 CV 01114 JW<br>) MDL No. 1665<br>)<br>) **JOINT STIPULATION AND [PROPOSED]**<br>) **ORDER CORRECTING THE COURT'S**<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

**STIPULATION**

WHEREAS, on October 23, 2009, the Court issued a Judgment (Docket Item No. 355)

("Judgment");

WHEREAS, in the Judgment, the Court indicated its intent that the Judgment be a final

judgment and be "a full and final adjudication of all issues before this Court." (Judgment, at 2:22-

23).

WHEREAS, for the Judgment to be a final judgment and be a full and final adjudication of

all issues before the Court, all claims must either be adjudicated or dismissed.

WHEREAS, in this action, Defendants have plead counterclaims for non-infringement,

invalidity, unenforceability, and, as to some of the Round 1 Defendants, state law issues.

WHEREAS, in the Judgment, there is no mention of Defendants' state law counterclaims or

Defendants' unenforceability counterclaims or that such counterclaims are adjudicated or are

dismissed without prejudice.

WHEREAS, in the proposed judgment filed by the parties on October 9, 2009 (Docket Item

No. 353), the parties asked the Court to order that Defendants' state law counterclaims and

unenforceability counterclaims (identified broadly as "Defendants' remaining counterclaims") be

dismissed without prejudice, stating:

"THEREFORE, IT IS HEREBY ORDERED that . . .

. . . Acacia's state law claims, and ***Defendants' remaining counterclaims, are***

***hereby dismissed without prejudice***."

(Proposed Judgment, at 2:15 and 2:27-28; emphasis added).

WHEREAS, the "Third" paragraph of the Court's Judgment dismisses some, but not all ,

counterclaims in the action, stating:

"Third, for the reasons set forth in the October 23 Order, with respect

to Acacia's claims for infringement and Defendants' counterclaims for a

declaration of non-infringement of U.S. Patent No. 5,253,275 ("'275 Patent")

and with respect to Acacia's state law claims, because Acacia has voluntarily

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1           withdrawn all asserted claims of the '275 Patent and all state law claims, those

2           claims are dismissed without prejudice."

3  (Judgment, at 2:14-18).

4      WHEREAS, the "Third" paragraph of the Judgment states that "Acacia has voluntarily

5  withdrawn . . . all state law claims."  (Judgment, at 2:16-17).

6      WHEREAS, Acacia has not voluntarily withdrawn all state law claims.

7      WHEREAS, the "Third" paragraph of the Judgment also states that, because Acacia has

8  voluntarily withdrawn all asserted claims of the '275 patent, Acacia's claims for infringement and

9  Defendants' counterclaims for a declaration of non-infringement of the '275 are dismissed without

10 prejudice.

11     WHEREAS, because Acacia asserted the '275 patent, but later granted Defendants a

12 covenant not to sue on asserted claims 2 and 5 of the '275, judgment in favor of Defendants and

13 against Acacia on Acacia's claims for infringement and Defendants' counterclaims for a declaration

14 of non-infringement of the '275 patent is proper.

15     WHEREAS, in the proposed judgment filed by the parties on October 9, 2009 (Docket Item

16 No. 353), the parties asked the Court to enter judgment in favor of Defendants on Acacia's claims

17 for infringement and Defendants' counterclaims for a declaration of non-infringement of the '275

18 patent, because Acacia has withdrawn all asserted claims of the '275 patent, stating:

19         "THEREFORE, IT IS HEREBY ORDERED that . . .

20         . . . judgment is granted to Defendants on Acacia's claims for infringement,

21         and on Defendants' counterclaims for declaration of non-infringement, of U.S.

22         Patent No. 5,253,275 ("'275 patent") because Acacia has withdrawn all

23         asserted claims of the '275 patent. . ."

24 (Proposed Judgment, at 2:15 and 2:23-27).

25     WHEREAS, the parties to this MDL Action desire to have the Court issue a corrected

26 Judgment, that: (1) dismisses Defendants' remaining counterclaims without prejudice, (2) does not

27 state that Acacia voluntarily withdrew its state law claims, and (3) enters judgment in favor of

28 Defendants and against Acacia on Acacia's claims for infringement and on Defendants'

2

CASE NO. 05-CV-01114 JW                        JOINT STIPULATION AND [PROPOSED] ORDER
MDL NO. 1665                                  CORRECTING THE COURT'S JUDGMENT
765564

1    counterclaims for declaration of non-infringement of the '275 patent, because Acacia has voluntarily

2    withdrawn all asserted claims of the '275 patent;

3         ACCORDINGLY, IT IS HEREBY STIPULATED by and between the parties through their

4    undersigned attorneys of record that:

5         Subject to the approval of the Court, a corrected Judgment should be issued by the Court

6    with the following revision to the original Judgment:

7         The paragraph at 2:14-18 of the Judgment should be deleted and replaced with the

8         following paragraph:

9              "Third, because Acacia has voluntarily withdrawn all asserted claims

10        of U.S. Patent No. 5,253,275 ("'275 Patent"), judgment is entered in favor of

11        Defendants and against Acacia on Acacia's claims for infringement and on

12        Defendants' counterclaims for declaration of non-infringement of the '275

13        patent.

14             Fourth, Acacia's state law claims and Defendants' remaining

15        counterclaims are dismissed without prejudice."

16    IT IS SO STIPULATED.

17

18   Dated:  November 3, 2009                    RODERICK G. DORMAN (CA SBN 96908)
                                                ALAN P. BLOCK (CA SBN 143783)
19                                              MARC MORRIS (CA SBN 183728)
                                                HENNIGAN, BENNETT & DORMAN LLP
20                                              865 S. Figueroa Street, Suite 2900
                                                Los Angeles, California 90017

21

22                                              By_____/s/ Alan P. Block_____
                                                          Alan P. Block

23                                              Attorneys for Plaintiff, ACACIA MEDIA
                                                TECHNOLOGIES CORPORATION
24

25

26

27

28

3

Dated: November 3, 2009

VICTOR G. SAVIKAS (CA SBN 145658)
KEVIN G. McBRIDE (CA SBN 195866)
LOUIS TOUTON (CA SBN 102380)
MARSHA E. MULLIN (CA SBN 93709)
JAMES E. GLORE (CA SBN 215933)
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071


By          /s/ Kevin G. McBride
                  Kevin G. McBride

Attorneys for Defendant
THE DIRECTV GROUP, INC.


Dated: November 3, 2009

HAROLD J. McELHINNY (CA SBN 66781)
RACHEL KREVANS (CA SBN 116421)
MATTHEW I. KREEGER (CA SBN 153793)
JASON A. CROTTY (CA SBN 196036)
DAVID M. HYMAS (CA SBN 226202)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482


By          /s/ Matthew I. Kroeger
                  Matthew I. Kroeger

Attorneys for Defendants
ECHOSTAR SATELLITE LLC and ECHOSTAR
TECHNOLOGIES CORPORATION


Dated: November 3, 2009

DAVID J. SILBERT (CA SBN 173128)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111-1704


By          /s/ David J. Silbert
                  David J. Silbert

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS, LLC
INSIGHT COMMUNICATIONS, INC.

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

4

Dated: November 3, 2009

ANNAMARIE A. DALEY (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402

RICHARD R. PATCH (CA SBN 88049)
J. TIMOTHY NARDELL (CA SBN 184444)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213


By_____/s/ Annamarie A. Daley_____
                Annamarie A Daley

Attorneys for Defendants
COXCOM, INC., HOSPITALITY NETWORK,
INC., and CABLE AMERICA CORPORATION


Dated: November 3, 2009

BRADFORD LYERLA (*pro hac vice*)
KEVIN HOGG (*pro hac vice*)
JEFFREY DEAN (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357

MORGAN W. TOVEY (CA SBN 136242)
WILLIAM R. OVEREND (CA SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111


By_____/s/ Bradford Lyerla_____
                Bradford Lyerla

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC., WIDE
OPEN WEST OHIO LLC, ARMSTRONG
GROUP, MASSILON CABLE TV, INC., EAST
CLEVELAND CABLE TV AND
COMMUNICATIONS LLC, MID-CONTINENT
MEDIA, INC., CANNON VALLEY
COMMUNICATIONS, INC., US CABLE
HOLDINGS, LP, ARVIG COMMUNICATIONS
SYSTEMS, SJOBERG'S CABLEVISION, INC.,
LORETEL CABLEVISION, INC., NPG CABLE,
INC., BLOCK COMMUNICATIONS, INC.;
SAVAGE COMMUNICATIONS, INC.

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

5

1

DATED:  November 3, 2009

JUANITA R. BROOKS
TODD G. MILLER
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130-2081

2

3

4

By        /s/ Todd G. Miller
                  Todd G. Miller

5

6

Attorneys for Defendants
ADEMIA MULTIMEDIA, LLC; .ACMP, LLC;
AEBN, INC.; AUDIO COMMUNICATIONS,
INC.; CYBER TREND, INC.; CYBERNET
VENTURES, INC; GAME LINK, INC.; GLOBAL
AVS, INC.; INNOVATIVE IDEAS
INTERNATIONAL; LIGHTSPEED MEDIA
GROUP, INC.; NATIONAL A-1 ADVERTISING,
INC.; NEW DESTINY INTERNET GROUP, LLC,
VS MEDIA, INC.

7

8

9

10

11

12

DATED:  November 3, 2009

VICTOR DE GYARFAS
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA  90071

13

14

15

By        /s/ Victor De Gyarfas
               Victor De Gyarfas

16

Attorneys for Defendants
International Web Innovations, Inc.

17

18

DATED:  November 3, 2009

JAMES SLOMINSKI
HECKER LAW GROUP
1925 Century Park East
Suite 2300
Los Angeles, CA  90067

19

20

21

By        /s/ James Slominski
              James Slominski

22

23

Attorneys for Defendants
Offendale Commercial Ltd. BV

24

25

26

27

28

6

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

DATED: November 3, 2009        MITCHELL D. LUKIN
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana
Houston, Texas 77022

JEFFREY D. SULLIVAN
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112

By        /s/ Mitchell D. Lukin
           Mitchell D. Lukin

Attorneys for Defendant
MEDIACOM COMMUNICATIONS
CORPORATION, CABLE ONE, INC., BRESNAN
COMMUNICATIONS and CEQUEL III
COMMUNICATIONS I, LLC (d/b/a CEBRIDGE
CONNECTIONS).

DATED: November 3, 2009        DAVID S. BENYACAR
DANIEL REISNER
KAYE SCHOLER, LLP
425 Park Avenue
New York, NY 10022-3598

By        /s/ David S. Benyacar
           David S. Benyacar

Attorneys for Defendant
TIME WARNER CABLE, INC.

DATED: November 3, 2009        BENJAMIN HERSHKOWITZ
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

By        /s/ Benjamin Hershkowitz
           Benjamin Hershkowitz

Attorneys for Defendant
CSC HOLDINGS, INC.

7

CASE NO. 05-CV-01114 JW        JOINT STIPULATION AND [PROPOSED] ORDER
MDL NO. 1665              CORRECTING THE COURT'S JUDGMENT
765564

# **ORDER**

2    PURSUANT TO STIPULATION, the Court shall issue a Corrected Judgment with the

3  following revision:

4    The paragraph at 2:14-18 of the Judgment should be deleted and replaced with the

5    following paragraph:

6        "Third, because Acacia has voluntarily withdrawn all asserted claims

7      of U.S. Patent No. 5,253,275 ("'275 Patent"), judgment is entered in favor of

8      Defendants and against Acacia on Acacia's claims for infringement and on

9      Defendants' counterclaims for declaration of non-infringement of the '275

10     patent.

11       Fourth, Acacia's state law claims and Defendants' remaining

12     counterclaims are dismissed without prejudice."

13    SO ORDERED.

14

15  DATED:                                          _____

                                                    The Honorable James Ware
16                                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA