# Exhibit 1

| PAYEE: | DATE: | September 2, 2005 |
|---|---|---|
| Sylvia Becker & Associates | AMOUNT: | $1,393.19 |
| 95-3325002 | INV/TM: | Inventor or TM Name |
| | SN/REG: | Serial or Reg. No. |

# CHECK REQUEST FORM

| CLIENT #: 29582 | MATTER #: 10029 | CLIENT: Charter Communications, Inc. | | |
|---|---|---|---|---|
| | PLEASE CHECK THE APPROPRIATE FEE: | | Large | Small |
| **PATENT FEES** | 001 FILING FEE | Utility Application | 300.00 | 150.00 |
| | | Design Application | 200.00 | 100.00 |
| | | Provisional Application | 200.00 | 100.00 |
| | SEARCH FEE | Utility Application | 500.00 | 250.00 |
| | | Design Application | 100.00 | 50.00 |
| | EXAMINATION FEE | Utility Application | 200.00 | 100.00 |
| | | Design Application | 130.00 | 65.00 |
| | 002 ADDITIONAL CLAIMS | | Varies | Varies |
| | 011 EXTENSION FEE | 1st Month | 120.00 | 60.00 |
| | | 2nd Month | 450.00 | 225.00 |
| | | 3rd Month | 1,020.00 | 510.00 |
| | | 4th Month | 1,590.00 | 795.00 |
| | | 5th Month | 2,160.00 | 1,080.00 |
| | 014 SURCHARGE FOR LATE FILING OF FEE OR DECLARATION | | 130.00 | 65.00 |
| | 007 NOTICE OF APPEAL | | 500.00 | 250.00 |
| | 008 APPEAL BRIEF FILING FEE | | 500.00 | 250.00 |
| | PETITION FEE §1.17(h) | | 130.00 | 130.00 |
| | 012 CERTIFICATE OF CORRECTION | | 100.00 | 100.00 |
| | 004 ISSUE FEE | Utility | 1,400.00 | 700.00 |
| | | Design | 800.00 | 400.00 |
| | 003 RECORDAL OF ASSIGNMENT (Patents Only) | | 40.00 | 40.00 |
| **TRADEMARK FEES** | 001 FILING FEE (*VIA TEAS*) TRADEMARK OR SERVICE MARK (per class) FYI: (*PAPER FILING* = $375 per class please modify the fee if paper filing) | | 325.00 | 325.00 |
| | 001 TRADEMARK OR SERVICE MARK RENEWAL (per class) | | 400.00 | 400.00 |
| | 019 EXTENSION FEE - STATEMENT OF USE (per class) | | 150.00 | 150.00 |
| | 045 STATEMENT OF USE (per class) | | 100.00 | 100.00 |
| | 013 AFFIDAVIT UNDER SECTIONS 8 & 15 (per class) | | 300.00 | 300.00 |
| | 020 COMBINED AFFIDAVIT OF USE & RENEWAL (per class) | | 500.00 | 500.00 |
| | 072 RECORDAL OF ASSIGNMENT (Trademarks Only) | | 40.00 | 40.00 |
| **DEPOSIT ACCOUNT** | US PTO - FOR: _____ | | Amount: $ _____ | |
| | EPO - FOR: _____ | | Amount $ _____ | |

OTHER: Court Reporter Fee for Transcript of Deposition of Peter Alexander on Tuesday, August 30, 2005

$1,393.19

SIGNATURE _____

Revised 6/7/05

Sylvia Becker & Associates, Inc.
Certified Court Reporters & Legal Video
4727 Wilshire Boulevard
Suite 401
Los Angeles, CA 90010
(323) 857-1010

Lyerla, Bradford
Marshall, Gerstein & Borun, LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357

Inv. No. 49343

| Inv. Date | Client | Job No. |
|---|---|---|
| 09/06/2005 | 14438 | 0527780V |

Re: Acacia Media Technologies
Assignment Date: August 30, 2005

(CD'S) of Peter Alexander Deposition

Total Amount $ 513.50
Interest At A Rate Of 0.84% After 30 Days $ 0.00
Less Paid To Date $ 0.00
Total due $ 513.50

Client: Charter Communications
29582

Matter: 10029

GES

Please Make Checks Payable To:
Sylvia Becker & Associates, Inc.
Federal Tax Id#: 95-3325002

(Pay ASAP)



# SARNOFF
## Court Reporters and Legal Technologies

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

Bradford P. Lyerla, Esq.
Marshall, Gerstein & Borun
6300 Sears Tower
233 Wacker Drive
Chicago, IL 60606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35502 | 09/06/2005 | 01-38059 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/31/2005 | BHAND | C0501114JW |

**CASE CAPTION**

In Re: Acacia Media Technology Corporation

**TERMS**

Due upon receipt

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Andrew B. Lippman
        Rough Ascii Disk            122   Pages         335.50
        Digitizing                  116.00 Pages        145.00
        Delivery & Processing       2.00  Tapes         150.00
                                                         77.44
                                                        -------
                        TOTAL   DUE  >>>>               707.94
                   AFTER 10/21/2005 PAY                 778.73
```

*OK to pay!* 9-13-05

29582-10029

TAX ID NO.: 88-0432563                                (312) 474-6300   Fax (312) 474-0448

*Please detach bottom portion and return with payment.*

Bradford P. Lyerla, Esq.
Marshall, Gerstein & Borun
6300 Sears Tower
233 Wacker Drive
Chicago, IL 60606

```
Job No.     : 01-38059
Case No.    : C0501114JW
In Re: Acacia Media Technology Corpo
Invoice No.: 35502
Date        : 09/06/2005
TOTAL DUE   :   707.94
AFTER 10/21/2005 PAY : 778.73
```

Remit To: Sarnoff Information Technologies, Inc.
46 Corporate Park
Suite 100
Irvine, CA 92606

## PAYMENT WITH CREDIT CARD

Card Holder's Name: _____

VISA/MC/AmExp #: _____

Amount to Charge: _____

Exp. Date: _____  Phone #: _____

Cardholder's Signature: _____





# SARNOFF
## Court Reporters and Legal Technologies

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

Bradford P. Lyerla, Esq.
Marshall, Gerstein & Borun
6300 Sears Tower
233 Wacker Drive
Chicago, IL 60606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35565 | 09/08/2005 | 01-37970 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/02/2005 | BHAND | C0501114JW |

| CASE CAPTION |
|---|
| In Re: Acacia Media Technology Corp. |

| TERMS |
|---|
| Due upon receipt |

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    S. Merrill Weiss
        EXHIBITS              160 Pages            440.00
        Color Copies           13 Pages              7.15
        Rough Ascii Disk    13.00 Pages             19.50
        Delivery & Processing 151.00 Pages         188.75
                                                    51.44

                    TOTAL   DUE   >>>>              706.84
               AFTER 10/23/2005 PAY                 777.52
```

OK to pay.
BPL
9-13-05
29582-10029

TAX ID NO.: 88-0432563

(312) 474-6300   Fax (312) 474-0448

*Please detach bottom portion and return with payment.*

Bradford P. Lyerla, Esq.
Marshall, Gerstein & Borun
6300 Sears Tower
233 Wacker Drive
Chicago, IL 60606

Job No.      : 01-37970
Case No.     : C0501114JW
In Re: Acacia Media Technology Corp.
Invoice No.: 35565
Date         : 09/08/2005
**TOTAL DUE** :   706.84
AFTER 10/23/2005 PAY : 777.52

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____  Phone #: _____
Cardholder's Signature: _____

Remit To:  **Sarnoff Information Technologies, Inc.**
46 Corporate Park
Suite 100
Irvine, CA 92606