# Exhibit 2

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/11/2005 | 693 |

**BILL TO**
Acacia Vs. New Destiny Et All

*OK to pay. [signature] 1/5/06*

| DUE DATE | P.O. NUMBER |
|---|---|
| 12/30/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/02/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 12/05/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |

*(84.38)*

| | | | Total | 1,350.00 |
|---|---|---|---|---|

Check# 702505  Amount $84.38
Check Date 2/22/2006  Batch ID 060222HCK
Vendor Name RAINER W. SCHULZ  Ven # 67403

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

*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* (handwritten)

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/1/2006 | 696 |

**BILL TO**

Acacia Vs. New Destiny Et All

*2958/10029* (handwritten)

*OK to pay. RW 4-5-06* (handwritten)

| DUE DATE | P.O. NUMBER |
|---|---|
| 3/31/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/20/2006 | Review of Court filings | 0.5 | 300.00 | 150.00 |
| 02/22/2006 | Review of Court filings | 1 | 300.00 | 300.00 |
| 02/24/2006 | Court hearing | 4 | 300.00 | 1,200.00 |
| 02/26/2006 | Document review | 2 | 300.00 | 600.00 |
| 02/28/2006 | Document review | 5 | 300.00 | 1,500.00 |

*238.38* (handwritten, circled)

Thank you.

**Total** 3,750.00

Please issue the following checks to:

Rainer W. Schulz
P. O. Box 370
Los Altos, CA

Invoice #696 - $238.38 ¼ share

Invoice #693 – 84.38 ¼ shares

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/1/2006 | 700 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 5/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/29/2006 | Document review | 3 | 300.00 | 900.00 |
| 04/07/2006 | Document review | 3.5 | 300.00 | 1,050.00 |

*29582/10029*
*Pay 1/24 @ $1,950*
*= $81.25*
*KDH*

Thank you.

**Total**  1,950.00

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2006 | 702 |

**BILL TO**

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|---|---|
| 6/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/16/2006 | mtg. with judge Ware and doc rev. | 4.5 | 300.00 | 1,350.00 |
| 05/17/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/18/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/19/2006 | document review | 1 | 300.00 | 300.00 |
| 05/21/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/22/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/23/2006 | document review | 2 | 300.00 | 600.00 |
| 05/24/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/25/2006 | document review | 3 | 300.00 | 900.00 |
| 05/26/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/27/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/28/2006 | document review | 6 | 300.00 | 1,800.00 |
| 05/29/2006 | document review | 3 | 300.00 | 900.00 |
| 05/30/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/31/2006 | document review | 5 | 300.00 | 1,500.00 |

*handwritten: 29582/10024 Pay 1/24 of $19,650 = $818.75  KDH*

| | Total | 19,650.00 |
|---|---|---|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/5/2006 | 705 |

**BILL TO**

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|---|---|
| 7/21/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 06/01/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/03/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/04/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/06/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/08/2006 | Document review | 1 | 300.00 | 300.00 |
| 06/09/2006 | Meeting with Judge Ware | 2.5 | 300.00 | 750.00 |
| 06/14/2006 | Court meeting | 6 | 300.00 | 1,800.00 |
| 06/15/2006 | Court meeting | 3.5 | 300.00 | 1,050.00 |
| 06/19/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/20/2006 | document review | 5 | 300.00 | 1,500.00 |
| 06/21/2006 | Document review | 6 | 300.00 | 1,800.00 |
| 06/24/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/28/2006 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |

*[Handwritten note: 295582/10024 Pay 1/24 of $13,200 = $550.00  KDH]*

**Total** 13,200.00

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/2/2006 | 708 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/23/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/21/06 | doc review | 2 | 300.00 | 600.00 |
| 08/22/06 | doc review | 2 | 300.00 | 600.00 |
| 08/24/06 | doc review | 3.5 | 300.00 | 1,050.00 |
| 08/25/06 | doc review | 5 | 300.00 | 1,500.00 |
| 08/26/06 | doc review | 2 | 300.00 | 600.00 |
| 08/27/06 | doc review | 3 | 300.00 | 900.00 |
| 08/28/06 | doc review | 4 | 300.00 | 1,200.00 |
| 08/29/06 | doc review | 7 | 300.00 | 2,100.00 |
| 08/30/06 | doc review | 3 | 300.00 | 900.00 |
| 08/31/06 | doc review | 3 | 300.00 | 900.00 |
| 09/01/06 | doc review | 2 | 300.00 | 600.00 |
| 09/06/06 | doc review | 4 | 300.00 | 1,200.00 |
| 09/07/06 | Court hearing | 6 | 300.00 | 1,800.00 |
| 09/08/06 | doc review | 7 | 300.00 | 2,100.00 |
| 09/09/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/10/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/11/06 | doc review | 2 | 300.00 | 600.00 |
| 09/12/06 | doc review | 2 | 300.00 | 600.00 |
| 09/13/06 | mtg. with Judge Ware, doc review | 6 | 300.00 | 1,800.00 |
| 09/14/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/15/06 | doc review | 8 | 300.00 | 2,400.00 |
| 09/16/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/17/06 | doc review | 8 | 300.00 | 2,400.00 |

OK to pay — see attached

**Total**  30,450.00

# MEMORANDUM

**To:** Kim Gruner

**From:** Jon-Thomas Bloch

**Subject** Acacia invoice to be paid

**Date:** October 17, 2006

Please pay $1691.67 on the attached invoice, charging clients as follows:

Charge $1480.21 to client/matter 29582-10029;

Charge $211.46 to client/matter 30881-10000.

Thanks,

JTB

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/15/2006 | 711 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Document review | 2 | 300.00 | 600.00 |
| 12/04/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/12/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |

*OK to pay $2125.00 on 29532/10025.*

*J.T. Block*
*12/15/06*

**Total** 5,100.00

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/15/2006 | 711 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Document review | 2 | 300.00 | 600.00 |
| 12/04/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/12/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |

*[Handwritten notes: O/C to p-7 (170.84); 0- 2953²/10029.; JTB 3/6/7]*

**Total** 5,100.00

*[Handwritten: 5100 / 13; 24; = 70.34]*

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/2/2007 | 714 |

**BILL TO**

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|---|---|
| 3/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/03/07 | Document review | 3 | 300.00 | 900.00 |
| 01/06/07 | document review | 3 | 300.00 | 900.00 |
| 01/08/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/10/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/11/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/12/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 01/18/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/19/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/23/07 | meeting with judge and doc review | 6 | 300.00 | 1,800.00 |
| 01/29/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/16/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 02/26/07 | meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 02/28/07 | document review | 2 | 300.00 | 600.00 |

*OK to pay $450.00*
*29582/10029.*
*JTB*
*3/5/07*

**Total** 8,100.00  450
 73

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/2/2007 | 718 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 7/2/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/29/2007 | Document review | 2 | 300.00 | 600.00 |

*Per J.T. - Court appointed consultant's fee re: document review.*

*OK to pay 1/18th or $33.34 on 29532/10029./0023 - Per J.T.* E123

*J.T. Block*
*6/5/07*

| | Total | 600.00 |
|---|---|---|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/31/2007 | 724 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 9/17/2007 | N/a |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/24/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 08/09/2007 | Doc. review | 7.5 | 300.00 | 2,250.00 |
| 08/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/11/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/12/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/13/2007 | Mtg. with Judge Ware | 0.5 | 300.00 | 150.00 |
| 08/14/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/17/2007 | Court hearing | 4.5 | 300.00 | 1,350.00 |
| 08/24/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/25/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/26/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/27/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/28/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/31/2007 | Mtg. with Judge Ware | 1 | 300.00 | 300.00 |

*OK to pay*
*1/24th per my*
*email of 9/7/07.*

**Total** 15,750.00

*See attached*

# Jon-Thomas Bloch

**From:** Jon-Thomas Bloch
**Sent:** Friday, September 07, 2007 11:32 AM
**To:** Debra Grieco
**Cc:** Jon-Thomas Bloch

Please pay 1/24th of the attached invoice #724, or $656.25.

This amount should be applied to two different client matter numbers:

$109.38 to 30881/10000; and

$ 546.87 to 29582/10029.

I will bring you a hard copy of this email and the attachment. Please let me know if you have any questions about this matter.

JTB

x454


Jon-Thomas Bloch
Marshall, Gerstein & Borun LLP
233 S. Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
(312) 474-6300 (v)
(312) 474-0448 (f)
jbloch@marshallip.com



Invoice-724.pdf (13 KB)

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/4/2007 | 728 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 11/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/04/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/13/2007 | Document review | 1 | 300.00 | 300.00 |
| 09/14/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 09/19/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 09/21/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/27/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 10/19/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |

*OK to pay per attached email.*

*JB*
*J.T Black*
*x454*

*30881/10000 = 15.63*
*29583/10029 = 78.18*

**Total** 2,250.00

*9375*

# Jon-Thomas Bloch

**To:** Debra Grieco
**Cc:** Jon-Thomas Bloch; Kevin Hogg; Bradford Lyerla; Jeffrey Dean
**Subject:** Acacia Invoice Attached with Instructions

Please pay 1/24th of the attached invoice #728, or $93.75.

This amount should be applied to two different client matter numbers:

$15.63 to 30881/10000; and

$78.12 to 29582/10029.

I will bring you a hard copy of this email and the attachment. Please let me know if you have any questions about this matter.

JTB

x454

Jon-Thomas Bloch
Marshall, Gerstein & Borun LLP
233 S. Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
(312) 474-6300 (v)
(312) 474-0448 (f)
jbloch@marshallip.com



Invoice-728.pdf (7 KB)

1

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/13/2007 | 731 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/12/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/06/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 11/07/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 11/08/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 11/09/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 11/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 11/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 11/12/2007 | Doc. review | 5 | 300.00 | 1,500.00 |
| 11/14/2007 | Doc. review | 6.5 | 300.00 | 1,950.00 |
| 11/16/2007 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 12/03/2007 | Doc. review | 8 | 300.00 | 2,400.00 |
| 12/04/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |

*Please pay*
*$427.08 on 29582/10021*
*and*
*$85.42 on 30881/10000*

*Thank you,*
*[signature]*

*J.T. Blser*
*x454*

**Total** 12,300.00

*$512.50*
*JB*

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/1/2008 | 737 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 5/1/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/15/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/16/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/2008 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/24/2008 | Document review | 0.5 | 300.00 | 150.00 |
| 01/25/2008 | Meeting with Judge Ware | 1.5 | 300.00 | 450.00 |
| 01/29/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/30/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/31/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/03/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/04/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/05/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 02/09/2008 | Document review | 2 | 300.00 | 600.00 |

**Total** 3,750.00

# M E M O R A N D U M

**To:** MGB Accounting

**From:** J. T. Bloch

**Subject:** Payment of Schulz Invoice #737

**Date:** April 2, 2008

     Please pay $973.50 on the attached invoice, number 737 from Rainer W. Schulz. Payment should be billed as follows:

     $156.25 to client/matter number 30881/10000.

     $781.25 to client/matter number 29582/10029.

     Please note that other parties involved in the litigation related to this invoice will pay the rest of the invoice – neither Marshall, Gerstein & Borun nor its clients are responsible for the remaining charges.

     Please do not hesitate to contact me if you have questions about this matter.

JTB

x454