# Exhibit 3

# INVOICE

**Please make check payable to:**

TrialGraphix
P.O. Box 019747
Miami, FL 33101-9747

Tax ID: 65-0275197

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

**Invoice #:** IIL101336
**Client #:** M0162-01
**Date:** 09/30/2005
**Due Date:** Due Upon Receipt
**Page:** 1

Jeffrey H. Dean, Esq.
Marshall, Gerstein & Borun LLP
Sears Tower - Suite 6300
233 South Wacker Drive
Chicago, Illinois 60606

**Ship To/Remarks:**

San Jose, CA

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Acacia Media Technologies Corp. v. Comcast Corp., et al. | C13843 | |

| Description | Unit/Hours | Price | Extended |
|---|---|---|---|
| 40x60 Color Chart ½" Mounted & Laminated | 12.00 | $363.00 | $4,356.00 |
| 8½x11 Color Copy | 276.00 | $2.50 | $690.00 |
| 8½x11 B&W Copy | 23.00 | $0.25 | $5.75 |
| GBC Binding | 23.00 | $6.00 | $138.00 |
| Art Director | 16.10 | $165.00 | $2,656.50 |
| InfoDesign Consultant | 3.00 | $245.00 | $735.00 |
| Computer Design | 30.00 | $185.00 | $5,550.00 |
| Shipping | 1.00 | $346.00 | $346.00 |

|  |  |
|---|---|
| Subtotal | $14,477.25 |
| Tax | $0.00 |
| Total | $14,477.25 |

TG Internal Control #: 6GLLBQ
Batch Entry: 120/17