# Exhibit A

## In re Acacia Media Technologies Corp.

### Filing Fees

| Date | Filing | Cost |
|---|---|---|
| 8/3/2004 | Pro hac vice application fee for attorney Annamarie Daley (California) | $ 60.00 |
| 8/3/2004 | Pro hac vice application fee for attorney Stephen Safranski (California) | $ 60.00 |
| 6/17/2005 | Pro hac vice application fee for attorney Emmett McMahon (California) | $ 210.00 |
| | | |
| TOTAL | | $ 330.00 |

559172

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

WELLS FARGO BANK, N.A.
LEWISTOWN, MT 59457
93-516-929

DATE 08/03/04

PAY SIXTY AND 00/100 DOLLARS

TO THE ORDER OF CLERK OF U.S.DISTRICT COURT

C04-2308 SI

AMOUNT $ **60.00********

2 SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00

MANAGING PARTNER

⑈00559172⑈ ⑉092905168⑉ 4990143450⑈          ⑉00000006000⑈

0226123692
08092004
0920-0026-7 FRB HELENA
ENT=2259 TRC=2264 PK=10

►121000358◄ S
E0316  S55 SF/CA
08/03/04

0660103067

3089 15000

Pay to the order of 1233
BANK OF AMERICA
NATIONAL TRUST AND SAVINGS ASSOCIATION
FOR DEPOSIT ONLY
GENERAL ACCOUNT
U.S. District Court
San Francisco, CA
ALC #4611  12335-00352

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 8/9/2004 | 4990143450 | $60.00 | 559172 | 26123692 | 20040831131801 |

| | | |
|---|---|---|
| | | 559171 |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

WELLS FARGO BANK, N.A.
LEWISTOWN, MT 59457
93-516-929

DATE 08/03/04

PAY SIXTY AND 00/100 DOLLARS

AMOUNT $ **60.00********

TO THE ORDER OF
CLERK OF U.S.DISTRICT COURT
C04-2308 SI

2 SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00

*signature*
MANAGING PARTNER

⑈"005591?1" ⑆:092905168⑆:4990143450⑈"      ⑆"000000600⑈"

---

0226123693
08092004
0920-0026-7 FRB HELENA
ENT=2259 TRC=2264 PK=10

▶121000358◀
E0316 S55 SF/CA
08/05/04

0660103069

3089 15889

3035-75
121000358

Pay to the order of 1233
BANK OF AMERICA
NATIONAL TRUST AND SAVINGS ASSOCIATION
FOR DEPOSIT ONLY
GENERAL ACCOUNT
U.S. District Court-
San Francisco, CA
ALC #4511
12335-80352

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 8/9/2004 | 4990143450 | $60.00 | 559171 | 26123693 | 20040831131801 |

| | | |
|---|---|---|
| **ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.** | | 583363 |
| 2800 LaSALLE PLAZA | **WELLS FARGO BANK, N.A.** | |
| 800 LaSALLE AVENUE | LEWISTOWN, MT 59457 | |
| MINNEAPOLIS, MN 55402-2015 | 93-516-929 | |

DATE 06/17/05

PAY TWO HUNDRED TEN AND 00/100 DOLLARS

TO THE ORDER OF CLERK OF U.S. DISTRICT COURT

AMOUNT $ **210.00******

2 SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00

*[signature]* MANAGING PARTNER

⑈005B3363⑈ ⑆092905168⑆ 4990143450⑈  000000210000

---

0225890273
07072005
0920-0026-7 FRB HELENA
ENT=1150 TRC=1151 PK=18

▶121000358◀ S
E1587 576 SF,CA — 25
07/05/05

146043632

3089

1233 BANK OF AMERICA
NATIONAL TRUST AND SAVINGS ASSOCIATION
Pay to the order of
FOR DEPOSIT ONLY
TREASURY
GENERAL ACCOUNT
U.S. District Court-
San Jose, CA
ALC #4611
12335-80352

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 7/7/2005 | 4990143450 | $210.00 | 583363 | 25890273 | 20050729134701 |