# Exhibit B

## In re Acacia Media Technologies Corp.

### Deposition Costs

| Deponent | Deposition Date | Total deposition cost |
|---|---|---:|
| Alexander, Peter | 8/30/2005 | $ 1,329.39 |
| Lippman, Andrew | 8/31/2005 | $ 707.94 |
| Weiss, S. Merrill | 9/2/2005 | $ 2,215.14 |
| | | |
| **TOTAL** | | $ 4,252.47 |

Sylvia Becker & Associates, Inc.
Certified Court Reporters & Legal Video
4727 Wilshire Boulevard
Suite 401
Los Angeles, CA 90010
(323) 857-1010

McMahon, Emmett J.
Robins, Kaplan, Miller & Ciresi
2800 La Salle Plaza
800 La Salle Avenue
Minneapolis, MN 55402

Inv. No. 49326

| Inv. Date | Client | Job No. |
|---|---|---|
| 09/01/2005 | 14442 | 0527780 |

Re: In re: Acacia Media
Assignment Date: August 30, 2005

Deposition of Dr. Peter Alexander, Expedited Copy

Total Amount $ 1,329.39

paid - COD 9/2/05

APPROVAL
Signature
Timekeeper No.
Date
File Number
Disbursmnt Code
GA Number

Please Make Checks Payable To:
Sylvia Becker & Associates, Inc.
Federal Tax Id#: 95-3325002

588778

**ROBINS, KAPLAN, MILLER & CIRESI** LLP

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

WELLS FARGO BANK, N.A.
LEWISTOWN, MT 59457
93-516-929

DATE 09/02/05

PAY ONE THOUSAND THREE HUNDRED TWENTY-NINE AND 32/100 DOLLARS

AMOUNT $1,329.32*****

TO THE ORDER OF    SILVIA BECKER ASSOCIATES

2 SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00

MANAGING PARTNER

⑆00588778⑆ ⑉092905168⑉4990143450⑈    ⑆000013293 2⑆

PAY TO THE ORDER OF
BANK OF AMERICA
LOS ANGELES, CA 90004-3705
FOR DEPOSIT ONLY
SYLVIA BECKER
AND ASSOCIATES, INC.
034360010

0220587897
09142005
0920-0026-7 FRB HELENA
ENT=1828 TRC=1047 PK=18

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 9/14/2005 | 4990143450 | $1329.32 | 588778 | 20587897 | 20050930135001 |



# SARNOFF
## Court Reporters and Legal Technologies

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

Emmett J. McMahon, Esq.
Robins, Kaplan, Miller & Ciresi
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

# INVOICE

22214

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35501 | 09/06/2005 | 01-38059 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/31/2005 | BHAND | C0501114JW |

| CASE CAPTION |
|---|
| In Re: Acacia Media Technology Corporation |
| TERMS |
| Due upon receipt    962814 |

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Andrew B. Lippman                    122 Pages           335.50
        Rough Ascii Disk             116.00 Pages           145.00
        Digitizing                     2.00 Tapes           150.00
        Delivery & Processing                                 77.44

                    TOTAL   DUE  >>>>                       707.94
            AFTER 10/21/2005 PAY                            778.73

Signature: E. McMahon
Timekeeper No: 0461
Date: 09/12/05
File Number: 028561-0004

PAID
Check: [illegible]   Amount: [illegible]
Check Date: 10/12/2005   Batch ID: 051012HCK
Vendor Name: SARNOFF DEPOSITION SERVICES

TAX ID NO.: 88-0432563                                (612) 349-[illegible]



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35817 | 09/15/2005 | 01-37970 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/02/2005 | BHAND | C0501114JW |
| CASE CAPTION | | |
| In Re: Acacia Media Technology Corp. | | |
| TERMS | | |
| Due upon receipt | 962815 | |

**Sarnoff Court Reporters and Legal Technologies**

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

Emmett J. McMahon, Esq.
Robins, Kaplan, Miller & Ciresi
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    S. Merrill Weiss                       160 Pages           920.00
        Next Day Delivery                                      920.00
        EXHIBITS                            13 Pages             7.15
        Color Copies                      13.00 Pages           19.50
        Exhibits (2nd set)                                      26.65
        Livenote                         151.00 Pages          226.50
        Parking                                                 33.90
        Delivery & Processing                                   61.44

                           TOTAL   DUE  >>>>                 2,215.14
                    AFTER 10/30/2005 PAY                     2,436.65
```

APPROVAL
Signature: [signature]
Timekeeper No. 0461
Date: 09/20/05
File Number: 028561-0004
Disbursement Code: 33
G/L Number: _____

TAX ID NO.: 88-0432563                              (612) 349-8500

*091000080*
10/18/2005
6514627194

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

591664

ROBINS, KAPLAN, MILLER & CIRESI LLP

WELLS FARGO BANK, N.A.
LEWISTOWN, MT 59457
93-516-923

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

DATE 10/12/05

PAY TWO THOUSAND NINE HUNDRED TWENTY-THREE AND 08/100 DOLLARS

AMOUNT $*2,923.08*****

TO THE ORDER OF
SARNOFF DEPOSITION SERVICE
2100 N. BROADWAY
SUITE 210
SANTA ANA, CA 92706-2624

2 SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00

⑂005916644⑂ ⑃092905168⑃ 4990143450⑂ ⑃0000292308⑂

0625428947

0400352412
>122242173<  SOUTHERN CA
NORTHERN TRUST BANK CA
10172005

0920-0026-7  FRB  HELENA
ENT=0791  TRC=0794  PX=01

↓Do not endorse or write below this line.↓

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 10/18/2005 | 4990143450 | $2923.08 | 591664 | 35704207 | 20051031135401 |