# Exhibit C

In re Acacia Media Technologies Corp.

## Court Proceeding Transcript Costs

| Court Proceeding Date(s) | Transcript Cost |
|---|---|
| 9/8/2005 - 9/9/2005 | $ 1,003.66 |
| 2/24/2006 | $ 70.72 |
| 6/14/2005 - 6/15/2006 | $ 1,075.44 |
| 9/7/2006, 9/8/2006, and 9/14/2006 | $ 1,644.16 |
| 3/7/2008 | $ 109.50 |
| | |
| TOTAL | $ 3,903.48 |

| | AO44 (Rev. 5/89) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000402

**MAKE CHECKS PAYABLE TO:**

Emmett McMahon
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Phone: (612) 349-8728
FAX:

PAID
CHK # S90079
AMT
DATE 9/23

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:

Irene_Rodriguez@cand.uscourts.gov

54812

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 09-12-2005
DATE DELIVERED: 09-12-2005

**Case Style:** , IN RE: ACACIA v
Transcript of Proceedings held on 9/8/05 & 9/9/05. Rough, Hard copy, e-mail, miniscript & disk.

9 6275

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | 214 | 1.10 | 235.40 | 642 | 0.83 | 532.86 | 768.26 |
| Realtime | | | | 214 | 1.10 | 235.40 | | | | 235.40 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 1,003.66 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $1,003.66 |

APPROVAL
Signature
Timekeeper No. 0461
Date 09/13/05
File Number 028561-0004
Disbursement Code 33
G/L Number

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE | DATE 09-12-2005

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

WELLS FARGO BANK, N.A.
LEWISTOWN, MT 59457
93-516-929

590079

RECEIVED SEP 28 2005 By

DATE 09/23/05

PAY ONE THOUSAND THREE AND 66/100 DOLLARS

AMOUNT $*1,003.66*****

TO THE ORDER OF
IRENE RODRIGUEZ
280 S FIRST STREET
SAN JOSE, CA 95113

2 SIGNATURES REQUIRED FOR AMOUNTS OVER $1000.00

MANAGING PARTNER

⑆00590079⑆ ⑉092905168⑉ 4990143450⑈ ⑇0000100366⑇

54314288
FRB   HELENA
PMT=1747 PK=18

Irene Rodriguez
20494

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 9/30/2005 | 4990143450 | $1003.66 | 590079 | 54314288 | 20050930135001 |

| | AO44 | |
|---|---|---|
| | (Rev. 12/89) | |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000492

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Annamarie Daley | IRENE RODRIGUEZ, CSR, CRR |
| Robins, Kaplan, Miller & Ciresi | United States Court Reporter |
| 2800 LaSalle Plaza | 280 S. First Street |
| 800 LaSalle Avenue | San Jose, CA 95113 |
| Minneapolis, MN 55402 | |
| Phone: (612) 349-8218 | Phone: (408) 947-8160 |
| FAX: | FAX: |
| VLRiley@RKMC.com | Irene_Rodriguez@cand.uscourts.gov |

☐ CRIMINAL  ☒ CIVIL     DATE ORDERED: 04-06-2006     DATE DELIVERED: 04-06-2006

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 2/24/06.  Hard copy & E-mail

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | 44 | 0.83 | 36.52 | 44 | 0.55 | 24.20 | 60.72 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.  Shipping & Handling

| | |
|---|---|
| MISC. CHARGES: | 10.00 |
| TOTAL: | 70.72 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $70.72 |

**APPROVAL**
Printed Name  Annamarie Daley
Signature
Timekeeper #  000214
Date  4/25/06
File Number  028561 - 0004
Disbursement Code
G/L Number

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 04-06-2006 |

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR




| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AO44<br>(Rev. 12/89) | | | **UNITED STATES DISTRICT COURT**<br>**FOR THE NORTHERN DISTRICT OF CALIFORNIA** | | | | | | | |

**INVOICE NO: 00000572**

**MAKE CHECKS PAYABLE TO:**

Annamarie Daley
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Phone: (612) 349-~~8728~~ 8278
FAX:
aadaley@rkmc.com /vlriley@rkmc.com

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 07-19-2006   DATE DELIVERED: 07-19-2006

Case Style: C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 6/14 & 6/15/06. Hard copy, e-mail, condense it & asii

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 130 | 0.83 | 107.90 | 390 | 0.55 | 214.50 | 322.40 |
| Expedited | | | | 223 | 0.83 | 185.09 | 669 | 0.55 | 367.95 | 553.04 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc. DVD's @ $100.00 per day   MISC. CHARGES: 200.00

TOTAL: 1,075.44

PAID —   LESS DISCOUNT FOR LATE DELIVERY:

Sent check on 7/27/06   TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $1,075.44

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE   DATE: 07-19-2006

*(All previous editions of this form are cancelled and should be destroyed)*
PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

| | | |
|---|---|---|
| ROBINS, KAPLAN, MILLER & CIRESI L.L.P. | US BANK | 714096 |
| 2800 LaSALLE PLAZA | HAVRE, MONTANA 59401 | |
| 800 LaSALLE AVENUE | 93-455-929 | |
| MINNEAPOLIS, MN 55402-2015 | | |

DATE 07/26/06

PAY ONE THOUSAND SEVENTY-FIVE AND 44/100 DOLLARS

AMOUNT $1,075.44*****

TO THE ORDER OF
IRENE RODRIGUEZ
280 S FIRST STREET
SAN JOSE, CA 95113

RECEIVED
AUG 1 0 2006
BY: 511

2 SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

MANAGING PARTNER

⑈714096⑈ ⑆092904554⑆ 150097021105⑈ ⑈0000107544⑈

---

Endorsement (back):
08142006
FRB HELENA
0929-0025-7

Irene Rodriguez
20084

| | AO44 |
|---|---|
| | (Rev. 12/89) |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

54812

INVOICE NO: 00000673

**MAKE CHECKS PAYABLE TO:**

Annamarie Daley
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Phone: (612) 349-8728
FAX:

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

101896

Phone: (408) 947-8160
FAX:

Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 01-05-2007    DATE DELIVERED: 01-05-2007

Case Style: C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 9/7, 9/8 & 9/14.  Hard copy, e-mail,
condense it, ascii & dvd's

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 542 | 0.83 | 449.86 | 1626 | 0.55 | 894.30 | 1,344.16 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.  DVD's                                    MISC. CHARGES: 300.00

TOTAL: 1,644.16

LESS DISCOUNT FOR LATE DELIVERY:

APPROVAL
Printed Name Annamarie Daley
Signature
Timekeeper #
Date 1/10/07
File Number 028616.0004
Disbursement Code
G/L Number

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $1,644.16

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                              DATE 01-05-2007

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

 

# CHECK REQUEST

March 26, 2008

PLEASE ATTACH INVOICE OR ANY RELEVANT DOCUMENT

Check Type: OPERATING

Atty#: 00214   Dept#:   Flr#: 22
Atty Name: Annamarie Daley

Check Needed By: Need By Morning
Return Check To:      Ext:

Total Check Amount: 109.50

RETURN CHECK INTER-OFFICE MAIL

Payable to:  Irene Rodriguez
Address:     2805 South 5th Street
             San Jose, CA 95113

Description: Transcript of hearing

162165

Tax ID#:

File #: 028561.0004

MAR 3 1 2008

G/L:

Vendor ID:

Disbursement Code:

Legal Administrative Assistant's Name: Vera Olson

Approver's Name (please print): _____

Approval Signature: _____

Check No. _____   Issued By: _____

**Submit to Minneapolis Accounting, 27th Floor.**

ANNAMARIE A. DALEY
612-349-8431

March 26, 2008

Irene Rodriguez
280 South 1st Street
San Jose, CA 95113

      **Re:   In re: Acacia Media Technologies Corp**
            **Court File No. 5:05-cv-01114-JW**

Dear Ms. Rodriguez,

Enclosed please find a check for $109.50 for the transcript cost for the hearing before Judge Ware held on Friday, March 7 in the above-referenced case.

                        Sincerely,

                        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


                        Annamarie A. Daley

AAD/vo
Enclosure

**756110**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

US BANK
HAVRE, MONTANA 59401
93-455-929

DATE 03/31/08

PAY ONE HUNDRED NINE AND 50/100 DOLLARS

TO THE ORDER OF
IRENE RODRIGUEZ
280 S FIRST STREET
SAN JOSE, CA 95113

AMOUNT $109.50******

2 SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

*MANAGING PARTNER*

⑈756110⑈ ⑉092904554⑉ 150097029105⑈

---

20080516900004600000012

MERIWEST CEDIT UNION
>321176833<
SAN JOSE CA   4083633216

▼321176833▲
183-MERIWEST CU-183
MAY 1 6 2008
5615 COTTLE AVE.
SAN JOSE, CA 95123

*Irene Rodriguez*
*4103053*
*Deposit Only*