# Exhibit D



# Corporate Card
# Statement of Account

920849

| Prepared For | | | |
|---|---|---|---|
| ALICE M RIBBENS | REDACTED | Closing Date 08/14/04 | Page 1 of 2 |
| R K M & C | | | |

2055

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 08/30/04 |
|---|---|---|---|---|---|---|
| 2,851.56 | 933.80 | 0.00 | 2,851.56 | 0.00 | 933.80 | For important information regarding your account refer to page 2. |

Your payment is due in full. Please pay

Contact us at www.americanexpress.co

## Activity   Date reflects either transaction or posting date

| Charge: $0049 | Amount: $93.80 |
|---|---|
| Date/Time: 8/14/2004 | Batch ID: 0009AMEX |
| Vendor Name: AMERICAN EXPRESS ALICE RIBBE | Ven #: 12055 |

**Card Number 3783-049174-81004**

Reference Code          Amount $

REDACTED

| 08/02/04 | PATENT IMAGING CO. ARLINGTON VA | | | | 1.00 |
|---|---|---|---|---|---|
| 3 | 0000-0802 PATENT REF.& INFORMATIO 08/02/04 PATENT REF.& INFORMATIO | 029561- 0004 | | | |
| 08/10/04 | PATENT IMAGING CORP.ARLINGTON VA | | | | 759.60 |
| | 0000-0810 PATENT REF.& INFORMATIO 08/10/04 PATENT REF.& INFORMATIO | 028561 - 0004 | | | |

| **Total for ALICE M RIBBENS** | New Charges/Other Debits Payments/Other Credits | 933.80 -2,851.56 |
|---|---|---|

August 30, 2004

## CORPORATE AMERICAN EXPRESS EXPENSE SHEET

Name: Alice M. Ribbens                    Floor: 28   Timekeeper#: 02055
(Signature required on line 1 below)
Dates: 7/21/04 - 8/10/04

REDACTED

| Type of Expense | Gen. Ledger No. or File Number/Name | Disb. Code | AmEx Line # | Amount Paid/ AmEx Charge |
|---|---|---|---|---|

REDACTED

| Type of Expense | Gen. Ledger No. or File Number/Name | Disb. Code | AmEx Line # | Amount Paid/ AmEx Charge |
|---|---|---|---|---|
| Publications/Patents | 028561.0004 | 62 | 3 | $1.00 |
| Publications/Patents | 028561.0004 | 62 | 4 | $759.60 |
|  |  |  |  |  |
|  |  | Total: | | $933.80 |
|  |  | Travel Advance: | | na |
|  |  | Balance Due/(Owing): | | $933.80 |

_Alice M. Ribbens_
Submitter's Signature (Line 1)

Administrator's Signature                    Partner's Signature

**NOTE:** If this request is for cash/out-of-pocket, you must attach original receipts for all expenditures, except tips paid in cash. If this sheet is to support your monthly American Express bill, you must attach your American Express statement and original receipts for all expenditures.

Submit to Carol Paulson, Minneapolis Accounting, 27th Floor

# Patent Imaging Corporation

*Patent Reference and Scientific Information Service*

| (703) 553-0000 | 2001 Jefferson Davis Highway | Patent Bank (800) 922-3766 |
|---|---|---|
| (703) 418-1520 Facsimile | Crystal Plaza One, Suite 600 | www.patentimaging.com |
| | Arlington, Virginia 22202 | |

Monday, August 02, 2004

ROBINS KAPLAN ET, AL./ARIBBENS
2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402

---

## STATEMENT - ALL DOCKETS

---

| User ID | Date | Document | Type | Pages | Delivery | Docket | Debit $$ |
|---|---|---|---|---|---|---|---|
| ALICE001 | 07/28/04 | US-4698672- | Patent | 19 | Download | 029561-0004 | -1.00 |
| | | | | | | | --------- |
| | | | | | | Total Charges: | -1.00 |

02856*-0004*

Patent Imaging Corporation and Patent Bank
are trademarks of Patent Imaging Corporation
Copyright 1998, all rights reserved

Patent Imaging Corporation
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202
(703) 553-0000

08/02/2004

SALE                                                    Total:        $1.00

American Express        xxxxxxxxxxx1004
Exp. Date:              10 / 04
Name:                   Alice M. Ribbens

Auth. Code:             165246            QuickBooks Trans. No:
Trans. ID:              VCVA59330707      Merchant No.:

Thank you for your business

CUSTOMER COPY

# Patent Imaging Corporation

*Patent Reference and Scientific Information Service*

(703) 553-0000      2001 Jefferson Davis Highway      Patent Bank (800) 922-3766
(703) 418-1520 Facsimile      Crystal Plaza One, Suite 600      www.patentimaging.com
Arlington, Virginia 22202

Tuesday, August 10, 2004

ROBINS KAPLAN ET, AL./ARIBBENS
2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402

## STATEMENT - ALL DOCKETS

| User ID | Date | Document | Type | Pages | Delivery | Docket | Debit $$ |
|---|---|---|---|---|---|---|---|
| ALICE001 | 08/05/04 | US-5132992-FH | Patent | 215 | Download | 028561-0004 | -129.00 |
| ALICE001 | 08/05/04 | US-5253275-FH | Patent | 303 | Download | 028561-0004 | -181.80 |
| ALICE001 | 08/05/04 | US-5550863-FH | Patent | 244 | Download | 028561-0004 | -146.40 |
| ALICE001 | 08/05/04 | US-6002720-FH | Patent | 304 | Download | 028561-0004 | -182.40 |
| ALICE001 | 08/05/04 | US-6144702-FH | Patent | 200 | Download | 028561-0004 | -120.00 |
| | | | | | | Total Charges: | -759.60 |
| N/A | 08/05/04 | | CREDIT CARD ADVANCE | | | CREDIT CARD ADVANCE | 1,000.00 |
| | | | | | | Total Charges: | 1,000.00 |

Patent Imaging Corporation and Patent Bank
are trademarks of Patent Imaging Corporation
Copyright 1998, all rights reserved

Patent Imaging Corporation
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202
(703) 553-0000

08/10/2004

SALE                                                    Total:      $759.60

American Express        xxxxxxxxxxx1004
Exp. Date:              10 / 04
Name:                   Alice M. Ribbens

Auth. Code:             188043           QuickBooks Trans. No:
Trans. ID:              VCYA62870982     Merchant No.:

Thank you for your business

CUSTOMER COPY



PATENT PROVIDERS, INC.

2001 Jefferson Davis Highway
Suite 200
Arlington, Virginia 22202
(703) 415-2518 Phone (703) 415-2520 Fax

*54804*

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/10/2004 | 54311 |

*921558*

| Bill To |
|---------|
| Robins Kaplan Miller & Ciresi<br>1801 K Street N.W.<br>12th Floor<br>Washington, D.C. 20006 |

| REFERENCE NO. | Terms | Due Date | ATTENTION |
|---------------|-------|----------|-----------|
| 028561-0004 | Net 30 | 10/10/2004 | Shelly Meyers |

| Quantity | Item Code | Description | Amount |
|----------|-----------|-------------|--------|
| 1 | Certified<br>Courier | Certified 5253275 | 280.00<br>15.00 |

APPROVAL
Signature *Tara Sutton*
Timekeeper No. *0499*
Date *04/20/04*
File Number *028561-0004*
Disbursement Code ___ ___
G/L Number ___ ___ ___ - ___ - ___ - ___

| | Total | |
|---|-------|---|
| | | $295.00 |



PATENT PROVIDERS, INC.

2001 Jefferson Davis Highway
Suite 200
Arlington, Virginia 22202
(703) 415-2518 Phone (703) 415-2520 Fax

*54804* (handwritten)

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/14/2004 | 54352 |

*921 560* (handwritten)

| Bill To |
|---------|
| Robins Kaplan Miller & Ciresi<br>1801 K Street N.W.<br>12th Floor<br>Washington, D.C. 20006 |

| REFERENCE NO. | Terms | Due Date | ATTENTION |
|---------------|-------|----------|-----------|
| 028561-0004 | Net 30 | 10/14/2004 | Shelly Meyers |

| Quantity | Item Code | Description | Amount |
|----------|-----------|-------------|--------|
| 1 | Certified<br>Courier | Certified 6144702 | 280.00<br>15.00 |

APPROVAL
Signature *Tara Sutton*
Timekeeper No. *0499*
Date *09/20/04*
File Number *028561-0004*
Disbramnt Code —
G/L Number — — — — — —

| | Total | $295.00 |
|--|-------|---------|



**PATENT PROVIDERS, INC.**

2001 Jefferson Davis Highway
Suite 200
Arlington, Virginia 22202
(703) 415-2518 Phone (703) 415-2520 Fax

*54804*
*922401*

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2004 | 54487 |

Bill To

Robins Kaplan Miller & Ciresi
1801 K Street N.W.
12th Floor
Washington, D.C. 20006

APPROVAL
Signature *Tara Sutton*
Timekeeper No. _499_
Date _09/29/04_
File Number _ _ _ _ _ _ - _ _ - _
Disbrsmnt Code _ _ _ _
G/L Number _ _ _ - _ _ - _

*Cox Comm*
*V*
*Acacia*

| REFERENCE NO. | Terms | Due Date | ATTENTION |
|---------------|-------|----------|-----------|
| 028561-0004 | Net 30 | 10/21/2004 | Shelly Meyer |

| Quantity | Item Code | Description | Amount |
|----------|-----------|-------------|--------|
| 1 | Certified | *COX* Certified 6002720 | 620.00 |
| | Courier | | 15.00 |

*Please give to
Tara for signatue
& to acct.
Thanks!
Shelley*

| | Total | $635.00 |
|--|-------|---------|



**Corporate Card**
**Statement of Account**

*943300*

Prepared For
ALICE M RIBBENS
R K M & C

REDACTED

Closing Date
03/15/05

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By |
|---|---|---|---|---|---|---|
| 1,591.28 | 1,288.20 | 0.00 | 1,591.28 | 33.15 | 1,255.05 | 03/31/05 |

For important information regarding your account refer to page 2.

REDACTED

Continued on Page 3



Prepared For
ALICE M RIBBENS
.R K M & C

Closing Date
03/15/05

Page 3 of 3

**Activity Continued**

Reference Code

Amount $

| | | |
|---|---|---|
| 02/25/05 | PATENT IMAGING CORP.ARLINGTON          VA | 1,179.75 |
| (6) | 0000-0225 PATENT REF.& INFORMATIO 02/25/05 | |
| | PATENT REF.& INFORMATIO | |

*Acacia Cov.*
*File) 028561 - 6004*

## REDACTED



*1 25 05*

March 22, 2005

## CORPORATE AMERICAN EXPRESS EXPENSE SHEET

Name: Alice M. Ribbens                    Floor: 28   Timekeeper#: 02055
(Signature required on line 1 below)
Dates: 2/25/05 - 3/02/05
Destination (City):
Explanation of Expenses (Persons in Attendance, Purpose):

| Type of Expense | Gen. Ledger No. or File Number/Name | Disb. Code | AmEx Line # | Amount Paid/ AmEx Charge |
|---|---|---|---|---|
| Miscellaneous Patent Imaging Corp. | 028561.0004 Acacia v. Cox | 88 54 | 6 | $1,179.75 |
|  |  |  |  |  |

|  |  |
|---|---|
| Total: | $1,179.75 |
| Travel Advance: |  |
| Balance Due/(Owing) | $1,179.75 |

_____
Submitter's Signature (Line 1)

_____
Administrator's Signature

_____
Partner's Signature

**NOTE:** If this request is for cash/out-of-pocket, you must attach original receipts for all expenditures, except tips paid in cash. If this sheet is to support your monthly American Express bill, you must attach your American Express statement and original receipts for all expenditures.

Submit to Carol Paulson, Minneapolis Accounting, 27th Floor

# Patent Imaging Corporation
*Patent Reference and Scientific Information Service*

| (703) 553-0000 | 2001 Jefferson Davis Highway | Patent Bank (800) 922-3766 |
|---|---|---|
| (703) 418-1520 Facsimile | Crystal Plaza One, Suite 600 | www.patentimaging.com |
| | Arlington, Virginia 22202 | |

Wednesday, February 23, 2005

ROBINS KAPLAN ET AL./A RIBBENS
2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402

## STATEMENT - ALL DOCKETS

| User ID | Date | Document | Type | Pages | Delivery | Docket | | Debit $$ |
|---|---|---|---|---|---|---|---|---|
| ALICE001 | 02/22/05 | US-5286976-FH | Wrapper | 103 | Download | 019896-0231 | | -77.25 |
| | | | | | | | | ---------- |
| | | | | | | | Total Charges: | -77.25 |
| | | | | | | | | |
| ALICE001 | 02/15/05 | US-5172413- | Patent | 19 | Download | 028561-0004 | | .00 |
| ALICE001 | 02/15/05 | US-RE35651-E1 | Patent | 19 | Download | 028561-0004 | | .00 |
| ALICE001 | 02/15/05 | US-5027400-A1 | Patent | 64 | Download | 028561-0004 | | .00 |
| ALICE001 | 02/16/05 | EP-933892-FH | Wrapper | 441 | Download | 028561-0004 | | 1,102.50 |
| ALICE001 | 02/21/05 | US-4796299- | Patent | 6 | Download | 028561-0004 | | .00 |
| | | | | | | | | ---------- |
| | | | | | | | Total Charges: | 1,102.50 |
| | | | | | | | | |
| N/A | 02/16/05 | | CREDIT CARD ADVANCE | | | ADVANCE | | 1,000.00 |
| | | | | | | | | ---------- |
| | | | | | | | Total Charges: | 1,000.00 |

1179.75

Patent Imaging Corporation
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202
(703) 553-0000

02/25/2005

SALE                                                    Total:      $1,179.75

American Express        xxxxxxxxxxx1004
Exp. Date:              10 / 06
Name:                   Alice M. Ribbens

Auth. Code:             185745              QuickBooks Trans. No:
Trans. ID:              VZYA45360851        Merchant No.:        4269283000247563

Thank you for your business

CUSTOMER COPY

**PATENT PROVIDERS, INC.**

2001 Jefferson Davis Highway
Suite 1008
Arlington, Virginia 22202
(703) 415-2518 Phone (703) 415-2520 Fax

# Statement

| Date |
|------|
| 5/27/2005 |

54804

95852

| To: |
|-----|
| ROBINS KAPLAN MILLER & CIRESI -MN |
| 2800 LaSalle Plaza |
| 800 LaSalle Avenue |
| Minniapolis, MN 55402-2015 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $319.49 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 11/19/2004 | INV #55487. Due 12/19/2004. Orig. Amount $319.49. | 319.49 | 319.49 |
| | --- Certified 1 @ $280.00 = 280.00 | | |
| | --- UPS $39.49 | | |

APPROVAL

Signature

Timekeeper No. 2214

Date 06|08|05

File Number 028561-0004

Disbrsmnt Code _____

G/L Number ___ ___ ___ _ ___ ___

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 319.49 | $319.49 |



**Corporate Card**
**Statement of Account**

*956736*

**Sign-up For Online Statements**

www.americanexpress.com/checkyourbill

REDACTED

| Prepared For | | Closing Date | |
|---|---|---|---|
| TIMOTHY STREED<br>R K M & C | | 07/14/05 | Page 1 of 2 |

*1856*

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 07/30/05 |
|---|---|---|---|---|---|---|
| 1,409.43 | 1,584.75 | 0.00 | 1,409.43 | 0.00 | 1,584.75 | For important information regarding your account refer to page 2. |

Your payment is due in full. Please pay by 07/30/05.

Contact us at www.americanexpress.com/checkyourbill or call Customer Service at 1-800-528-2122.

REDACTED

| | | | |
|---|---|---|---|
| 06/28/05 | PATENT IMAGING CORP.ARLINGTON          VA | *Cox* | 336.00 |
| *(2)* | 0000-0628 PATENT REF.& INFORMATIO 06/28/05 | | |
| | PATENT REF.& INFORMATIO | *File: 02850-0004* | |

REDACTED

Check: 586248          Amount: $1,584.75

Check Date: 7/29/2005          Batch ID: 050727AMEX

Vendor Name: AMERICAN EXPRESS-T STREED Inv #: 11856

↓ Please fold on the perforation below, detach and return with your payment

July 22, 2005

## CORPORATE AMERICAN EXPRESS EXPENSE SHEET

Name: Timothy Streed                      Flr.: 22        Timekeeper #: 01856
(Signature required on line 1 below)
Dates: 6/28/05
Destination (City):
Explanation of Expenses (Persons in Attendance, Purpose):

| Type of Expense | Client/Matter Name | Date | Index | Amount Paid |
|---|---|---|---|---|
| Miscellaneous Patent Imaging Corp. | 028561.0004  (Cox) | 28 | 2 | 336.00 |
| | | | | |

|  |  |
|---|---|
| Total: | $ 336.00 |
| Travel Advance: | () |
| Balance Due/(Owing) | $ 336.00 |

_____
Submitter's Signature (Line 1)

_____
Administrator's Signature

_____
Partner's Signature

**NOTE:** If this request is for cash/out-of-pocket, you must attach original receipts for all expenditures, except tips paid in cash.  If this sheet is to support your monthly American Express bill, you must attach your American Express statement and original receipts for all expenditures.

Submit to Carol Paulson, Minneapolis Accounting, 27th Floor

# Patent Imaging Corporation
*Patent Reference and Scientific Information Service*

| | | |
|---|---|---|
| (703) 553-0000 | 2001 Jefferson Davis Highway | Patent Bank (800) 922-3766 |
| (703) 418-1520 Facsimile | Crystal Plaza One, Suite 600 | www.patentimaging.com |
| | Arlington, Virginia 22202 | |

Tuesday, June 28, 2005

ROBINS KAPLAN ET AL/T STREED
2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN  55402

## STATEMENT - ALL DOCKETS

| User ID | Date | Document | Type | Pages | Delivery | Docket | Debit $$ |
|---|---|---|---|---|---|---|---|
| TIM001 | 06/21/05 | US-4703355- | Patent | 28 | Download | 028561.0004 | .00 |
| TIM001 | 06/21/05 | US-4868866- | Patent | 23 | Download | 028561.0004 | .00 |
| TIM001 | 06/21/05 | US-5130792- | Patent | 10 | Download | 028561.0004 | .00 |
| TIM001 | 06/21/05 | US-5027400-A1 | Patent | 64 | Download | 028561.0004 | .00 |
| TIM001 | 06/22/05 | US-5016272-A1 | Patent | 12 | Download | 028561.0004 | .00 |
| TIM001 | 06/27/05 | US-5073930-A1 | Patent | 30 | Download | 028561.0004 | .00 |
| | | | | | | Total Charges: | .00 |
| TIM001 | 06/24/05 | US-5038211-A1 | Patent | 14 | Download | 028561.0004 COX | .00 |
| TIM001 | 06/27/05 | US-5113255- | Patent | 12 | Download | 028561.0004 COX | .00 |
| TIM001 | 06/27/05 | US-5117288- | Patent | 7 | Download | 028561.0004 COX | .00 |
| | | | | | | Total Charges: | .00 |
| TIM001 | | US-4805167- | Patent | 15 | | 028561.0004 | .00 |

336.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 06/21/05 | | | | Download | LESLIE | |
| TIM001 | 06/21/05 | US-6097807- | Patent | 6 | Download | 028561.0004 LESLIE | .00 |

Total Charges:     .00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TIM001 | 06/24/05 | US-5604899-A1 | Patent | 39 | Download | 129280.0043 | .00 |
| TIM001 | 06/24/05 | US-5617567-A1 | Patent | 41 | Download | 129280.0043 | .00 |
| TIM001 | 06/24/05 | US-5652882-A1 | Patent | 38 | Download | 129280.0043 | .00 |
| TIM001 | 06/24/05 | US-5675779-A1 | Patent | 38 | Download | 129280.0043 | .00 |
| TIM001 | 06/27/05 | US-4829427- | Patent | 39 | Download | 129280.0043 | .00 |
| TIM001 | 06/27/05 | US-4893232- | Patent | 24 | Download | 129280.0043 | .00 |
| TIM001 | 06/27/05 | US-4901229- | Patent | 70 | Download | 129280.0043 | .00 |
| TIM001 | 06/27/05 | US-4918593-A1 | Patent | 28 | Download | 129280.0043 | .00 |
| TIM001 | 06/27/05 | US-4930071-A1 | Patent | 24 | Download | 129280.0043 | .00 |
| TIM001 | 06/27/05 | US-4930072-A1 | Patent | 17 | Download | 129280.0043 | .00 |
| TIM001 | 06/27/05 | US-4933848-A1 | Patent | 17 | Download | 129280.0043 | .00 |
| TIM001 | 06/27/05 | US-4947320-A1 | Patent | 17 | Download | 129280.0043 | .00 |
| TIM001 | 06/27/05 | US-4967341-A1 | Patent | 34 | Download | 129280.0043 | .00 |

Total Charges:     .00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TIM001 | 06/24/05 | US-5604899-FH | Patent | 161 | Download | 129280.0043 FST | -80.50 |
| TIM001 | 06/24/05 | US-5617567-FH | Patent | 292 | Download | 129280.0043 FST | -146.00 |
| TIM001 | 06/27/05 | US-07526424-FH | Patent | 219 | Download | 129280.0043 FST | -109.50 |
| TIM001 | 06/27/05 | US-3618027- | Patent | 36 | Download | 129280.0043 FST | .00 |
| TIM001 | 06/27/05 | US-3670310- | Patent | 27 | Download | 129280.0043 FST | .00 |
| TIM001 | 06/27/05 | US-4128891- | Patent | 15 | Download | 129280.0043 FST | .00 |
| TIM001 | 06/27/05 | US-4497039- | Patent | 11 | Download | 129280.0043 FST | .00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TIM001 | 06/27/05 | US-4497039- | Patent | 12 | Download | 129280.0043 FST | .00 |
| TIM001 | 06/27/05 | US-4498145- | Patent | 12 | Download | 129280.0043 FST | .00 |
| TIM001 | 06/27/05 | US-4575798- | Patent | 12 | Download | 129280.0043 FST | .00 |
| TIM001 | 06/27/05 | US-4631664- | Patent | 15 | Download | 129280.0043 FST | .00 |
| TIM001 | 06/27/05 | US-4670848- | Patent | 18 | Download | 129280.0043 FST | .00 |
| TIM001 | 06/27/05 | US-4791561- | Patent | 38 | Download | 129280.0043 FST | .00 |
| TIM001 | 06/27/05 | US-4807122- | Patent | 9 | Download | 129280.0043 FST | .00 |

|  |  |
|---|---|
|  | ---------- |
| Total Charges: | -336.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TIM001 | 06/22/05 | US-5959611- | Patent | 11 | Download | 129280-0043 | .00 |

|  |  |
|---|---|
|  | ---------- |
| Total Charges: | .00 |

Patent Imaging Corporation and Patent Bank
are trademarks of Patent Imaging Corporation
Copyright 1998, all rights reserved

Patent Imaging Corporation
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202
(703) 553-0000

06/28/2005

SALE                                                    Total:        $336.00

American Express        xxxxxxxxxxx1007
Exp. Date:              xx / xx
Name:                   Tim Streed

Auth. Code:             138732              QuickBooks Trans. No:
Trans. ID:              VZMA0A373437        Merchant No.:        4269283000247563

Thank you for your business

CUSTOMER COPY



**Corporate Card**
**Statement of Account**

*963/42*

REDACTED

Sign-up For Online
Statements

www.americanexpress.com/checkyourbill

Prepared For
TIMOTHY STREED
R K M & C

Closing Date
09/13/05

*1856*

| Previous Balance $ | New Charges $ | Other Debits $ | Payments $ | Other Credits $ | Balance Due $ | Please Pay By 09/29/05 |
|---|---|---|---|---|---|---|
| 264.00 | 375.25 | 0.00 | 264.00 | 0.00 | 375.25 | For important information regarding your account refer to page 2. |

REDACTED

| | | | | |
|---|---|---|---|---|
| 09/13/05 | PATENT IMAGING CORP.ARLINGTON VA | | *Cox* | 35.25 |
| *(5)* | 0000-0913 PATENT REF.& INFORMATIO 09/13/05 | | | |
| | PATENT REF.& INFORMATIO | *file) 008561-0004* | | |

**Total for TIMOTHY STREED**

New Charges/Other Debits   375.25
Payments/Other Credits   -264.00

September 20, 2005

## CORPORATE AMERICAN EXPRESS EXPENSE SHEET

Name:  Timothy Streed        Flr.:  22     Timekeeper #:  01856
(Signature required on line 1 below)
Dates:  08/24/05 - 9/13/05
Destination (City):
Explanation of Expenses (Persons in Attendance, Purpose):

REDACTED

| Miscellaneous Patent Imaging | 028561.0004 (Cox) | ✓ ~~28~~ | 5 | 35.25 |
|---|---|---|---|---|
| | | Total: | | $ 375.25 |
| | | Travel Advance: | | ( ) |
| | | Balance Due/(Owing) | | $ 375.25 |

_____
Submitter's Signature (Line 1)

_____
Administrator's Signature               Partner's Signature

**NOTE: If this request is for cash/out-of-pocket, you must attach original receipts for all expenditures, except tips paid in cash. If this sheet is to support your monthly American Express bill, you must attach your American Express statement and original receipts for all expenditures.**

Submit to Carol Paulson, Minneapolis Accounting, 27th Floor



# Patent Imaging Corporation
*Patent Reference and Scientific Information Service*

(703) 553-0000                    2001 Jefferson Davis Highway              Patent Bank (800) 922-3766
(703) 418-1520 Facsimile          Crystal Plaza One, Suite 600              www.patentimaging.com
                                  Arlington, Virginia  22202

Tuesday, September 13, 2005

ROBINS KAPLAN ET AL/T STREED
2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN  55402

## STATEMENT - ALL DOCKETS

| User ID | Date | Document | Type | Pages | Delivery | Docket | Debit $$ |
|---------|------|----------|------|-------|----------|--------|----------|
| TIM001 | 09/08/05 | US-5038209-FH | Wrapper | 47 | Download | 028561.0004 | -35.25 |
| | | | | | | | ---------- |
| | | | | | | Total Charges: | -35.25 |

Patent Imaging Corporation and Patent Bank
are trademarks of Patent Imaging Corporation
Copyright 1998, all rights reserved

http://www.patentbank.com/acct_rpt.asp                                        9/13/2005



Patent Imaging Corporation
2001 Jefferson Davis Highway
Crystal Plaza One, Suite 600
Arlington, VA 22202
(703) 553-0000

09/13/2005

SALE                                    Total:        $35.25

American Express    xxxxxxxxxxx1007
Exp. Date:          xx / xx
Name:               Tim Streed

Auth. Code:         170790          QuickBooks Trans. No:
Trans. ID:          VDNA0C6C5691    Merchant No.:    4269283000247563

Thank you for your business

CUSTOMER COPY