# Exhibit E

# In re Acacia Media Technologies Corp.

## Copying Costs

| Rate | Number of copies | Cost |
|---|---|---|
| $ 0.09 | 28638 | $ 2,577.42 |
| $ 0.40 | 50 | $ 20.00 |
| | | |
| TOTAL | | $ 2,597.42 |