# Exhibit F

**In re Acacia Media Technologies Corp.**

**Court-Appointed Expert Costs**

| Witness | Invoice date | Amount |
|---|---|---|
| Rainer Schulz | 10/4/2005 | $ 412.50 |
| | 11/17/2005 | $ 318.75 |
| | 12/11/2005 | $ 84.38 |
| | 3/1/2006 | $ 234.38 |
| | 5/1/2006 | $ 81.25 |
| | 6/1/2006 | $ 818.75 |
| | 7/5/2006 | $ 550.00 |
| | 10/2/2006 | $ 1,691.66 |
| | 12/15/2006 | $ 212.50 |
| | 3/2/2007 | $ 450.00 |
| | 6/2/2007 | $ 33.34 |
| | 8/31/2007 | $ 656.25 |
| | 11/4/2007 | $ 93.75 |
| | 12/13/2007 | $ 512.50 |
| | 4/1/2008 | $ 138.90 |
| | | |
| **TOTAL** | | **$ 6,288.91** |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/4/2005 | 691 |

*979585*

### BILL TO

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 10/25/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 9/8/2005 | Review of hearing exhibits | 1 | 300.00 | 300.00 |
| 9/9/2005 | Court hearing | 5 | 300.00 | 1,500.00 |
| 9/11/2005 | Review of hearing exhibits | 6 | 300.00 | 1,800.00 |
| 9/14/2005 | Consultation with Judge Ware | 3 | 300.00 | 900.00 |
| 9/21/2005 | Consultation with Judge Ware | 2 | 300.00 | 600.00 |
| 9/30/2005 | Review of hearing exhibits | 3 | 300.00 | 900.00 |

$ 412.50

**APPROVAL**

Printed Name
Signature
Timekeeper #
Date
File Number
Disbursement Code
G/L Number

**PAID**
CHK # 702214
AMT 7550.0
DATE 2/20/05

| Total | 6,000.00 |
|-------|----------|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/17/2005 | 692 |



**PAID**
CHK # _59 68 59_
AMT _731 25_
DATE _12/14/05_

72479

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| | DUE DATE | P.O. NUMBER |
|--|----------|-------------|
| | 12/2/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 10/25/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 10/26/2005 | Consultation with Judge Ware | 2 | 300.00 | 600.00 |
| 10/27/2005 | Review of court filings | 4.5 | 300.00 | 1,350.00 |
| 10/29/2005 | Review of court filings | 5 | 300.00 | 1,500.00 |
| 10/31/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |
| 11/16/2005 | Consultation with Judge Ware | 3 | 300.00 | 900.00 |

*only pay $731.25*

318.75

| APPROVAL | |
|----------|--|
| Signature | |
| Timekeeper No. | 2214 |
| Date | 12/13/05 |
| File Number | 028561-0004 |
| Disbursement Code | |
| G/L Number | |

| Total | 5,700.00 |
|-------|----------|

596859

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

WELLS FARGO BANK, N.A.
LEWISTOWN, MT 59457
93-516-929

Details on back.

Security Features Included

DATE 12/21/05

PAY SEVEN HUNDRED THIRTY-ONE AND 25/100 DOLLARS

AMOUNT $ 731.25*******

TO
THE
ORDER
OF

RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

2 SIGNATURES REQUIRED FOR AMOUNTS OVER $5,000

MANAGING PARTNER

⑈⑈00596859⑈⑈ ⑆092905168⑆4990143450⑈⑈ ⑈000007312 5⑈

0524272900
01052006
0920-0026-7 FRB HELENA
ENT=2180 TRC=1593 PK=18

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 1/5/2006 | 4990143450 | $731.25 | 596859 | 54272900 | 20060131135601 |



Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/11/2005 | 693 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 12/30/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/02/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 12/05/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |

| | Total | 1,350.00 |
|---|---|---|

*paid*
*8438*

702505

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

US BANK
HAVRE, MONTANA 59401
93-455-929

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

PAY    EIGHTY-FOUR AND 38/100 DOLLARS

DATE    02/22/06

AMOUNT $ **84.38********

TO
THE
ORDER
OF

RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

1221011945 2 SIGNATURES REQUIRED FOR AMOUNTS $1,000.00 AND OVER
0442316261 6 77534

MANAGING PARTNER

⑈"702505"⑈ ⑈:092904554: 150097029105"⑈ ⑈"000000843 8"⑈

0528516032
03012006
0920-0026-7  FRB  HELENA
ENT=3620 TRC=2286 PK=10

UFB, NA FREMONT 02272006
SF TR#1768FKT #027
>1221-8527-8<
6715011838

ENDORSE HERE

67425

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/1/2006 | 696 |

981313

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/31/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 02/20/2006 | Review of Court filings | 0.5 | 300.00 | 150.00 |
| 02/22/2006 | Review of Court filings | 1 | 300.00 | 300.00 |
| 02/24/2006 | Court hearing | 4 | 300.00 | 1,200.00 |
| 02/26/2006 | Document review | 2 | 300.00 | 600.00 |
| 02/28/2006 | Document review | 5 | 300.00 | 1,500.00 |

**APPROVAL**

Printed Name _Annamaris Daley_
Signature
Timekeeper # _00215_
Date _3/1/06_
File Number _028561 - 0004_
Disbursement Code _____
G/L Number _____

Thank you.

| Total | 3,750.00 |
|-------|----------|

_Only pay $234 38_

703784

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

US BANK
HAVRE, MONTANA 59401
93-455-929

PAY     TWO HUNDRED THIRTY-FOUR AND 38/100 DOLLARS

DATE     03/08/06

AMOUNT $**234.38*******

TO
THE
ORDER
OF

RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

MANAGING PARTNER

⑈703784⑈ ⑆09290455 4⑈ 1500970 29 10 5⑈          ⑈00000 23438⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

0523566399
03162006
0920-0026-7 FRB  HELENA
ENT=2130 TRC=2186 PK=10

WFB, NA-FREMONT 03142006
SF TR#1606PKT #027
>1221-0537-0<
701511714G

67425

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/1/2006 | 700 |

1002093

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2006 | Document review | 3 | 300.00 | 900.00 |
| 04/07/2006 | Document review | 3.5 | 300.00 | 1,050.00 |

APPROVAL

Printed Name _AnnaMaria Datzy_
Signature
Timekeeper # _01214_
Date _8 / 21 / 06_
File Number _028541 - 5084_
Disbursement Code
G/L Number

Thank you.

| Total | 1,950.00 |
|-------|----------|

only pay $81.25

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/1/2006 | 702 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 6/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 05/16/2006 | mtg. with judge Ware and doc rev. | 4.5 | 300.00 | 1,350.00 |
| 05/17/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/18/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/19/2006 | document review | 1 | 300.00 | 300.00 |
| 05/21/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/22/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/23/2006 | document review | 2 | 300.00 | 600.00 |
| 05/24/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/25/2006 | document review | 3 | 300.00 | 900.00 |
| 05/26/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/27/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/28/2006 | document review | 6 | 300.00 | 1,800.00 |
| 05/29/2006 | document review | 3 | 300.00 | 900.00 |
| 05/30/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/31/2006 | document review | 5 | 300.00 | 1,500.00 |

APPROVAL
Printed Name  AnnaMarie Daley
Signature
Timekeeper #  80214
Date  8 / 21 / 06
File Number  028561 - 0004
Disbursement Code _____
G/L Number _____ - _____ - _____

**Total**          19,850.00

Only pay $818.75

67425

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/5/2006 | 705 |

1302097

BILL TO:

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/21/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 06/01/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/03/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/04/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/06/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/08/2006 | Document review | 1 | 300.00 | 300.00 |
| 06/09/2006 | Meeting with Judge Ware | 2.5 | 300.00 | 750.00 |
| 06/14/2006 | Court meeting | 6 | 300.00 | 1,800.00 |
| 06/15/2006 | Court meeting | 3.5 | 300.00 | 1,050.00 |
| 06/19/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/20/2006 | document review | 5 | 300.00 | 1,500.00 |
| 06/21/2006 | Document review | 6 | 300.00 | 1,800.00 |
| 06/24/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/28/2006 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |

APPROVAL

Printed Name  Annamarie Datu
Signature  
Timekeeper # 00214
Date  8/21/06
File Number 022561 - 0024
Disbursement Code _____
G/L Number _____ - _____

**Total**  13,000.00

Only pay 550 !

67425

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/2/2006 | 708 |

1006853

**BILL TO**

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 10/23/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 08/21/06 | doc review | 2 | 300.00 | 600.00 |
| 08/22/06 | doc review | 2 | 300.00 | 600.00 |
| 08/24/06 | doc review | 3.5 | 300.00 | 1,050.00 |
| 08/25/06 | doc review | 5 | 300.00 | 1,500.00 |
| 08/26/06 | doc review | 2 | 300.00 | 600.00 |
| 08/27/06 | doc review | 3 | 300.00 | 900.00 |
| 08/28/06 | doc review | 4 | 300.00 | 1,200.00 |
| 08/29/06 | doc review | 7 | 300.00 | 2,100.00 |
| 08/30/06 | doc review | 3 | 300.00 | 900.00 |
| 08/31/06 | doc review | 3 | 300.00 | 900.00 |
| 09/01/06 | doc review | 2 | 300.00 | 600.00 |
| 09/06/06 | doc review | 4 | 300.00 | 1,200.00 |
| 09/07/06 | Court hearing | 6 | 300.00 | 1,800.00 |
| 09/08/06 | doc review | 7 | 300.00 | 2,100.00 |
| 09/09/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/10/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/11/06 | doc review | 2 | 300.00 | 600.00 |
| 09/12/06 | doc review | 2 | 300.00 | 600.00 |
| 09/13/06 | mtg. with Judge Ware, doc review | 6 | 300.00 | 1,800.00 |
| 09/14/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/15/06 | doc review | 8 | 300.00 | 2,400.00 |
| 09/16/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/17/06 | doc review | 8 | 300.00 | 2,400.00 |

**APPROVAL**

Printed Name _Annamarie Darby_
Signature
Timekeeper #
Date _10/6/06_
File Number _028561 - 0004_
Disbursement Code
G/L Number

_Pay 1/18th of the total bill — See attached..._

**Total** $1,691.66

30,450.00

719651

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

US BANK
HAVRE, MONTANA 59401
93-455-929

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

DATE   10/10/06

PAY     ONE THOUSAND SIX HUNDRED NINETY-ONE AND 66/100 DOLLARS

AMOUNT  $1,691.66*****

TO
THE
ORDER
OF

RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

2 SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

MANAGING PARTNER

⑈719651⑈ ⑆092904554⑆ 1500970 29105⑈      ⑆0000169166⑆

---

0527837463
10162006
0920-0026-7   FRB   HELENA
ENT=1798  TRC=1638  PK=07
                    WEB NA FREM 10132006
   123000220 10162006 5940  04010589359   4
   S/T 166 ID C2 PKT RJ    >1221-0527-8<
   ACCT 00055531120020 426:   27 ESU 47
   2746576868

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/15/2006 | 711 |

1615190

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Document review | 2 | 300.00 | 600.00 |
| 12/04/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/12/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |

Only pay $212.50
& send check out asap &
send back copy of paid invoice
Thank you,
Vera
X8278

**APPROVAL**
Printed Name: Annamae Daley
Signature:
Timekeeper # 80214
Date 12/18/06
File Number 028561 -0004
Disbursement Code
G/L Number

| Total | 5,100.00 |
|-------|----------|



This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

US BANK
HAVRE, MONTANA 59401
93-455-929

724606

DATE 12/19/08

PAY TWO HUNDRED TWELVE AND 50/100 Dollars

AMOUNT $ *212.50*******

TO THE ORDER OF
RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

2 SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

MANAGING PARTNER

⑈724606⑈ ⑆092904554⑆ ⑈50097029105⑈

⑈724606⑈ ⑆092904554⑆ ⑈50097029105⑈ ⑈000000021250⑈

67425

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/2/2007 | 714 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

*Please pay asap*
*Only pay $450⁰⁰*
*Let me know if*
*you have questions.*
*Vera*

1025422

| DATE | P.O. NUMBER |
|------|-------------|
| 3/2007 | N/A |

| DATES | | Y | RATE | AMOUNT |
|-------|--|---|------|--------|
| 01/03/07 | Document review | 3 | 300.00 | 900.00 |
| 01/06/07 | document review | 3 | 300.00 | 900.00 |
| 01/08/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/10/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/11/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/12/07 | meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/18/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/19/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/23/07 | meeting with judge and doc review | 6 | 300.00 | 1,800.00 |
| 01/29/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/16/07 | meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 02/26/07 | meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 02/28/07 | document review | 2 | 300.00 | 600.00 |

APPROVAL
Printed Name Anna marie Daley
Signature
Timekeeper # 00214
Date 3 / 5 / 07
File Number 028561 - 0004
Disbursement Code
G/L Number

| **Total** | 8,100.00 |
|-----------|----------|

730586

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

US BANK
HAVRE, MONTANA 59401
93-455-929

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

DATE        03/13/07

PAY    FOUR HUNDRED FIFTY AND 00/100 DOLLARS

AMOUNT $ **450.00*******

TO
THE
ORDER
OF

RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

2 SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

MANAGING PARTNER

⑈730586⑈ ⑆092904554⑆ 150097029105⑈ 0000045000

0320069297
03212007
0920-0026-7  FRB  HELENA
ENT=1620 TRC=1620 PK=10

WFB, NA-FREMONT 03192007
SF TR#11945KT #027
>1221-0527-8<
7013339672

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

1036114  67425

# Invoice



| DATE | INVOICE # |
|------|-----------|
| 6/2/2007 | 718 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/2/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/28/2007 | Document review | 2 | 300.00 | 600.00 |

APPROVAL
Printed Name  Annamarie Daley
Signature
Timekeeper #  00214
Date  6/5/07
File Number  02856) -0004
Disbursement Code
G/L Number

| Total | 600.00 |
|-------|--------|

Paid
5 33.34

736917

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

US BANK
HAVRE, MONTANA 59401
93-455-929

DATE 06/12/07

PAY     THIRTY-THREE AND 34/100 DOLLARS

TO
THE
ORDER
OF

RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

AMOUNT $ **33.34********

TWO SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

MANAGING PARTNER

⑈736917⑈ ⑆092904554⑆ 150097029105⑈ ⑆0000003334⑈

0529549534
06212007
0920-0026-7  FRB  HELENA
ENT=1418  TRC=1423  PK=10

WFB, NA-FREMONT 06/19/07
SF TR#II69FKT #027
>1221-8527-8<
6518912027

67425

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 8/31/2007 | 724 |

1047351

| BILL TO |
| --- |
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
| --- | --- |
| 9/17/2007 | N/a |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 07/24/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 08/09/2007 | Doc. review | 7.5 | 300.00 | 2,250.00 |
| 08/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/11/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/12/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/13/2007 | Mtg. with Judge Ware | 0.5 | 300.00 | 150.00 |
| 08/14/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/17/2007 | Court hearing | 4.5 | 300.00 | 1,350.00 |
| 08/24/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/25/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/26/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/27/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/28/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/31/2007 | Mtg. with Judge Ware | 1 | 300.00 | 300.00 |

APPROVAL
Printed Name  Jonathane Bates
Signature
Timekeeper #  00214
Date  9/6/07
File Number  028561 - 0004
Disbursement Code
G/L Number

Only pay $662.25

Thank you.

743693

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

US BANK
HAVRE, MONTANA 59401
93-455-929

DATE 09/18/07

**PAY** SIX HUNDRED FIFTY-SIX AND 25/100 DOLLARS

AMOUNT **$** *656.25*******

TO
THE
ORDER
OF

RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

2 SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

MANAGING PARTNER

⑈743693⑈ ⑆092904554⑈ ⑈500970294105⑈

67425

# Invoice

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

| DATE | INVOICE # |
|------|-----------|
| 11/4/2007 | 728 |

1053260

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 11/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 09/04/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/13/2007 | Document review | 1 | 300.00 | 300.00 |
| 09/14/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 09/19/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 09/21/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/27/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 10/19/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |

only $93.75

Please only pay
& 187.50

send back a copy
of the invoice
w/ "paid" stamp once
it has been paid. thanks
Ver

APPROVAL
Printed Name Annamarc Dagg
Signature
Timekeeper # 00214
Date 11/16/07
File Number 038261-0.004
Disbursement Code
G/L Number

| Total | 2,250.00 |
|-------|----------|

747316

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

US BANK
HAVRE, MONTANA 59401
93-455-929

DATE    11/13/07

PAY    NINETY-THREE AND 75/100 DOLLARS

AMOUNT  $*93.75********

TO
THE
ORDER
OF
RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

2 SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

MANAGING PARTNER

⑈747316⑈ ⑆092904554⑆ 1500970 29105⑈

*67425* (handwritten)

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/13/2007 | 731 |

*1057532* (handwritten)

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/12/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 11/06/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 11/07/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 11/08/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 11/09/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 11/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 11/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 11/12/2007 | Doc. review | 5 | 300.00 | 1,500.00 |
| 11/14/2007 | Doc. review | 6.5 | 300.00 | 1,950.00 |
| 11/16/2007 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 12/03/2007 | Doc. review | 8 | 300.00 | 2,400.00 |
| 12/04/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |

*Please only pay $512.50* (handwritten)

APPROVAL
Printed Name _Anhamay Da(a)_
Signature _____
Timekeeper # _____
Date _12/14/07_
File Number _028601 - 0004_
Disbursement Code _____
G/L Number _____

| Total | 12,300.00 |
|-------|-----------|

749903

ROBINS, KAPLAN, MILLER & CIRESI LLP

US BANK
HAVRE, MONTANA 59401
93-455-929

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

DATE  12/26/07

PAY  FIVE HUNDRED TWELVE AND 50/100 DOLLARS

AMOUNT  $**512.50*******

TO
THE
ORDER
OF

RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

2 SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

MANAGING PARTNER

⑆749903⑈ ⑆092904554⑆ 1500970294105⑈

ENDORSE HERE

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

67 425

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/1/2008 | 737 |

1069140

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/1/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 01/15/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/16/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/2008 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/24/2008 | Document review | 0.5 | 300.00 | 150.00 |
| 01/25/2008 | Meeting with Judge Ware | 1.5 | 300.00 | 450.00 |
| 01/29/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/30/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/31/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/03/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/04/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/05/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 02/09/2008 | Document review | 2 | 300.00 | 600.00 |

APPROVAL

Printed Name AnnaMarie Daley
Signature
Timekeeper # 00214
Date 4/7/08
File Number 028661 - 5004
Disbursement Code
G/L Number

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

2800 LaSALLE PLAZA
800 LaSALLE AVENUE
MINNEAPOLIS, MN 55402-2015

US BANK
HAVRE, MONTANA 59401
93-455-929

DATE 04/15/08

PAY ONE HUNDRED THIRTY-EIGHT AND 90/100 DOLLARS

AMOUNT $*138.90*******

TO
THE
ORDER
OF

RAINER W. SCHULZ
PO BOX 370
LOS ALTOS, CA 94023-0370

2 SIGNATURES REQUIRED FOR AMOUNTS $1000.00 AND OVER

MANAGING PARTNER

⑈757279⑈ ⑈092904554⑈ ⑊500970291057⑈