# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000404

MAKE CHECKS PAYABLE TO:

Charles G. Wong
Jones Day
555 West Fifth Street
Suite 4600
Los Angeles, CA 90013

Phone: (213) 489-3939
FAX:

26507

RECEIVED
SEP 14 2005
JONES DAY

Lee-Anne Shortridge
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:

Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 09-12-2005
DATE DELIVERED: 09-12-2005

**Case Style:** , In Re: Acacia v
Transcript of Proceedings held on 9/8/05 & 9/9/05. Hard Copy, E-mail, disk, condense & rough daily

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | 428 | 1.10 | 470.80 | 1284 | 0.83 | 1,065.72 | 1,536.52 |
| Realtime | | | | 428 | 1.10 | 470.80 | | | | 470.80 |

Misc. Desc.

MISC. CHARGES:

TOTAL: 2,007.32

OK to pay 9/14/05
[signature] CAM 5541/03-660004
OK - Victor [signature]

LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $2,007.32

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                              DATE   09-12-2005

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

| | | | VENDOR NO.: 265107 VENDOR NAME: | **LEE-ANNE SHORTRIDGE, C.S.R.** |
|---|---|---|---|---|
| CHECK NO.: | 1057552 | | | |
| CHECK DATE: | 09/20/2005 | | VENDOR ADDRESS: | 280 S. FIRST STREET, ROOM 2112 |
| CHECK AMOUNT: | 2,007.32 | | | SAN JOSE, CA 95113 |

**JONES DAY**     555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 11133378 | 00000404 | 09-12-2005 | 9915100000    ADVANCES TO CLIENTS - UNBILLED | 2,007.32 |

9/23/5

09

| AO 44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

INVOICE NO: 00000565

MAKE CHECKS PAYABLE TO:

Charles G. Wong
Jones Day
555 West Fifth Street
Suite 4600
Los Angeles, CA 90013

Phone: (213) 489-3939
FAX:

Charles / ccwong@jonesday.com

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:

Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 07-19-2006   DATE DELIVERED: 07-19-2006

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 6/14 & 6/15/06. Hard copy, e-mail, ascii & condense it.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 130 | 0.83 | 107.90 | 390 | 0.55 | 214.50 | 322.40 |
| Expedited | | | | 223 | 0.83 | 185.09 | 669 | 0.55 | 367.95 | 553.04 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.  DVD's @ $100.00 per day

| | |
|---|---|
| MISC. CHARGES: | 200.00 |
| TOTAL: | 1,075.44 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $1,075.44 |

*OK to pay*
*card 5741 09-66000*
*CK 7/26/06*
*$875.44*

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: CK    DATE: 07-19-2006

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

| CHECK NO: | 1063990 |
|---|---|
| CHECK DATE: | 07/26/2006 |
| CHECK AMOUNT: | 1,075.44 |

## JONES DAY

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | | AMOUNT PAID |
|---|---|---|---|---|---|
| 11268273 | 00000565 | 07-19-2006 | 991510000 | ADVANCES TO CLIENTS - UNBILLED | 1,075.44 |

VENDOR NO.: 218430   VENDOR NAME: **IRENE L. RODRIGUEZ**
VENDOR ADDRESS: 280 S. FIRST STREET
SAN JOSE, CA 95113

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| | AO44 (Rev. 12/89) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000680

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Charles G. Wong<br>Jones Day<br>555 West Fifth Street<br>Suite 4600<br>Los Angeles, CA 90013<br><br>Phone: (213) 489-3939<br>FAX: | IRENE RODRIGUEZ, CSR, CRR<br>United States Court Reporter<br>280 S. First Street<br>San Jose, CA 95113<br><br>Phone: (408) 947-8160<br>FAX:<br><br>*Irene_Rodriguez@cand.uscourts.gov* |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-05-2007 | DATE DELIVERED: 01-05-2007 |
|---|---|---|---|

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 9/7, 9/8 & 9/14/06. Hard copy, e-mail, condense it, ascii & dvds

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 542 | 0.83 | 449.86 | 1626 | 0.55 | 894.30 | 1,344.16 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. DVDs | MISC. CHARGES: | 300.00 |
|---|---|---|
| | TOTAL: | 1,644.16 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $1,644.16 |

*RECEIVED FEB - 9 2007 JONES DAY*

*OK to pay*
*CAM 554109-660004 2/9/07*
*$1,344.16*

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 01-05-2007 |

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

CHECK NO.: 1068218
CHECK DATE: 02/12/2007
CHECK AMOUNT: 1,644.16

## JONES DAY

VENDOR NO.: 218430  VENDOR NAME: IRENE L. RODRIGUEZ, CSR, CRR
VENDOR ADDRESS: UNITED STATES COURT REPORTER
280 S. FIRST STREET
SAN JOSE, CA 95113

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | | AMOUNT PAID |
|---|---|---|---|---|---|
| 11350989 | 00000680 | 01-05-2007 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 1,644.16 |

2/20/07

AO44 (Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000996

Kevin G. McBride
Jones Day
555 West Fifth Street
Suite 4600
Los Angeles, CA 90013

Phone: (213) 489-3939

**MAKE CHECKS PAYABLE TO:**

IRENE RODRIQUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Irene_Rodriguez@cand.uscourts.gov

| | CRIMINAL | X CIVIL |
|---|---|---|

DATE ORDERED: 03-24-2008
DATE DELIVERED: 03-24-2008

**Case Style:** C-05-1114-JW, In re: Acacia v
Transcript of Proceedings held on 3/8/08. hard copy & e-mail

kgmcbride@jonesday.com

| CATEGORY | ORIGINAL PAGES | ORIGINAL PRICE | ORIGINAL SUBTOTAL | 1ST COPY PAGES | 1ST COPY PRICE | 1ST COPY SUBTOTAL | 2ND COPY PAGES | 2ND COPY PRICE | 2ND COPY SUBTOTAL | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordinary | | | | 73 | 0.90 | 65.70 | 73 | 0.60 | 43.80 | 109.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 109.50
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:

**Date Paid:**   **Amt:**   **TOTAL DUE:** $109.50

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                DATE  03-24-2008

(All previous editions of this form are cancelled and should be destroyed)

| CHECK NO.: | 1077144 |
| --- | --- |
| CHECK DATE: | 03/26/2008 |
| CHECK AMOUNT: | 109.50 |

**JONES DAY**

VENDOR NO.: 218430  VENDOR NAME: IRENE L. RODRIGUEZ, CSR, CRR
VENDOR ADDRESS: UNITED STATES COURT REPORTER
555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071
280 S. FIRST STREET
SAN JOSE, CA 95113

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
| --- | --- | --- | --- | --- |
| 11522563 | 00000996 | 03-24-2008 | 99-151003-151003-0000  ADVANCES TO CLIENTS - UNBILLED | 109.50 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AO44<br>(Rev. 11/07) | | | | | | | | | |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INVOICE NO:** 00001151

**MAKE CHECKS PAYABLE TO:**

Kevin G. McBride
Jones Day
555 West Fifth Street
Suite 4600
Los Angeles, CA 90013
Phone: (213) 489-3939

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Tax ID: 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
Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL  ☒ CIVIL

**DATE ORDERED:** 11-13-2008
**DATE DELIVERED:** 11-13-2008

**Case Style:** , In re: ACACIA v
Transcript of Proceedings held on 10/29/08. Hard copy & e-mail

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 60 | 0.90 | 54.00 | 60 | 0.60 | 36.00 | 90.00 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

*(handwritten across form: "Fee paid" "FILE ONLY")*

MISC. CHARGES:
TOTAL: 90.00
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:

**Date Paid:**  **Amt:**  **TOTAL DUE:** $90.00

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

**SIGNATURE**  **DATE** 11-13-2008

*(All previous editions of this form are cancelled and should be destroyed)*

| CHECK NO.: | 1082145 | | | VENDOR NO.: 218430 VENDOR NAME: | **IRENE RODRIGUEZ, U.S. DISTRI** |
|---|---|---|---|---|---|
| CHECK DATE: | 11/13/2008 | | | VENDOR ADDRESS: | OFFICIAL COURT REPORTER TO JUSGE WARD |
| CHECK AMOUNT: | 90.00 | | | | 280 S. FIRST STREET |

**JONES DAY**      555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071   SAN JOSE, CA 95113

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 11620003 | 111208 | 11-12-2008 | 99-1510030-151003-0000 ADVANCES TO CLIENTS - UNBILLED | 90.00 |

COPY

---

**JONES DAY**      555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071    **CHECK NO.: 1082145**

| INVOICE # | DATE | AMOUNT |
|---|---|---|
| 111208 | 11-12-2008 | 90.00 |

COPY

---

**JONES DAY**
555 SOUTH FLOWER STREET
FIFTIETH FLOOR
LOS ANGELES, CA 90071
PHONE (213) 489-3939

CHECK DATE
11/13/2008

FIRST NATIONAL BANK OF ASHLAND
An Affiliate of
NATIONAL CITY BANK

CHECK NO. **1082145**

56-389 / 412

OPERATING ACCOUNT
CHECK AMOUNT

$90.00********

NINETY AND 00/100 DOLLARS

COPY

PAY TO THE ORDER OF   IRENE RODRIGUEZ, U.S. DISTRICT COURT-
OFFICIAL COURT REPORTER TO JUSGE WARD
280 S. FIRST STREET
SAN JOSE, CA 95113



VOID AFTER 180 DAYS

⑆1082145⑆ ⑈041203895⑈ 0082683⑈