# EXHIBIT C

Sylvia Becker & Associates, Inc.
Certified Court Reporters & Legal Video
4727 Wilshire Boulevard
Suite 401
Los Angeles, CA 90010
(323) 857-1010

103435

McBride, Kevin
Jones, Day, Reavis & Pogue
555 West Fifth Street
Suite 4600
Los Angeles, CA 90013-1025

RECEIVED SEP 20 2005 JONES DAY

Inv. No.
49320

RECEIVED SEP 13 2005 JONES DAY

Inv. Date      Client    Job No.
09/01/2005     8456      0527780

Re: In re: Acacia Media
Assignment Date: August 30, 2005

Deposition of Dr. Peter Alexander, Orig & 1 Copy, Expedite

Total Amount $   3,360.53

OK To Pay  *Victor G. Savikas*

By: *Kevin McBride*

CAM: 55409-660-004

DTV/Acacia

Please Make Checks Payable To:
Sylvia Becker & Associates, Inc.
Federal Tax Id#: 95-3325002

CHECK NO.: 1057554
CHECK DATE: 09/20/2005
CHECK AMOUNT: 3,360.53

**JONES DAY**

VENDOR NO.: 103435
VENDOR NAME: **SYLVIA BECKER & ASSOCIATES,**
VENDOR ADDRESS: 4727 WILSHIRE BLVD., SUITE 401
LOS ANGELES, CA 90010
555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | | AMOUNT PAID |
|---|---|---|---|---|---|
| 11133377 | 49320 | 09-01-2005 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 3,360.53 |

| CHECK NO.: | 1057451 | | | VENDOR NO.: 232432 | VENDOR NAME: | **SARNOFF INFORMATION TECHN** |
| CHECK DATE: | 09/13/2005 | | | | VENDOR ADDRESS: | 46 CORPORATE PARK |
| CHECK AMOUNT: | 1,594.20 | | | | | SUITE 100 |
| **JONES DAY** | | | 555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071 | | | IRVINE, CA 92606 |

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | | AMOUNT PAID |
|---|---|---|---|---|---|
| 11130750 | 35564 | 09-08-2005 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 733.61 |
| 11130751 | 35500 | 09-06-2005 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 860.59 |

9/20/05

| | | |
|---|---|---|
| ies | 13 Pages | 7.15 |
| | 13.00 Pages | 19.50 |
| ii Disk | 151.00 Pages | 188.75 |
| Delivery & Processing | | 78.21 |
| | TOTAL DUE >>>> | 733.61 |
| | AFTER 10/23/2005 PAY | 806.97 |

RECEIVED SEP 13 2005 JONES DAY

OK to Pay By KGMv [signature] Kevin McBride

CAM: 554109-660-004
DTV/Acacia

TAX ID NO.: 88-0432563                    (213) 489-3939

*Please detach bottom portion and return with payment.*

Kevin G. McBride, Esq.
Jones Day
555 S. Flower St., 50th Floor
Los Angeles, CA 90071

Job No.      : 01-37970
Case No.     : C0501114JW
In Re: Acacia Media Technology Corp.

Invoice No.: 35564
Date         : 09/08/2005
**TOTAL DUE** :      733.61
AFTER 10/23/2005 PAY :   806.97

**PAYMENT WITH CREDIT CARD**

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____  Phone #: _____
Cardholder's Signature: _____

Remit To:  **Sarnoff Information Technologies, Inc.**
**46 Corporate Park**
**Suite 100**
**Irvine, CA 92606**



**SARNOFF**
*Court Reporters and Legal Technologies*

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

232432

Kevin G. McBride, Esq.
Jones Day
555 S. Flower St., 50th Floor
Los Angeles, CA 90071

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35564 | 09/08/2005 | 01-37970 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/02/2005 | BHAND | C0501114JW |
| **CASE CAPTION** | | |
| In Re: Acacia Media Technology Corp. | | |
| **TERMS** | | |
| Due upon receipt | | |

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    S. Merrill Weiss              160 Pages              440.00
            EXHIBITS               13 Pages                7.15
            Color Copies        13.00 Pages               19.50
            Rough Ascii Disk   151.00 Pages              188.75
            Delivery & Processing                         78.21
                                                       --------
                                 TOTAL    DUE  >>>>     733.61
                            AFTER 10/23/2005 PAY        806.97
```

RECEIVED SEP 13 2005 JONES DAY

OK to Pay
By Kevin McBride

CAM: 554109-660004
DTV/Acacia.

TAX ID NO.: 88-0432563                                                (213) 489-3939

*Please detach bottom portion and return with payment.*

Kevin G. McBride, Esq.
Jones Day
555 S. Flower St., 50th Floor
Los Angeles, CA 90071

Job No.      : 01-37970
Case No.     : C0501114JW
In Re: Acacia Media Technology Corp.
Invoice No.: 35564
Date         : 09/08/2005
**TOTAL DUE** :     733.61
AFTER 10/23/2005 PAY : 806.97

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____  Phone #: _____
Cardholder's Signature: _____

Remit To:   Sarnoff Information Technologies, Inc.
            46 Corporate Park
            Suite 100
            Irvine, CA 92606



# SARNOFF
## Court Reporters and Legal Technologies

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35500 | 09/06/2005 | 01-38059 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/31/2005 | BHAND | C0501114JW |

| CASE CAPTION |
|---|
| In Re: Acacia Media Technology Corporation |
| TERMS |
| Due upon receipt |

Kevin G. McBride, Esq.
Jones Day
555 S. Flower St., 50th Floor
Los Angeles, CA 90071

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Andrew B. Lippman               122   Pages            335.50
        Expedite                                           152.50
        Rough Ascii Disk            116.00 Pages           145.00
        Digitizing                    2.00 Tapes           150.00
        Delivery & Processing                               77.59
                                                         --------
                         TOTAL  DUE  >>>>                  860.59
                    AFTER 10/21/2005 PAY                   946.65
```

*OK to pay*
*by: KGMcB____*
*Kevin McBride -*
*CAM: 55409-660-004*
*DTv / Acacia*

**RECEIVED SEP 13 2005 JONES DAY**

TAX ID NO.: 88-0432563                                (213) 489-3939

*Please detach bottom portion and return with payment.*

Kevin G. McBride, Esq.
Jones Day
555 S. Flower St., 50th Floor
Los Angeles, CA 90071

```
Job No.    : 01-38059
Case No.   : C0501114JW
In Re: Acacia Media Technology Corpo

Invoice No.: 35500
Date       : 09/06/2005
TOTAL DUE  :    860.59
AFTER 10/21/2005 PAY : 946.65
```

**Remit To:**   Sarnoff Information Technologies, Inc.
46 Corporate Park
Suite 100
Irvine, CA 92606

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____   Phone #: _____
Cardholder's Signature: _____