# Exhibit D



**The Data Company**
254 Court Avenue
Fifth Floor
Memphis, Tennessee 38103

RECEIVED
OCT 11 2005
JONES DAY

224915

**Victor Savikas**
Jones Day
555 South Flower St., 50th Floor
Los Angeles CA 90071
ACCOUNTS PAYABLE

OCT 20 2005
JONES DAY

September 30, 2005

In Reference To: *In re: Acacia v. Direct TV/Echo Star*

Invoice # 11463

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/1/2005 | WF | Telephone conversation regarding billable work with Charles Wong | 3.50 | 647.50 |
| 9/2/2005 | WF | Telephone conversation regarding billable work with Charles Wong | 0.60 | 111.00 |
| | WF | Rename documents in Markman database | 1.60 | 296.00 |
| | WF | Group print pdf exhibits into folders to be scanned according to Mr. Wong's updated file names. | 6.60 | 1,221.00 |
| 9/3/2005 | WF | Divide blowbacks of pdf's by exhibit names to be scanned, make spreadsheet corresponding MR. Wong's exhibit names with Sanction presentation id's | 6.80 | 1,258.00 |
| | JT | Scan documents, prepare database. | 4.50 | 832.50 |
| | TM | Scanning blowbacks on Saturday. | 3.20 | 672.00 |
| | MB | Scanning/imaging of selected documents for trial presentation | 1.50 | 292.50 |
| | AH | Scan image documents. | 4.50 | 630.00 |
| 9/4/2005 | LM | Overtime scanning for Acacia v Direct TV | 3.20 | 672.00 |
| 9/6/2005 | WF | Flight time from Memphis to SanJose | 6.60 | 610.50 |
| | WF | Set-up trial equipment at trial support site | 2.20 | 407.00 |
| | WF | Update and rename database per Charles Wong, match exhibit groups to database folders | 2.50 | 462.50 |
| | AH | Flight time from Memphis to San Jose. | 11.20 | 784.00 |

(901) 527-6623

Victor Savikas  Page 2

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 9/7/2005 | AH | Set-up trial equipment in courtroom. | 3.30 | 462.00 |
| | WF | Set-up trial equipment in courtroom | 2.50 | 462.50 |
| | WF | Load presentation software with all scanned exhibits, update and rename database per Charles Wong, match exhibit groups to database folders, annotate exhibits for Alexander cross, copy all case materials on to backup laptop | 13.90 | 2,571.50 |
| | AH | Database work in Excel and editing of Power Point presentations, printing. | 8.20 | 1,148.00 |
| 9/8/2005 | AH | Break down trial equipment in trial support site. | 1.50 | 210.00 |
| | WF | Technician to monitor/operate equipment for trial presentation | 8.00 | 1,480.00 |
| | AH | Set-up trial equipment in courtroom. | 1.10 | 154.00 |
| | AH | Edit Power Point presentations, work with duplication of transcript of proceedings on 09/08/05. | 8.40 | 1,176.00 |
| | WF | Update and rename database, match exhibit groups to database folders, annotate exhibits for Weiss cross copy all case materials on to backup laptop | 6.60 | 1,221.00 |
| | WF | Breakdown trial equipment at trial support site | 2.30 | 425.50 |
| 9/9/2005 | AH | Flight time from San Jose to Memphis. | 6.30 | 441.00 |
| | AH | Break down trial equipment in trial support site. | 1.50 | 210.00 |
| | WF | Technician to monitor/operate equipment for trial presentation | 7.00 | 1,295.00 |
| | WF | Breakdown trial equipment in courtroom | 0.90 | 166.50 |
| | WF | Flight time from San Jose to Memphis | 6.40 | 592.00 |
| | | **For professional services rendered** | **136.40** | **$20,911.50** |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---:|---:|
| 9/2/2005 | CJ | Blow back of 10,903 images | 10903 0.08 | 872.24 |
| | CJ | Scan 10,903 images | 10903 0.12 | 1,308.36 |
| | AH | Roundtrip airfare from Memphis to San Jose | 1 1,572.29 | 1,572.29 |
| | WF | Shipping of war room/ court room equipment to San Jose | 1 1,483.54 | 1,483.54 |

Victor Savikas                                                                 Page    3

|              |    |                                                              | Qty/Price      | Amount   |
|--------------|----|--------------------------------------------------------------|----------------|----------|
| 9/3/2005     | JT | Scan Black & White, letter-sized pages                       | 5446<br>0.14   | 762.44   |
|              | WF | Round trip airfare from Memphis to San Jose                  | 1<br>1,125.30  | 1,125.30 |
| 9/6/2005     | WF | Cab fare                                                     | 1<br>19.25     | 19.25    |
|              | WF | Miscellaneous food/beverage -- no catering available         | 1<br>19.70     | 19.70    |
|              | AH | Miscellaneous food/beverage                                  | 1<br>5.54      | 5.54     |
|              | AH | Miscellaneous food/beverage                                  | 1<br>2.09      | 2.09     |
|              | AH | Miscellaneous food/beverage                                  | 1<br>2.65      | 2.65     |
|              | AH | Cab fare from San Jose airport to Fairmont Hotel.            | 1<br>20.00     | 20.00    |
| 9/7/2005     | AH | Cab fare                                                     | 1<br>40.00     | 40.00    |
|              | AH | Cab fare                                                     | 1<br>50.00     | 50.00    |
| 9/8/2005     | WF | Miscellaneous food/beverage -- no catering available         | 1<br>38.58     | 38.58    |
|              | WF | Printing at Kinko's                                          | 1<br>19.39     | 19.39    |
|              | WF | Printing at Kinko's                                          | 1<br>38.78     | 38.78    |
|              | AH | Cab fare                                                     | 1<br>53.00     | 53.00    |
| 9/9/2005     | WF | Color laser prints                                           | 605<br>3.00    | 1,815.00 |
|              | WF | Black & White, letter-sized printing                         | 2255<br>0.25   | 563.75   |
|              | WF | Miscellaneous food/beverage -- no catering available         | 1<br>7.45      | 7.45     |
|              | WF | Miscellaneous food/beverage -- no catering available         | 1<br>39.28     | 39.28    |
|              | AH | Miscellaneous food/beverage                                  | 1<br>28.76     | 28.76    |
|              | AH | Hotel accommodations at The Fairmont Hotel                   | 1<br>781.02    | 781.02   |
|              | AH | Tip bellmen to take equipment to shipping at hotel..         | 1<br>15.00     | 15.00    |
|              | AH | Cab fare from hotel to San Jose airport.                     | 1<br>20.00     | 20.00    |
|              | AH | Cab fare from San Jose airport to San Francisco airport.     | 1<br>82.00     | 82.00    |
| 9/10/2005    | WF | Hotel accommodations at Fairmont                             | 1<br>1,317.29  | 1,317.29 |
|              | WF | Hotel tips                                                   | 1<br>38.00     | 38.00    |
|              | WF | Cab fare from Hotel to airport                               | 1<br>20.00     | 20.00    |

Victor Savikas                                                                                                Page    4

|            |    |                                                               | Qty/Price | Amount      |
|------------|----|---------------------------------------------------------------|-----------|-------------|
| 9/10/2005  | WF | Miscellaneous food/beverage -- no catering available          | 1<br>9.27 | 9.27        |
|            | WF | Cab fare from airport to home                                 | 1<br>22.20 | 22.20      |
|            | WF | Per diem rental of trial support site equipment               | 3<br>600.00 | 1,800.00  |
|            | WF | Rental of projector & laptop                                  | 2<br>450.00 | 900.00    |
|            | WF | Ship war room/ court room equipment back to Memphis office    | 1<br>841.71 | 841.71    |

**Total costs**                                                                                             $15,733.88

**Total taxes**                                                                                             $304.73

**Total amount of this bill**                                                                               $36,950.11

Balance due                                                                                                 $36,950.11

**For your convenience, we accept Master Card, Visa, and American Express.
Contact Judy Moose, Billing Specialist - 901-527-6623, to pay your account
by credit card.**

**Payment Due Upon Receipt**

OK  *[signature: Victor B. Savikas]*
554109-66004

CHECK NO.: 1058219
CHECK DATE: 10/20/2005
CHECK AMOUNT: 36,950.11

## JONES DAY

VENDOR NO.: 224915  VENDOR NAME: THE DATA COMPANY
VENDOR ADDRESS: 254 COURT AVENUE
5TH FLOOR
MEMPHIS, TN 38103

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | | AMOUNT PAID |
|---|---|---|---|---|---|
| 11147211 | 11463 | 09-30-2005 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 36,950.11 |