# EXHIBIT E

| CHECK NO.: | 1058222 | | | VENDOR NO.: 239900 | VENDOR NAME: | **ANDREW LIPPMAN** |
| CHECK DATE: | 10/20/2005 | | | | VENDOR ADDRESS: | 28 CHESTNUT STREET |
| CHECK AMOUNT: | 75,610.59 | | | | | SALEM, MA 01970 |

**JONES DAY**
555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | | AMOUNT PAID |
|---|---|---|---|---|---|
| 11147209 | 09122005 | 09-12-2005 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 75,610.59 |

10/27/06

Reference: Acacia/DirecTV

| | |
|---|---|
| Work performed in Cambridge and Salem, MA between 28 July 2005 and 9 Sep 2005: | |
| August: | |
| 12:  3 hrs, 2.5 reading, 1/2 hour call | |
| 13:  1 hr, call | |
| 14:  2 hrs call, sequence enc | |
| 15:  12 hrs at MIT meeting | |
| 16:  8 hrs DTV follow-up reading and drafting | |
| 18:  4 hrs | |
| 19:  4 hrs | |
| 21:  4 hrs | |
| 22:  3 hrs, 1-4PM, including call | |
| 23:  9 hrs, 12-9PM | |
| 24:  10.5 hrs, 3PM - 1:30 AM continuous conference call | |
| 25:  2 hrs, at MIT, McBride also | |
| 26:  7 hrs, 9:15 - 4PM at MIT | |
| 30:  12 hrs, Alexander Depo, in LA  8:30AM - 9PM | |
| 31:  9 hrs, Lippman Depo: 8 - 5PM | |
| **Net 90.5 hrs @ $450/hr** | 40,725.00 |
| September: | |
| 1:  8 hrs, 9AM - 1PM read depo work, 4PM - 8PM on plane | |
| 2:  1 hr call | |
| 3:  3 hrs, 4-7PM conference call | |
| 4:  2 hrs, 8-10 on plane | |
| 5:  12 hrs, 8AM - 9PM in JD office, demonstratives | |
| 6:  12 hrs, 8 - 8PM demonstratives | |
| 7:  12 hrs, 11AM - 11PM prep | |

239900

OK To pay

by: KGM[signature]
Kevin McBride

OCT 20 2005
JONES DAY

# Andrew Lippman

28 Chestnut Street
Salem, MA 01970

12 September 2005

CAM: 554109-660-004

Kevin McBride
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

Approved: [signature] Victor G. Savikas

| Reference: Acacia/DirecTV | |
|---|---|
| Work performed in Cambridge and Salem, MA between 28 July 2005 and 9 Sep 2005:<br>August:<br>12:  3 hrs, 2.5 reading, 1/2 hour call<br>13:  1 hr, call<br>14:   2 hrs call, sequence enc<br>15:  12 hrs at MIT meeting<br>16:  8 hrs DTV follow-up reading and drafting<br>18:  4 hrs<br>19:  4 hrs<br>21:  4 hrs<br>22:  3 hrs, 1-4PM, including call<br>23:  9 hrs, 12-9PM<br>24:  10.5 hrs, 3PM - 1:30 AM continuous conference call<br>25:  2 hrs, at MIT, McBride also<br>26:  7 hrs, 9:15 - 4PM at MIT<br>30:  12 hrs, Alexander Depo, in LA  8:30AM - 9PM<br>31:  9 hrs, Lippman Depo:  8 - 5PM | |
| **Net 90.5 hrs @ $450/hr** | 40,725.00 |
| September:<br>1:  8 hrs, 9AM - 1PM read depo work, 4PM - 8PM on plane<br>2:  1 hr call<br>3:  3 hrs, 4-7PM conference call<br>4:  2 hrs, 8-10 on plane<br>5:  12 hrs, 8AM - 9PM in JD office, demonstratives<br>6:  12 hrs, 8 - 8PM demonstratives<br>7:  12 hrs, 11AM - 11PM prep | |

| | |
|---|---:|
| 8: 13 hrs, 8am - 11PM (less 2hrs) in court<br>9: 2 hrs, 8AM - 10AM in hotel  End of case | |
| **Net: 65 hr @ $450/hr** | **29,250.00** |
| Air Travel:<br>29 Aug – 1 Sep: Boston – LAX – Boston<br>4 Sep – Boston – LAX<br>9 Sep – SJC – Boston | <br>1636.26<br>850.59<br>626.68 |
| Car Services:<br>Aug 24: MIT – Salem<br>Aug 29: Salem – Logan Airport<br>Aug 29: LAX – Biltmore<br>Sep 1: Biltmore – LAX<br>Sep 1: Logan – Salem<br>Sep 4: Salem – Logan<br>Sep 4: LAX – Biltmore<br>Sep 9: Logan – Salem | <br>110.00<br>96.00<br>120.00<br>148.75<br>96.00<br>96.00<br>120.00<br>96.00 |
| Hotel:<br>Aug 27 – Sep 01: LA Biltmore<br>Sep 4 – Sep 7: LA Biltmore<br>Sep 7 – Sep 9: San Jose Fairmont | <br>582.83<br>640.68<br>415.80 |
| **Net Expenses:** | **5,635.59** |
| **Total** | **$75,610.59** |

# MILLENNIUM BILTMORE HOTEL
### LOS ANGELES

506 South Grand Avenue
Los Angeles, California 90071-2602
Phone 213.624.1011 • Fax 213.612.1545
Reservations: 866.866.8086
www.millennium-hotels.com

# GUEST FOLIO

| Arrival | Folio Number |
|---|---|
| MON AUG29,05 | 020919 |
| Departure | Balance |
| THU SEP01,05 | .00 |

Andreq Lippman
Jones Day Reavis-PRFRD VL

555 W 5th Street
Los Angeles, CA      90013

FOR EXPRESS CHECKOUT TOUCH EXTENSION 1315

| Room Type | Room | Page |
|---|---|---|
| CLKG/ | 1016 | 1 |

Mkt/Grp: BAR     Pkg/Mp:

Pay by: AX   XXXXXXXXXX1000   06/07

| Date | Room | Description | Reference | Amount | |
|---|---|---|---|---|---|
| AUG29 | BH/1016 | Guest Room | Rm 1016 | 129.00+ | MO |
| AUG29 | BH/1016 | Guest Room Tax | Rm 1016 | 18.06+ | MO |
| AUG29 | BH/1016 | Cali Tourism Tax | Rm 1016 | .06+ | MO |
| AUG30 | BH/1016 | Room Service | 4184 | 27.41+ | |
| AUG30 | BH/1016 | Guest Room | Rm 1016 | 179.00+ | MO |
| AUG30 | BH/1016 | Guest Room Tax | Rm 1016 | 25.06+ | MO |
| AUG30 | BH/1016 | Cali Tourism Tax | Rm 1016 | .09+ | MO |
| AUG31 | BH/1016 | Guest Room | Rm 1016 | 179.00+ | VE |
| AUG31 | BH/1016 | Guest Room Tax | Rm 1016 | 25.06+ | VE |
| AUG31 | BH/1016 | Cali Tourism Tax | Rm 1016 | .09+ | VE |
| SEP01 | BH/1016 | American Express | XXXXXXXXXX1000 | 582.83- | CM |

Guest Signatures_____

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges

**Millennium & Copthorne Hotels**

The Americas • United Kingdom • Singapore • Australia • France • Germany • Indonesia • Malaysia • New Zealand • Philippines

```
29 AUG 05   -   MONDAY
    AIR    AMERICAN AIRLINES     FLT:223      FIRST CLASS       DINNER
           LV BOSTON                           610P             EQP: BOEING 757
           DEPART: TERMINAL B                                   06HR 09MIN
           AR LOS ANGELES                      919P             NON-STOP
           ARRIVE: TERMINAL 4                                   REF: CMGGMT
           LIPPMAN/ANDREW        SEAT- 4B      AA-2910726

01 SEP 05   -   THURSDAY
    AIR    AMERICAN AIRLINES     FLT:148      FIRST CLASS       DINNER
           LV LOS ANGELES                      335P             EQP: BOEING
737-800
           DEPART: TERMINAL 4                                   05HR 22MIN
           AR BOSTON                           1157P            NON-STOP
           ARRIVE: TERMINAL B                                   REF: CMGGMT
           LIPPMAN/ANDREW        SEAT- 5E      AA-2910726

IF YOU NEED EMERGENCY HELP WHILE EN ROUTE, PLEASE CALL-
   TRAVEL COLLABORATIVE   MON-FRI  9A-6P EASTERN TIME
       800-370-7400...WITHIN USA/CANADA/PUERTO RICO
       617-497-7400...LOCAL NUMBER
   AFTER HOURS EMERGENCY SERVICE -- MEMBER CODE G377
       888-567-9396...WITHIN USA/CANADA/PUERTO RICO
       402-398-3000...INTERNATIONAL   CALL COLLECT
..
FARE IS 1636.26
..
E-TICKET NUMBER IS 0011327207878
```