# EXHIBIT F

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/4/2005 | 691 |

**BILL TO**

Acacia Vs. New Destiny Et All

DEC. 14 2005
JONES DAY

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 10/25/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 9/8/2006 | Review of hearing exhibits | 1 | 300.00 | 300.00 |
| 9/9/2005 | Court hearing | 5 | 300.00 | 1,500.00 |
| 9/11/2005 | Review of hearing exhibits | 6 | 300.00 | 1,800.00 |
| 9/14/2005 | Consultation with Judge Ware | 3 | 300.00 | 900.00 |
| 9/21/2005 | Consultation with Judge Ware | 2 | 300.00 | 600.00 |
| 9/30/2005 | Review of hearing exhibits | 3 | 300.00 | 900.00 |

*$750 00 ONLY*

*OK to pay*

RECEIVED

DEC 1 2 2005

TEAM 8 A/P

*Kevin McBride*

*CAM 554109-660004*

*OK Victor S Jankas*

| Total | 6,000.00 |
|-------|----------|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

268649

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/11/2005 | 693 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

DEC 14 2005
JONES DAY

| DUE DATE | P.O. NUMBER |
|---|---|
| 12/30/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/02/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 12/05/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |

OK to pay $168 75 ONLY

KevoBw
Kevin McBaule
CAM 554108-660004

OK
Victor Sanbes

| | Total | 1,350.00 |
|---|---|---|

CHECK NO.: 1059383
CHECK DATE: 12/14/2005
CHECK AMOUNT: 918.75

VENDOR NO.: 288649    VENDOR NAME: **RAINER W. SCHULTZ**
VENDOR ADDRESS: P.O. BOX 70
LOS ALTOS, CA 94023-0370

**JONES DAY**
555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | | AMOUNT PAID |
|---|---|---|---|---|---|
| 11172660 | 693 | 12-11-2005 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 168.75 |
| 11172661 | 691 | 10-04-2005 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 750.00 |

7br

12/21/05

Rainer W. Schulz *— Court's Technical Advisor*
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

*268049*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/17/2005 | 692 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

*DEC -6 2005*
*JONES DAY*

*4:00*

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/2/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 10/25/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 10/26/2005 | Consultation with Judge Ware | 2 | 300.00 | 600.00 |
| 10/27/2005 | Review of court filings | 4.5 | 300.00 | 1,350.00 |
| 10/29/2005 | Review of court filings | 5 | 300.00 | 1,500.00 |
| 10/31/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |
| 11/16/2005 | Consultation with Judge Ware | 3 | 300.00 | 900.00 |

*OK Victor Sairbas*

*OK to pay $712.50 ONLY.*

*By KennyB...*
*Kevin McBride*

*12/5/05*

*CAM 554109-660004*

| | Total | 5,700.00 |
|--|-------|----------|

CHECK NO.: 1069313
CHECK DATE: 12/12/2005
CHECK AMOUNT: 712.50

VENDOR NO.: 288649     VENDOR NAME: **RAINER W. SCHULTZ**
VENDOR ADDRESS: P.O. BOX 70
LOS ALTOS, CA 94023-0370

**JONES DAY**     555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 11171810 | 692 | 11-17-2005 | 9915100000    ADVANCES TO CLIENTS - UNBILLED | 712.50 |

stop payment
confirmation #
10772606321717

VOID
01-06-06
01-06-06



# VOID CHECK
## REQUEST

**Office** *LA*

**Bank Account** *03-1101*

**Currency** *USD*

Check # : *1059313*    Check Date : *07106106*    Check Amount : $ *712.50*

Payee Name : *Rainer W. Schultz*

## Reason for VOID

*Explanation: Why / Should be*

Incorrect amount ___
Incorrect payee ___
Incorrect address ___
Incorrect account or CAM # ___
Duplicate payment ___
Check lost, stolen or destroyed ☒
Not used for purposes intended ___

___ Witness not deposed
___ Filing not made
___ Other: _____

Processing error ___
(accounting use only)

**Original Check Attached**    ☐ Yes
                               ☒ No    Lost (☒)   Stolen (   )   Destroyed (   )

| **Reissue Check** | **Stop Payment on Check** |
|---|---|
| (Please attach new/corrected check request or invoice) | Initials   Date Processed |
| ☒ Yes  *Ch. #1063603* | ☒ Yes  *H*  *07106106* |
| ☐ No   *07.06.06* | ☐ No |

Requested by : *H. Nady*

JP *001584*    Date : *07106106*

Accounting use only:  Void Information Entered into Elite

Initials   Date Processed
*H*  *07106106*

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

*268649*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/1/2006 | 696 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |



| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/31/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 02/20/2006 | Review of Court filings | 0.5 | 300.00 | 150.00 |
| 02/22/2006 | Review of Court filings | 1 | 300.00 | 300.00 |
| 02/24/2006 | Court hearing | 4 | 300.00 | 1,200.00 |
| 02/26/2006 | Document review | 2 | 300.00 | 600.00 |
| 02/28/2006 | Document review | 5 | 300.00 | 1,500.00 |

$468 $\frac{75}{}$ = only

OK to pay

Kevin McBride 3/31/06

CAM 554109 - 660004

Thank you.

| **Total** | 3,750.00 |

CHECK NO.: 1061615
CHECK DATE: 03/31/2006
CHECK AMOUNT: 468.75

VENDOR NO.: 268649     VENDOR NAME:     **RAINER W. SCHULTZ**

VENDOR ADDRESS:     P.O. BOX 70
LOS ALTOS, CA 94023-0370

**JONES DAY**

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|-----------|--------|------|----------------------|-------------|
| 11221177 | 696 | 03-01-2006 | 9915100000     ADVANCES TO CLIENTS - UNBILLED | 468.75 |

Stop Payment
Confirmation #
0706063 2717

4/4/06

VOID
07-06-06



Office

# VOID CHECK
## REQUEST

03-1101

Bank Account

USD

Currency

Check # : 1061615    Check Date : 0313106    Check Amount : $468.75

Payee Name : Rainer W. Schultz

## Reason for VOID

*Explanation: Why / Should be*

Incorrect amount ___
Incorrect payee ___
Incorrect address ___
Incorrect account or CAM # ___
Duplicate payment ___
Check lost, stolen or destroyed X
Not used for purposes intended ___

Witness not deposed ___
Filing not made ___
Other: ___

Processing error ___
(accounting use only)

Original Check Attached    ☐ Yes

☒ No    Lost (X)    Stolen (  )    Destroyed (  )

| **Reissue Check** | **Stop Payment on Check** | | |
|---|---|---|---|
| (Please attach new/corrected check request or invoice) | | Initials | Date Processed |
| ☑ Yes    Ch. # 1063603    07·06·06 | ☑ Yes | A | 07106106 |
| ☐ No | ☐ No | | |

Requested by :    A. Nady

JP 001584    Date : 07106106

Initials    Date Processed

Accounting use only:  Void Information Entered into Elite    A    07106106

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

268649

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/1/2006 | 700 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

RECEIVED
JUL 11 2006
JONES DAY

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2006 | Document review | 3 | 300.00 | 900.00 |
| 04/07/2006 | Document review | 3.5 | 300.00 | 1,050.00 |

OK to pay $ 243.75

V. SAVIKAS

554109-660004

| Thank you. | | | Total | 1,950.00 |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/1/2006 | 702 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |



RECEIVED JUL 11 2006 JONES DAY

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 6/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 05/16/2006 | mtg. with judge Ware and doc rev. | 4.5 | 300.00 | 1,350.00 |
| 05/17/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/18/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/19/2006 | document review | 1 | 300.00 | 300.00 |
| 05/21/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/22/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/23/2006 | document review | 2 | 300.00 | 600.00 |
| 05/24/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/25/2006 | document review | 3 | 300.00 | 900.00 |
| 05/26/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/27/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/28/2006 | document review | 6 | 300.00 | 1,800.00 |
| 05/29/2006 | document review | 3 | 300.00 | 900.00 |
| 05/30/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/31/2006 | document review | 5 | 300.00 | 1,500.00 |

OK to pay $2,456.25

Victor A. Savikas
V. SAVIKAS

554109-660005
660004

| Total | 19,650.00 |
|-------|-----------|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/5/2006 | 705 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

RECEIVED
JUL 11 2006
JONES DAY

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/21/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 06/01/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/03/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/04/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/06/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/08/2006 | Document review | 1 | 300.00 | 300.00 |
| 06/09/2006 | Meeting with Judge Ware | 2.5 | 300.00 | 750.00 |
| 06/14/2006 | Court meeting | 6 | 300.00 | 1,800.00 |
| 06/15/2006 | Court meeting | 3.5 | 300.00 | 1,050.00 |
| 06/19/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/20/2006 | document review | 5 | 300.00 | 1,500.00 |
| 06/21/2006 | Document review | 6 | 300.00 | 1,800.00 |
| 06/24/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/28/2006 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |

OK to pay $ 1,650.00

Victor Saukas
V. SAVIKAS

554109-660004

| Total | 13,200.00 |

CHECK NO.: 1063691
CHECK DATE: 07/11/2006
CHECK AMOUNT: 4,350.00

RAINER W. SCHULTZ

VENDOR NO.: 268649

VENDOR NAME:

VENDOR ADDRESS: P.O. BOX 370
LOS ALTOS, CA 94023-0370

**JONES DAY**

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT | DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 11261465 | 700 | 05-01-2006 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 243.75 |
| 11261466 | 702 | 06-01-2006 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 2,456.25 |
| 11261467 | 705 | 07-05-2006 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 1,650.00 |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/2/2006 | 708 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

OCT 11 2006

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 10/23/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 08/21/06 | doc review | 2 | 300.00 | 600.00 |
| 08/22/06 | doc review | 2 | 300.00 | 600.00 |
| 08/24/06 | doc review | 3.5 | 300.00 | 1,050.00 |
| 08/25/06 | doc review | 5 | 300.00 | 1,500.00 |
| 08/26/06 | doc review | 2 | 300.00 | 600.00 |
| 08/27/06 | doc review | 3 | 300.00 | 900.00 |
| 08/28/06 | doc review | 4 | 300.00 | 1,200.00 |
| 08/29/06 | doc review | 7 | 300.00 | 2,100.00 |
| 08/30/06 | doc review | 3 | 300.00 | 900.00 |
| 08/31/06 | doc review | 3 | 300.00 | 900.00 |
| 09/01/06 | doc review | 2 | 300.00 | 600.00 |
| 09/06/06 | doc review | 4 | 300.00 | 1,200.00 |
| 09/07/06 | Court hearing | 6 | 300.00 | 1,800.00 |
| 09/08/06 | doc review | 7 | 300.00 | 2,100.00 |
| 09/09/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/10/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/11/06 | doc review | 2 | 300.00 | 600.00 |
| 09/12/06 | doc review | 2 | 300.00 | 600.00 |
| 09/13/06 | mtg. with Judge Ware, doc review | 6 | 300.00 | 1,800.00 |
| 09/14/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/15/06 | doc review | 8 | 300.00 | 2,400.00 |
| 09/16/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/17/06 | doc review | 8 | 300.00 | 2,400.00 |

OK to pay $5,075 ⁰⁰ ONLY

Victor S. Savikas
Victor Savikas
CAH 554109-660004

| Total | 30,450.00 |

CHECK NO.: 1065552
CHECK DATE: 10/11/2006
CHECK AMOUNT: 5,075.00

**JONES DAY**

VENDOR NO.: 268649    VENDOR NAME: **RAINER W. SCHULZ**

VENDOR ADDRESS: P.O. BOX 370
LOS ALTOS, CA 94023-0370

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|-----------|--------|------|----------------------|-------------|
| 11299603 | 708 | 10-02-2006 | 9915100000    ADVANCES TO CLIENTS - UNBILLED | 5,075.00 |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/15/2006 | 711 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

DEC 2 1 2006

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Document review | 1 | 300.00 | 300.00 |
| 12/04/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/12/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |

OK to pay $637.50 only

554109-660004

**Total** 5,100.00

CHECK NO.: 10671174
CHECK DATE: 12/21/2006
CHECK AMOUNT: 637.50

VENDOR NO.: 268849    VENDOR NAME: RAINER W. SCHULZ

VENDOR ADDRESS: P.O. BOX 370
LOS ALTOS, CA 94023-0370

JONES DAY

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | | AMOUNT PAID |
|-----------|--------|------|----------------------|--|-------------|
| 11330233 | 711 | 12-15-2006 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 637.50 |

12/24/06

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/2/2007 | 714 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 01/03/07 | Document review | 3 | 300.00 | 900.00 |
| 01/06/07 | document review | 3 | 300.00 | 900.00 |
| 01/08/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/10/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/11/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/12/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 01/18/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/19/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/23/07 | meeting with judge and doc review | 6 | 300.00 | 1,800.00 |
| 01/29/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/16/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 02/26/07 | meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 02/28/07 | document review | 2 | 300.00 | 600.00 |

RECEIVED
MAR - 8 2007
JONES DAY

*OK to pay*

*Victor G. Savikas*

**Total**    8,100.00

$1,350

554109-660004

CHECK NO.: 1068747
CHECK DATE: 03/09/2007
CHECK AMOUNT: 1,350.00

VENDOR NO.: 268649    VENDOR NAME:    **RAINER W. SCHULZ**
VENDOR ADDRESS: P.O. BOX 370
LOS ALTOS, CA 94023-0370

**JONES DAY**

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT | DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 11361861 | 714 | 03-02-2007 | 9915100000 | ADVANCES TO CLIENTS - UNBILLED | 1,350.00 |

3/15/07

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/2/2007 | 718 |

RECEIVED
JUN -5 2007
JONES DAY

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/2/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2007 | Document review | 2 | 300.00 | 600.00 |

*$100 ⁰⁰*

*OK to pay*
*only.*

*VP00412465*

*CAM 55X108-66000/4*

*6/5/07*

**Total**   ~~600.00~~

*100⁰⁰*

CHECK NO.: 1070625
CHECK DATE: 06/06/2007
CHECK AMOUNT: 100.00

**RAINER W. SCHULZ**

VENDOR NO: 268649   VENDOR NAME:
VENDOR ADDRESS: P.O. BOX 370
LOS ALTOS, CA 94023-0370

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

**JONES DAY**

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 11398213 | 718 | 06-02-2007 | 9915100000   ADVANCES TO CLIENTS - UNBILLED | 100.00 |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/4/2007 | 728 |



RECEIVED
NOV - 7 2007
JONES DAY

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 11/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 09/04/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/13/2007 | Document review | 1 | 300.00 | 300.00 |
| 09/14/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 09/19/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 09/21/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/27/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 10/19/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |

OK

*Victor G. Savikas* (signature)

OK to pay

**Total** ~~2,250.00~~

1/8 = $281.25

554109-660004

CHECK NO.: 1074144
CHECK DATE: 11/07/2007
CHECK AMOUNT: 281.25

VENDOR NO.: 268649    VENDOR NAME:    **RAINER W. SCHULZ**
VENDOR ADDRESS: P.O. BOX 370
LOS ALTOS, CA 94023-0370

**JONES DAY**

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|-----------|--------|------|----------------------|-------------|
| 11463900 | 728 | 11-04-2007 | 99-151003-151003-0000  ADVANCES TO CLIENTS - UNBILLED | 281.25 |

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/13/2007 | 731 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

RECEIVED
DEC 19 2007
JONES DAY

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/12/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 11/06/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 11/07/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 11/08/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 11/09/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 11/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 11/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 11/12/2007 | Doc. review | 5 | 300.00 | 1,500.00 |
| 11/14/2007 | Doc. review | 6.5 | 300.00 | 1,950.00 |
| 11/16/2007 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 12/03/2007 | Doc. review | 8 | 300.00 | 2,400.00 |
| 12/04/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |

OK
Victor G. Savikas

O K to pay
554109-660004

**Total**       12,300.00

$\frac{1}{8}$ = $1,537.50

CHECK NO.: 1075172
CHECK DATE: 12/19/2007
CHECK AMOUNT: 1,537.50

RAINER W. SCHULZ

VENDOR NO.: 268649    VENDOR NAME:
VENDOR ADDRESS:    P.O. BOX 370
LOS ALTOS, CA 94023-0370

JONES DAY

555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|-----------|--------|------|----------------------|-------------|
| 11482886 | 731 | 12-13-2007 | 99-151003-151003-0000  ADVANCES TO CLIENTS - UNBILLED | 1,537.50 |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/1/2008 | 737 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

RECEIVED
APR - 3 2008
JONES DAY

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/1/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 01/15/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/16/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/2008 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/24/2008 | Document review | 0.5 | 300.00 | 150.00 |
| 01/25/2008 | Meeting with Judge Ware | 1.5 | 300.00 | 450.00 |
| 01/29/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/30/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/31/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/03/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/04/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/05/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 02/09/2008 | Document review | 2 | 300.00 | 600.00 |

*Scott J. Farikas*
OK to pay

$\frac{1}{8}$ = (3468.75)

| Total | 3,750.00 |
|-------|----------|

554109-660009

CHECK NO.: 1077358
CHECK DATE: 04/04/2008
CHECK AMOUNT: 468.75

VENDOR NO.: 268649    VENDOR NAME:    **RAINER W. SCHULZ**
VENDOR ADDRESS:    P.O. BOX 370
LOS ALTOS, CA 94023-0370

**JONES DAY**    555 SOUTH FLOWER STREET, LOS ANGELES, CA 90071

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|-----------|--------|------|----------------------|-------------|
| 11527194 | 737 | 04-01-2008 | 99-151003-151003-0000 - ADVANCES TO CLIENTS - UNBILLED | 468.75 |