# EXHIBIT B



**SARNOFF**
*Court Reporters and Legal Technologies*

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

David J. Silbert, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

Demand

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35505 | 09/06/2005 | 01-38059 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/31/2005 | BHAND | C0501114JW |
| CASE CAPTION | | |
| In Re: Acacia Media Technology Corporation | | |
| TERMS | | |
| Due upon receipt | | |

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Andrew B. Lippman              122 Pages                    335.50
         Delivery & Processing                                    42.00

                                TOTAL   DUE   >>>>              377.50
                                AFTER 10/21/2005 PAY            415.25
```

POSTED
SEP 3 0 2005

Keker & Van Nest, LLP
RECEIVED
SEP 0 9 2005
KEKER & VAN NEST

OCT 6 2005

(#2980)

TAX ID NO.: 88-0432563                    (415) 391-5400    Fax (415) 397-7188

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

29896

DATE: 10/20/2005    PAYEE: Sarnoff Information Technologies, Inc.                                        CHECK #: 29896

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 9/8/2005 | 35566 | demand | 700.35 |

TOTAL: $ 700.35

M98SF014318

SF4001-1    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422

Safeguard  LITHO USA  SFSL2M  CK7S08112M (2/01)

29896



500 *Denard*

# SARNOFF
### Court Reporters and Legal Technologies

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855  fax 949.955.3854

David J. Silbert, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35566 | 09/08/2005 | 01-37970 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/02/2005 | BHAND | C0501114JW |
| CASE CAPTION ||| 
| In Re: Acacia Media Technology Corp. ||| 
| TERMS ||| 
| Due upon receipt ||| 

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  S. Merrill Weiss                       160    Pages              440.00
         EXHIBITS                         13    Pages                7.15
         Color Copies                     13.00 Pages               19.50
         Rough Ascii Disk                151.00 Pages              188.75
         Delivery & Processing                                      44.95

                         TOTAL    DUE   >>>>                       700.35

                         AFTER 10/23/2005 PAY                      770.39
```



PAID OCT 20 2005

RECEIVED SEP 1 3 2005 KEKER & VAN NEST

POSTED SEP 3 0 2005 KEKER & VAN NEST, LLP

TAX ID NO.: 88-0432563         (415) 391-5400   Fax (415) 397-7188

*Please detach bottom portion and return with payment.*

David J. Silbert, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111

Job No.      : 01-37970
Case No.     : C0501114JW
In Re: Acacia Media Technology Corp.
Invoice No.: 35566
Date         : 09/08/2005
**TOTAL DUE** :    700.35
AFTER 10/23/2005 PAY :  770.39



PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____   Phone #: _____
Cardholder's Signature: _____



Remit To:   Sarnoff Information Technologies, Inc.
            46 Corporate Park
            Suite 100
            Irvine, CA 92606

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

29630

**DATE:** 9/22/2005   **PAYEE:** Irene Rodriguez   **CHECK #:** 29630

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 9/12/2005 | 00000397 | demand | 3,772.82 |

**TOTAL:** $ 3,772.82

SF4001-1   REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422
Safeguard  LITHO USA  SFSL2M  CK7S03112M (2/01)
M983F014318

510

*[handwritten: DEMAND / ok to pay / cap]*

| | | |
|---|---|---|
| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

INVOICE NO: 00000397

**MAKE CHECKS PAYABLE TO:**

Daralyn J. Durie
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Phone:
FAX:

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL  ☒ CIVIL     DATE ORDERED: 09-12-2005    DATE DELIVERED: 09-12-2005

**Case Style:** , IN RE: ACACIA v
Transcript of Proceedings held on 9/8/05 & 9/9/05. One half of original, hard copy, miniscript, disk, e-mail & rough draft.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 214 | 6.60 | 1,412.40 | 428 | 1.10 | 470.80 | 1284 | 0.83 | 1,065.72 | 2,948.92 |
| Realtime | 214 | 2.75 | 588.50 | 214 | 1.10 | 235.40 | | | | 823.90 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 3,772.82 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $3,772.82 |

*[Stamps: PAID SEP 22 2005; POSTED SEP 30 2005 KEKER & VAN NEST, LLP]*

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                               DATE 09-12-2005

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

3138

| DATE: 4/11/2006 | PAYEE: Irene Rodriguez | | | CHECK #: |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| | | | | 167.52 |
| 1331-001 | 4/10/2006 | 4/10/06 | demand | |

1388  MSF4001-1

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422

TOTAL: GWL92M0010000  $167.52

SAFEGUARD LITHO USA  SFSL2M CK7S08112M

Subject: In Re: Acacia 2/24/06

Good Morning

Here is your e-transcript. I will send you your hard copies and invoice once I receive payment in the amount of $167.52 made payable to me and please send it to 280 S. First Street, San Jose, CA 95113.

Very Truly Yours,

Irene Rodriguez
United States District Court
Official Court Reporter to the Honorable James Ware
(408)947-8160

(See attached file: 022406ac.ptx)

POSTED
APR 30 2006
KEKER & VAN NEST, LLP

APR 11 2006

1

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

32336

DATE: 7/25/2006     PAYEE:  Irene Rodriguez                              CHECK #:  32336

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 7/25/2006 | 7/25/06 | demand | 1,075.44 |

TOTAL:    $ 1,075.44

341   MSF4001-1   REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422   GWL92M0010000   M98SF014318
SAFEGUARD  LITHO USA  SFSL2M  CK7S08112M

510 *(handwritten)*        Demand *(handwritten)*

| AO44 (Rev. 12/89) | |
|---|---|
| **UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** | |
| INVOICE NO: 00000562 | |

**MAKE CHECKS PAYABLE TO:**

Daralyn J. Durie
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone/FAX: *(handwritten)* mcanales@kvn.com
djackson@kvn.com

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 07-19-2006    DATE DELIVERED:

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 6/14 & 6/15. Hard copy, e-mail, ascii & condense it.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 130 | 0.83 | 107.90 | 390 | 0.55 | 214.50 | 322.40 |
| Expedited | | | | 223 | 0.83 | 185.09 | 669 | 0.55 | 367.95 | 553.04 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. DVD's @ $100.00 per day | MISC. CHARGES: 200.00 |
| | TOTAL: 1,075.44 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| JUL 25 2006 | LESS AMOUNT OF DEPOSIT: |
| POSTED JUL 30 2006 | TOTAL REFUND: |
| KEKER & VAN NEST, LLP | TOTAL DUE: **$1,075.44** |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE     *(signed)*     DATE: 07-19-2006

*(All previous editions of this form are cancelled and should be destroyed)*
PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

33890

| DATE: 1/18/2007 | PAYEE: Irene Rodriguez | | | CHECK #: 33890 |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 1331-001 | 1/5/2007 | 00000679 | demand | 1,644.16 |

TOTAL:   $ 1,644.16

1395   MSF4001-1   REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422   GWL92M0010000   M98SF014318

SAFEGUARD  LITHO USA   SFSL2M   CK7S08112M

510                                                                     Demand

AO44 (Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000679

**MAKE CHECKS PAYABLE TO:**

Daralyn J. Durie
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Phone:
FAX:

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 01-05-2007    DATE DELIVERED: 01-05-2007

Case Style: C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 9/7, 9/8 & 9/14/06.  hard copy, e-mail, condense it, ascii & dvds

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 542 | 0.83 | 449.86 | 1626 | 0.55 | 894.30 | 1,344.16 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

*OK to pay RSC Demand*

JAN 1 8 2007

Misc. Desc.  DVDs        MISC. CHARGES: 300.00

TOTAL: 1,644.16

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

RECEIVED JAN 1 0 2007 KEKER & VAN NEST

POSTED JAN 3 0 2007 KEKER & VAN NEST, LLP

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $1,644.16

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE          DATE 01-05-2007

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

37006

DATE: 12/14/2007    PAYEE:  Irene Rodriguez

CHECK #:  37006

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 12/13/2007 | 12/13/07 | demand | 574.60 |

TOTAL:   $ 574.60

MSF4001-1   REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422   GWLBWB0010000  M98SF014318

SAFEGUARD   LITHO USA   SFSL2M   CK7S08112M

510            Demand

| | |
|---|---|
| **Elenita Pagaduan** | |
| From: | Diane Miller |
| Sent: | Thursday, December 13, 2007 3:48 PM |
| To: | Accounting |
| Cc: | Shelby L. Brock |
| Subject: | Check request fm. Diane Miller |

Please cut a check payable to Irene Rodriquez in the sum of $574.60 representing payment for court reporter transcript of Markman hearing on 8/17/07 before Judge Ware. Her tax ID # is 547571025. It should be mailed to her attention at 280 South First Street, San Jose, CA 95113. The case is DEMAND.

Thank you!!!

Diane Blais Miller
Assistant to Daralyn J. Durie, Khari J. Tillery
  and Kevin T. Reed
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
dmiller@kvn.com
(415) 676-2253

POSTED
DEC 30 2007
KEKER & VAN NEST, LLP

DEC 14 2007

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

37896

| DATE: 3/24/2008 | PAYEE: Irene Rodriguez | | | CHECK #: 37896 |
|---|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 1331-001 | 3/21/2008 | 3/21/08 | demand | 463.55 |

TOTAL: **$ 463.55**

GWLBWB0010000  M98SF014318

MSF4001-1

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422

SAFEGUARD  LITHO USA   SFSL2M  CK7S08112M

*10*                                                                                                        *Demand*

AO44 (Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000987

**MAKE CHECKS PAYABLE TO:**

Daralyn J. Durie
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Phone:

IRENE RODRIQUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 03-21-2008    DATE DELIVERED: 03-21-2008

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 3/7/08. Original, hard copy & e-mail asap

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 73 | 4.85 | 354.05 | 73 | 0.90 | 65.70 | 73 | 0.60 | 43.80 | 463.55 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 463.55 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| **Date Paid:** | **Amt:** | **TOTAL DUE:** | **$463.55** |

*PAID MAR 24 2008*
*POSTED MAR 30 2008 KEKER & VAN NEST, LLP*

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| *Irene Rodriguez* | 03-21-2008 |

(All previous editions of this form are cancelled and should be destroyed)