# EXHIBIT C

# Transactions LLL - Monthly Soft Costs WIP Report

Matter Description (First Line) contains 'demand' and component between '870' to '885'

|  | Units | Price | Value | Write-up/dn | Ext. Amount |
|---|---:|---:|---:|---:|---:|
| Component: 871 | | | | | |
| Digital Imaging @ $0.08 per page | 266.00 | 1.84 | 21.28 | 0.00 | 21.28 |
| Component: 880 | | | | | |
| Photocopies @ $0.10 per page | 32,749.00 | 146.80 | 3,274.90 | 0.00 | 3,274.90 |
| Component: 881 | | | | | |
| Photocopies @ $0.15 per page | 41,680.00 | 106.35 | 6,252.00 | 0.00 | 6,252.00 |