# EXHIBIT D

# Transactions Listing

Matter Description (First Line) 'demand' and hard costs and component not equal '200', '210' ,'300', '340', '630', '720', '840', '888'

| | | | | | |
|---|---|---|---|---|---|
| 12/17/2005 | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz | 400 | 1.00 | 1,500.00 | 1,500.00 |
| 12/17/2005 | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz | 400 | 1.00 | 1,425.00 | 1,425.00 |
| 3/18/2006 | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz | 400 | 1.00 | 234.38 | 234.38 |
| 8/19/2006 | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/16 of $1,350.00 | 400 | 1.00 | 84.38 | 84.38 |
| 8/19/2006 | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of $1,950.00 | 400 | 1.00 | 81.25 | 81.25 |

# Transactions Listing

Matter Description (First Line) 'demand' and hard costs and component not equal '200', '210' ,'300', '340', '630', '720', '840', '888'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 8/19/2006 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of $19,650.00 | 400 | 1.00 | 818.75 | 818.75 |
| 8/19/2006 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of $13,200.00 | 400 | 1.00 | 550.00 | 550.00 |
| 9/16/2006 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz | 400 | 1.00 | 1,691.67 | 1,691.67 |
| 1/20/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of $5,100 | 400 | 1.00 | 212.50 | 212.50 |
| 2/17/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/18 of $8,100.00 | 400 | 1.00 | 450.00 | 450.00 |
| 2/17/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, adjusted to 1/18 of 5,100, previous pymt of $212.50 | 400 | 1.00 | 70.83 | 70.83 |
| 5/19/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 3/29/07, 1/18 of $600.00 | 400 | 1.00 | 33.33 | 33.33 |
| 8/18/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of inv. 724 - $15,750 | 400 | 1.00 | 656.25 | 656.25 |
| 11/17/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 9/07-10/19/07 services, 1/24 of $2,250.00 | 400 | 1.00 | 93.75 | 93.75 |
| 12/15/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of 12,300.00, 11/6/07-12/4/07 services | 400 | 1.00 | 512.50 | 512.50 |
| 3/15/2008 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/15/07-2/9/08 services, 1/24 of $3,750.00 | 400 | 1.00 | 156.25 | 156.25 |

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

32572

**DATE:** 8/22/2006 **PAYEE:** Rainer W. Schulz **CHECK #:** 32572

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 12/11/2005 | 693 | demand | 84.38 |
| 1331-001 | 5/1/2006 | 700 | demand | 81.25 |
| 1331-001 | 6/1/2006 | 702 | demand | 818.75 |
| 1331-001 | 7/5/2006 | 705 | demand | 550.00 |

**TOTAL:** **$ 1,534.38**

MSF4001-1 REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422 GWL92M0010000 M98SF014318

SAFEGUARD LITHO USA SFSL2M CK7S08112M

400

Demand

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/11/2005 | 693 ✓ |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 12/30/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/02/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 12/05/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |

PAID AUG 22 2006

POSTED AUG 30 2006 KEKER & VAN NEST, LLP

**Total** 1,350.00

1/16 = $ 84.38 ✓

approved by DS c per attached e-mail

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

31330

**DATE: 4/6/2006** **PAYEE: Rainer W. Schulz** **CHECK #: 31330**

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 3/1/2006 | 696 | demand | 234.38 |

1335 MSF4001-1 REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422 **TOTAL:** GWL92M0010000 **$ 234.38**

SAFEGUARD LITHO USA SFSL2M CK7S08112M

400

Demand

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/1/2006 | 696 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 3/31/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/20/2006 | Review of Court filings | 0.5 | 300.00 | 150.00 |
| 02/22/2006 | Review of Court filings | 1 | 300.00 | 300.00 |
| 02/24/2006 | Court hearing | 4 | 300.00 | 1,200.00 |
| 02/26/2006 | Document review | 2 | 300.00 | 600.00 |
| 02/28/2006 | Document review | 5 | 300.00 | 1,500.00 |

1/16 done
33059
10/2

40600.08

1/18 1/18

PAID APR - 6 2006

POSTED
MAR 3 0 2006
KEKER & VAN NEST, LLP

Thank you.

**Total** 3,750.00

1/16 = $234/38 ✓

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

33059

**DATE:** 10/19/2006 **PAYEE:** Rainer W. Schulz **CHECK #:** 33059

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 10/2/2006 | 708 | demand | 1,691.67 |

**TOTAL: $ 1,691.67**

564 MSF4001-1 REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422 GWL92M0010000 M98SF014318

SAFEGUARD LITHO USA SFSL2M CK7S08112M

400

Demand

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/2/2006 | 708 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/23/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/21/06 | doc review | 2 | 300.00 | 600.00 |
| 08/22/06 | doc review | 2 | 300.00 | 600.00 |
| 08/24/06 | doc review | 3.5 | 300.00 | 1,050.00 |
| 08/25/06 | doc review | 5 | 300.00 | 1,500.00 |
| 08/26/06 | doc review | 2 | 300.00 | 600.00 |
| 08/27/06 | doc review | 3 | 300.00 | 900.00 |
| 08/28/06 | doc review | 4 | 300.00 | 1,200.00 |
| 08/29/06 | doc review | 7 | 300.00 | 2,100.00 |
| 08/30/06 | doc review | 3 | 300.00 | 900.00 |
| 08/31/06 | doc review | 3 | 300.00 | 900.00 |
| 09/01/06 | doc review | 2 | 300.00 | 600.00 |
| 09/06/06 | doc review | 4 | 300.00 | 1,200.00 |
| 09/07/06 | Court hearing | 6 | 300.00 | 1,800.00 |
| 09/08/06 | doc review | 7 | 300.00 | 2,100.00 |
| 09/09/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/10/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/11/06 | doc review | 2 | 300.00 | 600.00 |
| 09/12/06 | doc review | 2 | 300.00 | 600.00 |
| 09/13/06 | mtg. with Judge Ware, doc review | 6 | 300.00 | 1,800.00 |
| 09/14/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/15/06 | doc review | 8 | 300.00 | 2,400.00 |
| 09/16/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/17/06 | doc review | 8 | 300.00 | 2,400.00 |

OCT 19 2006

POSTED
SEP 30 2006
KEKER & VAN NEST, LLP

**Total** 30,450.00

1/18

1,691.67

c

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

33958

**DATE: 1/25/2007** **PAYEE: Rainer W. Schulz** **CHECK #: 33958**

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 12/15/2006 | 711 | demand | 212.50 |

**TOTAL: $ 212.50**

463 MSF4001-1 REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422 GWL92M0010000 M98SF014318

SAFEGUARD LITHO USA SFSL2M CK7S08112M

400

Demand

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/15/2006 | 711 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Document review | 2 | 300.00 | 600.00 |
| 12/04/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/12/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |

Adjusted to 1/18 per e-mail of DEJ

PAID JAN 25 2007

POSTED JAN 30 2007 KEKER & VAN NEST, LLP

POSTED FEB 28 2007 KEKER & VAN NEST, LLP

MAR 8 2007

**Total** 5,100.00

1/18 = 283.33 diff = 70.83

1/24 = 212.50 ✓

approval by DEJ per attached e-mail

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

34350

**DATE: 3/8/2007** **PAYEE: Rainer W. Schulz** **CHECK #: 34350**

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 3/2/2007 | 714 | demand | 450.00 |
| 1331-001 | 12/15/2006 | 711 2 | demand | 70.83 |

**TOTAL: $ 520.83**

1855 MSF4001-1 REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422 GWL92M0010000 M98SF014318

SAFEGUARD LITHO USA SFSL2M CK7S08112M

Demand

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/2/2007 | 714 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 3/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/03/07 | Document review | 3 | 300.00 | 900.00 |
| 01/06/07 | document review | 3 | 300.00 | 900.00 |
| 01/08/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/10/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/11/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/12/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 01/18/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/19/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/23/07 | meeting with judge and doc review | 6 | 300.00 | 1,800.00 |
| 01/29/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/16/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 02/26/07 | meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 02/28/07 | document review | 2 | 300.00 | 600.00 |

MAR 8 2007

POSTED
FEB 28 2007
KEKER & VAN NEST, LLP

**Total** 8,100.00

1/18 = $450.00

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

35500

**DATE:** 7/5/2007 **PAYEE:** Rainer W. Schulz **CHECK #:** 35500

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 6/2/2007 | 718 | demand | 33.33 |

**TOTAL:** $ 33.33

MSF4001-1 REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422 GWLBWB0010000 M98SF014318

SAFEGUARD LITHO USA SFSL2M CK7S08112M

4 oo

Demand

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/2/2007 | 718 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 7/2/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/29/2007 | Document review | 2 | 300.00 | 600.00 |

PAID JUL - 5 2007

POSTED
MAY 30 2007
KEKER & VAN NEST, LLP

**Total** 600.00

1/18 = 33.33

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

36179

**DATE:** 9/20/2007 **PAYEE:** Rainer W. Schulz **CHECK #:** 36179

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 8/31/2007 | 724 | demand | 656.25 |

**TOTAL:** $ 656.25

MSF4001-1

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422

GWLBWB0010000 M98SF014318

SAFEGUARD LITHO USA SFSL2M CK7S08112M

Demand

400

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/31/2007 | 724 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 9/17/2007 | N/a |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/24/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 08/09/2007 | Doc. review | 7.5 | 300.00 | 2,250.00 |
| 08/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/11/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/12/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/13/2007 | Mtg. with Judge Ware | 0.5 | 300.00 | 150.00 |
| 08/14/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/17/2007 | Court hearing | 4.5 | 300.00 | 1,350.00 |
| 08/24/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/25/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/26/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/27/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/28/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/31/2007 | Mtg. with Judge Ware | 1 | 300.00 | 300.00 |

PAID SEP 20 2007

POSTED AUG 30 2007 KEKER & VAN NEST, LLP

**Total** 15,750.00

1/24 = 656.25

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

36929

**DATE:** 12/6/2007 **PAYEE:** Rainer W. Schulz **CHECK #:** 36929

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 11/4/2007 | 728 | demand | 93.75 |

**TOTAL:** $ 93.75

MSF4001-1 REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422 GWLBWB0010000 M98SF014318

SAFEGUARD LITHO USA SFSL2M CK7S08112M



Demand

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/4/2007 | 728 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

12/6/07

| DUE DATE | P.O. NUMBER |
|---|---|
| 11/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/04/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/13/2007 | Document review | 1 | 300.00 | 300.00 |
| 09/14/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 09/19/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 09/21/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/27/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 10/19/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |

DEC 6 2007

POSTED
NOV 30 2007
KEKER & VAN NEST, LLP

**Total** 2,250.00

1/24 = $ 93.75 ✓

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

37222

**DATE:** 1/10/2008 **PAYEE:** Rainer W. Schulz **CHECK #:** 37222

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 12/13/2007 | 731 | demand | 512.50 |

**TOTAL:** **$ 512.50**

MSF4001-1

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422

GWLBWB0010000 M98SF014318

SAFEGUARD LITHO USA SFSL2M CK7S08112M

400

Demand

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/13/2007 | 731 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/12/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/06/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 11/07/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 11/08/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 11/09/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 11/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 11/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 11/12/2007 | Doc. review | 5 | 300.00 | 1,500.00 |
| 11/14/2007 | Doc. review | 6.5 | 300.00 | 1,950.00 |
| 11/16/2007 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 12/03/2007 | Doc. review | 8 | 300.00 | 2,400.00 |
| 12/04/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |

JAN 10 2008

POSTED
DEC 30 2007
KEKER & VAN NEST, LLP

**Total** 12,300.00

1/24 $12,300.— = 512.50 ✓

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St. San Francisco, CA 94111-1704

38319

**DATE: 5/8/2008** **PAYEE: Rainer W. Schulz** **CHECK #: 38319**

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 4/1/2008 | 737 | demand | 156.25 |

**TOTAL: $ 156.25**

GWLBWB0010000 M98SF014318

MSF4001-1

REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422

SAFEGUARD LITHO USA SFSL2M CK7S08112M

40

Demand

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/1/2008 | 737 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 5/1/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/15/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/16/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/2008 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/24/2008 | Document review | 0.5 | 300.00 | 150.00 |
| 01/25/2008 | Meeting with Judge Ware | 1.5 | 300.00 | 450.00 |
| 01/29/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/30/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/31/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/03/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/04/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/05/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 02/09/2008 | Document review | 2 | 300.00 | 600.00 |

PAID MAY 8 2008

POSTED MAR 30 2008 KEKER & VAN NEST, LLP

**Total** 3,750.00

1/24 = $ 156.25