EXHIBIT 1

# CHECK AND PETTY CASH REQUEST FORM

# MORRISON & FOERSTER LLP

RQ 1108105043

CHECK REQUEST [x]
PETTY CASH REQUEST [ ]

| EXPEDITE [x] | NEED BY: | | | SEND CHECK TO: | REQUESTED BY: Cheryl Buenaventura |
|---|---|---|---|---|---|
| | DATE: 11/8/2004 | | | VENDOR [ ] | EXTENSION: 7612 |
| | TIME: 1:00 AM [ ] PM [x] | | | REQUESTOR [x] | OFFICE: San Francisco - 51 |
| | | | | SEND VIA MESSENGER [ ] | |

| DATE | DISB. CODE | G/L ACCOUNT | PERSONNEL NUMBER | OFFICE | CLIENT | MATTER | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | NUMBER | | | |
| 11/8/2004 | | 7471 | | San Francisco - 51 | 45403 | 29 | | 53.69 |
| RECEIVED NOV 08 2004 ACCOUNTING | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL | | 53.69 |

**NARRATIVE:** (IF CLIENT CHARGEABLE, THIS NARRATIVE WILL APPEAR ON THE CLIENT'S PRE-BILL.) PLEASE INCLUDE SUPPORTING MATERIAL WHEN AVAILABLE.

7553008

October 1, 2004 Hearing transcript. Acacia v. Comcast. #C04-2308-SI

| PAYMENT TO: | PERS # (IF EMP) | | FOR ACCOUNTING USE ONLY | |
|---|---|---|---|---|
| Rosita Flores | 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 | | VENDOR NO. 022154 | TAX ID # |
| STREET ADDRESS | | | VOUCHER NO. 12/12/04 | |
| 450 Golden Gate, 16th Floor, Door No. 6894 | | | | |
| CITY | STATE | ZIP CODE | | |
| San Francisco | CA | 94102 | | |
| APPROVAL SIGNATURE | TITLE | | DATE | PERS # |
| [signature] | Legal Assistant | | | 7471NSP2 |
| PETTY CASH RECEIVED BY | | | | |

sf-1842632

Sylvia Becker & Associates, Inc.
Certified Court Reporters & Legal Video
4727 Wilshire Boulevard
Suite 401
Los Angeles, CA 90010
(323) 857-1010

**RECEIVED**

Kreeger, Matthew I.
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

SEP 0 2 2005

MIK

Inv. No.
49325

Inv. Date   Client   Job No.
09/01/2005  14441    0527780

Re: In re: Acacia Media
Assignment Date: August 30, 2005

Deposition of Dr. Peter Alexander, Expedited Copy

Total Amount $   1,329.39

Approved by: [signature]
Logon/CompNo: MJK1/4236
Date: 9/7/05
Client/Matter: 45403.24

048378

0100 1741

Please Make Checks Payable To:
Sylvia Becker & Associates, Inc.
Federal Tax Id#: 95-3325002



**SARNOFF**
Court Reporters and Legal Technologies

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

Matthew I. Kreeger, Esq.
Morrison & Foerster
425 Market Street
33rd Floor
San Francisco, CA 94105-2482

RECEIVED
SEP 0 9 2005
MIK

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35503 | 09/06/2005 | 01-38059 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/31/2005 | BHAND | C0501114JW |

| CASE CAPTION |
|---|
| In Re: Acacia Media Technology Corporation |

| TERMS |
|---|
| Due upon receipt |


7608143

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Andrew B. Lippman                    122 Pages             335.50
       Rough Ascii Disk              116.00 Pages             145.00
       Delivery & Processing                                   42.00

                                    TOTAL  DUE  >>>>          522.50
                              AFTER 10/21/2005 PAY            574.75
```

RECEIVED TEAM 1
SEP 13 2005
MORRISON & FOERSTER
ACCOUNTS PAYABLE

Please pay
Approved by: KFC11
Logon/CompNo: 8865
Date: 9/12/05
Client/Matter: 45403.29

TAX ID NO.: 88-0432563

(415) 268-7000    Fax (415) 268-7522

*Please detach bottom portion and return with payment.*

Matthew I. Kreeger, Esq.
Morrison & Foerster
425 Market Street
33rd Floor
San Francisco, CA 94105-2482

```
Job No.    : 01-38059
Case No.   : C0501114JW
In Re: Acacia Media Technology Corpo

Invoice No.: 35503
Date       : 09/06/2005
TOTAL DUE  :    522.50
AFTER 10/21/2005 PAY :  574.75
```

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: |
| VISA/MC/AmExp #: |
| Amount to Charge: |
| Exp. Date: _____ Phone #: |
| Cardholder's Signature: |

Remit To:   Sarnoff Information Technologies, Inc.
            46 Corporate Park
            Suite 100
            Irvine, CA 92606



**SARNOFF**
Court Reporters and
Legal Technologies

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855  fax 949.955.3854

Jason A. Crotty, Esq.
Morrison & Foerster
425 Market Street
33rd Floor
San Francisco, CA 94105-2482


7640233

RECEIVED-TEAM 1
OCT 13 2005
MORRISON & FOERSTER
ACCOUNTS PAYABLE

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35818 | 09/15/2005 | 01-37970 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/02/2005 | BHAND | C0501114JW |
| CASE CAPTION | | |
| In Re: Acacia Media Technology Corp. | | |
| TERMS | | |
| Due upon receipt | | |

```
1 CERTIFIED COPY OF TRANSCRIPT OF:              160 Pages             440.00
   S. Merrill Weiss                              13 Pages               7.15
        EXHIBITS                              13.00 Pages              19.50
        Color Copies                         151.00 Pages             188.75
        Rough Ascii Disk                                               44.95
        Delivery & Processing                                        --------
                                            TOTAL  DUE  >>>>          700.35
                                         AFTER 10/30/2005 PAY         770.39


REVISED INVOICE****REPLACING INVOICE 35559
```

TAX ID NO.: 88-0432563                                    (415) 268-7000   Fax (415) 268-7522

AO44
Rev. 12/89

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20050001

MAKE CHECKS PAYABLE TO:

Jason Crotty
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Phone: (415) 268-6096
FAX:

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone: (408) 287-4580
FAX:   (408) 535-5329
Tax ID: 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
Lee-Anne_Shortridge@cand.uscourts.gov

RECEIVED OCT 20 2005
SF FAX CENTER

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 09-08-2005 | 09-09-2005 |

Case Style: 05-01114 JW, In Re: Acacia Media v

Transcript of proceedings held on 9-8-05 and 9-9-05. Rough daily, hard copy, miniscript, disk & e-mail.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.30 | | | 0.83 | | | 0.55 | | |
| Expedited | | 4.40 | | | 0.83 | | | 0.55 | | |
| Daily | | 5.50 | | | 1.10 | | | 0.83 | | |
| Hourly | | 6.60 | | 428 | 1.10 | 470.80 | 1284 | 0.83 | 1,065.72 | 1,536.52 |
| Realtime | | 2.75 | | 428 | 1.10 | 470.80 | | 1.10 | | 470.80 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 2,007.32 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| 7563698 | | | | | | | TOTAL DUE: | | | $2,007.32 |

*Handwritten notes: Please Pay JAC6/6474  45403.29  010/4733  JA 032-4977*

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States

| SIGNATURE | DATE |
|---|---|
| | 10-20-2005 |

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

# CHECK AND PETTY CASH REQUEST FORM   PLEASE PRINT OR TYPE CLEARLY   RQ 434247

| MORRISON & FOERSTER | CHECK REQUEST: X  PETTY CASH REQUEST ☐ | REQUESTED BY: Gina Gerrish EXTENSION: 6328 OFFICE: SF DATE: 4-12-06 |
|---|---|---|
| ☐ EXPEDITE   NEED BY: DATE: 4/12/06  TIME: 4:30pm | SEND CHECK TO: ☐ VENDOR  X REQUESTOR | |

CLIENT NAME OR OFFICE FUNCTION: EchoStar
MATTER NAME: Acacia

| DATE | DISB. CODE | G/L ACCOUNT | NUMBER CLIENT | MATTER | AMOUNT | OFFICE | PERSONNEL NUMBER | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 4-12-06 | | | 45403 | 29 | $70.72 | 51 | 295 | RXK |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

NARRATIVE: Payment to court reporter for hard copy of transcript. (Official court reporter to Judge James Ware).

TOTAL: $70.72

PAYMENT TO: Irene Rodriguez
STREET ADDRESS: 280 S. First St.
CITY: San Jose   STATE: CA   ZIP: 95113
TAX ID #:

FOR ACCOUNTING USE ONLY
7655368
VENDOR No.
VOUCHER No.

APPROVAL SIGNATURE: [signature] Partner

PETTY CASH RECEIVED BY:   DATE:

*Attach Original Documentation*

# CHECK AND PETTY CASH REQUEST FORM

**MORRISON & FOERSTER LLP**

RQ 725134608

| EXPEDITE | | NEED BY: | | | SEND CHECK TO: | | CHECK REQUEST [X] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | DATE: 7/27/2006 | | | VENDOR | | PETTY CASH REQUEST [ ] | | |
| | | TIME: [X] AM [ ] PM | | | REQUESTOR [X] | | REQUESTED BY: Patti Pomerantz | | |
| | | | | | SEND VIA MESSENGER | | EXTENSION: 6439 | | |
| | | | | | | | OFFICE: San Francisco - 51 | | |

| DATE | DISB. CODE | G/L ACCOUNT | PERSONNEL NUMBER | OFFICE | NUMBER | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | CLIENT | MATTER | |
| 7/25/2006 | | | 295 | San Francisco - 51 | 45403 | 29 | 1,778.34 |

RECEIVED JUL 25 2006 ACCOUNTING

7693112

| | | TOTAL | 1,778.34 |

**NARRATIVE:** (IF CLIENT CHARGEABLE, THIS NARRATIVE WILL APPEAR ON THE CLIENT'S PRE-BILL) PLEASE INCLUDE SUPPORTING MATERIAL WHEN AVAILABLE.

Court reporter fees - MoFo's portion of hearing transcripts.

**PAYMENT TO:** PERS # (IF EMP)

Irene Rodriguez

**STREET ADDRESS**

280 S. First Street

| CITY | STATE | ZIP CODE | TAX ID# |
|---|---|---|---|
| San Jose | CA | 95113 | 547571025 |

FOR ACCOUNTING USE ONLY
VENDOR NO. 052141
VOUCHER NO. 0708 0*27*

**APPROVAL SIGNATURE** [signature] TITLE Associate PERS # 8928

**PETTY CASH RECEIVED BY** DATE

AO44
(Rev 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000676

Rachel Krevans
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Phone: (415) 268-6096
FAX: 415.268.7522

**MAKE CHECKS PAYABLE TO:**

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:

Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 01-05-2007    DATE DELIVERED: 01-05-2007

Case Style: C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 9/7, 9/8 & 9/14/06. Hard copy, e-mail, condense it, ascii & dvds

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 542 | 0.83 | 449.86 | 1626 | 0.55 | 894.30 | 1,344.16 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc. DVDS

| | |
|---|---|
| MISC. CHARGES: | 300.00 |
| TOTAL: | 1,644.16 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $1,644.16 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE    DATE 01-05-2007

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

# CHECK AND PETTY CASH REQUEST FORM   PLEASE PRINT OR TYPE CLEARLY   RQ 431422

**MORRISON & FOERSTER**

CHECK REQUEST: ☒
PETTY CASH REQUEST: ☐

REQUESTED BY: Robin Sexton
EXTENSION: 7349
OFFICE: San Francisco
DATE: 12/12/07

☒ EXPEDITE   NEED BY. DATE: 12/13/07   TIME: noon   SEND CHECK TO: ☐ VENDOR  ☒ REQUESTOR

CLIENT NAME OR OFFICE FUNCTION: 
MATTER NAME:

| DATE | DISB CODE | G/L ACCOUNT | CLIENT | MATTER | AMOUNT | OFFICE | PERSONNEL NUMBER | INITIALS |
|---|---|---|---|---|---|---|---|---|
| 12/12/07 | | | 45403 | 29 | $574.60 | SF | 8528 | DMH |

TOTAL: $574.60

NARRATIVE: Transcript of Markman hearing (8/17/07)

PAYMENT TO: USDC Northern Dist
STREET ADDRESS: 280 S. First Street
CITY: San Jose   STATE: CA   ZIP: 95113
TAX ID #:
APPROVAL SIGNATURE: (see attached)   TITLE: attorney   PERS. NO/INITIALS: 8528
PETTY CASH RECEIVED BY:   DATE:

**FOR ACCOUNTING USE ONLY**

VENDOR No. 7877533
VOUCHER No. 02205015

*Attach Original Documentation*

(11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000997

| | |
|---|---|
| David Hymas<br>Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105<br><br>Phone: (415) 268-6096 | **MAKE CHECKS PAYABLE TO:**<br>IRENE RODRIQUEZ, CSR, CRR<br>United States Court Reporter<br>280 S. First Street<br>San Jose, CA 95113<br><br>Phone: (408) 947-8160<br><br>Irene_Rodriguez@cand.uscourts.gov |

| | CRIMINAL | X CIVIL | DATE ORDERED 03-24-2008 | DATE DELIVERED 03-24-2008 |

**Case Style:** C-05-1114-JW, In re: Acacia v
Transcript of Proceedings held on 3/7/08. hard copy & e-mail

dymas@mofo.com

| CATEGORY | ORIGINAL PAGES | PRICE | SUBTOTAL | 1ST COPY PAGES | PRICE | SUBTOTAL | 2ND COPY PAGES | PRICE | SUBTOTAL | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordinary | | | | 73 | 0.90 | 65.70 | 73 | 0.60 | 43.80 | 109.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 109.50 |
| | | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | |
| | | | | | | | | TAX (If Applicable): | | |
| | | | | | | | | LESS AMOUNT OF DEPOSIT: | | |
| | | | | | | | | TOTAL REFUND: | | |
| | | | | Date Paid: | | Amt: | | TOTAL DUE: | | $109.50 |

X _[signature]_
Okay _[signature]_
45403/29

_Narrative for timenotes_
_Payment for_
_transcript._

_Please expedite_
_this payment._

_Thank_
_you._

DITIONAL INFORMATION
; delivered within the required time frame. For example, if an order
:red within seven (7) calendar days, payment would be at the

CERTIFICATION
age format used comply with the requirements of this court and the

| | DATE 03-24-2008 |