EXHIBIT 2

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/4/2005 | 691 |

**BILL TO**
Acacia Vs. New Destiny Et All

7635593

01025383

v# 67533   Fees for court-appointed expert

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/26/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 9/8/2005 | Review of hearing exhibits | 1 | 300.00 | 300.00 |
| 9/9/2005 | Court hearing | 5 | 300.00 | 1,500.00 |
| 9/11/2005 | Review of hearing exhibits | 6 | 300.00 | 1,800.00 |
| 9/14/2005 | Consultation with Judge Ware | 3 | 300.00 | 900.00 |
| 9/21/2005 | Consultation with Judge Ware | 2 | 300.00 | 600.00 |
| 9/30/2005 | Review of hearing exhibits | 3 | 300.00 | 900.00 |

OK to pay $750.00

45403/29

6474(JACC)

RECEIVED
DEC 12 2005
TEAM SWP

| | Total | 6,000.00 |
|---|---|---|

750—

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/17/2005 | 692 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

7635569

*Acacia*

*01024678*

*Fees for court-appointed expert.*

| DUE DATE | P.O. NUMBER |
|---|---|
| 12/2/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/25/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 10/26/2005 | Consultation with Judge Ware | 2 | 300.00 | 600.00 |
| 10/27/2005 | Review of court filings | 4.5 | 300.00 | 1,350.00 |
| 10/29/2005 | Review of court filings | 5 | 300.00 | 1,500.00 |
| 10/31/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |
| 11/16/2005 | Consultation with Judge Ware | 3 | 300.00 | 900.00 |

*Payment ok for $712.50*
*4540 3/29*

*6474/JAC 12/5/05*

| Total | 5,700.00 |
|---|---|

*712.50*

*File*

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/11/2005 | 693 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

v# 67533


7635570

0102468l

| DUE DATE | P.O. NUMBER |
|---|---|
| 12/30/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/02/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 12/05/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |

45903/29
# to (A7 168.75
6474/JACC
12/12/05

| | Total | 1,350.00 |
|---|---|---|

168.75

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/1/2006 | 696 |

**BILL TO**

Acacia Vs. New Destiny Et All

67533

7659238

0104 6456

| DUE DATE | P.O. NUMBER |
|---|---|
| 3/31/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/20/2006 | Review of Court filings | 0.5 | 300.00 | 150.00 |
| 02/22/2006 | Review of Court filings | 1 | 300.00 | 300.00 |
| 02/24/2006 | Court hearing | 4 | 300.00 | 1,200.00 |
| 02/26/2006 | Document review | 2 | 300.00 | 600.00 |
| 02/28/2006 | Document review | 5 | 300.00 | 1,500.00 |

OK to pay 468.75
45403/29 066
6474/JACC

$468.75

RECEIVED-TEAM 1
MAR -6 2006
MORRISON & FOERSTER
ACCOUNTS PAYABLE

Thank you.

| Total | 3,750.00 |
|---|---|

454031
/8

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

RECEIVED - TEAM I

| DATE | INVOICE # |
|---|---|
| 5/1/2006 | 700 |

AUG 23 2006

MORRISON & FOERSTER
ACCOUNTS PAYABLE

**BILL TO**
Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|---|---|
| 5/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/29/2006 | Document review | 3 | 300.00 | 900.00 |
| 04/07/2006 | Document review | 3.5 | 300.00 | 1,050.00 |

7706727

0108 8153

Thank you.

**Total** ~~1,950.00~~ 243.7⁵

$243.75

45403/29  8928/DMH6  6/22/06

WE ARE RESPONSIBLE FOR 1/8 OF THIS AMOUNT. PLEASE PAY PROMPTLY. BILL SHOULD STATE: "FEES FOR COURT-APPOINTED EXPERT."

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

AUG 23 2006
MORRISON & FOERSTER
ACCOUNTS PAYABLE

| DATE | INVOICE # |
|---|---|
| 6/1/2006 | 702 |

**BILL TO**

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|---|---|
| 6/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/16/2006 | mtg. with judge Ware and doc rev. | 4.5 | 300.00 | 1,350.00 |
| 05/17/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/18/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/19/2006 | document review | 1 | 300.00 | 300.00 |
| 05/21/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/22/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/23/2006 | document review | 2 | 300.00 | 600.00 |
| 05/24/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/25/2006 | document review | 3 | 300.00 | 900.00 |
| 05/26/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/27/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/28/2006 | document review | 6 | 300.00 | 1,800.00 |
| 05/29/2006 | document review | 3 | 300.00 | 900.00 |
| 05/30/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/31/2006 | document review | 5 | 300.00 | 1,500.00 |

01087953

7750075

v# 6753

$2456.75

:403/29  8928/DMH6
8/22/06

(66)

**Total** ~~19,650.00~~

2456.25

WE ARE RESPONSIBLE FOR 1/8 OF THIS AMOUNT. PLEASE PAY PROMPTLY. BILL SHOULD STATE: "FEES FOR COURT APPOINTED EXPERT."

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/5/2006 | 705 |

**BILL TO**
Acacia Vs. New Destiny Et All

**RECEIVED**
AUG 22 2006
TEAM 1 A/P

| DUE DATE | P.O. NUMBER |
|---|---|
| 7/21/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 06/01/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/03/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/04/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/06/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/08/2006 | Document review | 1 | 300.00 | 300.00 |
| 06/09/2006 | Meeting with Judge Ware | 2.5 | 300.00 | 750.00 |
| 06/14/2006 | Court meeting | 6 | 300.00 | 1,800.00 |
| 06/15/2006 | Court meeting | 3.5 | 300.00 | 1,050.00 |
| 06/19/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/20/2006 | document review | 5 | 300.00 | 1,500.00 |
| 06/21/2006 | Document review | 6 | 300.00 | 1,800.00 |
| 06/24/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/28/2006 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |

$1650.00

V# 62533

45403/29

6474/JACG
8/18/06

**Total** 13,200.00

$1650.00

7761432

Check to Wendy 8/22/06

**67533**

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

RECEIVED TEAM 1

| DATE | INVOICE # |
|---|---|
| 10/2/2006 | 708 |

OCT -3 2006

MORRISON & FOERSTER
ACCOUNTS PAYABLE

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/23/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/21/06 | doc review | 2 | 300.00 | 600.00 |
| 08/22/06 | doc review | 2 | 300.00 | 600.00 |
| 08/24/06 | doc review | 3.5 | 300.00 | 1,050.00 |
| 08/25/06 | doc review | 5 | 300.00 | 1,500.00 |
| 08/26/06 | doc review | 2 | 300.00 | 600.00 |
| 08/27/06 | doc review | 3 | 300.00 | 900.00 |
| 08/28/06 | doc review | 4 | 300.00 | 1,200.00 |
| 08/29/06 | doc review | 7 | 300.00 | 2,100.00 |
| 08/30/06 | doc review | 3 | 300.00 | 900.00 |
| 08/31/06 | doc review | 3 | 300.00 | 900.00 |
| 09/01/06 | doc review | 2 | 300.00 | 600.00 |
| 09/06/06 | doc review | 4 | 300.00 | 1,200.00 |
| 09/07/06 | Court hearing | 6 | 300.00 | 1,800.00 |
| 09/08/06 | doc review | 7 | 300.00 | 2,100.00 |
| 09/09/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/10/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/11/06 | doc review | 2 | 300.00 | 600.00 |
| 09/12/06 | doc review | 2 | 300.00 | 600.00 |
| 09/13/06 | mtg. with Judge Ware, doc review | 6 | 300.00 | 1,800.00 |
| 09/14/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/15/06 | doc review | 8 | 300.00 | 2,400.00 |
| 09/16/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/17/06 | doc review | 8 | 300.00 | 2,400.00 |

7758951
01097965

*WE ARE RESPONSIBLE FOR 1/8 OF THIS INVOICE. PLEASE PAY PROMPTLY.*

45403/29
8928/DMH6  10/3/06

**Total** 30,450.00
$3,806.—

*BILL SHOULD STATE: "FEES FOR COURT-APPOINTED EXPERT."*

RECEIVED-TEAM 1
OCT -6 2006
MORRISON & FOERSTER
ACCOUNTS PAYABLE

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/2/2006 | 708 |

**BILL TO**

Acacia Vs. New Destiny Et All

V#67533

7701035

01098719

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/23/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/21/06 | doc review | 2 | 300.00 | 600.00 |
| 08/22/06 | doc review | 2 | 300.00 | 600.00 |
| 08/24/06 | doc review | 3.5 | 300.00 | 1,050.00 |
| 08/25/06 | doc review | 5 | 300.00 | 1,500.00 |
| 08/26/06 | doc review | 2 | 300.00 | 600.00 |
| 08/27/06 | doc review | 3 | 300.00 | 900.00 |
| 08/28/06 | doc review | 4 | 300.00 | 1,200.00 |
| 08/29/06 | doc review | 7 | 300.00 | 2,100.00 |
| 08/30/06 | doc review | 3 | 300.00 | 900.00 |
| 08/31/06 | doc review | 3 | 300.00 | 900.00 |
| 09/01/06 | doc review | 2 | 300.00 | 600.00 |
| 09/06/06 | doc review | 4 | 300.00 | 1,200.00 |
| 09/07/06 | Court hearing | 6 | 300.00 | 1,800.00 |
| 09/08/06 | doc review | 7 | 300.00 | 2,100.00 |
| 09/09/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/10/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/11/06 | doc review | 2 | 300.00 | 600.00 |
| 09/12/06 | doc review | 2 | 300.00 | 600.00 |
| 09/13/06 | mtg. with Judge Ware, doc review | 6 | 300.00 | 1,800.00 |
| 09/14/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/15/06 | doc review | 8 | 300.00 | 2,400.00 |
| 09/16/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/17/06 | doc review | 8 | 300.00 | 2,400.00 |

**Total** ~~30,450.00~~ $1370.30

*Handwritten note:* WE NEED TO SEND A SECOND, SUPPLEMENTAL CHECK RELATED TO THIS BILL. WE HAVE ALREADY PAID $3806.20 ON THIS INVOICE. PLEASE PAY THE ADDITIONAL $1370.30 PROMPTLY. 45403/29  8928/DM+6  10/5/06

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

67533

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/15/2006 | 711 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

6111/7828

7773163

RECEIVED
DEC 20 2006
TEAM 3A/P

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Document review | 2 | 300.00 | 600.00 |
| 12/04/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/12/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |

SCANNED
DEC 26 2006

45403.29 see attached

WE ARE RESPONSIBLE FOR 1/2
OF THIS INVOICE. PLEASE PAY PROMPTLY
BILL SHOULD STATE: "FEES FOR
COURT-APPOINTED EXPERT."

$637.50

Total 5,100.00

8328/DMH
8928  12/15/06

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

69533

RECEIVED
MAR 0 9 2007
TEAM 3A/P

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/15/2006 | 711A |

6 1 1 3 4 5 8 7


7791198

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Document review | 2 | 300.00 | 600.00 |
| 12/04/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/12/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |

*Johnny,*

*Please issue than help desk.*

*Gene ck to David Hyman (Grother)*

WE ARE ALREADY PAID $637.50 ON THIS INVOICE.
WE ARE RESPONSIBLE FOR AN ADDITIONAL
$180 NOW. PLEASE SEND A CHECK
FOR THIS AMOUNT TO MY OFFICE SO I
CAN SEND IT TO THE COURT'S EXPERT
WITH AN EXPLANATORY LETTER. THE BILL
SHOULD STATE: "FEES FOR COURT-APPOINTED EXPERT."

$180

Total  5,100.00

454 03/29
/ 8928/DMH
3/7/07

**Rainer W. Schulz**
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

69533

RECEIVED
MAR 0 9 2007
TEAM 3A / P

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/2/2007 | 714 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

61134588



7791199

| DUE DATE | P.O. NUMBER |
|---|---|
| 3/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/03/07 | Document review | 3 | 300.00 | 900.00 |
| 01/06/07 | document review | 3 | 300.00 | 900.00 |
| 01/08/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/10/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/11/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/12/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 01/18/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/19/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/23/07 | meeting with judge and doc review | 6 | 300.00 | 1,800.00 |
| 01/29/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/16/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 02/26/07 | meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 02/28/07 | document review | 2 | 300.00 | 600.00 |

WE ARE RESPONSIBLE FOR 1/6 OF THIS BILL/INVOICE.
PLEASE PAY PROMPTLY. BILL SHOULD
STATE: "FEES FOR COURT-APPOINTED
EXPERT."

8928/DMH6
3/8/07

45403/29

$1350

**Total** 8,100.00

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/2/2007 | 718 |

**BILL TO**
Acacia Vs. New Destiny Et All


7823250

01156490

| DUE DATE | P.O. NUMBER |
|---|---|
| 7/2/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/29/2007 | Document review | 2 | 300.00 | 600.00 |

RECEIVED - TEAM 1
JUN -5 2007
MORRISON & FOERSTER
ACCOUNTS PAYABLE

(960)

THIS INVOICE IS FOR THE COURT'S APPOINTED TECHNICAL
ADVISOR. WE OWE 1/6 OF THIS INVOICE. PLEASE
PAY $100 PROMPTLY   45403/29

$100.00

**Total** 600.00

DMHC/8928

VH 67533

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/31/2007 | 724 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

7843428

*0117867-2*

| DUE DATE | P.O. NUMBER |
|---|---|
| 9/17/2007 | N/a |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 07/24/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 08/09/2007 | Doc. review | 7.5 | 300.00 | 2,250.00 |
| 08/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/11/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/12/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/13/2007 | Mtg. with Judge Ware | 0.5 | 300.00 | 150.00 |
| 08/14/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/17/2007 | Court hearing | 4.5 | 300.00 | 1,350.00 |
| 08/24/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/25/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/26/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/27/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/28/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/31/2007 | Mtg. with Judge Ware | 1 | 300.00 | 300.00 |

*PLEASE EXPEDITE*

*PLEASE PAY $1968.75 TO THE COURT'S TECHNICAL EXPERT PROMPTLY. BILL SHOULD STATE: "FEES FOR COURT-APPOINTED EXPERT." THANKS,*

**Total** 15,750.00

$1968.75

*9/5/07*

67533        45-03/29   8328/DMH.6

Rainer W Schulz
P O Box 370
Los Altos, CA
94023-0370
Tel 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/4/2007 | 728 |

### BILL TO
Acacia Vs New Destiny Et All

| DUE DATE | P O NUMBER |
|---|---|
| 11/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/04/2007 | Meeting with Judge Ware | 1 | 300 00 | 300 00 |
| 09/13/2007 | Document review | 1 | 300 00 | 300 00 |
| 09/14/2007 | Meeting with Judge Ware | 0 5 | 300 00 | 150 00 |
| 09/19/2007 | Document review | 1 5 | 300 00 | 450 00 |
| 09/21/2007 | Meeting with Judge Ware | 1 | 300 00 | 300 00 |
| 09/27/2007 | Document review | 1 5 | 300 00 | 450 00 |
| 10/19/2007 | Meeting with Judge Ware | 1 | 300 00 | 300 00 |

*[handwritten:]* WE ARE RESPONSIBLE FOR 1/8 OF THIS BILL, IE, $281 25. PLEASE PAY PROMPTLY. BILL TO CLIENT SHOULD READ: "INVOICE FROM (COURT) APPOINTED TECHNICAL EXPERT"

THANKS,

*[signature]* DMH 6/89.28

45403/29

*[handwritten annotation:]* Client narrative

**Total** 281.25 ~~2,250.00~~

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

SCANNED
DEC 17 2007

| DATE | INVOICE |
|---|---|
| 12/13/2007 | 731 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/12/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/06/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 11/07/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 11/08/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 11/09/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 11/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 11/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 11/12/2007 | Doc. review | 5 | 300.00 | 1,500.00 |
| 11/14/2007 | Doc. review | 6.5 | 300.00 | 1,950.00 |
| 11/16/2007 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 12/03/2007 | Doc. review | 8 | 300.00 | 2,400.00 |
| 12/04/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |

*Please pay promptly. Bill should say "Fees for Court-Appointed Expert."*

*45403/29   8928/Duarte*

[signature]

$1537.50

Total  12,300.00

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/1/2008 | 737 |

**BILL TO**

Acadia Vs. New Destiny Et Al

| DUE DATE | P.O. NUMBER |
|---|---|
| 5/1/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/15/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/16/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/2008 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/24/2008 | Document review | 0.5 | 300.00 | 150.00 |
| 01/25/2008 | Meeting with Judge Ware | 1.5 | 300.00 | 450.00 |
| 01/28/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/30/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/31/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/03/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/04/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/05/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 02/09/2008 | Document review | 2 | 300.00 | 600.00 |

**Total** 3,750.00