KEKER & VAN NEST, LLP
DAVID J. SILBERT - #173128
DAN JACKSON - #216091
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
ddurie@kvn.com
dsilbert@kvn.com
djackson@kvn.com

Attorneys for Defendants
COMCAST CABLE COMMUNICATIONS LLC
and INSIGHT COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re

ACACIA MEDIA TECHNOLOGIES CORPORATION

Case No. C-05-01114 JW

**DECLARATION OF DAVID J. SILBERT IN SUPPORT OF DEFENDANTS COMCAST CABLE COMMUNICATIONS LLC AND INSIGHT COMMUNICATIONS, INC.'S BILL OF COSTS**

1   I, DAVID J. SILBERT, declare that the following is true:

2   1.   I am an attorney licensed to practice before this Court, and a partner in the firm of Keker & Van Nest, LLP, counsel for defendants Comcast Cable Communications LLC and Insight Communications, Inc. in this action. I make this declaration of my own personal knowledge, and if called to do so, would testify to the facts stated hereto under oath.

3   2.   On October 23, 2009, Defendants' Motions for Summary Judgment were granted, resulting in a judgment for Defendants Comcast Cable Communications, LLC and Insight Communications, Inc. *See* Amended Judgment dated November 5, 2009.

4   3.   In defending this litigation, and in ultimately prevailing, Comcast Cable Communications, LLC and Insight Communications, Inc. necessarily incurred the costs set forth in the Bill of Costs. The costs detailed therein are accurate, and I believe are allowable by law as described in the Bill of Costs.

5   4.   Attached hereto as Exhibit A is a true and correct copy of fees of the clerk.

6   5.   Attached hereto as Exhibit B are true and correct copies of invoices for costs associated with depositions taken in this action and reporters' hearing transcripts.

7   6.   Attached hereto as Exhibit C are true and correct copies of costs for exemplification and copies prepared by Ikon, Keker & Van Nest's in-house photocopying service. Defendants Comcast Cable Communications, LLC and Insight Communications, Inc. incurred a total of $9,548.18 in copying costs. These costs were billed separately from our legal fees, at the rate of either $.10 or $.15 per copy made.

8   7.   Attached hereto as Exhibit D are true and correct copies of invoices incurred from court-appointed expert Rainer W. Schulz.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 6, 2009 in San Francisco, California.


By:  */s/ David J. Silbert*
     DAVID J. SILBERT