# EXHIBIT D

Matter Description (First Line) 'demand' and hard costs and component not equal '200', '210' ,'300', '340', '630', '720', '840', '888'

| | | | | | |
|---|---|---|---|---|---|
| 12/17/2005 | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz | 400 | 1.00 | 1,500.00 | 1,500.00 |
| 12/17/2005 | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz | 400 | 1.00 | 1,425.00 | 1,425.00 |
| 3/18/2006 | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz | 400 | 1.00 | 234.38 | 234.38 |
| 8/19/2006 | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz,  1/16 of  $1,350.00 | 400 | 1.00 | 84.38 | 84.38 |
| 8/19/2006 | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz,  1/24 of  $1,950.00 | 400 | 1.00 | 81.25 | 81.25 |

# Transactions Listing

Matter Description (First Line) 'demand' and hard costs and component not equal '200', '210' ,'300', '340', '630', '720', '840', '888'

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 8/19/2006 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of $19,650.00 | 400 | 1.00 | 818.75 | 818.75 |
| 8/19/2006 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of $13,200.00 | 400 | 1.00 | 550.00 | 550.00 |
| 9/16/2006 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz | 400 | 1.00 | 1,691.67 | 1,691.67 |
| 1/20/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of $5,100 | 400 | 1.00 | 212.50 | 212.50 |
| 2/17/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/18 of $8,100.00 | 400 | 1.00 | 450.00 | 450.00 |
| 2/17/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, adjusted to 1/18 of 5,100,<br>previous pymt of $212.50 | 400 | 1.00 | 70.83 | 70.83 |
| 5/19/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 3/29/07, 1/18 of $600.00 | 400 | 1.00 | 33.33 | 33.33 |
| 8/18/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of inv. 724 - $15,750 | 400 | 1.00 | 656.25 | 656.25 |
| 11/17/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 9/07-10/19/07 services, 1/24 of<br>$2,250.00 | 400 | 1.00 | 93.75 | 93.75 |
| 12/15/2007 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/24 of 12,300.00,<br>11/6/07-12/4/07 services | 400 | 1.00 | 512.50 | 512.50 |
| 3/15/2008 | | 1331-001 / Comcast Cable Communications, LLC<br>DEMAND<br>Rainer W. Schulz, 1/15/07-2/9/08 services, 1/24 of<br>$3,750.00 | 400 | 1.00 | 156.25 | 156.25 |

32572

**DATE:** 8/22/2006    **PAYEE:** Rainer W. Schulz                 **CHECK #:** 32572

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.    San Francisco, CA 94111-1704

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 12/11/2005 | 693 | demand | 84.38 |
| 1331-001 | 5/1/2006 | 700 | demand | 81.25 |
| 1331-001 | 6/1/2006 | 702 | demand | 818.75 |
| 1331-001 | 7/5/2006 | 705 | demand | 550.00 |

**TOTAL:**    $ 1,534.38

MSF4001-1      REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422      GWL92M0010000   M98SF014318

SAFEGUARD. LITHO USA   SFSL2M   CK7S09112M

$400

_Demand_

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/11/2005 | 693 ✓ |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/30/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 12/02/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 12/05/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |

PAID AUG 2 2 2006

POSTED
AUG 3 0 2006
KEKER & VAN NEST, LLP

| | Total | 1,350.00 |
|--|-------|----------|

$1/16 = $ 84.38$ ✓

approved by D&W c
per attached e-ma

31330

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

**DATE:  4/6/2006**     **PAYEE:   Rainer W. Schulz**          **CHECK #:   31330**

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 3/1/2006 | 696 | demand | 234.38 |

1335          MSF4001-1                    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422     **TOTAL:**     GWL92M0010000   234.38

SAFEGUARD  LITHO USA   SFSL2M  CK7S08112M

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/1/2006 | 696 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/31/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 02/20/2006 | Review of Court filings | 0.5 | 300.00 | 150.00 |
| 02/22/2006 | Review of Court filings | 1 | 300.00 | 300.00 |
| 02/24/2006 | Court hearing | 4 | 300.00 | 1,200.00 |
| 02/26/2006 | Document review | 2 | 300.00 | 600.00 |
| 02/28/2006 | Document review | 5 | 300.00 | 1,500.00 |

POSTED

MAR 3 0 2006

KEKER & VAN NEST, LLP

APR - 6 2006

Thank you.

| Total | 3,750.00 |

33059

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

**DATE:  10/19/2006    PAYEE:   Rainer W. Schulz**                                    **CHECK #:  33059**

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|----------|-----------|-------|------------------|--------|
| 1331-001 | 10/2/2006 | 708 | demand | 1,691.67 |

**TOTAL:     $  1,691.67**

564        MSF4001-1                              REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422                    GWL92M0010000   M98SF014318

SAFEGUARD   LITHO USA    SFSL2M  CK7S08112M

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/2/2006 | 708 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 10/23/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 08/21/06 | doc review | 2 | 300.00 | 600.00 |
| 08/22/06 | doc review | 2 | 300.00 | 600.00 |
| 08/24/06 | doc review | 3.5 | 300.00 | 1,050.00 |
| 08/25/06 | doc review | 5 | 300.00 | 1,500.00 |
| 08/26/06 | doc review | 2 | 300.00 | 600.00 |
| 08/27/06 | doc review | 3 | 300.00 | 900.00 |
| 08/28/06 | doc review | 4 | 300.00 | 1,200.00 |
| 08/29/06 | doc review | 7 | 300.00 | 2,100.00 |
| 08/30/06 | doc review | 3 | 300.00 | 900.00 |
| 08/31/06 | doc review | 3 | 300.00 | 900.00 |
| 09/01/06 | doc review | 2 | 300.00 | 600.00 |
| 09/06/06 | doc review | 4 | 300.00 | 1,200.00 |
| 09/07/06 | Court hearing | 6 | 300.00 | 1,800.00 |
| 09/08/06 | doc review | 7 | 300.00 | 2,100.00 |
| 09/09/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/10/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/11/06 | doc review | 2 | 300.00 | 600.00 |
| 09/12/06 | doc review | 2 | 300.00 | 600.00 |
| 09/13/06 | mtg. with Judge Ware, doc review | 6 | 300.00 | 1,800.00 |
| 09/14/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/15/06 | doc review | 8 | 300.00 | 2,400.00 |
| 09/16/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/17/06 | doc review | 8 | 300.00 | 2,400.00 |

POSTED
SEP 3 0 2006
KEKER & VAN NEST, LLP

OCT 19 2006

| Total | 30,450.00 |
|-------|-----------|

_1,691.67_

33958

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

DATE: 1/25/2007    PAYEE:  Rainer W. Schulz                         CHECK #:  33958

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|----------|-----------|-------|------------------|--------|
| 1331-001 | 12/15/2006 | 711 | demand | 212.50 |

TOTAL:        $  212.50

463        MSF4001-1                    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422                    GWL92M0010000   M98SF014318

SAFEGUARD   LITHO USA   SFSL2H4  CK7S08112M

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/15/2006 | 711 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Document review | 2 | 300.00 | 600.00 |
| 12/04/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/12/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |

*Adjusted to 1/18 per e-mail of DEJ*

PAID JAN 2 5 2007

POSTED JAN 3 0 2007 KEKER & VAN NEST, LLP

POSTED FEB 2 8 2007 KEKER & VAN NEST, LLP

MAR 8 2007

| Total | 5,100.00 |
|-------|----------|

*diff = 70.83*

*1/18 = 283.33*
*1/24 = 212.50 ✓*

*approval by DEJ*

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

| DATE: 3/8/2007 | PAYEE:  Rainer W. Schulz | | CHECK #:  34350 |
|---|---|---|---|
| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
| 1331-001 | 3/2/2007 | 714 | demand | 450.00 |
| 1331-001 | 12/15/2006 | 711 2 | demand | 70.83 |

TOTAL:     $  520.83

Demand

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/2/2007 | 714 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 01/03/07 | Document review | 3 | 300.00 | 900.00 |
| 01/06/07 | document review | 3 | 300.00 | 900.00 |
| 01/08/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/10/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/11/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/12/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 01/18/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/19/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/23/07 | meeting with judge and doc review | 6 | 300.00 | 1,800.00 |
| 01/29/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/16/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 02/26/07 | meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 02/28/07 | document review | 2 | 300.00 | 600.00 |

MAR  8 2007

POSTED
FEB 2 8 2007
KEKER & VAN NEST, LLP

| Total | 8,100.00 |
|-------|----------|

1/18 = $450.00

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

**DATE:** 7/5/2007     **PAYEE:**  Rainer W. Schulz                                          **CHECK #:**  35500

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 6/2/2007 | 718 | demand | 33.33 |

**TOTAL:**                    $  33.33

MSF4001-1                          REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422          GWLBWB0010000  M98SF014318

SAFEGUARD   LITHO USA   SFSL2M   CK7S08112M

4 ⁰⁰

*Denard*

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/2/2007 | 718 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/2/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2007 | Document review | 2 | 300.00 | 600.00 |

JUL - 5 2007

POSTED
MAY 3 0 2007
KEKER & VAN NEST, LLP

| | Total | 600.00 |
|--|-------|--------|

1/18 = 33.33

36179

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.  San Francisco, CA  94111-1704

**DATE:** 9/20/2007  **PAYEE:** Rainer W. Schulz  **CHECK #:** 36179

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|----------|-----------|-------|------------------|--------|
| 1331-001 | 8/31/2007 | 724 | demand | 656.25 |

**TOTAL:** $ 656.25

MSF4001-1     REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422     GWLBWB0010000  M98SF014318

SAFEGUARD  LITHO USA   SFSL2M   CK7S08112M

*400* ——————                                                            *Demand*

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2007 | 724 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 9/17/2007 | N/a |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 07/24/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 08/09/2007 | Doc. review | 7.5 | 300.00 | 2,250.00 |
| 08/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/11/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/12/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/13/2007 | Mtg. with Judge Ware | 0.5 | 300.00 | 150.00 |
| 08/14/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/17/2007 | Court hearing | 4.5 | 300.00 | 1,350.00 |
| 08/24/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/25/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/26/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/27/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/28/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/31/2007 | Mtg. with Judge Ware | 1 | 300.00 | 300.00 |

SEP 2 0 2007

POSTED
AUG 3 0 2007
KEKER & VAN NEST, LLP

| **Total** | | | | 15,750.00 |

1/24 = 656.25

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA 94111-1704

**DATE:** 12/6/2007    **PAYEE:** Rainer W. Schulz                                    **CHECK #:** 36929

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|----------|-----------|-------|------------------|--------|
| 1331-001 | 11/4/2007 | 728   | demand           | 93.75  |

**TOTAL:**    $ 93.75

MSF4001-1        REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422        GWLBWB0010000  M98SF014318

SAFEGUARD   LITHO USA   SFSL2M  CK7S08112M

400 

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/4/2007 | 728 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

12/6/07

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 11/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 09/04/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/13/2007 | Document review | 1 | 300.00 | 300.00 |
| 09/14/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 09/19/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 09/21/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/27/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 10/19/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |

DEC 6 2007

POSTED
NOV 3 0 2007
KEKER & VAN NEST, LLP

| **Total** | 2,250.00 |
|-----------|----------|

1/24 = $93.75 ✓

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

**DATE:** 1/10/2008     **PAYEE:**  **Rainer W. Schulz**                                    **CHECK #:**  37222

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 12/13/2007 | 731 | demand | 512.50 |

**TOTAL:**     **$ 512.50**

MSF4001-1                    REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422          GWLBWB0010000  M98SF014318

SAFEGUARD  LITHO USA   SFSL2M  CK7S08112M

*Demand*

400

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 12/13/2007 | 731 |

| BILL TO |
| --- |
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
| --- | --- |
| 1/12/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 11/06/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 11/07/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 11/08/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 11/09/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 11/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 11/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 11/12/2007 | Doc. review | 5 | 300.00 | 1,500.00 |
| 11/14/2007 | Doc. review | 6.5 | 300.00 | 1,950.00 |
| 11/16/2007 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 12/03/2007 | Doc. review | 8 | 300.00 | 2,400.00 |
| 12/04/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |

JAN 10 2008

POSTED
DEC 3 0 2007
KEKER & VAN NEST, LLP

| **Total** | 12,300.00 |
| --- | --- |

1/24  $12,300.— = 512.50

Law Offices of KEKER & VAN NEST, L.L.P.
710 Sansome St.   San Francisco, CA  94111-1704

DATE:  5/8/2008     PAYEE:   Rainer W. Schulz                                   CHECK #:  38319

| FILE NO. | INV. DATE | INV # | INV. DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 1331-001 | 4/1/2008 | 737 | demand | 156.25 |

TOTAL:     $  156.25

40                                                                              *Demand*

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 4/1/2008 | 737 |

| BILL TO |
| --- |
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
| --- | --- |
| 5/1/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 01/15/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/16/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/2008 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/24/2008 | Document review | 0.5 | 300.00 | 150.00 |
| 01/25/2008 | Meeting with Judge Ware | 1.5 | 300.00 | 450.00 |
| 01/29/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/30/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/31/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/03/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/04/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/05/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 02/09/2008 | Document review | 2 | 300.00 | 600.00 |

PAID  MAY 8 2008

POSTED
MAR 3 0 2008
KEKER & VAN NEST, LLP

| Total | 3,750.00 |
| --- | --- |

1/24 = $ 156.25