Kevin G. McBride (State Bar No. 195866)
Marsha E. Mullin (State Bar No. 93709)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone:   (213) 489-3939
Facsimile:    (213) 243-2539
kgmcbride@jonesday.com
memullin@jonesday.com

Attorneys for Defendant
THE DIRECTV GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. 05-CV-1114 JW<br><br>**PROOF OF SERVICE BY MAIL FOR THE DIRECTV GROUP, INC.'S BILL OF COSTS** |

| | |
|---|---|
| 1 | I, Letitia A. Lucca, declare: |
| 2 | |
| 3 | I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 50th Floor, Los Angeles, California 90017. On November 6, 2009, I served a copy of the following document(s): |

**BILL OF COSTS AND DECLARATION OF MARSHA E. MULLIN IN SUPPORT OF THE DIRECTV GROUP, INC.'S BILL OF COSTS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. on the **attached Service List**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth on the **attached Service List**

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 6, 2009, at Los Angeles, California.

s/ *Letitia A. Lucca*
Letitia A. Lucca

CASE NO. 05 CV 01114 JW        2        PROOF OF SERVICE BY MAIL FOR THE DIRECTV GROUP, INC.'S BILL OF COSTS

LAI-2225386v1

| | | |
|---|---|---|
| 1 | SERVICE LIST | |
| 2 | (BY U.S. MAIL) | |
| 3 | Mark Anchor Albert<br>HENNIGAN, BENNETT & DORMAN LLP<br>RODERICK G. DORMAN<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, California 90017 | Rebecca A. Bortolotti<br>MERCHANT & GOULD<br>80 S. 8th Street, Suite 3200<br>Minneapolis, MN 55402 |
| 6 | Fritz Byers<br>824 Spitzer Bldg.,<br>520 Madison Avenue<br>Toledo, OH 43604 | Jay R. Campbell<br>RENNER OTTO BOISSELLE & SKLAR LLP<br>Keith Bldg.<br>1621 Euclid Avenue, 19th Floor<br>Cleveland, OH 44115 |
| 9 | David C. Doyle<br>MORRISON & FOERSTER LLP<br>3811 Valley Centre Dr., Ste 500<br>San Diego, CA 92130 | Christopher B. Fagan<br>FAY SHARPE FAGAN MINNICH & MCKEE<br>1100 Superior Avenue, 7th Floor<br>Cleveland, OH 44114-2518 |
| 12 | Mark C. Johnson<br>RENNER OTTO BOISSELLE & SKLAR<br>1621 Euclid Avenue, 19th Floor<br>Cleveland, OH 44115 | C. Mark Kittredge<br>PERKINS COIE BROWN & BAIN PA<br>P.O. Box 400<br>Phoenix, AZ 85001-0400 |
| 14 | Martin P. Michael<br>SONNENSCHEIN NATH & ROSENTHAL<br>1221 Avenue of the Americas<br>New York, NY 10020 | Carl E. Myers<br>MARSHALL GERSTEIN & BORUN<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606 |
| 17 | John Francis Petrsoric<br>GOODWIN PROCTER LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Paul A. Ragusa<br>BAKER BOTTS LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| 20 | Andrew D. Raymond<br>MARSHALL GERSTEIN & BORUN LLP<br>6300 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606 | John C. Reich<br>MERCHANT & GOULD<br>80 S. 8th Street, Ste. 3200<br>Minneapolis, MN 55402 |
| 23 | A. Brent Truitt<br>HENNIGAN, BENNETT & DORMAN LLP<br>245 Park Avenue, Suite 3962<br>New York, NY 10167 | |