# EXHIBIT 1

# TAB 1
# Bill of Costs

## FEES OF THE CLERK

| Date | Description | Amount |
|---|---|---|
| 04/04/05 | Pro Hac Vice filing fee for William Woodford (Northern District of CA) | $210 |
| 04/04/05 | Pro Hac Vice filing fee for Jonathan Singer (Northern District of CA) | $210 |
| 05/17/04 | Pro Hac Vice filing fee for William Woodford (Central District of CA) | $185 |
| 05/24/04 | Pro Hac Vice filing fee for William Woodford (Four related, not consolidated, cases) | $340 |
| | **TOTAL** | **$945.00** |

Clerk's Use Only

Initial for fee pd.:

Jonathan E. Singer
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
(612) 335-5070

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Acacia Media Technologies Corp.,

　　　　　　Plaintiff(s),

v.

New Destiny, et al.

　　　　　　Defendant(s).

CASE NO. 5:05-CV-01114-JW

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, William R. Woodford, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Todd Miller
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

| Clerk's Use Only |
| Initial for fee pd. |

Jonathan E. Singer
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
(612) 335-5070

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Acacia Media Technologies Corp.,

                Plaintiff(s),

     v.

New Destiny, et al.

                Defendant(s).

CASE NO. 5:05-CV-01114-JW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, __Jonathan Singer__, an active member in good standing of the bar of __Minnesota and__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Defendants__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Todd Miller
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

275

**FISH & RICHARDSON, P.C.**
OPERATING ACCOUNT
12390 EL CAMINO REAL
SAN DIEGO, CA 92130
PH. 858-678-5070

5041

FIRST NATIONAL BANK
90-3893-1222

5/17/2004

PAY TO THE ORDER OF: Clerk, United States District Court

$ **185.00

One Hundred Eighty-Five and 00/100**************************************** DOLLARS

MEMO _____

⑆005041⑆ ⑆122238931⑆ ⑆20500984⑆

RECEIVED MAY 18 2004 ACCTG. DEPT.

# FISH & RICHARDSON P.C.

12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**VIA OVERNIGHT MAIL**

May 25, 2004

Karen Kirksey Smith, Clerk
Ronald Reagan Federal Bldg. & Courthouse
411 West 4th St., Rm. 1053
Santa Ana, CA 92701

Re: In re Acacia Litigation – Consolidated Case No. SA CV 02-1040 JW (MLGx)
Related Case Nos. SA CV 03-1801 JW (MLGx); SA CV 03-1803 JW (MLGx);
SA CV 03-1804 JW (MLGx); and SA CV 03-1807 JW (MLGx)

Dear Karen:

Enclosed is our check in the amount of $340.00 representing the additional fee requested for William R Woodford's Application of Non-Resident Attorney to Appear in a Specific Case. The fee was already paid for the Consolidated Cases, however, a fee needed to be paid for each of the four Related Cases, totaling $340.00. These four Related Cases are referenced above.

If you have any questions or need additional information, please call me at 858-678-4340. Thank you.

Sincerely,

JoAnne M. Owens,
Secretary to Todd G. Miller

10398922.doc