

EXHIBIT 2

## TAB 2
## Bill of Costs

## COMPENSATION OF COURT-APPOINTED EXPERTS

| Date | Description | Amount |
|---|---|---|
| 07/23/04 | Rainer W. Schulz | $5,986.24 |
| 09/10/04 | Rainer W. Schulz | $1,984.21 |
| 09/10/04 | Rainer W. Schulz | $2,052.63 |
| 12/16/04 | Rainer W. Schulz | $1,480.57 |
| 01/31/05 | Rainer W. Schulz | $144.44 |
| 10/31/05 | Rainer W. Schulz | $1,083.33 |
| 11/29/05 | Rainer W. Schulz | $1,029.16 |
| 05/31/06 | Rainer W. Schulz | $352.04 |
| 06/16/06 | Rainer W. Schulz | $3,547.96 |
| 06/28/06 | Rainer W. Schulz | $1,350.00 |
| 07/14/06 | Rainer W. Schulz | $2,681.25 |
| 12/27/06 | Rainer W. Schulz | $1,035.94 |
| 03/07/06 | Rainer W. Schulz | $677.08 |
| 06/12/07 | Rainer W. Schulz | $600.00 |
| 06/14/07 | Rainer W. Schulz | $128.52 |
| 0912/07 | Rainer W. Schulz | $3,375.00 |
| 11/09/07 | Rainer W. Schulz | $482.16 |
| 12/18/07 | Rainer W. Schulz | $2,635.68 |
| 04/08/08 | Rainer W. Schulz | $803.52 |
| | **TOTAL** | $31,429.73 |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/1/2006 | 696 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/31/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 02/20/2006 | Review of Court filings | 0.5 | 300.00 | 150.00 |
| 02/22/2006 | Review of Court filings | 1 | 300.00 | 300.00 |
| 02/24/2006 | Court hearing | 4 | 300.00 | 1,200.00 |
| 02/26/2006 | Document review | 2 | 300.00 | 600.00 |
| 02/28/2006 | Document review | 5 | 300.00 | 1,500.00 |

Thank you.

**Total** 3,750.00

13/18Ths of 1/4
= 677.08

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|------|-----------|
| 5/20/2004 | 681 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 6/3/2004 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 4/9/2004 | Air transportation, sjc-sna | 1.0 | 224.70 | 224.70 |
| 4/9/2004 | Court hearing | 5.0 | 100.00 | 500.00 |
| 4/11/2004 | Documentation review | 2.0 | 200.00 | 400.00 |
| 4/12/2004 | Documentation review | 5.0 | 200.00 | 1,000.00 |
| 4/13/2004 | Documentation review | 5.0 | 200.00 | 1,000.00 |
| 4/14/2004 | Mtg with Randy Garteiser & doc review | 4.0 | 200.00 | 800.00 |
| 4/15/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 4/17/2004 | Doc review | 3.0 | 200.00 | 600.00 |
| 4/18/2004 | Patent description (992) analysis | 9.0 | 200.00 | 1,800.00 |
| 4/19/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 4/20/2004 | Claims analysis (992) | 1.0 | 200.00 | 200.00 |

| | | | | |
|---|---|---|---|---|
| 4/21/04 | Mtg with Randy Garteiser | 2.0 | 200.00 | 400.00 |
| 4/23/2004 | Doc review | 4.0 | 200.00 | 800.00 |
| 4/26/2004 | Mtg preparation, patent review | 1.0 | 200.00 | 200.00 |
| 4/27/2004 | Mtg preparation, patent review | 2.0 | 200.00 | 400.00 |
| 4/29/2004 | Mtg with Randy Garteiser | 3.0 | 200.00 | 600.00 |
| 5/11/2004 | Claim constr. review | 3.0 | 200.00 | 600.00 |
| 5/13/2004 | Claim constr. review, patent review | 6.0 | 200.00 | 1,200.00 |
| 5/15/2004 | Doc review | 5.0 | 200.00 | 1,000.00 |
| 5/16/2004 | Claims construction analysis | 8.0 | 200.00 | 1,600.00 |
| 5/16/2004 | Air fare, sjc/sna | 1.0 | 237.70 | 237.70 |
| 5/17/2004 | Mtg with judge Ware and Randy Garteiser | 2.0 | 200.00 | 400.00 |
| 5/17/2004 | Claims constr. analysis | 3.0 | 200.00 | 600.00 |
| 5/18/2004 | Court hearing | 5.0 | 200.00 | 1,000.00 |
| 5/19/2004 | Court hearing | 5.0 | 200.00 | 1,000.00 |
| 5/19/2004 | Lodging SNA | 1.0 | 135.85 | 135.85 |
| It's a pleasure working with you! | | | | |
| | **Total** | | **17,498.25** | |

5089

**FISH & RICHARDSON, P.C.**
OPERATING ACCOUNT
12390 EL CAMINO REAL
SAN DIEGO, CA  92130
PH. 858-678-5070

17790

FIRST NATIONAL BANK
90-3893-1222

7/23/2004

PAY TO THE
ORDER OF     Rainer W. Schultz                                            $  **5,986.24

Five Thousand Nine Hundred Eighty-Six and 24/100*********************************************     DOLLARS

MEMO     14838-001LL1

CABredett

⑆005089⑆ ⑈122238938⑈ 1205009841⑉

17790

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH IMPRINTED BORDER

**Fɪsʜ & Rɪᴄʜᴀʀᴅsᴏɴ ᴘ.ᴄ.**

Bank of America
52-153/112 ME

225 Franklin Street
Boston, Massachusetts    02110-2804

**CHECK NUMBER:  434274**

**DATE        09-12-2007**

**AMOUNT**
**$   3,375.00**

U.S. DOLLARS - VOID AFTER 180 DAYS

PAY:   THREE THOUSAND THREE HUNDRED SEVENTY-FIVE AND 00/00 Dollar(s)

TO THE   Rainer W. Schulz
ORDER    P.O. Box 370
OF:      Los Altos, CA 94023-0370

10.94

☐ ID
☐ DEPOSIT ONLY   ☐ AO
☐ TOKEN
☐ MBT            ☐ SIG
                 ☐ HFF
                 ☐ MEMO

TWO SIGNATURES REQUIRED OVER $10,000

⑈00434274⑈ ⑆011201539⑆ 80071115⑈

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH THERMOCHROMIC INK - IMAGE DISAPPEARS WITH HEAT

| Tag | Serial Number | Note Payee Name | Item Date Volume ID | Account Number Issue Date | Amount |
|-----|---------------|-----------------|---------------------|---------------------------|--------|
| No  |               | No              | 09/18/2007          | 80071115                  | 3375.00 |
|     | 434274        |                 | 07100250007001      |                           |        |

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|------|-----------|
| 7/1/2004 | 682 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/31/2004 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 05/25/2004 | '702 patent review | 3.0 | 200.00 | 600.00 |
| 05/27/2004 | Joint claim constr. review | 2.0 | 200.00 | 400.00 |
| 06/03/2004 | Joint claim constr. review | 1.0 | 200.00 | 200.00 |
| 06/15/2004 | Document review | 3.0 | 200.00 | 600.00 |
| 06/29/2004 | Document review | 1.0 | 200.00 | 200.00 |
| 06/30/2004 | Court meeting | 4.50 | 200.00 | 900.00 |
| It's a pleasure working with you! | | **Total** | | **2,900.00** |

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|------|-----------|
| 8/30/2004 | 687 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 9/29/2004 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 07/01/2004 | Court mtg. | 3.0 | 200.00 | 600.00 |
| 07/05/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 07/06/2004 | Court mtg. | 3.0 | 200.00 | 600.00 |
| 07/07/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 07/12/2004 | Doc review | 1.50 | 200.00 | 300.00 |
| 08/06/2004 | Doc review | 0.50 | 200.00 | 100.00 |
| 08/17/2004 | Tel. conf. & mtg | 1.50 | 200.00 | 300.00 |
| 08/18/2004 | Doc review | 1.50 | 200.00 | 300.00 |
| | | | **Total** | **3,000.00** |

**FR** FISH & RICHARDSON P.C.

| | VENDOR NO. | | DATE | CHECK NO. |
|---|---|---|---|---|
| | | | 09/10/04 | 0284822 |

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | | PAYMENT AMOUNT |
|---|---|---|---|---|
| 682 | 07/01/04 | Rainer W. Schulz 07/01/04 (FR defense group portion) | | 1,384.21 |
| 687 | 08/30/04 | Rainer W. Schulz 08/30/04 (FR defense group portion) | | 2,651.63 |
| | | | | 4,035.84 |

| | | | 284822 | |

---

**FR** FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

52-153/112

**Fleet** FLEET MAINE, N.A.
SOUTH PORTLAND, ME

CHECK NO. 0284822

CHECK AMOUNT

DATE 09/10/04

********4,035.84

PAY FOUR THOUSAND THIRTY SIX AND 84/100 DOLLARS

TO THE
ORDER
OF
Rainer W. Schulz
PO Box 576
Los Altos CA 94023-0576

FISH & RICHARDSON P.C.

U.S. DOLLARS- VOID AFTER 180 DAYS

⑈0284822⑈ ⑈011201532⑈ 80 072 4252⑈

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|------|-----------|
| 12/6/2004 | 688 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/15/2004 | |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 12/1/2004 | Doc review | 4.0 | 200.00 | 800.00 |
| 12/2/2004 | Doc review, court meeting | 4.0 | 200.00 | 800.00 |
| 12/3/2004 | report preparation | 5.50 | 200.00 | 1,100.00 |
| 12/5/2004 | report generation | 7.0 | 200.00 | 1,400.00 |
| Thank you for your business! | | **Total** | | **4,100.00** |



RECEIVED
DEC 1 5 2004
ACCTG. DEPT.

## FA FISH & RICHARDSON P.C.

VENDOR NO.

DATE
1/15/04

CHECK NO.
0290695

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | PAYMENT AMOUNT |
|---|---|---|---|
| RWS120604 | 12/08/04 | Rainer W.Schulz re court's technical expert | 1,480.57 |
| | | 290695 | 1,480.57 |

---

## FA FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

(P) **Fleet** FLEET MAINE, N.A.
SOUTH PORTLAND, ME

52-153/112

CHECK NO. 0290695

**CHECK AMOUNT**

****1,480.57

DATE
12/16/04

PAY ONE THOUSAND FOUR HUNDRED EIGHTY AND 57/100 DOLLARS

TO THE
ORDER
OF
Rainer W. Schulz
PO Box 916
Los Altos CA 94023-0916

FISH & RICHARDSON P.C.

NON-NEGOTIABLE

US DOLLARS - VOID AFTER 180 DAYS

⑈290695⑈ ⑆0112Ⴊ1530⑆ 60 073Ⴊ165⑈

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|---|---|
| 1/13/2005 | 689 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/31/2005 | |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/15/2004 | Court meeting | 2.0 | 200.00 | 400.00 |
| Happy New Year! | | Total | | 400.00 |

144.44

**FR** Fish & Richardson P.C.

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | VENDOR NO. | DATE | CHECK NO. 255547 |
|---|---|---|---|---|---|
| | | | | | PAYMENT AMOUNT |
| | 01/13/05 | Rainer W Schulz, 05 court & technical expert | | | |

**FR** FISH & RICHARDSON P.C.

255 Franklin Street
Boston, Massachusetts
02110-2804

**Fleet** FLEET MAINE, N.A.
SOUTH PORTLAND, ME

PAY

One hundred fifty four and 00/100 DOLLARS

TO THE
ORDER
OF

DATE
01/31/05

CHECK NO.
255547

FISH & RICHARDSON P.C.

**CHECK AMOUNT**

US DOLLARS VOID AFTER 90 DAY

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDERS

**FR**

Bank of America
52-153/112 ME

**CHECK NUMBER: 427268**

FISH & RICHARDSON P.C.

**DATE** 06-14-2007

225 Franklin Street
Boston, Massachusetts 02110-2804

**AMOUNT**
$ **128.52**

U.S. DOLLARS - VOID AFTER 180 DAYS

PAY: ONE HUNDRED TWENTY-EIGHT AND 52/100 Dollar(s)

TO THE Rainer W. Schulz
ORDER P.O. Box 370
OF: Los Altos, CA 94023-0370



TWO SIGNATURES REQUIRED OVER $10,000

⑆004 27268⑆ ⑈0112 01539⑈ 8007111 5⑈

| Tag | | Note | Item Date | Account Number | Amount |
|-----|---------------|-----------|-------------|-----------------|--------|
| | Serial Number | Payee Name | Volume ID | Issue Date | |
| No | | No | 06/25/2007 | 80071115 | 128.52 |
| | 427268 | | 07070340115601 | | |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/1/2006 | 700 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et Ali |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2006 | Document review | 3 | 300.00 | 900.00 |
| 04/07/2006 | Document review | 3.5 | 300.00 | 1,050.00 |

Thank you.

| **Total** | 1,950.00 |
|-----------|----------|

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

FR

FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts    02110-2804

Bank of America
82-153/112 ME

CHECK NUMBER:   401088

DATE          05-31-2006

AMOUNT
$      352.04

06/12/06  E4586  T4586  P02  0737042674

U.S. DOLLARS - VOID AFTER 180 DAYS

PAY:     THREE HUNDRED FIFTY-TWO AND 04/100 Dollar(s)

TO THE    Rainer W. Schulz
ORDER     Po Box 370
OF:       Los Altos, CA 94023-0370

TWO SIGNATURES REQUIRED OVER $10,000

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈00401088⑈ ⑆011201539⑆ 80071115⑈          ⑈0000035204⑈

06122006
0111-0048-1
ENT=4586  TRC=4586  PK=02
0737042674

BANK OF AMERICA-BA NA
011000138  ED149  15 P44
06/12/06
0370053103

MED, IN FREMONT 86092006
SF TR#1736PKT #027
>1221-0527-8<
7616877122

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

| Tag | Serial Number | Note Payee Name | Item Date Volume ID | Account Number Issue Date | Amount |
|-----|---------------|-----------------|---------------------|---------------------------|--------|
| No  |               | No              | 06/12/2006          | 80071115                  | 352.04 |
|     | 401088        |                 | 06070340190501      |                           |        |

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/1/2006 | 702 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 6/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 05/16/2006 | mtg. with judge Ware and doc rev. | 4.5 | 300.00 | 1,350.00 |
| 05/17/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/18/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/19/2006 | document review | 1 | 300.00 | 300.00 |
| 05/21/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/22/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/23/2006 | document review | 2 | 300.00 | 600.00 |
| 05/24/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/25/2006 | document review | 3 | 300.00 | 900.00 |
| 05/26/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/27/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/28/2006 | document review | 6 | 300.00 | 1,800.00 |
| 05/29/2006 | document review | 3 | 300.00 | 900.00 |
| 05/30/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/31/2006 | document review | 5 | 300.00 | 1,500.00 |

| **Total** | | 19,650.00 |

Document type : Disbursement Check



| Tag | Serial Number | Note Payee Name | Item Date Volume ID | Account Number Issue Date | Amount |
|-----|---------------|-----------------|---------------------|---------------------------|--------|
| No | | No | 06/21/2006 | 80071115 | 3547.96 |
| | 401435 | | 06070340190501 | | |

Bank of America

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/11/2005 | 693 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/30/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 12/02/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 12/05/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |

| Total | 1,350.00 |
|-------|----------|

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CHECK NUMBER:** 402591

Bank of America
52-153/112 ME

**FR** FISH & RICHARDSON P.C.

**DATE** 06-28-2006

225 Franklin Street
Boston, Massachusetts   02110-2804

07/05/06  E4541  T4541  PO2  0534000 AMOUNT
$   1,350.00

U.S. DOLLARS - VOID AFTER 180 DAYS

PAY:   ONE THOUSAND THREE HUNDRED FIFTY AND 00/100 Dollar(s)

TO THE   Rainer W. Schulz
ORDER   Po Box 370
OF:   Los Altos, CA 94023-0370

122101194536244410120121140112112 2763030
0442316261  6802293   SIGNATURES REQUIRED OVER $10,000

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈004 2591⑈  ⑆0⑆1201539⑆  80071115⑈          ⑈0000135000⑈

07052006
0111-0048-1
ENT=4541 TRC=4541 PK=02
0534033618

UFB, NA-FREMONT 07052006
SF TR#1946PKT #027
>1221-0527-8<
6614964292

BANK OF AMERICA, NA NAL
011000138 E4525 15 P64
07/05/06
0770753608

| Tag | Serial Number | Note Payee Name | Item Date Volume ID | Account Number Issue Date | Amount |
|-----|---------------|-----------------|---------------------|---------------------------|--------|
| No  |               | No              | 07/05/2006          | 80071115                  | 1350.00 |
|     | 402591        |                 | 06080350008801      |                           |        |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/5/2006 | 705 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/21/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 06/01/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/03/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/04/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/06/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/08/2006 | Document review | 1 | 300.00 | 300.00 |
| 06/09/2006 | Meeting with Judge Ware | 2.5 | 300.00 | 750.00 |
| 06/14/2006 | Court meeting | 6 | 300.00 | 1,800.00 |
| 06/15/2006 | Court meeting | 3.5 | 300.00 | 1,050.00 |
| 06/19/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/20/2006 | document review | 5 | 300.00 | 1,500.00 |
| 06/21/2006 | Document review | 6 | 300.00 | 1,800.00 |
| 06/24/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/28/2006 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |

| Total | 13,200.00 |
|-------|-----------|



*011100481*
07/21/2006
6635063166

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

*00403654* 4:011201539: 80071115* *0000268125*



1370236401

| Tag | Note | Item Date | Account Number | Amount |
|-----|------|-----------|----------------|--------|
| | Serial Number | Payee Name | Volume ID | Issue Date | |
| No | No | 07/21/2006 | 80071115 | 2681.25 |
| | 403654 | 06080350008801 | | |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/15/2006 | 711 |

BILL TO

Acacia Vs New Destiny Et Al

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/04/06 | Document review | 1 | 300.00 | 300.00 |
| 12/12/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |

**Total** 5,100.00

Document type : Disbursement Check



*0011004&1*
01/05/2007
&433035962

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

*00415322*  4:011201539:  80071115*  /0000103594*

| Tag | Serial Number | Note Payee Name | Item Date Volume ID | Account Number Issue Date | Amount |
|-----|---------------|-----------------|---------------------|---------------------------|--------|
| No  |               | No              | 01/05/2007          | 80071115                  | 1035.94 |
|     | 415322        |                 | 07020200366301      |                           |        |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/4/2007 | 728 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 11/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 09/04/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/13/2007 | Document review | 1 | 300.00 | 300.00 |
| 09/14/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 09/19/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 09/21/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/27/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 10/19/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |

| Total | 2,250.00 |
|-------|----------|

**Document type : Disbursement Check**

FR

FISH & RICHARDSON P.C.

Bank of America
52-153/112 ME

CHECK NUMBER: 438933

DATE          11-09-2007

225 Franklin Street
Boston, Massachusetts    02110-2804

AMOUNT
$      482.16

U.S. DOLLARS · VOID AFTER 180 DAYS

PAY:    FOUR HUNDRED EIGHTY-TWO AND 16/100 Dollar(s)

TO THE   Rainer W. Schulz
ORDER    P.O. Box 370
OF:      Los Altos, CA 94023-0370



TWO SIGNATURES REQUIRED OVER $10,000

⑆00438933⑈ ⑆011201539⑈ 80071115⑈

| Tag | Serial Number | Note Payee Name | Item Date Volume ID | Account Number Issue Date | Amount |
|-----|---------------|-----------------|---------------------|---------------------------|--------|
| No  |               | No              | 11/27/2007          | 80071115                  | 482.16 |
|     | 438933        |                 | 07120440019201      |                           |        |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/13/2007 | 731 |

### BILL TO

Acacia Vs. New Destiny Et All

| DUE DATE | | P.O. NUMBER | |
|----------|--|-------------|--|
| 1/12/2008 | | N/A | |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 11/06/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 11/07/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 11/08/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 11/09/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 11/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 11/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 11/12/2007 | Doc. review | 5 | 300.00 | 1,500.00 |
| 11/14/2007 | Doc. review | 6.5 | 300.00 | 1,950.00 |
| 11/16/2007 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 12/03/2007 | Doc. review | 8 | 300.00 | 2,400.00 |
| 12/04/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |

| **Total** | | | | 12,300.00 |

**Document type : Disbursement Check**

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

| | | CHECK NUMBER: 441919 |
| --- | --- | --- |
| FR | Bank of America 52-153/112 ME | |
| FISH & RICHARDSON P.C. | | DATE 12-18-2007 |
| 225 Franklin Street Boston, Massachusetts 02110-2804 | | AMOUNT $ 2,635.68 |
| | | U.S. DOLLARS · VOID AFTER 180 DAYS |

PAY: TWO THOUSAND SIX HUNDRED THIRTY-FIVE AND 68/100 Dollar(s)

TO THE ORDER OF:
Rainer W. Schulz
P.O. Box 370
Los Altos, CA 94023-0370

TWO SIGNATURES REQUIRED OVER $10,000

⑈00441919⑈ ⑆011201539⑆ 80071115⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

| Tag | Serial Number | Note Payee Name | Item Date Volume ID | Account Number Issue Date | Amount |
| --- | --- | --- | --- | --- | --- |
| No | | No | 01/02/2008 | 80071115 | 2635.68 |
| | 441919 | | 08020540162001 | | |

Bank of America

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/17/2005 | 692 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 12/2/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/25/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 10/26/2005 | Consultation with Judge Ware | 2 | 300.00 | 600.00 |
| 10/27/2005 | Review of court filings | 4.5 | 300.00 | 1,350.00 |
| 10/29/2005 | Review of court filings | 5 | 300.00 | 1,500.00 |
| 10/31/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |
| 11/16/2005 | Consultation with Judge Ware | 3 | 300.00 | 900.00 |

| | Total | 5,700.00 |
|---|---|---|

**FISH & RICHARDSON P.C.**

| INVOICE NUMBER | | VENDOR NO | DESCRIPTION | DATE | CHECK NO. 031504 |
|---|---|---|---|---|---|
| | INVOICE DATE | | | | PAYMENT AMOUNT |
| | 11/29/05 | | Robert W. Schultz | | |

---

**FISH & RICHARDSON P.C.**

255 Franklin Street
Boston, Massachusetts
02110-2804

PAY

TO THE
ORDER
OF

52-153/112

◯ **Fleet**

FLEET MAINE, N.A.
SOUTH PORTLAND, ME

DATE
11/29/05

CHECK NO. 031504

**CHECK AMOUNT**

FISH & RICHARDSON P.C.

U.S. DOLLARS  VOID AFTER 180 DAYS

⑈031504⑈ ⑆011501536⑆ 80 074 ⑈5⑈

# FISH & RICHARDSON P.C.

| INVOICE NUMBER | INVOICE DATE | VENDOR NO. | DESCRIPTION | DATE | CHECK NO | PAYMENT AMOUNT | CHECK NO |
|---|---|---|---|---|---|---|---|

---

## FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

⟳ **Fleet**
FLEET MAINE, N.A.
SOUTH PORTLAND, ME

DATE 03/07/00

CHECK NO. 0222287
52-153/112

**CHECK AMOUNT**

PAY

TO THE
ORDER
OF

US DOLLARS·VOID AFTER 160 DAYS

FISH & RICHARDSON P.C.

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**



| DATE | INVOICE # |
|------|-----------|
| 10/4/2005 | 691 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 10/25/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 9/8/2005 | Review of hearing exhibits | 1.0 | 300.00 | 300.00 |
| 9/9/2005 | Court hearing | 5.0 | 300.00 | 1,500.00 |
| 9/11/2005 | Review of hearing exhibits | 6.0 | 300.00 | 1,800.00 |
| 9/14/2005 | Consultation with Judge Ware | 3.0 | 300.00 | 900.00 |
| 9/21/2005 | Consultation with Judge Ware | 2.0 | 300.00 | 600.00 |
| 9/30/2005 | Review of hearing exhibits | 3.0 | 300.00 | 900.00 |
| | | | **Total** | 6,800.00 |

**FISH & RICHARDSON P.C.**

| INVOICE NUMBER | INVOICE DATE | VENDOR NO. | DESCRIPTION | DATE | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| 10/28/05 | Palmer W. Schulte | | 313358 | | |

**FISH & RICHARDSON P.C.**

225 Franklin Street
Boston, Massachusetts
02110-2804

⊙ **Fleet**

FLEET MAINE N.A.
SOUTH PORTLAND, ME

PAY

One Thousand Eighty Three and 32/100 DOLLARS

TO THE
ORDER
OF

DATE
10/31/05

CHECK NO.
0342270

**CHECK AMOUNT**

52-153-112

FISH & RICHARDSON P.C.

U.S. DOLLARS - VOID AFTER 180 DAYS

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/1/2008 | 737 |

**BILL TO**

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/1/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 01/15/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/16/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/2008 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/24/2008 | Document review | 0.5 | 300.00 | 150.00 |
| 01/25/2008 | Meeting with Judge Ware | 1.5 | 300.00 | 450.00 |
| 01/28/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/30/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/31/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/03/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/04/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/05/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 02/09/2008 | Document review | 2 | 300.00 | 600.00 |

**Total**     3,750.00

CHECK NUMBER: 449431

**FR**

FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts    02110-2804

Bank of America
52-153/112 ME

DATE        04-08-2008

AMOUNT
$        803.52

U.S. DOLLARS - VOID AFTER 180 DAYS

PAY:    EIGHT HUNDRED THREE AND 52/100 Dollar(s)



TO THE    Rainer W. Schulz
ORDER    P.O. Box 370
OF:        Los Altos, CA 94023-0370

TWO SIGNATURES REQUIRED OVER $10,000

⑈00449431⑈ ⑆011201539⑆ 80071115⑈

| Tag | Serial Number | Note Payee Name | Item Date Volume ID | Account Number Issue Date | Amount |
|-----|---------------|-----------------|---------------------|---------------------------|--------|
| No  |               | No              | 04/14/2008          | 80071115                  | 803.52 |
|     | 449431        |                 | 08050200123001      |                           |        |