EXHIBIT 3

# TAB 3
# Bill of Costs

## FEES FOR COURT TRANSCRIPTS AND COURT REPORTERS

| Date | Description | Amount |
|---|---|---|
| 1/25/07 | Irene Rodriguez | $1,644.16 |
| 8/14/06 | Irene Rodriguez | $1,075.44 |
| 4/13/06 | Irene Rodriguez | $70.72 |
| 11/1/04 | Irene Rodriguez | $659.36 |
| 3/26/08 | Irene Rodriguez | $109.50 |
| | TOTAL | $3,559.18 |

| | UNITED STATES DISTRICT COURT |
|---|---|
| AO44 (Rev 12/89) | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

INVOICE NO: 00000678

**MAKE CHECKS PAYABLE TO:**

William R. Woodford  *Todd Miller*
Fish & Richardson-MA
3300 Dain Rauscher Plaza
60 S. Sixth Street
Minneapolis, MT 55402

Phone: (612) 335-5070
FAX:

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:

Irene_Rodriguez@cand.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-05-2007 | DATE DELIVERED: 01-05-2007 |
|---|---|---|---|

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 9/7, 9/8 & 9/14/06. Hard copy, e-mail, condense it, ascii & dvds

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 542 | 0.83 | 449.86 | 1626 | 0.55 | 894.30 | 1,344.16 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc. DVDS

| | |
|---|---|
| MISC. CHARGES: | 300.00 |
| TOTAL: | 1,644.16 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $1,644.16 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 01-05-2007 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

**Document type : Disbursement Check**

FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804

Bank of America
52-153/112 ME

CHECK NUMBER: 417214
DATE 01-25-2007
AMOUNT $ 1,644.16

PAY: ONE THOUSAND SIX HUNDRED FORTY-FOUR AND 16/100 Dollar(s)

TO THE   Irene Rodriguez
ORDER  280 S. First Street
OF:       San Jose, CA 95113

FEB 16 2007

TWO SIGNATURES REQUIRED OVER $10,000

⑈004172140⑈ ⑆011201539⑆ 80071115⑈    ⑆0000164416⑆



| Tag | Note | Item Date | Account Number | Amount |
|---|---|---|---|---|
| | Serial Number | Payee Name | Volume ID | Issue Date | |
| No | No | 02/20/2007 | 80071115 | 1644.16 |
| | 417214 | | 07030250363501 | | |

| | AO44 | | | |
|---|---|---|---|---|
| | (Rev. 12/89) | | | |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000571

**MAKE CHECKS PAYABLE TO:**

William R. Woodford
Fish & Richardson-MA
3300 Dain Rauscher Plaza
60 S. Sixth Street
Minneapolis, MN 55402

Phone: (612) 335-5070
FAX:

woodford@fr.com

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:

Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL  ☒ CIVIL   DATE ORDERED: 07-19-2006   DATE DELIVERED: 07-19-2006

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 6/14 & 6/15/06. Hard copy, e-mail, ascii & condense it.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 130 | 0.83 | 107.90 | 390 | 0.55 | 214.50 | 322.40 |
| Expedited | | | | 223 | 0.83 | 185.09 | 669 | 0.55 | 367.95 | 553.04 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc. DVD's @ $100.00 Per day    MISC. CHARGES: 200.00

TOTAL: 1,075.44
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $1,075.44

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE    DATE 07-19-2006

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

**Document type : Disbursement Check**

| | | |
|---|---|---|
| **FR** FISH & RICHARDSON P.C. 225 Franklin Street Boston, Massachusetts 02110-2804 | Bank of America 52-153/112 ME | CHECK NUMBER: 406039 DATE 08-14-2006 AMOUNT $ 1,075.44 |

09/11/06 E1108 · PH87 · P03 0333040799

U.S. DOLLARS · VOID AFTER 180 DAYS

PAY: ONE THOUSAND SEVENTY-FIVE AND 44/100 Dollar(s)

TO THE ORDER OF: Irene Rodriguez 280 S. First Street San Jose, CA 95113

RECEIVED SEP 0 8 2006 BY:

TWO SIGNATURES REQUIRED OVER $10,000

⑈⋅0 0 4 0 6 0 3 9 ⋅⑈    ⋮0 1 1 2 0 1 5 3 9⋮    8 0 0 7 1 1 1 5 ⑈    ⑈ 0 0 0 0 1 0 7 5 4 4 ⑈

09112006
121000374  142
ENT:4084 TRC:4084 PK:
0912006
6H1-0048-1
ENT=1108 TRC=1167 PK=08
0333040799

ENCL 005

1270330886

| Tag | Serial Number | Note Payee Name | Item Date Volume ID | Account Number Issue Date | Amount |
|---|---|---|---|---|---|
| No | | No | 09/11/2006 | 80071115 | 1075.44 |
| | 406039 | | 06100100059601 | | |

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

April 13, 2006

Ms. Irene Rodriguez
U.S. District Court, Northern District
280 South First Street
San Jose, CA 95113

Re: In re Acacia Media Technologies
Case No. C05-01114-JW

Dear Ms. Rodriguez:

Pursuant to your April 10th email regarding this matter, enclosed is our check in the amount of $70.72 representing the fee for a hard copy of the transcript of the hearing before Judge Ware on February 24, 2006. Will you please send this transcript to us as soon as possible. Thank you.

Very truly yours,

JoAnne M. Owens, Secretary to
Todd G. Miller

jmo:enc.

1062021 1.doc

## Joanne Owens

**From:** Irene_Rodriguez@cand.uscourts.gov
**Sent:** Monday, April 10, 2006 11:25 AM
**To:** ggerrish@mofo.com; tberryhill@mount.com; bhershkowitz@goodwinprocter.com; mkiran@hh.com; dbenyacar@kayescholer.com; akupserberg@kayescholer.com; vlriley@rkmc.com; Joanne Owens; Todd Miller; ctartalone@jonesday.com; mitch.lukin@bakerbotts.com
**Subject:** In Re: Acacia 2/24/06

**Attachments:** 022406ac.ptx



022406ac.ptx (29 KB)

Good Morning All.

Here is your requested e-transcript. I will send you your hard copies once I receive payment in the amount of $70.72 from each party. The check should be made payable to me and sent to 280 S. First Street, San Jose, CA 95113. I will send you your invoice with your transcript marked paid.

Very Truly Yours,

Irene Rodriguez
United States District Court
Official Court Reporter to the Honorable James Ware (408)947-8160

(See attached file: 022406ac.ptx)

1

**FISH & RICHARDSON, P.C.**
OPERATING ACCOUNT
12390 EL CAMINO REAL
SAN DIEGO, CA 92130
PH. 858-678-5070

a915

**FIRST NATIONAL BANK**
90-3893-1222

5517

4/13/2006

PAY TO THE ORDER OF  Irene Rodriguez                                     $ **70.72

Seventy and 72/100************************************************************************************ DOLLARS

MEMO  14838-001LL1

⑈"005517⑈" ⑆122238938⑆ 1205009841⑈"



RECEIVED APR 1 4 2006 ACCTG. DEPT.

# Paul Cullen

**From:** Joanne Owens
**Sent:** Wednesday, March 26, 2008 3:59 PM
**To:** Paul Cullen
**Subject:** RE: Check needed this week

We don't fill out any paperwork - when the attorneys are at the hearing, they said they wanted the transcript. Now the reporter called and said it was ready, to send the check and she would return the transcript.

-----Original Message-----
From: Paul Cullen
Sent: Wednesday, March 26, 2008 12:54 PM
To: Joanne Owens
Subject: RE: Check needed this week

Hi Joanne,

What I meant was please send me a PDF copy of the paper work you would fill out in order to obtain a court hearing transcript.

Thanks,
Paul

-----Original Message-----
From: Joanne Owens
Sent: Wednesday, March 26, 2008 3:47 PM
To: Paul Cullen
Subject: RE: Check needed this week

? Not sure what you mean

-----Original Message-----
From: Paul Cullen
Sent: Wednesday, March 26, 2008 11:02 AM
To: Joanne Owens; Accounting-Accts Payable Team
Subject: RE: Check needed this week

Hi Joanne,

Please send the back to me so the invoice can be entered into Elite today.

Thanks,
Paul

-----Original Message-----
From: Joanne Owens
Sent: Wednesday, March 26, 2008 1:51 PM
To: Accounting-Accts Payable Team
Subject: Check needed this week

1

Attached is a check request for a court hearing transcript. Will you please send the check to me in San Diego and I will forward it to the court. We need to have this tomorrow if possible, Friday at the latest. There is no invoice to provide you now, but if the court reporter provides one with the transcript, I will forward it to you.

Thanks.
JoAnne

**FISH & RICHARDSON, P.C.**
OPERATING ACCOUNT
12390 EL CAMINO REAL
SAN DIEGO, CA 92130
PH. 858-678-5070

5150

0915

FIRST NATIONAL BANK
90-3893-1222

11/1/2004

PAY TO THE ORDER OF: Irene Rodriguez          $ **659.36

Six Hundred Fifty-Nine and 36/100************************************************ DOLLARS

MEMO

⑈005150⑈ ⑆122238938⑇ 120500984⑈

**Document type : Disbursement Check**

| | | |
|---|---|---|
| **FR** Fish & Richardson P.C. 225 Franklin Street Boston, Massachusetts 02110-2804 | Bank of America 52-153/112 ME | CHECK NUMBER: 448347 DATE 03-26-2008 AMOUNT $ 109.50 U.S. DOLLARS - VOID AFTER 180 DAYS |

PAY: ONE HUNDRED NINE AND 50/100 Dollar(s)

TO THE ORDER OF: Irene Rodriguez
280 S. First Street
San Jose, CA 95113

TWO SIGNATURES REQUIRED OVER $10,000

⑊004483⑊7⑊ ⑊011201539⑊ 80071115⑊

MERIWEST CEDIT UNION
>321176833<
SAN JOSE CA  4083633

*Irene Rodriguez*
*410 3653*

| Tag | Serial Number | Note Payee Name | Item Date Volume ID | Account Number Issue Date | Amount |
|---|---|---|---|---|---|
| No | 448347 | No | 04/04/2008 08050200123001 | 80071115 | 109.50 |