

EXHIBIT 4

# TAB 4
## Bill of Costs

## COPYING FEES

| Date | Description | Amount |
|---|---|---|
| 10/17/03 | K&B Copy Group | $258.08 |
| 12/31/03 | K&B Copy Group | $3,845.01 |
| 1/16/04 | K&B Copy Group | $354.13 |
| 12/31/04 | K&B Copy Group | $225.91 |
| 12/31/04 | K&B Copy Group | $223.63 |
| 12/31/03 | K&B Copy Group | $340.69 |
| 12/31/04 | K&B Copy Group | $194.15 |
| 2/27/04 | K&B Copy Group | $96.09 |
| 10/22/04 | K&B Copy Group | $12.84 |
| 3/31/04 | K&B Copy Group | $6.42 |
| 3/31/04 | K&B Copy Group | 72.36 |
| 3/31/04 | K&B Copy Group | 18.83 |
| 3/31/04 | K&B Copy Group | 16.05 |
| 4/18/03 | Legal Reprographics | $1,610.66 |
| 5/23/03 | Legal Reprographics | $558.97 |
| 5/23/03 | Legal Reprographics | $238.99 |
| 4/18/03 | Legal Reprographics | $92.49 |
| 2/6/04 | Legal Reprographics | $90.51 |
| 7/26/04 | Legal Reprographics | $16.81 |
| | **TOTAL** | $8,272.62 |

10949503.doc

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

Invoice #:    00010114

**Bill To:**
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

**Ship To:**
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Angela
Job Number: 9-270

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Jay Fuhrmann | 14838-001LL1 | 10/5/2003 | Free | 9/25/2003 | 9/25/2003 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 2,010 | 02 | Light litigation copies | $0.12 | each | | $241.20 | X |

Thank you!

| | |
|---|---|
| Sale Amount | $241.20 |
| Freight | $0.00 |
| Sales Tax | $16.88 |
| Total | $258.08 |
| Paid | $0.00 |
| Balance Due | $258.08 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By:_____    Date:_____

NON-NEGOTIABLE

**FR FISH & RICHARDSON P.C.**

| INVOICE NUMBER | INVOICE DATE | VENDOR NO. | DESCRIPTION | DATE | CHECK NO. 0264265 | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| 0663114 | 09/25/03 | | Outside copy work - R&P Copy Group | 10/17/03 | | 258.08 |
| | | | 264265 | | | 258.08 |

---

**FR FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, Massachusetts
02110-2804

**Fleet** FLEET MAINE, N.A.
SOUTH PORTLAND, ME

CHECK NO. 0264265
52-153/112

DATE 10/17/03

CHECK AMOUNT

PAY Two Hundred Fifty Eight and 08/100 dollars

TO THE
ORDER
OF

R&P Copy Group Inc.
55 Congress Street
Suite 50
Portland, ME 04101

FISH & RICHARDSON P.C.

NON-NEGOTIABLE
U.S. DOLLARS - VOID AFTER 180 DAYS

⑈0264265⑈ ⑆011201534⑆ 80 024 ⑈5⑈

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

Invoice #:    00010771

**Bill To:**
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

**Ship To:**
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Angela
Job Number: 11-027i

14838 -001LL1

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Kyle  Neitzel | VS Media | 11/28/2003 | Free | 11/18/2003 | 11/18/2003 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 4,354 | 56 | B&W Blowbacks | $0.08 | each | | $348.32 | X |
| 300 | 39a | Slipsheets | $0.05 | each | | $15.00 | X |
| 1 | 25a | Redacting (per hour) | $50.00 | p/hr | | $50.00 | X |

"VS Media"

| | |
|---|---|
| Sale Amount | $413.32 |
| Freight | $0.00 |
| Sales Tax | $28.93 |
| Total | $442.25 |
| Paid | $0.00 |
| Balance Due | $442.25 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By:_____                    Date:_____

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax 41-1943175

Invoice #:   00010762

Bill To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Angela
Job Number: 11-023i

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Kyle Neitzel | VS Media | 11/28/2003 | Free | 11/18/2003 | 11/18/2003 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 4,354 | 10a | Electronic Numbering | $0.03 | each | | $130.62 | X |
| 8,708 | 56 | B&W Blowbacks | $0.08 | each | | $696.64 | X |
| 600 | 39a | Slipsheets | $0.05 | each | | $30.00 | X |
| 1 | 46a | CD Master | $25.00 | each | | $25.00 | X |

"VS Media"

PAY FROM
THIS INVOICE

| | |
|---|---|
| Sale Amount | $882.26 |
| Freight | $0.00 |
| Sales Tax | $61.76 |
| Total | $944.02 |
| Paid | $0.00 |
| Balance Due | $944.02 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: _____                    Date: _____

**K & B Copy Group, Inc.**
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax 41-1943175

Invoice #: **00009937**

Bill To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Angela
Job Number: 9-012i

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Steve Hartwig | 14838.001LL1 | 9/19/2003 | Free | 9/11/2003 | 9/9/2003 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 43,991 | 56 | B&W Blowbacks | $0.05 | each | | $2,199.55 | X |
| 3,278 | 39a | Slipsheets | $0.03 | each | | $98.34 | X |

"VS Media"

| | |
|---|---|
| Sale Amount | $2,297.89 |
| Freight | $0.00 |
| Sales Tax | $160.85 |
| Total | $2,458.74 |
| Paid | $0.00 |
| Balance Due | $2,458.74 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: _____ Date:_____

**PAST DUE**

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax   41-1943175

Invoice #:   **00010898**

**Bill To:**
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

**Ship To:**
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Tina
Job Number: 11-296

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Jay Fuhrmann | 14838-001LL1 | 12/8/2003 | Free | 12/1/2003 | 11/28/2003 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 1,776 | 04 | Heavy litigation copies | $0.15 | each | | $266.40 | X |
| 112 | 21 | Numeric Tabs | $0.25 | each | | $28.00 | X |
| 8 | 12 | Velo Bind | $3.00 | each | | $24.00 | X |

Thank you!

| | |
|---|---|
| Sale Amount | $318.40 |
| Freight | $0.00 |
| Sales Tax | $22.29 |
| Total | $340.69 |
| Paid | $0.00 |
| Balance Due | $340.69 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: _____   Date: _____

**FR** FISH & RICHARDSON P.C.

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | VENDOR NO. | DATE 12/31/03 | CHECK NO. 0268441 |
|---|---|---|---|---|---|

See attachment(s) for details.

268441

11,092.47

---

**FR** FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

○ *Fleet*
FLEET MAINE, N.A.
SOUTH PORTLAND, ME

PAY ELEVEN THOUSAND NINETY TWO AND 47/100 DOLLARS

| | DATE | CHECK NO. |
|---|---|---|
| | 12/31/03 | 0268441 |

*\*\*11,092.47*

TO THE
ORDER
OF

R&B Copy Group, Inc.
527 Marquette Ave.
Suite 50
Minneapolis MN 55402

52-153/112

**CHECK AMOUNT**

**NON NEGOTIABLE**
U.S. DOLLARS · VOID AFTER 180 DAYS

FISH & RICHARDSON P.C.

⑆268441⑆ ⑆01120153⑈ 80 071 15⑈

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax   41-1943175

Invoice #:      00011113

Bill To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Chad Roberts
Job Number: 12-175

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Jay Fuhrmann | 14838-001LL1 | 12/22/2003 | Free | 12/15/2003 | 12/12/2003 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 2,364 | 03 | Medium litigation copies | $0.14 | each | | $330.96 | X |

Thank you!

PAY FROM
THIS INVOICE

| | |
|---|---|
| Sale Amount | $330.96 |
| Freight | $0.00 |
| Sales Tax | $23.17 |
| Total | $354.13 |
| Paid | $0.00 |
| Balance Due | $354.13 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full be the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By:_____     Date:_____

 FISH & RICHARDSON P.C.     **Fleet** FLEET MAINE, N.A. SOUTH PORTLAND, ME

52-153/112

225 Franklin Street
Boston, Massachusetts
02110-2804

CHECK NO.  **0269670**

CHECK AMOUNT

DATE
**01/16/04**

****3,116.98

PAY

THREE THOUSAND ONE HUNDRED SIXTEEN AND 98/100 DOLLARS

TO THE
ORDER
OF
**K&B Copy Group Inc.**
**527 Marquette Ave.**
**Suite 50**
**Minneapolis MN 55402**

FISH & RICHARDSON PC

U.S. DOLLARS · VOID AFTER 180 DAYS

⑆269670⑈ ⑈011201539⑈ 80 071 115⑈      ⑈0000311698⑆

| Tag | Serial Number | Note | Payee Name | Item Date | Volume ID | Account Number | Issue Date | Amount |
|-----|---------------|------|------------|-----------|-----------|----------------|-----------|--------|
| No  |               | No   |            | 01/28/2004 |          | 80071115       |           | 3116.98 |
|     | 269670        |      |            |            | 10403612939001 |        |           |         |

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

Invoice #:  00011710

Bill To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Chad Roberts
Job Number: 1-354

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Grant Mixdorf | 74838-001LL1 | 2/9/2004 | Free | 1/30/2004 | 1/30/2004 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 430 | 04 | Heavy litigation copies | $0.16 | each | | $68.80 | X |
| 32 | 21 | Alpha/ Numeric Tabs | $0.25 | each | | $8.00 | X |
| 1 | 12 | Velo Bind | $3.00 | each | | $3.00 | X |

Thank you!

| | |
|---|---|
| Sale Amount | $79.80 |
| Freight | $0.00 |
| Sales Tax | $5.59 |
| Total | $85.39 |
| Paid | $0.00 |
| Balance Due | $85.39 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: _____      Date: _____

Velo Bind Caselaw from US media & Acacia Briefs

**K & B Copy Group, Inc.**
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

Invoice #:  **00011697**

Bill To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Chad Roberts
Job Number: 1-343

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Jay Fuhrmann | 14838-001LL1 | 2/8/2004 | Free | 1/1/2004 | 1/29/2004 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 4 | 12 | Velo Bind | $2.50 | each | | $10.00 | X |

Thank you!

| | |
|---|---|
| Sale Amount | $10.00 |
| Freight | $0.00 |
| Sales Tax | $0.70 |
| Total | $10.70 |
| Paid | $0.00 |
| Balance Due | $10.70 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: _____          Date: _____

FR FISH & RICHARDSON P.C.

VENDOR NO.　　　　　　　　　DATE　　CHECK NO.
0272079

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | PAYMENT AMOUNT |
|---|---|---|---|

See attachment(s) for details.

272079

2,515.98

FR FISH & RICHARDSON P.C.

24 Franklin Street
Boston, Massachusetts
02110-2804

52-153/112

CHECK NO.
0272079

CHECK AMOUNT

Fleet  FLEET MAINE, N.A.
SOUTH PORTLAND, ME

DATE
02/27/04

PAY

TWO THOUSAND FIVE HUNDRED FIFTEEN AND 98/100 DOLLARS

**\*\*\*\*2,515.98**

TO THE
ORDER
OF

F&B Copy Group Inc.
927 Marquette Ave.
Suite 50
Minneapolis MN 55402

FISH & RICHARDSON P.C.

NON NEGOTIABLE

U.S. DOLLARS · VOID AFTER 180 DAYS

⑆0272079⑆ ⑆011201539⑆ 80 074 115⑈

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax 41-1943175

Invoice #:   00012337

Bill To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Tina W
Job Number: 3-137

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Grant Mixdorf | 14838-001LL1 | 3/20/2004 | Free | 3/10/2004 | 3/10/2004 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 2 | 12 | Velo Bind | $3.00 | each | | $6.00 | X |

Thank you!

| | |
|---|---|
| Sale Amount | $6.00 |
| Freight | $0.00 |
| Sales Tax | $0.42 |
| Total | $6.42 |
| Paid | $0.00 |
| Balance Due | $6.42 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By:_____Date:_____

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

Invoice #:    00011421

Bill To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Angela
Job Number: 1-117

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Jay Fuhrmann | 148383-001LL1 | 1/23/2004 | Free | 1/13/2004 | 1/13/2004 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 73 | 05 | Glasswork copies | $0.20 | each | | $14.60 | X |

Thank you!

*Dictionary Definitions from Books for Maximum*

| | |
|---|---|
| Sale Amount | $14.60 |
| Freight | $0.00 |
| Sales Tax | $1.02 |
| Total | $15.62 |
| Paid | $0.00 |
| Balance Due | $15.62 |

By signing this invoice you acknowledge that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By:_____     Date:_____

**K & B Copy Group, Inc.**
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax   41-1943175

Invoice #:     00011308

**Bill To:**
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

**Ship To:**
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Angela
Job Number: 1-011

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Jay Fuhrmann | 14838-00ILL1 | 1/15/2004 | Free | 1/5/2003 | 1/5/2004 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 15 | 05 | Glasswork copies | $0.20 | each | | $3.00 | X |

Thank you!

| | |
|---|---|
| Sale Amount | $3.00 |
| Freight | $0.00 |
| Sales Tax | $0.21 |
| Total | $3.21 |
| Paid | $0.00 |
| Balance Due | $3.21 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: _____     Date: 1/5/04

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

Invoice #:    **00011747**

Bill To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Angela
Job Number: 2-016

| Salesperson | Client Reference | Due Date | Ship Via | Ship Date | Date |
|---|---|---|---|---|---|
| Jay Fuhrmann | 14838-001LL1 | 2/13/2004 | Free | 2/3/2004 | 2/3/2004 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 5 | 11 | Velo Bind | $3.00 | each | | $15.00 | X |

Thank you!

| | |
|---|---|
| Sale Amount | $15.00 |
| Freight | $0.00 |
| Sales Tax | $1.05 |
| Total | $16.05 |
| Paid | $0.00 |
| Balance Due | $16.05 |

By signing this invoice you are acknowledging that the "Bill To" party will pay the invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By: _____     Date: _____

**FISH & RICHARDSON P.C.**

| VENDOR NO. | | | DATE | CHECK NO. |
|---|---|---|---|---|
| | | | 03/31/04 | 0273880 |

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | | PAYMENT AMOUNT |
|---|---|---|---|---|

See attachment(s) for details.

273880

10,142.43

---

**FISH & RICHARDSON P.C.**
125 Franklin Street
Boston, Massachusetts
02110-2804

**Fleet** FLEET MAINE, N.A.
SOUTH PORTLAND, ME

52-153/112

CHECK NO. 0273880

**CHECK AMOUNT**

DATE
03/31/04

$ **10,142.43**

PAY TEN THOUSAND ONE HUNDRED FORTY TWO AND 43/100 DOLLARS

TO THE
ORDER
OF
Abb Corp Group Inc.
527 Marquette Ave.
Suite 50
Minneapolis MN 55402

NON-NEGOTIABLE

U.S. DOLLARS - VOID AFTER 180 DAYS

FISH & RICHARDSON P.C.

**K & B Copy Group, Inc.**
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

Invoice #:    00011423

**Bill To:**
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

**Ship To:**
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Angela
Job Number: 1-022i

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Jay Fuhrmann | 14838-001LL1 | 1/23/2004 | Free | 1/14/2004 | 1/13/2004 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 203 | 04a | B&W Scan | $0.18 | each | | $36.54 | X |
| 1 | 46a | CD Master | $25.00 | each | | $25.00 | X |
| 203 | 10a | Electronic Numbering | $0.03 | each | | $6.09 | X |

"Computer Articles"

*Production document*

| | |
|---|---|
| Sale Amount | $67.63 |
| Freight | $0.00 |
| Sales Tax | $4.73 |
| Total | $72.36 |
| Paid | $0.00 |
| Balance Due | $72.36 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By:_____  Date:_____

# FISH & RICHARDSON P.C.

| VENDOR NO. | | | | DATE | CHECK NO. |
|---|---|---|---|---|---|
| | | | | | 0274688 |

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | PAYMENT AMOUNT |
|---|---|---|---|
| 00001423 | 01/13/04 | K&B Copy Group | 72.56 |
| 00011480 | 01/16/04 | K&B Copy Group | 15.41 |
| 00011409 | 01/16/04 | K&B Copy Group | 562.42 |
| 00012201 | 03/05/04 | K&B Copy Group | 267.29 |
| 00012565 | 03/09/04 | K&B Copy Group | 240.27 |
| 00012365 | 03/11/04 | K&B Copy Group | 1,189.61 |
| 00012557 | 03/11/04 | K&B Copy Group | 143.64 |

2,490.15

---

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

*Fleet*

FLEET MAINE, N.A.
SOUTH PORTLAND, ME

| | DATE | CHECK NO. |
|---|---|---|
| | 03/31/04 | 0274688 |

**CHECK AMOUNT**

PAY    TWO THOUSAND FOUR HUNDRED NINETY AND 15/100 DOLLARS

2,490.15

TO THE
ORDER
OF

K&B Copy Group, Inc.
257 Marquette Ave.
Suite 130
Minneapolis MN 55402

FISH & RICHARDSON P.C.

52-153/112

U.S. DOLLARS · VOID AFTER 180 DAYS

**K & B Copy Group, Inc.**
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

Invoice #:    00015800

Bill To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Chad
Job Number: 10-037

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Jay Fuhrmann | 14838-00LL1 | 10/14/2004 | Free | 10/4/2004 | 10/4/2004 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 4 | 12 | Velo Bind | $3.00 | each | | $12.00 | X |

Thank you!

| | |
|---|---|
| Sale Amount | $12.00 |
| Freight | $0.00 |
| Sales Tax | $0.84 |
| Total | $12.84 |
| Paid | $0.00 |
| Balance Due | $12.84 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By:_____                    Date:_____

**FISH & RICHARDSON P.C.**

| INVOICE NUMBER | INVOICE DATE | VENDOR NO. | DESCRIPTION | DATE | CHECK NO. |
|---|---|---|---|---|---|
| | | | | 10/22/04 | 0287242 |
| | | | | | PAYMENT AMOUNT |
| See attachment(s) for details. | | | 287242 | | 15,918.07 |

---

**FISH & RICHARDSON P.C.**

225 Franklin Street
Boston, Massachusetts
02110-2804

52-153/112

**Fleet** FLEET MAINE, N.A.
SOUTH PORTLAND, ME

CHECK NO. 0287242

**CHECK AMOUNT**

DATE
10/22/04

****15,918.07

PAY

FIFTEEN THOUSAND NINE HUNDRED EIGHTEEN AND 07/100 DOLLARS

TO THE
ORDER
OF

Kwik Copy Group Inc.
527 Marquette Ave.
Suite 50
Minneapolis MN 55402

FISH & RICHARDSON P.C.

NON-NEGOTIABLE

U.S. DOLLARS VOID AFTER 180 DAYS

⑆0287242⑆ ⑈011201539⑈ 80 071 115⑈

K & B Copy Group, Inc.
527 Marquette Avenue
Suite 50
Minneapolis, Minnesota 55402
(612) 339-8100
Federal Tax  41-1943175

Invoice #:    00016963

Bill To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402

Ship To:
Fish & Richardson P.C., P.A.
60 South Sixth Street
Minneapolis, MN 55402
Attn: Chad
Job Number: 11-145i

| Salesperson | Client Reference | Due Date | Ship Via | Return Date | Date |
|---|---|---|---|---|---|
| Jay Fuhrmann | 14838-001LL1 | 12/9/2004 | Free | 11/30/2004 | 11/29/2004 |

| Qty. | Item No. | Description | Price | Unit | Disc | Extended | Tax |
|---|---|---|---|---|---|---|---|
| 1,390 | 56 | B&W Blowbacks | $0.10 | each | | $139.00 | X |
| 2 | 25 | Hand Time | $35.00 | p/hr | | $70.00 | X |

"Duplex Printing"

*Coslar fo Aty rew*

| | | |
|---|---|---|
| Sale Amount | $209.00 |
| Freight | $0.00 |
| Sales Tax | $14.63 |
| Total | $223.63 |
| Paid | $0.00 |
| Balance Due | $223.63 |

By signing this invoice you are acknowledging that the "Bill To" party will pay this invoice in full by the date as indicated above.
WE CANNOT ACCEPT THIRD PARTY BILLING RESPONSIBILITY.
Terms: Net 10 days. There will be a finance charge of 1% monthly on accounts past 30 days.

Received By:  *Chad J Rily*                    Date:  *12/20/04*

**FISH & RICHARDSON P.C.**

VENDOR NO. | DATE 12/31/04 | CHECK NO. 0292006

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | PAYMENT AMOUNT |
|---|---|---|---|
| See attachment(s) for details. | | 292006 | 7,167.55 |

---

**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, Massachusetts
02110-2804

Ⓕ **Fleet**  FLEET MAINE, N.A.
SOUTH PORTLAND, ME

CHECK NO. 0292006

52-153/112

**CHECK AMOUNT**

DATE
12/31/04

****7,767.55

PAY    SEVEN THOUSAND SEVEN HUNDRED SIXTY SEVEN AND 55/100 DOLLARS

TO THE
ORDER
OF     KwB Copy Group Inc.
527 Marquette Ave.
Suite 50
Minneapolis MN 55402

FISH & RICHARDSON P.C.

NON-NEGOTIABLE

U.S. DOLLARS  VOID AFTER 180 DAYS

⑈292006⑈ ⑆011201539⑆ 80 071 115⑈

# LEGAL REPROGRAPHICS INC.

FAST • QUALITY SERVICE • DAY OR NIGHT

PHOTOCOPYING • DOCUMENT IMAGING • GRAPHIC DESIGN

SUITE 1602     110 WEST "C" STREET     SAN DIEGO, CA 92101
(619) 234-0660
FAX: (619) 234-0668

BILL TO:

    Blum & Richardson P.C.
    4350 La Jolla Village Dr.
    Suite 800
    San Diego        CA 92122

| | |
|---|---|
| **INVOICE NUMBER:** | 9-1113-75 |
| **Date:** | 45-24-01 |
| Account Number: | 91-915079 |
| Sales Order Number: | 91-2616 |
| **Date Due:** | 05-31-01 |

Ordered By: John Johnson
Client Matter Number: 11072-00TLLC

Phone:   858 915079

Client Service Manager: Derek Berg       FEDERAL TAX I.D. 33-0478750

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 9,793.000 Heavy Litigation Copying | | .17 | 1,494.81 |

| | |
|---|---|
| Non-Taxable: | .00 |
| Taxable: | 1,494.81 |
| Sales Tax: | 114.58 |
| Delivery: | .00 |
| **TOTAL DUE:** | 1,609.39 |

Terms are net 10 days, your account is subject to carrying charges of 1½% per month after 30 days. See back for additional terms and conditions.

SIGNATURE: _____ DATE: _____

**Top White:** Legal Reprographics     **White:** Client     **Pink:** Legal Reprographics

# LEGAL REPROGRAPHICS INC.

FAST • QUALITY SERVICE • DAY OR NIGHT

PHOTOCOPYING • DOCUMENT IMAGING • GRAPHIC DESIGN

SUITE 1602        110 WEST "C" STREET      SAN DIEGO, CA 92101

(619) 234-0660

FAX: (619) 234-0668

**BILL TO:**

**INVOICE NUMBER:**
Date:
Account Number:
Sales Order Number:
**Date Due:**

Ordered By:
Client Matter Number:

Phone:

Client Service Manager:        FEDERAL TAX I.D. 33-0478750

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| | | | |

*Copies of '992 and '702 histories for T. Miller*

*OK to pay*

| | | |
|---|---|---|
| Non-Taxable: | | |
| Taxable: | | |
| Sales Tax: | | |
| Delivery: | | |
| **TOTAL DUE:** | | |

Terms are net 10 days, your account is subject to carrying charges of 1½% per month after 30 days. See back for additional terms and conditions.

SIGNATURE: _____    DATE: _____

Top White: Legal Reprographics      White: Client      Pink: Legal Reprographics

**FISH & RICHARDSON P.C.**

| | | | | CHECK NO. |
|---|---|---|---|---|
| | VENDOR NO. | | DATE | 0252074 |

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | | PAYMENT AMOUNT |
|---|---|---|---|---|

See attachment(s) for details.

252074

---

**FISH & RICHARDSON P.C.**

225 Franklin Street
Boston, Massachusetts
02110-2804

◎ **Fleet**    FLEET MAINE, N.A.
SOUTH PORTLAND, ME

52-153/112

CHECK NO.   0252074

**CHECK AMOUNT**

DATE

04/15/93

PAY   SEVEN THOUSAND NINE HUNDRED FORTY EIGHT AND 00/100 DOLLARS

TO THE
ORDER
OF

Legal Reprographics Inc.
110 West C St.
Suite 1600
San Diego CA 92101

FISH & RICHARDSON P.C.

U.S. DOLLARS - VOID AFTER 180 DAYS

⑆252074⑆ ⑉011201539⑉ 80 071 115⑈



LEGAL REPROGRAPHICS INC.
FAST • QUALITY SERVICE • DAY OR NIGHT
PHOTOCOPYING • DOCUMENT IMAGING • GRAPHIC DESIGN
110 WEST "C" STREET

SUITE 1602

SAN DIEGO, CA 92101
(619) 234-0660
FAX: (619) 234-0668

**BILL TO:**

**INVOICE NUMBER:**
Date:
Account Number:
Sales Order Number:
**Date Due:**

Ordered By:
Client Matter Number:

Phone:

Client Service Manager:

FEDERAL TAX I.D. 33-0478750

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| | Copying prior art publs. for T. Muller | | |

okay to pay

Non-Taxable:
Taxable:
Sales Tax:
Delivery:

**TOTAL DUE:**

Terms are net 10 days, your account is subject to carrying charges of 1½% per month after 30 days. See back for additional terms and conditions.

**SIGNATURE:** _____     **DATE:** _____

Top White: Legal Reprographics          White: Client          Pink: Legal Reprographics



**LEGAL REPROGRAPHICS INC.**
FAST • QUALITY SERVICE • DAY OR NIGHT
PHOTOCOPYING • DOCUMENT IMAGING • GRAPHIC DESIGN

SUITE 1602        110 WEST "C" STREET       SAN DIEGO, CA 92101
(619) 234-0660
FAX: (619) 234-0668

**BILL TO:**

**INVOICE NUMBER:**
Date:
Account Number:
Sales Order Number:
**Date Due:**

Ordered By:
Client Matter Number:

Phone:

Client Service Manager:

FEDERAL TAX I.D. 33-0478750

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| | | | |
| | Copying prior art for T. Miller | | |

okay to pay DR
5-12-03

Non-Taxable:
Taxable:
Sales Tax:
Delivery:

**TOTAL DUE:**

Terms are net 10 days, your account is subject to carrying charges of 1½% per month after 30 days.  See back for additional terms and conditions.

SIGNATURE: _____     DATE: _____

Top White: Legal Reprographics      White: Client      Pink: Legal Reprographics

**FR** FISH & RICHARDSON P.C.

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | PAYMENT AMOUNT |
|---|---|---|---|
| 01124511E | 04/25/03 | outside photocopying - Legal Reprographics | 599.64 |
| 01130041R | 05/09/03 | copy prior art for TZM Legal Reprographics | 238.99 |
| 11302918 | 05/12/03 | copy prior art publications for TZM Legal Reprographics | 558.9 |
| 01124431R | 05/12/03 | outside photocopying - Legal Reprographics | 3,164.41 |

VENDOR NO.            DATE 05/23/03        CHECK NO. 0254556

254556            4,561.94

---

**FR** FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

**Fleet** FLEET MAINE, N.A.
SOUTH PORTLAND, ME

PAY        FOUR THOUSAND FIVE HUNDRED SIXTY ONE AND 94/100 DOLLARS

DATE 05/23/03

CHECK NO. 0254556

52-153/112

CHECK AMOUNT

**********4,561.94

TO THE
ORDER
OF

FISH & RICHARDSON P.C.

NONNEGOTIABLE

U.S. DOLLARS  VOID AFTER 180 DAYS

⑆0254556⑆ ⑉011201554⑉ 80 071 815⑈



# LEGAL REPROGRAPHICS INC.
### FAST • QUALITY SERVICE • DAY OR NIGHT
**PHOTOCOPYING • DOCUMENT IMAGING • GRAPHIC DESIGN**

SUITE 1602       110 WEST "C" STREET       SAN DIEGO, CA 92101
(619) 234-0660
FAX: (619) 234-0668

**BILL TO:**

**INVOICE NUMBER:**
**Date:**
Account Number:
Sales Order Number:
**Date Due:**

Ordered By:
Client Matter Number:          Phone:

Client Service Manager:       FEDERAL TAX I.D. 33-0478750

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
|  |  |  |  |

Non-Taxable:
Taxable:
Sales Tax:
Delivery:

**TOTAL DUE:**

Terms are net 10 days, your account is subject to carrying charges of 1½% per month after 30 days. See back for additional terms and conditions.

**SIGNATURE:** _____    **DATE:** _____

**Top White: Legal Reprographics**       **White: Client**       **Pink: Legal Reprographics**

**FR** FISH & RICHARDSON P.C.

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | | VENDOR NO | | PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| | | | | DATE 02/06/04 | CHECK NO. 027078 | |
| | | 270781 | | | | 10,435.99 |

See attachment(s) for details.

**FR** FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

(A) **Fleet**

FLEET MAINE, N.A.
SOUTH PORTLAND, ME

52-153/112

CHECK NO. **0270781**

PAY     TEN THOUSAND FOUR HUNDRED THIRTY FIVE AND 99/100 DOLLARS

DATE                    CHECK AMOUNT
02/06/04            ***10,435.99

TO THE
ORDER
OF

Legal Reprographics Inc.
110 West C St.
Suite 1600
San Diego CA 92101

FISH & RICHARDSON P.C.

NON NEGOTIABLE

U.S. DOLLARS · VOID AFTER 180 DAYS

⑂⑁270781⑁ ⑉011201534⑉ 80 071 115⑉

*** DUPLICATE INVOICE ***

Legal Reprographics Inc.
110 West C Street, Suite 1600
San Diego, CA 92101-3908

(619) 234-0660

INVOICE NUMBER:  0151445-IN
INVOICE DATE:  01/14/04

ORDER NUMBER:  0140386
ORDER DATE:  01/14/04
SALESPERSON:  DSB
CUSTOMER NO:  01-FIS5070

DUE DATE:  01/24/04

SOLD TO:
Fish & Richardson P.C.
12390 El Camino Real
San Diego         CA 92130-2081

FED ID# 33-0478750

CONFIRM TO:  Alise Valdes

| Client Matter #<br>14838-001-LL1 | Prepared by<br>BWJ | TERMS<br>Net 10 | | |
|---|---|---|---|---|
| DESCRIPTION | SHIPPED | BACK ORD | PRICE | AMOUNT |
| | 26.000 | .000 | .250 | 6.500 |
| Hand Placed on Glass Copying<br>11X17 Oversize Documents | 26.000 | .000 | .350 | 9.100 |

|  | |
|---|---|
| NET INVOICE: | 15.60 |
| LESS DISCOUNT: | .00 |
| FREIGHT: | .00 |
| SALES TAX: | 1.21 |
| INVOICE TOTAL: | 16.81 |

**Fish & Richardson P.C.**

| | | | VENDOR NO. | DATE | CHECK NO. |
|---|---|---|---|---|---|
| | | | | 07/26/04 | 0281791 |

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | | PAYMENT AMOUNT |
|---|---|---|---|---|
| 01514451N | 01/14/04 | oversized documents | | 16.61 |
| | | Legal Reprographics | | |
| 01582431N | 06/29/04 | AT&T production - Legal | | 3,035.72 |
| | | Reprographics | | |
| 01584201N | 07/02/04 | AT&T production - Legal | | 10,171.84 |
| | | Reprographics | | |
| 01584551N | 07/06/04 | IBM production - Legal | | 5,406.68 |
| | | Reprographics | | |
| | | | 281791 | 18,631.85 |

**Fish & Richardson P.C.**

225 Franklin Street
Boston, Massachusetts
02110-2804

○ **Fleet**
FLEET MAINE N.A.
SOUTH PORTLAND, ME

PAY    EIGHTEEN THOUSAND SIX HUNDRED THIRTY ONE AND 05/100 DOLLARS

| | DATE | | CHECK NO. |
|---|---|---|---|
| | 07/26/04 | ****18,631.85 | **CHECK AMOUNT** |

TO THE
ORDER
OF

Legal Reprographics Inc.
110 West C St.
Suite 1600
San Diego CA 92101

52-153/112

FISH & RICHARDSON P.C.

US DOLLARS - VOID AFTER 180 DAYS

⑆0281791⑆ ⑆011201530⑆ 80 071 115⑆

CHECK NO.
**0281791**