FOLEY & LARDNER LLP
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 824286**

DATE Mar 01, 2004

79-1160/759

PAY    TWO HUNDRED SEVENTEEN AND 22/100 Dollars

| AMOUNT |
|---|
| *******217.22 |

U.S. BANK WAUSAU, WISCONSIN

PAY TO
THE
ORDER
OF

**FISH & RICHARDSON P.C.**
**12390 EL CAMINO REAL**
**SAN DIEGO, CA 92130**

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

FOR _____

⑈824286⑈ ⑈075911603⑈ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | | Paid to | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 03/01/04 | 824286 | *******217.22 | | FISH & RICHARDSON P.C. | | | |
| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description | | |
| 030104 | 03-01-04 | 028327-9001 | 20103 | 0100 | 217.22 | HEARING TRANSCRIPT | | |

4

**Exhibit A**

# CHECK REQUEST

## CLIENT EXPENSES

TO:     ACCOUNTING                          Date of Request:      February 27, 2004

FROM:          V. de Gyarfas                 Date Check Needed:   March 1, 2004

AMOUNT:                                      $217.22

Make Check Payable To:                       Fish & Richardson

Client/Matter Name:                          028327

Client/Matter Number:                        9001

Purpose of Check:                            Cost of hearing transcript (1/2)

Responsible Attorney:                        Bill Robinson

F&L Person to Receive Check:                 Lian Saptoro


Requesting Attorney:                         _____

Second Approval:                             _____
(by Billing or Responsible
Partner if $100 or more)

**ATTACH A <u>COPY</u> OF INVOICE OR COURT FILING FEES FOR BACKUP**

| FOR ACCOUNTING USE ONLY: |
| --- |
| 1.     Check No.:     _____ |
| 2.     Date Paid:     _____ |

**Exhibit A** 1228935

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

# NO. 838145

79-1160/759

DATE May 11, 2004

PAY    THREE HUNDRED EIGHTY-FIVE AND 00/100 Dollars

| AMOUNT |
| --- |
| *******385.00 |

U.S. BANK WAUSAU, WISCONSIN

PAY TO
THE
ORDER OF    **FISH & RICHARDSON**

*Tom L Budd*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈838145⑈ ⑆0759⑈1603⑆ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | | Paid to | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 05/11/04 | 838145 | *******385.00 | | FISH & RICHARDSON | |
| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
| 051004 | 05-10-04 | 028327-9001 | 20103 | 0100 | 385.00 | MARKMAN HEARING TRANSCRIPT |

SENT
MAY 1 1 2004

Exhibit A

# CHECK REQUEST

## CLIENT EXPENSES

TO:    ACCOUNTING                          Date of Request:        May 10, 2004

FROM:       VICTOR DE GYARFAS              Date Check Needed:  May 11, 2004

AMOUNT:                                    $385.00

Make Check Payable To:                     FISH & RICHARDSON

Client/Matter Name:                        028327

Client/Matter Number:                      9001

Purpose of Check:                          MARKMAN HEARING TRANSCRIPT

Responsible Attorney:                      V. DE GYARFAS

F&L Person to Receive Check:               L. SAPTORO

Requesting Attorney:

Second Approval:
(by Billing or Responsible
Partner if $100 or more)

**ATTACH A <u>COPY</u> OF INVOICE OR COURT FILING FEES FOR BACKUP**

FOR ACCOUNTING USE ONLY:

1.      Check No.:      _____

2.      Date Paid:      _____

FOLEY & LARDNER
ACCOUNTING RECEIVED

MAY 11 2004

FISHR ③

1951268

THIS DOCUMENT IS VOID IF COLORED BACKGROUND DOES NOT APPEAR ON THE FACE

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

# NO. 844791

DATE Jun 14, 2004

79-1160/759

| | AMOUNT |
|---|---|
| | *******213.75 |

**PAY** TWO HUNDRED THIRTEEN AND 75/100 Dollars

U.S. BANK WAUSAU, WISCONSIN

PAY TO
THE
ORDER
OF

**FISH & RICHARDSON P.C.**

Tom F Budd

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑆844791⑆ ⑈075911603⑈ 755701⑆992⑆

| Page number | Check date | Check number | Check Amount | | | Paid to | |
|---|---|---|---|---|---|---|---|
| 1 | 06/14/04 | 844791 | ********213.75 | | | FISH & RICHARDSON P.C. | |
| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description | |
| 061104 | 06-11-04 | 028327-9001 | 20103 | 0100 | 213.75 | MARKMAN TRANSCRIPT | |

Exhibit A

# CHECK REQUEST

## CLIENT EXPENSES

TO:   ACCOUNTING                          Date of Request:      June 11, 2004

FROM:      V. DE GYARFAS                  Date Check Needed:   June 14, 2004

AMOUNT:                                   $213.75

Make Check Payable To:                    FISH & RICHARDSON P.C.

Client/Matter Name:                       028327

Client/Matter Number:                     9001

Purpose of Check:                         MARKMAN TRANSCRIPT OF 5/18-19/04

Responsible Attorney:                     V. DE GYARFAS   *VSDG*

F&L Person to Receive Check:              V. DE GYARFAS


Requesting Attorney:                      _____

Second Approval:                          _____
(by Billing or Responsible
Partner if $100 or more)


### ATTACH A <u>COPY</u> OF INVOICE OR COURT FILING FEES FOR BACKUP

---

| FOR ACCOUNTING USE ONLY: |
| 1.   Check No.:   _____ |
| 2.   Date Paid:   _____ |

FISHRI ③
1242194

THIS DOCUMENT IS VOID IF COLORED BACKGROUND DOES NOT APPEAR ON FACE

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 937234**

79-1160/759

Date    Sep 29, 2005
**Void After 90 Days**

| | AMOUNT |
|---|---|
| | *****1,536.52 |

**PAY**    ONE THOUSAND FIVE HUNDRED THIRTY-SIX AND 52/100 Dollars

U.S. BANK  WAUSAU, WISCONSIN

PAY TO
THE
ORDER
OF

**LEE-ANNE SHORTRIDGE, CSR**
**280 SOUTH FIRST STREET**
**ROOM 2112**
**SAN JOSE, CA 95113**

*Tom L Budd*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈937234⑈ ⑆075911603⑆ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | Paid to |
|---|---|---|---|---|
| 1 | 09/29/05 | 937234 | *****1,536.52 | LEE-ANNE SHORTRIDGE, CSR |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 00000403 | 09-12-05 | 028327-9001 | 20103 | 0100 | 1,536.52 | |

SENT
SEP 2 9 2005

10                                    Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000403

**MAKE CHECKS PAYABLE TO:**

Lee-Anne Shortridge
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Victor Degyarfas
Foley & Lardner, LA
2029 Century Park East
Suite 3500
Los Angeles, CA 90067

Phone: (310) 277-2223
FAX:

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

FOLEY & LARDNER
ACCOUNTING RECEIVED
SEP 23 2005

| | CRIMINAL | X CIVIL | DATE ORDERED: 09-12-2005 | DATE DELIVERED: 09-12-2005 |

**Case Style:** , IN RE: ACACIA v
Transcript of Proceedings held on 9/8/05 & 9/9/05.   hard copy, disk,
miniscript & e-mail.

141730

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | 428 | 1.10 | 470.80 | 1284 | 0.83 | 1,065.72 | 1,536.52 |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 1,536.52 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| **OK TO PAY:** | | | | | | TAX (If Applicable): | | | | |
| **CLIENT/MATTER #:** | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $1,536.52 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page format used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 09-12-2005 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

**Exhibit A**

14