**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

## NO. 853096

79-1160/759

DATE  Jul 27, 2004

| AMOUNT |
|---|
| *******460.48 |

U.S. BANK  WAUSAU, WISCONSIN

PAY      FOUR HUNDRED SIXTY AND 48/100 Dollars

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**
**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

*Tom L Budd*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈853096⑈ ⑆075911603⑆ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | Paid to |
|---|---|---|---|---|
| 1 | 07/27/04 | 853096 | *******460.48 | RAINER W. SCHULZ |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 681 | 05-20-04 | 028327-9001 | 20103 | 0100 | 460.48 | EXPERT WITNESS FEE |

**Exhibit B**

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|---|---|
| 5/20/2004 | 681 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 6/3/2004 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 4/9/2004 | Air transportation, sjc-sna | 1.0 | 224.70 | 224.70 |
| 4/9/2004 | Court hearing | 5.0 | 100.00 | 500.00 |
| 4/11/2004 | Documentation review | 2.0 | 200.00 | 400.00 |
| 4/12/2004 | Documentation review | 5.0 | 200.00 | 1,000.00 |
| 4/13/2004 | Documentation review | 5.0 | 200.00 | 1,000.00 |
| 4/14/2004 | Mtg with Randy Garteiser & doc review | 4.0 | 200.00 | 800.00 |
| 4/15/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 4/17/2004 | Doc review | 3.0 | 200.00 | 600.00 |
| 4/18/2004 | Patent description (992) analysis | 9.0 | 200.00 | 1,800.00 |
| 4/19/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 4/20/2004 | Claims analysis (992) | 1.0 | 200.00 | 200.00 |

| | | | | |
|---|---|---|---|---|
| 4/21/04 | Mtg with Randy Garteiser | 2.0 | 200.00 | 400.00 |
| 4/23/2004 | Doc review | 4.0 | 200.00 | 800.00 |
| 4/26/2004 | Mtg preparation, patent review | 1.0 | 200.00 | 200.00 |
| 4/27/2004 | Mtg preparation, patent review | 2.0 | 200.00 | 400.00 |
| 4/29/2004 | Mtg with Randy Garteiser | 3.0 | 200.00 | 600.00 |
| 5/11/2004 | Claim constr. review | 3.0 | 200.00 | 600.00 |
| 5/13/2004 | Claim constr. review, patent review | 6.0 | 200.00 | 1,200.00 |
| 5/15/2004 | Doc review | 5.0 | 200.00 | 1,000.00 |
| 5/16/2004 | Claims construction analysis | 8.0 | 200.00 | 1,600.00 |
| 5/16/2004 | Air fare, sjc/sna | 1.0 | 237.70 | 237.70 |
| 5/17/2004 | Mtg with judge Ware and Randy Garteiser | 2.0 | 200.00 | 400.00 |
| 5/17/2004 | Claims constr. analysis | 3.0 | 200.00 | 600.00 |
| 5/18/2004 | Court hearing | 5.0 | 200.00 | 1,000.00 |
| 5/19/2004 | Court hearing | 5.0 | 200.00 | 1,000.00 |
| 5/19/2004 | Lodging SNA | 1.0 | 135.85 | 135.85 |
| It's a pleasure working with you! | | | | |
| | Total | | 17,498.25 | |



CHAMBERS OF
**JAMES WARE**
UNITED STATES DISTRICT JUDGE

(408) 535-5454

June 7, 2004

Roderick G. Dorman
Alan P. Block
Kevin Shenkman
Hennigan, Bennett & Dorman LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017

Gary A. Hecker
James M. Slominski
The Hecker Law Group
1925 Century Park East, Suite 2300
Los Angeles, California 90067

Juanita Brooks
Christopher Marchese
Todd G. Miller
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130

Douglas W. Sprinkle
Mark Schneider
Gifford, Krass, Groh, Sprinkle,
Sanderson & Citkowski
280 North Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009

Gregory B. Wood
Fulbright & Jaworski LLP
865 South Figueroa Street, 29th Floor
Los Angeles, California 90017

Jeffrey D. Sullivan
Baker Botts, LLP
30 Rockefeller Plaza
New York, New York 10112

Victor de Gyarfas
Foley & Lardner
2029 Century Park East, 35th Floor
Los Angeles, California 90067

Re: <u>Acacia Media Technologies Corp. v. New Destiny Internet Group, et al.</u>
Case No. SA-CV-02-1040-JW(MLGx)
Consolidated & Related Cases
Invoice for Technical Consultant

Dear Counsel:

Please find attached an invoice from the Court appointed Technical Consultant, Rainer Schulz. Pursuant to the Court's April 7, 2004 Order Appointing Technical Consultant, Plaintiff shall pay one-half of the fees directly to Mr. Schulz. Defendants shall pay one-half of the fees directly to Mr. Schulz. Defendants should confer among themselves to determine an apportionment for purposes of payment of Mr. Schulz's fees.

Please contact me if there are any concerns.

Sincerely yours,

*James Ware*

James Ware

Exhibit B

THIS DOCUMENT IS VOID IF COLORED BACKGROUND DOES NOT APPEAR ON THE FACE

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

# NO. 862955

79-1160/759

DATE Sep 15, 2004

PAY    ONE HUNDRED FIFTY-TWO AND 64/100 Dollars

| AMOUNT |
|--------|
| *******152.64 |

U.S. BANK  WAUSAU, WISCONSIN

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**
**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

Tom L Budd

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈862955⑈ ⑆075911603⑆ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | | Paid to |
|---|---|---|---|---|---|
| 1 | 09/15/04 | 862955 | *******152.64 | | RAINER W. SCHULZ |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 682 | 07-01-04 | 028327-9001 | 20103 | 0100 | 152.64 | |

**Exhibit B**

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|------|-----------|
| 7/1/2004 | 682 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/31/2004 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 05/25/2004 | '702 patent review | 3.0 | 200.00 | 600.00 |
| 05/27/2004 | Joint claim constr. review | 2.0 | 200.00 | 400.00 |
| 06/03/2004 | Joint claim constr. review | 1.0 | 200.00 | 200.00 |
| 06/15/2004 | Document review | 3.0 | 200.00 | 600.00 |
| 06/29/2004 | Document review | 1.0 | 200.00 | 200.00 |
| 06/30/2004 | Court meeting | 4.50 | 200.00 | 900.00 |
| It's a pleasure working with you! | | **Total** | | **2,900.00** |

028327-9001

Pay 1/19 pu attached

$152.64

pay only

AUG 3 1 2004

RAISCH
1291823

VSDG

17

Exhibit B

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

79-1160/759

DATE  Sep 24, 2004

PAY    ONE HUNDRED FIFTY-SEVEN AND 90/100 Dollars

| AMOUNT |
|---|
| *******157.90 |

U.S. BANK  WAUSAU, WISCONSIN

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**
**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

*Tom L Budd*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈864376⑈ ⑆075911603⑆ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | Paid to |
|---|---|---|---|---|
| 1 | 09/24/04 | 864376 | *******157.90 | RAINER W. SCHULZ |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 687 | 08-30-04 | 028327-9001 | 20103 | 0100 | 157.90 | |

**Exhibit B**

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|------|-----------|
| 8/30/2004 | 687 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

*028327-9001*

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 9/29/2004 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 07/01/2004 | Court mtg. | 3.0 | 200.00 | 600.00 |
| 07/05/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 07/06/2004 | Court mtg. | 3.0 | 200.00 | 600.00 |
| 07/07/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 07/12/2004 | Doc review | 1.50 | 200.00 | 300.00 |
| 08/06/2004 | Doc review | 0.50 | 200.00 | 100.00 |
| 08/17/2004 | Tel. conf. & mtg | 1.50 | 200.00 | 300.00 |
| 08/18/2004 | Doc review | 1.50 | 200.00 | 300.00 |
| | | | **Total** | **3,000.00** |

*pay 1/4th per attached*

*= $1579⁰*

*AUG 3 1 2004*

*RAISCH*

*1291824*

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 882621**

**Date** Dec 28, 2004
**Void After 90 Days**

79-1160/759

**AMOUNT**

**\*\*\*\*\*\*\*227.78**

U.S. BANK WAUSAU, WISCONSIN

**PAY** TWO HUNDRED TWENTY-SEVEN AND 78/100 Dollars

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**
**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

FOR_____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈882621⑈ ⑆075911603⑆ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | Paid to |
|---|---|---|---|---|
| 1 | 12/28/04 | 882621 | \*\*\*\*\*\*\*227.78 | RAINER W. SCHULZ |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 688 | 12-06-04 | 028327-9001 | 20103 | 0100 | 227.78 | |

SENT
DEC 2 8 2004

Exhibit B

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|---|---|
| 12/6/2004 | 688 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 12/15/2004 | |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/1/2004 | Doc review | 4.0 | 200.00 | 800.00 |
| 12/2/2004 | Doc review, court meeting | 4.0 | 200.00 | 800.00 |
| 12/3/2004 | report preparation | 5.50 | 200.00 | 1,100.00 |
| 12/5/2004 | report generation | 7.0 | 200.00 | 1,400.00 |
| Thank you for your business! | | Total | | 4,100.00 |

÷ 18

IWI share ⟶  1 = $227.78

OK TO PAY: *William J Peterson*

CLIENT/MATTER #: 08037-9001

DEC 07 2004

RAISCH
1325364

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 890096**

**Date** Feb 08, 2005
**Void After 90 Days**

79-1160/759

**PAY** TWENTY-TWO AND 22/100 Dollars

| AMOUNT |
|---|
| ********22.22 |

U.S. BANK  WAUSAU, WISCONSIN

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**
**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

*Tom L Budde*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈890096⑈ ⑆075911603⑆ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | | | | Paid to |
|---|---|---|---|---|---|---|---|
| 1 | 02/08/05 | 890096 | ********22.22 | | | RAINER W. SCHULZ | |

| Invoice Number | Invoice Date | Matter.# | GL Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 689 | 01-13-05 | 028327-9001 | 20103 | 0100 | 22.22 | |

SENT
FEB 11 2005

Exhibit B

# Invoice

Rainer W. Schulz
P.O. Box 370
Los Altos, CA 94023-0370
Tel. 650-949-3815
Fax 650-292-2483

| DATE | INVOICE # |
|------|-----------|
| 1/13/2005 | 689 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/31/2005 | |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 12/15/2004 | Court meeting | 2.0 | 200.00 | 400.00 |
| Happy New Year! | | Total | | 400.00 |

$\frac{1}{18} \times \$400 = \$22.^{22}$

RASCH
1332104

OK TO PAY: *William J. Robinson*

CLIENT/MATTER #: 08327-0001

THIS DOCUMENT IS VOID IF COLORED BACKGROUND DOES NOT APPEAR ON PAGE

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 949633**

Date   Nov 30, 2005
**Void After 90 Days**

79-1160/759

**PAY**    EIGHTY-THREE AND 33/100 Dollars

| AMOUNT |
|---|
| ********83.33 |

U.S. BANK  WAUSAU, WISCONSIN

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**
**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

*Tom L Budd*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈949633⑈ ⑉075911603⑉ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | | Paid to | | |
|---|---|---|---|---|---|---|---|
| 1 | 11/30/05 | 949633 | ********83.33 | | RAINER W. SCHULZ | | |
| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description | |
| 691 | 10-04-05 | 028327-9001 | 20103 | 0100 | 83.33 | | |

CHECK
NOV 3 0 2005

**Exhibit B**

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|---|---|
| 10/4/2005 | 691 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/25/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 9/8/2005 | Review of hearing exhibits | 1.0 | 300.00 | 300.00 |
| 9/9/2005 | Court hearing | 5.0 | 300.00 | 1,500.00 |
| 9/11/2005 | Review of hearing exhibits | 6.0 | 300.00 | 1,800.00 |
| 9/14/2005 | Consultation with Judge Ware | 3.0 | 300.00 | 900.00 |
| 9/21/2005 | Consultation with Judge Ware | 2.0 | 300.00 | 600.00 |
| 9/30/2005 | Review of hearing exhibits | 3.0 | 300.00 | 900.00 |
| | | | Total | 6,000.00 |

NOV 15 2005

RAIsch

1438241

OK TO PAY: _William M_

CLIENT/MATTER #: 2052/900

Our portion is $83.33.

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 991269**

**Date    Jul 07, 2006**
**Void After 90 Days**

79-1160/759

| AMOUNT |
|---|
| *******431.25 |

U.S. BANK  WAUSAU, WISCONSIN

**PAY**      FOUR HUNDRED THIRTY-ONE AND 25/100 Dollars

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**
**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

*Tom L Budd*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈991269⑈ ⑆075911603⑈ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | | | Paid to | |
|---|---|---|---|---|---|---|---|
| 1 | 07/07/06 | 991269 | *******431.25 | | | RAINER W. SCHULZ | |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 696 | 03-01-06 | 028327-9001 | 20103 | 0100 | 52.08 | #028327-9001 |
| 692 | 11-17-05 | 028327-9001 | 20103 | 0100 | 79.17 | #028327-9001 |
| 702 | 06-01-06 | 028327-9001 | 20103 | 0100 | 272.92 | #028327-9001 |
| 700 | 05-01-06 | 028327-9001 | 20103 | 0100 | 27.08 | #028327-9001 |

**Exhibit B**

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/1/2006 | 696 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/31/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 02/20/2006 | Review of Court filings | 0.5 | 300.00 | 150.00 |
| 02/22/2006 | Review of Court filings | 1 | 300.00 | 300.00 |
| 02/24/2006 | Court hearing | 4 | 300.00 | 1,200.00 |
| 02/26/2006 | Document review | 2 | 300.00 | 600.00 |
| 02/28/2006 | Document review | 5 | 300.00 | 1,500.00 |

*RAISCH*
*15/2021*

OK TO PAY: _____

AMOUNT TO BE PAID: $52.08

CLIENT/MATTER #: 028327-9001

Thank you.

| Total | 3,750.00 |
|-------|----------|

ONLY PAY $52.08

OK /s/ 028327
9001

13/18THS of 1/4
= 677.08

27

**Exhibit B**

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/17/2005 | 692 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/2/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 10/25/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 10/26/2005 | Consultation with Judge Ware | 2 | 300.00 | 600.00 |
| 10/27/2005 | Review of court filings | 4.5 | 300.00 | 1,350.00 |
| 10/29/2005 | Review of court filings | 5 | 300.00 | 1,500.00 |
| 10/31/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |
| 11/16/2005 | Consultation with Judge Ware | 3 | 300.00 | 900.00 |

*RAISCH 15/2031*

OK TO PAY: _____

AMOUNT TO BE PAID: $79.17

CLIENT/MATTER #: 028327-0001

| | Total | 5,700.00 |
|-|-------|----------|

*ONLY PAY $79.17*

*028327 9001*

*OK*

Exhibit B

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/1/2006 | 702 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 6/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 05/16/2006 | mtg. with judge Ware and doc rev. | 4.5 | 300.00 | 1,350.00 |
| 05/17/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/18/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/19/2006 | document review | 1 | 300.00 | 300.00 |
| 05/21/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/22/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/23/2006 | document review | 2 | 300.00 | 600.00 |
| 05/24/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/25/2006 | document review | 3 | 300.00 | 900.00 |
| 05/26/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/27/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/28/2006 | document review | 6 | 300.00 | 1,800.00 |
| 05/29/2006 | document review | 3 | 300.00 | 900.00 |
| 05/30/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/31/2006 | document review | 5 | 300.00 | 1,500.00 |

OK TO PAY:_____

AMOUNT TO BE PAID: $272.92

CLIENT/MATTER #: 028327-9001

RATSCH
151 2035

| Total | 19,650.00 |
|-------|-----------|

ONLY PAY $272.92

OK

028327, 9001

Exhibit B

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/1/2006 | 700 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2006 | Document review | 3 | 300.00 | 900.00 |
| 04/07/2006 | Document review | 3.5 | 300.00 | 1,050.00 |

*RATSCH 1512036*

OK TO PAY: _____

AMOUNT TO BE PAID: *$27.08*

CLIENT/MATTER #: *028327-9001*

Thank you.

| Total | | | | 1,950.00 |

*ONLY PAY $27.08*

*OK*

*028327.9001*

Exhibit B

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

Date    Mar 31, 2006
Void After 90 Days

**NO. 972440**

79-1160/759

**AMOUNT**
********18.75

U.S. BANK  WAUSAU, WISCONSIN

PAY        EIGHTEEN AND 75/100 Dollars

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**
**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

*Tom F Budd*

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

FOR _____

⑆972440⑆ ⑉075911603⑉ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | Paid to | | |
|---|---|---|---|---|---|---|
| 1 | 03/31/06 | 972440 | ********18.75 | RAINER W. SCHULZ | | |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 693 | 12-11-05 | 028327-9001 | 20103 | 0100 | 18.75 | |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/11/2005 | 693 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/30/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 12/02/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 12/05/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |

*Raisch*
*1478988*

*Plc   028327.9101*
*change   $18.75   for*
*IWI's share of this bill*

| | **Total** | 1,350.00 |

*1/72 of $18.75 owed by IWI*
*028327.9001*

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 991766**

**Date    Jul 11, 2006**
**Void After 90 Days**

79-1160/759

| AMOUNT |
| --- |
| *******206.25 |

U.S. BANK  WAUSAU, WISCONSIN

**PAY**    TWO HUNDRED SIX AND 25/100 Dollars

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**
**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

*Tom F Budde*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈991766⑈ ⑆075911603⑉ 755701⑈992⑈

| Page number | Check date | Check number | Check Amount | Paid to |
| --- | --- | --- | --- | --- |
| 1 | 07/11/06 | 991766 | *******206.25 | RAINER W. SCHULZ |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
| --- | --- | --- | --- | --- | --- | --- |
| 705 | 07-05-06 | 028327-9001 | 20103 | 0100 | 206.25 | #028327-9001 |

Exhibit B

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/5/2006 | 705 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

RAISCH

1512808

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/21/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 06/01/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/03/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/04/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/06/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/08/2006 | Document review | 1 | 300.00 | 300.00 |
| 06/09/2006 | Meeting with Judge Ware | 2.5 | 300.00 | 750.00 |
| 06/14/2006 | Court meeting | 6 | 300.00 | 1,800.00 |
| 06/15/2006 | Court meeting | 3.5 | 300.00 | 1,050.00 |
| 06/19/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/20/2006 | document review | 5 | 300.00 | 1,500.00 |
| 06/21/2006 | Document review | 6 | 300.00 | 1,800.00 |
| 06/24/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/28/2006 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |

OK TO PAY: _____

AMOUNT TO BE PAID: $206.25

CLIENT/MATTER #: 028327-9001.

OK

028327-9001

| | | Total | 13,200.00 |

Pay only $206.25

34

028327-9001

**Exhibit B**

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 1057933**

**Date** Jun 14, 2007
**Void After 90 Days**

79-1160/759

| AMOUNT |
|---|
| *******600.00 |

U.S. BANK WAUSAU, WISCONSIN

**PAY** SIX HUNDRED AND 00/100 Dollars

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**
**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

*Tom L Budd*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

�␣1057933�␣ ⑆075911603⑆ 755701992⑈

| Page number | Check date | Check number | Check Amount | Paid to |
|---|---|---|---|---|
| 1 | 06/14/07 | 1057933 | ********600.00 | RAINER W. SCHULZ |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 718 | 06-02-07 | 028327-9001 | 20103 | 0100 | 600.00 | DOCUMENT REVIEW |

*Cleared 6/25/07*

SENT
JUN 1 4 2007

*over paid by $5b.44*

Exhibit B

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/2/2007 | 718 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/2/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2007 | Document review | 2 | 300.00 | 600.00 |

$\frac{1}{45} \times \$600 = \$13.\overset{34}{}$

FOLEY & LARDNER
ACCOUNTING RECEIVED

JUN 04 2007

VENDOR *RAISCH*
VOUCHER *1629886*

OK TO PAY: *William C. Atkinson*

AMOUNT TO BE PAID: *$13.34*

CLIENT/MATTER #: *028327 - 9001*

*$586.66*

| | Total | 600.00 |
|--|-------|--------|

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 1078482**

79-1160/759

**Date    Sep 27, 2007**
**Void After 90 Days**

| AMOUNT |
|--------|
| 262.50 |

U.S. BANK  WAUSAU, WISCONSIN

**PAY**    TWO HUNDRED SIXTY-TWO AND 50/100 Dollars

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**

**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈1078482⑈ ⑆075911603⑆ 755701992⑈

| Page number | Check date | Check number | Check Amount | Paid to |
|---|---|---|---|---|
| 1 | 09/27/07 | 1078482 | 262.50 | RAINER W. SCHULZ |

| Invoice Number | Invoice Date | Matter # | Gl Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 724 | 08-31-07 | 028327-9001 | 20103 | 0100 | 262.50 | DOCUMENT REVIEW |

**SENT**
SEP 2 7 2007

37                                                      **Exhibit B**

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2007 | 724 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 9/17/2007 | N/a |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 07/24/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 08/09/2007 | Doc. review | 7.5 | 300.00 | 2,250.00 |
| 08/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/11/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/12/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/13/2007 | Mtg. with Judge Ware | 0.5 | 300.00 | 150.00 |
| 08/14/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/17/2007 | Court hearing | 4.5 | 300.00 | 1,350.00 |
| 08/24/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/25/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/26/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/27/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/28/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/31/2007 | Mtg. with Judge Ware | 1 | 300.00 | 300.00 |

OK TO PAY *William JJ Robinson*

AMOUNT TO BE PAID: $262. 50

CLIENT/MATTER #: 028327-9001

SEP 05 2007

RAISCH

1666251

| | Total | 15,750.00 |

THIS DOCUMENT IS VOID IF COLORED BACKGROUND DOES NOT APPEAR ON FACE

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 1090423**

Date   Nov 28, 2007
Void After 90 Days

79-1160/759

| AMOUNT |
|--------|
| 40.18 |

U.S. BANK WAUSAU, WISCONSIN

PAY   FORTY AND 18/100 Dollars

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**

**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

_Tom F Budd_

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

FOR _____

⑈1090423⑈ ⑆075911603⑆ 755701992⑈

| Page number | Check date | Check number | Check Amount | Paid to |
|---|---|---|---|---|
| 1 | 11/28/07 | 1090423 | 40.18 | RAINER W. SCHULZ |

| Invoice Number | Invoice Date | Matter # | S Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 728 | 11-04-07 | 028327-9001 | 20103 | 0100 | 40.18 | DOCUMENT REVIEW AND MEETING WITH JUDGE |

NOV 2 8

39                                                          Exhibit B

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/4/2007 | 728 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 11/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 09/04/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/13/2007 | Document review | 1 | 300.00 | 300.00 |
| 09/14/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 09/19/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 09/21/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/27/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 10/19/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |

OK TO PAY: _William J. Robinson_

AMOUNT TO BE PAID: $ 40. 18 → only

CLIENT/MATTER #: 028327-9001

FOLEY & LARDNER
ACCOUNTING RECEIVED

NOV 06 2007

VENDOR RAISCH

VOUCHER 1687847

**Total** 2,250.00

Exhibit B

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 1094734**

79-1160/759

Date    Dec 19, 2007
Void After 90 Days

| AMOUNT |
|---|
| 219.64 |

U.S. BANK WAUSAU, WISCONSIN

PAY    TWO HUNDRED NINETEEN AND 64/100 Dollars

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**

**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

*Tom L Budd*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑈1094734⑈ ⑆075911603⑆ 755701992⑈

| Page number | Check date | Check number | Check Amount | Paid to |
|---|---|---|---|---|
| 1 | 12/19/07 | 1094734 | 219.64 | RAINER W. SCHULZ |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
|---|---|---|---|---|---|---|
| 731 | 12-13-07 | 028327-9001 | 20103 | 0100 | 219.64 | DOCUMENT REVIEW AND MEETING WITH JUDGE |

SENT
DEC 1 9 2007

Exhibit B

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/13/2007 | 731 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/12/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 11/06/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 11/07/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 11/08/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 11/09/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 11/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 11/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 11/12/2007 | Doc. review | 5 | 300.00 | 1,500.00 |
| 11/14/2007 | Doc. review | 6.5 | 300.00 | 1,950.00 |
| 11/16/2007 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 12/03/2007 | Doc. review | 8 | 300.00 | 2,400.00 |
| 12/04/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |

FOLEY & LARDNER
ACCOUNTING RECEIVED

DEC 19 2007

VENDOR _RAISC14_

VOUCHER _1695495_

OK TO PAY: X _Victor de Gyarfas_

AMOUNT TO BE PAID: _$219.64_

CLIENT/MATTER #: _028327-9001_

| | Total | 12,300.00 |
|---|-------|-----------|

Exhibit B

**FOLEY & LARDNER LLP**
777 East Wisconsin Avenue
MILWAUKEE, WISCONSIN 53202

**NO. 1117422**

Date    Apr 29, 2008
Void After 90 Days

79-1160/759

| AMOUNT |
|--------|
| 66.96 |

U.S. BANK WAUSAU, WISCONSIN

PAY    SIXTY-SIX AND 96/100 Dollars

PAY TO
THE
ORDER
OF

**RAINER W. SCHULZ**

**P.O. BOX 370**
**LOS ALTOS, CA 94023-0370**

*Tom L Budd*

FOR _____

CHECKS OVER $15,000 REQUIRE TWO SIGNATURES

⑆1117422⑆ ⑈075911603⑈ 755701992⑈

| Page number | Check date | Check number | Check Amount | Paid to |
|-------------|-----------|--------------|--------------|---------|
| 1 | 04/29/08 | 1117422 | 66.96 | RAINER W. SCHULZ |

| Invoice Number | Invoice Date | Matter # | GL Acct | Ofc. | Amount | Description |
|----------------|--------------|----------|---------|------|--------|-------------|
| 737 | 04-01-08 | 028327-9001 | 20103 | 0100 | 66.96 | DOCUMENT REVIEW AND MEETING WITH JUDGE |

SENT
APR 29 2008

VEND0380036

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/1/2008 | 737 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/1/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 01/15/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/16/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/2008 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/24/2008 | Document review | 0.5 | 300.00 | 150.00 |
| 01/25/2008 | Meeting with Judge Ware | 1.5 | 300.00 | 450.00 |
| 01/29/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/30/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/31/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/03/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/04/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/05/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 02/09/2008 | Document review | 2 | 300.00 | 600.00 |

OK TO PAY: _William J. Robinson_

AMOUNT TO BE PAID: _$06.96_

CLIENT/MATTER #: _028327-0001_

RA1SC1+

1739857

| Total | -3,750.00 |
|-------|-----------|

44 44