



# SARNOFF
## Court Reporters and Legal Technologies

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

Mitchell D. Lukin, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisana Street
Houston, TX 77002-4995

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35504 | 09/06/2005 | 01-38059 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/31/2005 | BHAND | C0501114JW |

### CASE CAPTION
In Re: Acacia Media Technology Corporation

### TERMS
Due upon receipt



1 CERTIFIED COPY OF TRANSCRIPT OF:
   Andrew B. Lippman          122 Pages            335.50
          Delivery & Processing                     46.78

                    TOTAL DUE >>>>                 382.28
            AFTER 09/21/2005 PAY                   420.51

| (-) PAYMENTS/CREDITS | 0.00 | (+) LATE CHARGE | 38.23 | (=) NEW BALANCE | 420.51 |

TAX ID NO.: 88-0432563                                    (713) 229-1787

*Please detach bottom portion and return with payment.*

Mitchell D. Lukin, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisana Street
Houston, TX 77002-4995

Job No.      : 01-38059
Case No.     : C0501114JW
In Re: Acacia Media Technology Corpo
Invoice No.: 35504
Date         : 09/06/2005
**TOTAL DUE** :      420.51

Remit To:   **Sarnoff Information Technologies, Inc.**
            **46 Corporate Park**
            **Suite 100**
            **Irvine, CA 92606**

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____  Phone #: _____
Cardholder's Signature: _____



| AO44 (Rev 11/07) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

INVOICE NO: 00001000

MAKE CHECKS PAYABLE TO:

Mitchell Lukin
Baker Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Phone: (713) 229-1733

7 ;  ./\ 7133

IRENE RODRIQUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Irene_Rodriguez@cand.uscourts.gov

[ ] CRIMINAL  [X] CIVIL

DATE ORDERED: 03-24-2008

DATE DELIVERED: 03-24-2008

**Case Style:** C-05-01114-JW, In re: Acacia v
Transcript of Proceedings held on 3/8/08. Hard copy & e-mail

mitch.lukin@bakerbotts.com

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 73 | 0.90 | 65.70 | 73 | 0.60 | 43.80 | 109.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |

| | |
|---|---|
| TOTAL: | 109.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

Date Paid:     Amt:     TOTAL DUE: **$109.50**

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE     DATE 03-24-2008

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|---|
| | INVOICE NO: 00000919 | |
| Mitchell Lukin<br>Baker Botts<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002<br>Phone: (713) 229-1733 | **MAKE CHECKS PAYABLE TO:**<br>IRENE RODRIQUEZ, CSR, CRR<br>United States Court Reporter<br>280 S. First Street<br>San Jose, CA 95113<br>Phone: (408) 947-8160<br>Irene_Rodriguez@cand.uscourts.gov | |
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 12-11-2007 | DATE DELIVERED: 12-11-2007 |

**Case Style:** C-05-01114-JW, In re: Acacia v
Transcript of Proceedings held on 8/17/07. Hard copy, e-mail & condense it

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 226 | 0.90 | 203.40 | 452 | 0.60 | 271.20 | 474.60 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. dvd | | | | | | | | MISC. CHARGES: | | 100.00 |

| | |
|---|---|
| TOTAL: | 574.60 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| TAX (If Applicable) | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid:   Amt:   TOTAL DUE: | $574.60 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| *(signed)* | 12-11-2007 |

*(All previous editions of this form are cancelled and should be destroyed)*

# Fagan, Debra

**From:** Lukin, Mitch
**Sent:** Monday, July 24, 2006 5:26 PM
**To:** Fagan, Debra
**Subject:** FW: Acacia

Please get a check and split evenly among the four Acacia matters.

Mitch

-----Original Message-----
From: Irene_Rodriguez@cand.uscourts.gov [mailto:Irene_Rodriguez@cand.uscourts.gov]
Sent: Monday, July 24, 2006 5:19 PM
To: Lukin, Mitch
Subject: Re: Acacia

Your amount of your transcripts are :   $1,075.44

Very Truly Yours,

Irene Rodriguez
United States District Court
Official Court Reporter to the Honorable James Ware (408)947-8160


```
            <mitch.lukin@bake
            rbotts.com>
                                                                    To
            07/24/2006 02:31    <Irene_Rodriguez@cand.uscourts.gov>
            PM                                                      cc
                                <debra.fagan@bakerbotts.com>
                                                               Subject
                                Acacia
```

Irene -

Can you send me an email with the amount for the Acacia transcripts -- I can't get a check without something in writing.  Thanks.

Mitch Lukin

1

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

| INVOICE NO: 00000677 | |
|---|---|
| Mitchell Lukin<br>Baker Botts<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002<br><br>Phone: (713) 229-1733<br>FAX: 713.229.7733 | **MAKE CHECKS PAYABLE TO:**<br>IRENE RODRIGUEZ, CSR, CRR<br>United States Court Reporter<br>280 S. First Street<br>San Jose, CA 95113<br><br>Phone: (408) 947-8160<br>FAX:<br>Irene_Rodriguez@cand.uscourts.gov |

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 01-05-2007 | DATE DELIVERED: 01-05-2007 |
|---|---|---|

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 9/7, 9/8 & 9/14/06. Hard copy, e-mail, condense it, ascii & dvds

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 542 | 0.83 | 449.86 | 1626 | 0.55 | 894.30 | 1,344.16 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. DVDs | MISC. CHARGES: | 300.00 |
|---|---|---|
| | TOTAL: | 1,644.16 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $1,644.16 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 01-05-2007 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

**Fagan, Debra**

**From:** Lukin, Mitch
**Sent:** Monday, April 10, 2006 1:38 PM
**To:** Fagan, Debra
**Subject:** FW: In Re: Acacia 2/24/06



022406ac.ptx (28 KB)

For the 4 Acacia cases.  One check, split 4 ways.

-----Original Message-----
From: Irene_Rodriguez@cand.uscourts.gov [mailto:Irene_Rodriguez@cand.uscourts.gov]
Sent: Monday, April 10, 2006 1:25 PM
To: ggerrish@mofo.com; tberryhill@mount.com; bhershkowitz@goodwinprocter.com; mkiran@hh.com; dbenyacar@kayescholer.com; akupserberg@kayescholer.com; vlriley@rkmc.com; owens@fr.com; miller@fr.com; ctartalone@jonesday.com; Lukin, Mitch
Subject: In Re: Acacia 2/24/06


Good Morning All.

Here is your requested e-transcript.  I will send you your hard copies once I receive payment in the amount of $70.72 from each party.  The check should be made payable to me and sent to 280 S. First Street, San Jose, CA 95113.  I will send you your invoice with your transcript marked paid.

Very Truly Yours,

Irene Rodriguez
United States District Court
Official Court Reporter to the Honorable James Ware (408)947-8160

(See attached file: 022406ac.ptx)



**SARNOFF**
*Court Reporters and Legal Technologies*

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855  fax 949.955.3854

Mitchell D. Lukin, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisana Street
Houston, TX 77002-4995

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35819 | 09/15/2005 | 01-37970 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/02/2005 | BHAND | C0501114JW |
| **CASE CAPTION** | | |
| In Re: Acacia Media Technology Corp. | | |
| **TERMS** | | |
| Due upon receipt | | |

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   S. Merrill Weise                 160 Pages              440.00
       EXHIBITS                      13 Pages                7.15
       Color Copies               13.00 Pages               19.50
       Rough Ascii Disk          151.00 Pages              188.75
       Delivery & Processing                                 50.31
                                                         ─────────
                                   TOTAL DUE  >>>          705.71
                                   AFTER 10/30/2005 PAY    776.28

REVISED INVOICE****REPLACING INVOICE 35562
```

*Reminder*

| (-) PAYMENTS/CREDITS | 0.00 | (+) LATE CHARGE | 0.00 | (=) NEW BALANCE | 705.71 |

TAX ID NO.: 88-0432563                                    (713) 229-1787

*Please detach bottom portion and return with payment.*

Mitchell D. Lukin, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisana Street
Houston, TX 77002-4995

```
Job No.     : 01-37970
Case No.    : C0501114JW
In Re: Acacia Media Technology Corp.

Invoice No. : 35819
Date        : 09/15/2005
TOTAL DUE   :       705.71
```

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC/AmExp #: _____ |
| Amount to Charge: _____ |
| Exp. Date: _____  Phone #: _____ |
| Cardholder's Signature: _____ |

Remit To:   Sarnoff Information Technologies, Inc.
            46 Corporate Park
            Suite 100
            Irvine, CA 92606



AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000399

MAKE CHECKS PAYABLE TO:

Mitchell Lukin
Baker Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Phone: (713) 229-1733
FAX:

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 09-12-2005 | DATE DELIVERED: 09-12-2005 |

**Case Style:** , IN RE: ACACIA v
Transcript of Proceedings held on 9/8/05 & 9/9/05. Rough draft, hard copy, e-mail, miniscript & disk.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | 428 | 1.10 | 470.80 | 1284 | 0.83 | 1,065.72 | 1,536.52 |
| Realtime | | | | 428 | 1.10 | 470.80 | | | | 470.80 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 2,007.32 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $2,007.32 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 09-12-2005 |

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

Sylvia Becker & Associates, Inc.
Certified Court Reporters & Legal Video
4727 Wilshire Boulevard
Suite 401
Los Angeles, CA 90010
(323) 857-1010

Lukin, Mitchell D.
Baker, Botts, LLP
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995

Inv. No.
49327

Inv. Date    Client    Job No.
09/01/2005   14445     0527780

Re: In re: Acacia Media
Assignment Date: August 30, 2005

Deposition of Dr. Peter Alexander, Copy

Total Amount $      964.85

Please Make Checks Payable To:
Sylvia Becker & Associates, Inc.
Federal Tax Id#: 95-3325002