



**SARNOFF**
*Court Reporters and Legal Technologies*

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

Mitchell D. Lukin, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisana Street
Houston, TX 77002-4995

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35504 | 09/06/2005 | 01-38059 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/31/2005 | BHAND | C0501114JW |

**CASE CAPTION**

In Re: Acacia Media Technology Corporation

**TERMS**

Due upon receipt



1 CERTIFIED COPY OF TRANSCRIPT OF:
  Andrew B. Lippman                 122 Pages         335.50
        Delivery & Processing                          46.78

                      TOTAL DUE  >>>>                 382.28
              AFTER 09/21/2005 PAY                    420.51

| (-) PAYMENTS/CREDITS | 0.00 | (+) LATE CHARGE | 38.23 | (=) NEW BALANCE | 420.51 |

TAX ID NO.: 88-0432563                                    (713) 229-1787

*Please detach bottom portion and return with payment.*

Mitchell D. Lukin, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisana Street
Houston, TX 77002-4995

Job No.      : 01-38059
Case No.     : C0501114JW
In Re: Acacia Media Technology Corpo
Invoice No.: 35504
Date         : 09/06/2005
**TOTAL DUE** :      420.51

Remit To:   **Sarnoff Information Technologies, Inc.**
            **46 Corporate Park**
            **Suite 100**
            **Irvine, CA 92606**

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____

VISA/MC/AmExp #: _____

Amount to Charge: _____

Exp. Date: _____   Phone #: _____

Cardholder's Signature: _____



AO44 (Rev 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00001000

Mitchell Lukin
Baker Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Phone: (713) 229-1733

**MAKE CHECKS PAYABLE TO:**
IRENE RODRIQUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Irene_Rodriguez@cand.uscourts.gov

[ ] CRIMINAL   [x] CIVIL

DATE ORDERED: 03-24-2008
DATE DELIVERED: 03-24-2008

Case Style: C-05-01114-JW, In re: Acacia v
Transcript of Proceedings held on 3/8/08. Hard copy & e-mail

mitch.lukin@bakerbotts.com

| CATEGORY | ORIGINAL PAGES | ORIGINAL PRICE | ORIGINAL SUBTOTAL | 1ST COPY PAGES | 1ST COPY PRICE | 1ST COPY SUBTOTAL | 2ND COPY PAGES | 2ND COPY PRICE | 2ND COPY SUBTOTAL | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordinary |  |  |  | 73 | 0.90 | 65.70 | 73 | 0.60 | 43.80 | 109.50 |
| 14-Day |  |  |  |  |  |  |  |  |  |  |
| Expedited |  |  |  |  |  |  |  |  |  |  |
| Daily |  |  |  |  |  |  |  |  |  |  |
| Hourly |  |  |  |  |  |  |  |  |  |  |
| Realtime |  |  |  |  |  |  |  |  |  |  |
| Misc. Desc. |  |  |  |  |  |  |  |  | MISC. CHARGES: |  |

TOTAL: 109.50
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:

Date Paid:   Amt:   TOTAL DUE: $109.50

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                            DATE 03-24-2008

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
|---|---|---|---|
| | INVOICE NO: 00000919 | | |

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Mitchell Lukin<br>Baker Botts<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002<br>Phone: (713) 229-1733 | IRENE RODRIQUEZ, CSR, CRR<br>United States Court Reporter<br>280 S. First Street<br>San Jose, CA 95113<br><br>Phone: (408) 947-8160<br><br>*Irene_Rodriguez@cand.uscourts.gov* |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 12-11-2007 | DATE DELIVERED: 12-11-2007 |
|---|---|---|

**Case Style:** C-05-01114-JW, In re: Acacia v
Transcript of Proceedings held on 8/17/07. Hard copy, e-mail & condense it

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 226 | 0.90 | 203.40 | 452 | 0.60 | 271.20 | 474.60 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. dvd | | | | | | | | MISC. CHARGES: | | 100.00 |
| | | | | | | | | TOTAL: | | 574.60 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY | | | |
| | | | | | | | TAX (If Applicable) | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $574.60 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 12-11-2007 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# Fagan, Debra

**From:** Lukin, Mitch
**Sent:** Monday, July 24, 2006 5:26 PM
**To:** Fagan, Debra
**Subject:** FW: Acacia

Please get a check and split evenly among the four Acacia matters.

Mitch

-----Original Message-----
From: Irene_Rodriguez@cand.uscourts.gov [mailto:Irene_Rodriguez@cand.uscourts.gov]
Sent: Monday, July 24, 2006 5:19 PM
To: Lukin, Mitch
Subject: Re: Acacia

Your amount of your transcripts are :  $1,075.44

Very Truly Yours,

Irene Rodriguez
United States District Court
Official Court Reporter to the Honorable James Ware (408)947-8160

```
              <mitch.lukin@bake
              rbotts.com>
                                                                     To
              07/24/2006 02:31       <Irene_Rodriguez@cand.uscourts.gov>
              PM                                                     cc
                                     <debra.fagan@bakerbotts.com>
                                                                Subject
                                     Acacia
```

Irene -

Can you send me an email with the amount for the Acacia transcripts -- I can't get a check without something in writing.  Thanks.

Mitch Lukin

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

INVOICE NO: 00000677

MAKE CHECKS PAYABLE TO:

Mitchell Lukin
Baker Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Phone: (713) 229-1733
FAX: 713.229.7733

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL  ☒ CIVIL    DATE ORDERED: 01-05-2007    DATE DELIVERED: 01-05-2007

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 9/7, 9/8 & 9/14/06. Hard copy, e-mail, condense it, ascii & dvds

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 542 | 0.83 | 449.86 | 1626 | 0.55 | 894.30 | 1,344.16 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. DVDs | MISC. CHARGES: 300.00 |
| | TOTAL: 1,644.16 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $1,644.16 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 01-05-2007 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

**Fagan, Debra**

**From:** Lukin, Mitch
**Sent:** Monday, April 10, 2006 1:38 PM
**To:** Fagan, Debra
**Subject:** FW: In Re: Acacia 2/24/06



022406ac.ptx (28 KB)

For the 4 Acacia cases.  One check, split 4 ways.

-----Original Message-----
From: Irene_Rodriguez@cand.uscourts.gov [mailto:Irene_Rodriguez@cand.uscourts.gov]
Sent: Monday, April 10, 2006 1:25 PM
To: ggerrish@mofo.com; tberryhill@mount.com; bhershkowitz@goodwinprocter.com; mkiran@hh.com; dbenyacar@kayescholer.com; akupserberg@kayescholer.com; vlriley@rkmc.com; owens@fr.com; miller@fr.com; ctartalone@jonesday.com; Lukin, Mitch
Subject: In Re: Acacia 2/24/06


Good Morning All.

Here is your requested e-transcript.  I will send you your hard copies once I receive payment in the amount of $70.72 from each party.  The check should be made payable to me and sent to 280 S. First Street, San Jose, CA 95113.  I will send you your invoice with your transcript marked paid.

Very Truly Yours,

Irene Rodriguez
United States District Court
Official Court Reporter to the Honorable James Ware (408)947-8160

(See attached file: 022406ac.ptx)



**SARNOFF**
*Court Reporters and Legal Technologies*

46 Corporate Park, Suite 100, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854

Mitchell D. Lukin, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisana Street
Houston, TX 77002-4995

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35819 | 09/15/2005 | 01-37970 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/02/2005 | BHAND | C0501114JW |

**CASE CAPTION**

In Re: Acacia Media Technology Corp.

**TERMS**

Due upon receipt

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   S. Merrill Weise                160 Pages              440.00
       EXHIBITS                     13 Pages                7.15
       Color Copies              13.00 Pages               19.50
       Rough Ascii Disk         151.00 Pages              188.75
       Delivery & Processing                               50.31

                                 TOTAL DUE  >>>           705.71
                                 AFTER 10/30/2005 PAY     776.28

REVISED INVOICE****REPLACING INVOICE 35562
```



| (-) PAYMENTS/CREDITS | 0.00 | (+) LATE CHARGE | 0.00 | (=) NEW BALANCE | 705.71 |

TAX ID NO.: 88-0432563                                    (713) 229-1787

*Please detach bottom portion and return with payment.*

Mitchell D. Lukin, Esq.
Baker Botts, LLP
One Shell Plaza
910 Louisana Street
Houston, TX 77002-4995

Job No.    : 01-37970
Case No.   : C0501114JW
In Re: Acacia Media Technology Corp.

Invoice No.: 35819
Date       : 09/15/2005
**TOTAL DUE** :    705.71

Remit To:   Sarnoff Information Technologies, Inc.
            46 Corporate Park
            Suite 100
            Irvine, CA 92606

### PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC/AmExp #: _____
Amount to Charge: _____
Exp. Date: _____  Phone #: _____
Cardholder's Signature: _____

| | AO44 (Rev. 12/89) | | | | | |
|---|---|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000399

**MAKE CHECKS PAYABLE TO:**

Mitchell Lukin
Baker Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Phone: (713) 229-1733
FAX:

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 09-12-2005   DATE DELIVERED: 09-12-2005

**Case Style:** , IN RE: ACACIA v
Transcript of Proceedings held on 9/8/05 & 9/9/05. Rough draft, hard copy, e-mail, miniscript & disk.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | 428 | 1.10 | 470.80 | 1284 | 0.83 | 1,065.72 | 1,536.52 |
| Realtime | | | | 428 | 1.10 | 470.80 | | | | 470.80 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 2,007.32 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $2,007.32 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                            DATE  09-12-2005

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

Sylvia Becker & Associates, Inc.
Certified Court Reporters & Legal Video
4727 Wilshire Boulevard
Suite 401
Los Angeles, CA  90010
(323) 857-1010

Lukin, Mitchell D.
Baker, Botts, LLP
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995

Inv. No.
49327

Inv. Date    Client    Job No.
09/01/2005   14445     0527780

Re: In re: Acacia Media
Assignment Date: August 30, 2005

Deposition of Dr. Peter Alexander, Copy

                              Total Amount $      964.85

Please Make Checks Payable To:
Sylvia Becker & Associates, Inc.
Federal Tax Id#: 95-3325002