# EXHIBIT A

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000399

MAKE CHECKS PAYABLE TO:

Mitchell Lukin
Baker Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Phone: (713) 229-1733
FAX:

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:

Irene_Rodriguez@cand.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 09-12-2005 | 09-12-2005 |

**Case Style:** , IN RE: ACACIA v
Transcript of Proceedings held on 9/8/05 & 9/9/05. Rough draft, hard copy, e-mail, miniscript & disk.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | 428 | 1.10 | 470.80 | 1284 | 0.83 | 1,065.72 | 1,536.52 |
| Realtime | | | | 428 | 1.10 | 470.80 | | | | 470.80 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 2,007.32 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $2,007.32 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 09-12-2005 |

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

# Fagan, Debra

**From:** Lukin, Mitch
**Sent:** Monday, April 10, 2006 1:38 PM
**To:** Fagan, Debra
**Subject:** FW: In Re: Acacia 2/24/06



022406ac.ptx (28 KB)

For the 4 Acacia cases. One check, split 4 ways.

-----Original Message-----
From: Irene_Rodriguez@cand.uscourts.gov [mailto:Irene_Rodriguez@cand.uscourts.gov]
Sent: Monday, April 10, 2006 1:25 PM
To: ggerrish@mofo.com; tberryhill@mount.com; bhershkowitz@goodwinprocter.com; mkiran@hh.com; dbenyacar@kayescholer.com; akupserberg@kayescholer.com; vlriley@rkmc.com; owens@fr.com; miller@fr.com; ctartalone@jonesday.com; Lukin, Mitch
Subject: In Re: Acacia 2/24/06


Good Morning All.

Here is your requested e-transcript. I will send you your hard copies once I receive payment in the amount of $70.72 from each party. The check should be made payable to me and sent to 280 S. First Street, San Jose, CA 95113. I will send you your invoice with your transcript marked paid.

Very Truly Yours,

Irene Rodriguez
United States District Court
Official Court Reporter to the Honorable James Ware (408)947-8160

(See attached file: 022406ac.ptx)

## Fagan, Debra

**From:** Lukin, Mitch
**Sent:** Monday, July 24, 2006 5:26 PM
**To:** Fagan, Debra
**Subject:** FW: Acacia

Please get a check and split evenly among the four Acacia matters.

Mitch

-----Original Message-----
From: Irene_Rodriguez@cand.uscourts.gov [mailto:Irene_Rodriguez@cand.uscourts.gov]
Sent: Monday, July 24, 2006 5:19 PM
To: Lukin, Mitch
Subject: Re: Acacia

Your amount of your transcripts are : $1,075.44

Very Truly Yours,

Irene Rodriguez
United States District Court
Official Court Reporter to the Honorable James Ware (408)947-8160

```
            <mitch.lukin@bake
            rbotts.com>
                                                                    To
            07/24/2006 02:31      <Irene_Rodriguez@cand.uscourts.gov>
            PM                                                      cc
                                  <debra.fagan@bakerbotts.com>
                                                               Subject
                                  Acacia
```

Irene -

Can you send me an email with the amount for the Acacia transcripts -- I can't get a check without something in writing. Thanks.

Mitch Lukin

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

INVOICE NO: 00000677

**MAKE CHECKS PAYABLE TO:**

Mitchell Lukin
Baker Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Phone: (713) 229-1733
FAX: 713.229.7733

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL  ☒ CIVIL    DATE ORDERED: 01-05-2007    DATE DELIVERED: 01-05-2007

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 9/7, 9/8 & 9/14/06. Hard copy, e-mail, condense it, ascii & dvds

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 542 | 0.83 | 449.86 | 1626 | 0.55 | 894.30 | 1,344.16 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.  DVDs

| | |
|---|---|
| MISC. CHARGES: | 300.00 |
| TOTAL: | 1,644.16 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $1,644.16 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                                                          DATE  01-05-2007

(All previous editions of this form are cancelled and should be destroyed)
PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

INVOICE NO: 00000919

**MAKE CHECKS PAYABLE TO:**

Mitchell Lukin
Baker Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Phone: (713) 229-1733

IRENE RODRIQUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 12-11-2007   DATE DELIVERED: 12-11-2007

**Case Style:** C-05-01114-JW, in re: Acacia v
Transcript of Proceedings held on 8/17/07. Hard copy, e-mail & condense it

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 226 | 0.90 | 203.40 | 452 | 0.60 | 271.20 | 474.60 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. dvd | | | | | | | | MISC. CHARGES: | | 100.00 |

|  |  |
|---|---|
| TOTAL: | 574.60 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| TAX (If Applicable) | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid:     Amt:     TOTAL DUE: | $574.60 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 12-11-2007 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

| AO44 (Rev 11/07) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

INVOICE NO: 00001000

**MAKE CHECKS PAYABLE TO:**

Mitchell Lukin
Baker Botts
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Phone: (713) 229-1733

7 1·4·7 7 1 3 3

IRENE RODRIQUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Irene_Rodriguez@cand.uscourts.gov

[ ] CRIMINAL   [X] CIVIL    DATE ORDERED: 03-24-2008    DATE DELIVERED: 03-24-2008

Case Style: C-05-01114-JW, In re: Acacia v
Transcript of Proceedings held on 3/8/08. Hard copy & e-mail

mitch.lukin@bakerbotts.com

| CATEGORY | ORIGINAL |  |  | 1ST COPY |  |  | 2ND COPY |  |  | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL |  |
| Ordinary |  |  |  | 73 | 0.90 | 65.70 | 73 | 0.60 | 43.80 | 109.50 |
| 14-Day |  |  |  |  |  |  |  |  |  |  |
| Expedited |  |  |  |  |  |  |  |  |  |  |
| Daily |  |  |  |  |  |  |  |  |  |  |
| Hourly |  |  |  |  |  |  |  |  |  |  |
| Realtime |  |  |  |  |  |  |  |  |  |  |
| Misc. Desc. |  |  |  |  |  |  |  |  | MISC. CHARGES: |  |

| | |
|---|---|
| TOTAL: | 109.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid:        Amt:       TOTAL DUE: | $109.50 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 03-24-2008 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*