# EXHIBIT B

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|------|-----------|
| 10/4/2005 | 691 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 10/25/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 9/8/2005 | Review of hearing exhibits | 1.0 | 300.00 | 300.00 |
| 9/9/2005 | Court hearing | 5.0 | 300.00 | 1,500.00 |
| 9/11/2005 | Review of hearing exhibits | 6.0 | 300.00 | 1,800.00 |
| 9/14/2005 | Consultation with Judge Ware | 3.0 | 300.00 | 900.00 |
| 9/21/2005 | Consultation with Judge Ware | 2.0 | 300.00 | 600.00 |
| 9/30/2005 | Review of hearing exhibits | 3.0 | 300.00 | 900.00 |
| | | | Total | 6,000.00 |

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/17/2005 | 692 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/2/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 10/25/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 10/26/2005 | Consultation with Judge Ware | 2 | 300.00 | 600.00 |
| 10/27/2005 | Review of court filings | 4.5 | 300.00 | 1,350.00 |
| 10/29/2005 | Review of court filings | 5 | 300.00 | 1,500.00 |
| 10/31/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |
| 11/16/2005 | Consultation with Judge Ware | 3 | 300.00 | 900.00 |

| **Total** | 5,700.00 |
|-----------|----------|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/11/2005 | 693 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et Al |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/30/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 12/02/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 12/05/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |

| **Total** | 1,350.00 |
|-----------|----------|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/1/2006 | 696 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/31/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 02/20/2006 | Review of Court filings | 0.5 | 300.00 | 150.00 |
| 02/22/2006 | Review of Court filings | 1 | 300.00 | 300.00 |
| 02/24/2006 | Court hearing | 4 | 300.00 | 1,200.00 |
| 02/26/2006 | Document review | 2 | 300.00 | 600.00 |
| 02/28/2006 | Document review | 5 | 300.00 | 1,500.00 |

Thank you.

| Total | 3,750.00 |
|-------|----------|

13/18ᵀᴴˢ of 1/4
= 677.08

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/1/2006 | 700 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2006 | Document review | 3 | 300.00 | 900.00 |
| 04/07/2006 | Document review | 3.5 | 300.00 | 1,050.00 |

Thank you.

| Total | 1,950.00 |
|-------|----------|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/1/2006 | 702 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 6/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 05/16/2006 | mtg. with judge Ware and doc rev. | 4.5 | 300.00 | 1,350.00 |
| 05/17/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/18/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/19/2006 | document review | 1 | 300.00 | 300.00 |
| 05/21/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/22/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/23/2006 | document review | 2 | 300.00 | 600.00 |
| 05/24/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/25/2006 | document review | 3 | 300.00 | 900.00 |
| 05/26/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/27/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/28/2006 | document review | 6 | 300.00 | 1,800.00 |
| 05/29/2006 | document review | 3 | 300.00 | 900.00 |
| 05/30/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/31/2006 | document review | 5 | 300.00 | 1,500.00 |

| Total | 19,650.00 |
|-------|-----------|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/5/2006 | 705 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et Ali |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/21/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 06/01/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/03/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/04/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/08/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/08/2006 | Document review | 1 | 300.00 | 300.00 |
| 06/08/2006 | Meeting with Judge Ware | 2.5 | 300.00 | 750.00 |
| 06/14/2006 | Court meeting | 8 | 300.00 | 1,800.00 |
| 06/15/2006 | Court meeting | 3.5 | 300.00 | 1,050.00 |
| 06/19/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/20/2006 | document review | 5 | 300.00 | 1,500.00 |
| 06/21/2006 | Document review | 6 | 300.00 | 1,800.00 |
| 06/24/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/28/2006 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |

| Total | | | | 13,200.00 |

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/2/2006 | 708 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/23/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/21/06 | doc review | 2 | 300.00 | 600.00 |
| 08/22/06 | doc review | 2 | 300.00 | 600.00 |
| 08/24/06 | doc review | 3.5 | 300.00 | 1,050.00 |
| 08/25/06 | doc review | 5 | 300.00 | 1,500.00 |
| 08/26/06 | doc review | 2 | 300.00 | 600.00 |
| 08/27/06 | doc review | 3 | 300.00 | 900.00 |
| 08/28/06 | doc review | 4 | 300.00 | 1,200.00 |
| 08/29/06 | doc review | 7 | 300.00 | 2,100.00 |
| 08/30/06 | doc review | 3 | 300.00 | 900.00 |
| 08/31/06 | doc review | 3 | 300.00 | 900.00 |
| 09/01/06 | doc review | 2 | 300.00 | 600.00 |
| 09/06/06 | doc review | 4 | 300.00 | 1,200.00 |
| 09/07/06 | Court hearing | 6 | 300.00 | 1,800.00 |
| 09/08/06 | doc review | 7 | 300.00 | 2,100.00 |
| 09/09/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/10/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/11/06 | doc review | 2 | 300.00 | 600.00 |
| 09/12/06 | doc review | 2 | 300.00 | 600.00 |
| 09/13/06 | mtg. with Judge Ware, doc review | 6 | 300.00 | 1,800.00 |
| 09/14/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/15/06 | doc review | 8 | 300.00 | 2,400.00 |
| 09/16/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/17/06 | doc review | 8 | 300.00 | 2,400.00 |

| Total | 30,450.00 |
|---|---|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/15/2006 | 711 |

**BILL TO**

Acacia Vs New Destiny Et Al.

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Document review | 1 | 300.00 | 300.00 |
| 12/04/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/12/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | | | |

**Total** 5,100.00

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/2/2007 | 118 |

## BILL TO

Acacia Vs. New Destiny Et All

| | DUE DATE | P.O. NUMBER |
|---|---|---|
| | 7/2/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2007 | Document review | 2 | 300.00 | 600.00 |

| | | | **Total** | 600.00 |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2007 | 724 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 9/17/2007 | N/a |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| | | 1 | 300.00 | 300.00 |
| 07/24/2007 | Doc. review | 7.5 | 300.00 | 2,250.00 |
| 08/09/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/10/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/12/2007 | Doc. review | 0.5 | 300.00 | 150.00 |
| 08/13/2007 | Mtg. with Judge Ware | 4.5 | 300.00 | 1,350.00 |
| 08/14/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/17/2007 | Court hearing | 3 | 300.00 | 900.00 |
| 08/24/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/25/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/27/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/28/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 08/31/2007 | Mtg. with Judge Ware | | | |

| Total | 15,750.00 |
|-------|-----------|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/4/2007 | 728 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 11/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 09/04/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/13/2007 | Document review | 1 | 300.00 | 300.00 |
| 09/14/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 09/19/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 09/21/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/27/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 10/19/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |

**Total** 2,250.00

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/13/2007 | 731 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 1/12/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 11/06/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 11/07/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 11/08/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 11/09/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 11/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 11/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 11/12/2007 | Doc. review | 5 | 300.00 | 1,500.00 |
| 11/14/2007 | Doc. review | 6.5 | 300.00 | 1,950.00 |
| 11/16/2007 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 12/03/2007 | Doc. review | 8 | 300.00 | 2,400.00 |
| 12/04/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |

**Total**          12,300.00

# Invoice

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

| DATE | INVOICE # |
|------|-----------|
| 4/1/2008 | 737 |

**BILL TO**

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/1/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 01/15/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/16/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/2008 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/24/2008 | Document review | 0.5 | 300.00 | 150.00 |
| 01/26/2008 | Meeting with Judge Ware | 1.5 | 300.00 | 450.00 |
| 01/28/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 160.00 |
| 01/30/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/31/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/03/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/04/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/05/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 160.00 |
| 02/09/2008 | Document review | 2 | 300.00 | 600.00 |

| Total | 3,750.00 |
|-------|----------|