# ATTACHMENT A

| | ATTACHMENT A | | | |
|---|---|---|---|---|
| | **Fees of the Court Reporter** | | | |
| Date | Narrative | Invoice Amount | Fees for Expediting & Video Subtracted | Total |
| 11/10/2008 | VENDOR: COURT REPORTER SERVICES; INVOICE #: [unknown]; TRANSCRIPT OF PROCEEDINGS HELD ON 10/29/2008. | $90.00 | $0.00 | $90.00 |
| 3/24/2008 | VENDOR: COURT REPORTER SERVICES; INVOICE#: 00000995;TRANSCRIPT OF PROCEEDINGS HELD ON 3/7/08. | $109.50 | $0.00 | $109.50 |
| 1/5/2007 | VENDOR: COURT REPORTER SERVICES; INVOICE#: 00000675;TRANSCRIPT OF PROCEEDINGS HELD ON 9/7, 9/8 & 9/14/2006. | $1,644.16 | $300.00 | $1,344.16 |
| 7/19/2006 | VENDOR: COURT REPORTER SERVICES; INVOICE #: 00000573; TRANSCRIPT OF PROCEEDINGS HELD ON 6/14 & 6/15/06. | $1,075.44 | $200.00 | $875.44 |
| 4/6/2006 | VENDOR: COURT REPORTER SERVICES; INVOICE#: 00000489; TRANSCRIPT OF PROCEEDINGS HELD ON 2/24/06. | $70.72 | $10.00 | $60.72 |
| | | | | |
| | | | **TOTAL** | $2,389.82 |

# Gibson, Dunn & Crutcher LLP
## Request for Check

| Use GD&C Funds: | | Use Client Trust Funds: | | From Client on Account: | |
|---|---|---|---|---|---|
| | X | | | | |

### Special Handling

| If Check is Required Immediately | | Check Return Instructions | |
|---|---|---|---|
| Date Required: | Approver (Type or Print): | Return Check To: | Approver (Type or Print): |
| Time Required: | Signature: | Extension / Room #: | Signature: |

### Processing and Approval

*(Please Include the FEDEX Packing Slip I have attached to this check request when mailing to Irene Rodriguez, Thank you)*

| Vendor or Personal #: | Payee Name: | Payee Address: |
|---|---|---|
| 15403 | IRENE RODRIGUEZ | United States District Court Northern District of California 280 South 1st Street San Jose, CA 95113 Tel: 408-947-8160 |

| Invoice # | Invoice Date | Entity | Office | Dept. | Account | Function | Client, Project or Personal # | Matter # | Amount to be Paid | Description / Other |
|---|---|---|---|---|---|---|---|---|---|---|
| N/A | 11/10/08 | 01 | 60 | 1010 | 9531 | 095 | 19782 | 00013 | $90.00 | Court Reporter Fee for Transcript of In re: Acacia Hearing 10/29/2008 |

Total 90.00

| Prepared By: | Date: | Approver (Type or Print): | Approver (Type or Print): |
|---|---|---|---|
| Gregory Soon | 11/10/08 | Benjamin Hershkowitz | |
| Extension / Room #: | | Signature: | Signature: |
| 4746B | | | |
| For Additional Information, Contact: | | Date: 11/10/08 | Date: |

**INVOICE OR ORIGINAL DOCUMENTATION MUST BE ATTACHED**

Soon, Gregory P.

From: Hershkowitz, Benjamin
Sent: Monday, November 10, 2008 12:14 PM
To: Soon, Gregory P.
Subject: [TO DO] RE: Transcript of Oct. 29th Acacia Hearing

pls get it done

Benjamin Hershkowitz
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166
Phone: 212-351-2410
Fax: 212-351-6210
E-mail: bhershkowitz@gibsondunn.com
www.gibsondunn.com

---

From: Soon, Gregory P.
Sent: Monday, November 10, 2008 11:41 AM
To: Hershkowitz, Benjamin
Subject: Transcript of Oct. 29th Acacia Hearing

Hello Ben,

Irene Rodriguez, Judge Ware's court reporter called and asked if you would like a copy of the 10/29 Acacia hearing.

If you would, she will need a check for $90.00. Details are as follows:

Send to:
Irene Rodriguez
280 South 1st Street
San Jose, CA 95113

Include a FedEx package slip

If you need to contact Ms. Rodriguez her number is: 408-947-8160

Regards,

Gregory Soon | GIBSON, DUNN & CRUTCHER LLP
Assistant to Benjamin Hershkowitz,
Susanna Berger and Diana Feinstein
200 Park Avenue |New York, NY 10166
Tel: 212-351-2661 | gsoon@gibsondunn.com

# FedEx US Airbill

FedEx Tracking Number: 8530 9343 1676

**Sender's Copy**

**From**
Date: 
Sender's FedEx Account Number: 3213-1558-5
Sender's Name: IRENE RODRIGUEZ
Phone: 408-947-8160 ~~(212) 351-4000~~

Company: ~~GIBSON DUNN & CRUTCHER~~

Address: ~~200 PARK AVE FL 47~~ 280 SOUTH 1ST. STREET

City: ~~NEW YORK~~ SAN JOSE  State: ~~NY~~ CA  ZIP: ~~10166-4799~~ 95113

Your Internal Billing Reference: OPTIONAL

**To**
Recipient's Name: BENJAMIN HERSHKOWITZ
Phone: (212) 351-2410

Company: GIBSON DUNN & CRUTCHER LLP

Recipient's Address: 200 PARK AVE FL. 47

City: NEW YORK  State: NY  ZIP: 10166-4799

**4a Express Package Service**
[X] FedEx Priority Overnight

**5 Packaging**
[X] FedEx Envelope*

**7 Payment** Bill to:
[X] Sender

466

0312664132

| AO44 |
|---|
| (Rev. 11/07) |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000995

Benjamin Hershkowitz
Goodwin & Proctoer, NY
599 Lexington Avenue
New York, NY 10022

Phone: (212) 813-8800

**MAKE CHECKS PAYABLE TO:**
IRENE RODRIQUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 03-24-2008
DATE DELIVERED: 03-24-2008

**Case Style:** C-05-1114-JW, In re: Acacia v
Transcript of Proceedings held on 3/7/08. hard copy & e-mail

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 73 | 0.90 | 65.70 | 73 | 0.60 | 43.80 | 109.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

MISC. CHARGES:

TOTAL: 109.50
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:

Date Paid:          Amt:          TOTAL DUE: $109.50

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE: 03-24-2008

*(All previous editions of this form are cancelled and should be destroyed)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AO44 (Rev. 12/89) | | | | | | | | | | |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000675

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Benjamin Hershkowitz<br>Goodwin & Proctoer, NY<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Phone: (212) 813-8800<br>FAX: | IRENE RODRIGUEZ, CSR, CRR<br>United States Court Reporter<br>280 S. First Street<br>San Jose, CA 95113<br><br>Phone: (408) 947-8160<br>FAX:<br>Irene_Rodriguez@cand.uscourts.gov |

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 01-05-2007   DATE DELIVERED: 01-05-2007

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 9/7, 9/8 & 9/14/06. Hard copy, e-mail, condense it, ascii & dvd's

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 542 | 0.83 | 449.86 | 1626 | 0.55 | 894.30 | 1,344.16 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. DVD's | MISC. CHARGES: 300.00 |
| | TOTAL: 1,644.16 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $1,644.16 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| /s/ | 01-05-2007 |

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00000573

**MAKE CHECKS PAYABLE TO:**

John Petrsoric
Goodwin & Proctor, NY
599 Lexington Avenue
New York, NY 10022

Phone: (212) 813-8800
FAX:

jpetrsoric@goodwinprocter.com

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:

Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 07-19-2006
DATE DELIVERED: 07-19-2006

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 6/14 & 6/15/06. Hard copy, e-mail, condense it & ascii

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 130 | 0.83 | 107.90 | 390 | 0.55 | 214.50 | 322.40 |
| Expedited | | | | 223 | 0.83 | 185.09 | 669 | 0.55 | 367.95 | 553.04 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc. DVD's @ $100.00 per day.

| | |
|---|---|
| MISC. CHARGES: | 200.00 |
| TOTAL: | 1,075.44 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $1,075.44 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE: 07-19-2006

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

| | UNITED STATES DISTRICT COURT | | |
|---|---|---|---|
| AO44 (Rev. 12/89) | FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |

INVOICE NO: 00000489

MAKE CHECKS PAYABLE TO:

Benjamin Hershkowitz
Goodwin & Proctoer, NY
599 Lexington Avenue
New York, NY 10022

Phone: (212) 813-8800
FAX:

BHershkowitz@goodwinprocter.com

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL  ☒ CIVIL   DATE ORDERED: 04-06-2006   DATE DELIVERED: 04-06-2006

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 2/24/06. Hard copy & E-mail

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | 44 | 0.83 | 36.52 | 44 | 0.55 | 24.20 | 60.72 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc. Shipping & Handling

*Unpaid*

| | |
|---|---|
| MISC. CHARGES: | 10.00 |
| TOTAL: | 70.72 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $70.72 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE    DATE 04-06-2006

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR