# ATTACHMENT B

| | ATTACHMENT B | | |
|---|---|---|---|
| | **Fees of the Special Master** | | |
| Date | Narrative | Invoice Amount | Amount Paid by CSC Holdings, Inc. (1/24 of total) |
| 5/20/2004 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 681 | $17,498.25 | $729.09 |
| 7/1/2004 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 682 | $2,900.00 | $120.83 |
| 8/30/2004 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 687 | $3,000.00 | $125 |
| 12/6/2004 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 688 | $4,100.00 | $170.83 |
| 1/13/2005 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 689 | $144.44 | $6.02 |
| 10/4/2005 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 691 | $6,000.00 | $250 |
| 11/17/2005 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 692 | $5,700.00 | $237.50 |
| 12/11/2005 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 693 | $1,350.00 | $56.25 |
| 3/1/2006 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 696 | $3,750.00 | $156.25 |
| 5/1/2006 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 700 | $1,950.00 | $81.25 |
| 6/1/2006 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 702 | $19,650.00 | $818.75 |
| 7/5/2006 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 705 | $13,200.00 | $550 |
| 10/2/2006 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE #: 708 | $30,450.00 | $1,269 |
| 12/15/2006 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE #: 711 | $5,100.00 | $213 |
| 3/2/2007 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE #: 714 | $8,100.00 | $338 |
| 6/2/2007 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 718 | $600.00 | $25 |
| 8/31/2007 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 724 | $15,750.00 | $656.25 |
| 11/4/2007 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 728 | $2,250.00 | $93.75 |
| 12/13/2007 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 731 | $12,300.00 | $512.50 |
| 4/1/2008 | VENDOR: SPECIAL MASTER RAINER W. SCHULZ; INVOICE#: 737 | $3,750.00 | $156.25 |
| | | | |
| | **TOTAL** | $157,542.69 | **$6,564.27** |

# Invoice

Rainer W. Schulz
P.O. Box 370
Los Altos, CA 94023-0370
Tel. 650-949-3815
Fax 650-292-2483

| DATE | INVOICE # |
|------|-----------|
| 5/20/2004 | 681 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 6/3/2004 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 4/9/2004 | Air transportation, sjc-sna | 1.0 | 224.70 | 224.70 |
| 4/9/2004 | Court hearing | 5.0 | 100.00 | 500.00 |
| 4/11/2004 | Documentation review | 2.0 | 200.00 | 400.00 |
| 4/12/2004 | Documentation review | 5.0 | 200.00 | 1,000.00 |
| 4/13/2004 | Documentation review | 5.0 | 200.00 | 1,000.00 |
| 4/14/2004 | Mtg with Randy Garteiser & doc review | 4.0 | 200.00 | 800.00 |
| 4/15/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 4/17/2004 | Doc review | 3.0 | 200.00 | 600.00 |
| 4/18/2004 | Patent description (992) analysis | 9.0 | 200.00 | 1,800.00 |
| 4/19/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 4/20/2004 | Claims analysis (992) | 1.0 | 200.00 | 200.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/21/04 | Mtg with Randy Garteiser | 2.0 | 200.00 | 400.00 |
| 4/23/2004 | Doc review | 4.0 | 200.00 | 800.00 |
| 4/26/2004 | Mtg preparation, patent review | 1.0 | 200.00 | 200.00 |
| 4/27/2004 | Mtg preparation, patent review | 2.0 | 200.00 | 400.00 |
| 4/29/2004 | Mtg with Randy Garteiser | 3.0 | 200.00 | 600.00 |
| 5/11/2004 | Claim constr. review | 3.0 | 200.00 | 600.00 |
| 5/13/2004 | Claim constr. review, patent review | 6.0 | 200.00 | 1,200.00 |
| 5/15/2004 | Doc review | 5.0 | 200.00 | 1,000.00 |
| 5/16/2004 | Claims construction analysis | 8.0 | 200.00 | 1,600.00 |
| 5/16/2004 | Air fare, sjc/sna | 1.0 | 237.70 | 237.70 |
| 5/17/2004 | Mtg with judge Ware and Randy Garteiser | 2.0 | 200.00 | 400.00 |
| 5/17/2004 | Claims constr. analysis | 3.0 | 200.00 | 600.00 |
| 5/18/2004 | Court hearing | 5.0 | 200.00 | 1,000.00 |
| 5/19/2004 | Court hearing | 5.0 | 200.00 | 1,000.00 |
| 5/19/2004 | Lodging SNA | 1.0 | 135.85 | 135.85 |
| It's a pleasure working with you! | | Total | | 17,498.25 |

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|------|-----------|
| 7/1/2004 | 682 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/31/2004 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 05/25/2004 | '702 patent review | 3.0 | 200.00 | 600.00 |
| 05/27/2004 | Joint claim constr. review | 2.0 | 200.00 | 400.00 |
| 06/03/2004 | Joint claim constr. review | 1.0 | 200.00 | 200.00 |
| 06/15/2004 | Document review | 3.0 | 200.00 | 600.00 |
| 06/29/2004 | Document review | 1.0 | 200.00 | 200.00 |
| 06/30/2004 | Court meeting | 4.50 | 200.00 | 900.00 |
| It's a pleasure working with you! | | **Total** | | **2,900.00** |

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|------|-----------|
| 8/30/2004 | 687 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 9/29/2004 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 07/01/2004 | Court mtg. | 3.0 | 200.00 | 600.00 |
| 07/05/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 07/06/2004 | Court mtg. | 3.0 | 200.00 | 600.00 |
| 07/07/2004 | Doc review | 2.0 | 200.00 | 400.00 |
| 07/12/2004 | Doc review | 1.50 | 200.00 | 300.00 |
| 08/06/2004 | Doc review | 0.50 | 200.00 | 100.00 |
| 08/17/2004 | Tel. conf. & mtg | 1.50 | 200.00 | 300.00 |
| 08/18/2004 | Doc review | 1.50 | 200.00 | 300.00 |
| | | | **Total** | **3,000.00** |

# Invoice

**Rainer W. Schulz**
**P.O. Box 370**
**Los Altos, CA 94023-0370**
**Tel. 650-949-3815**
**Fax 650-292-2483**

| DATE | INVOICE # |
|---|---|
| 12/6/2004 | 688 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 12/15/2004 | |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/1/2004 | Doc review | 4.0 | 200.00 | 800.00 |
| 12/2/2004 | Doc review, court meeting | 4.0 | 200.00 | 800.00 |
| 12/3/2004 | report preparation | 5.50 | 200.00 | 1,100.00 |
| 12/5/2004 | report generation | 7.0 | 200.00 | 1,400.00 |
| Thank you for your business! | | | Total | 4,100.00 |



# Invoice

Rainer W. Schulz
P.O. Box 370
Los Altos, CA 94023-0370
Tel. 650-949-3815
Fax 650-292-2483

| DATE | INVOICE # |
|---|---|
| 1/13/2005 | 689 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/31/2005 | |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 12/15/2004 | Court meeting | 2.0 | 200.00 | 400.00 |
| Happy New Year! | | Total | | 400.00 |

*144.44*

# Invoice

Rainer W. Schulz
P.O. Box 370
Los Altos, CA 94023-0370
Tel. 650-949-3815
Fax 650-292-2483

| DATE | INVOICE # |
|---|---|
| 10/4/2005 | 691 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/25/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 9/8/2005 | Review of hearing exhibits | 1.0 | 300.00 | 300.00 |
| 9/9/2005 | Court hearing | 5.0 | 300.00 | 1,500.00 |
| 9/11/2005 | Review of hearing exhibits | 6.0 | 300.00 | 1,800.00 |
| 9/14/2005 | Consultation with Judge Ware | 3.0 | 300.00 | 900.00 |
| 9/21/2005 | Consultation with Judge Ware | 2.0 | 300.00 | 600.00 |
| 9/30/2005 | Review of hearing exhibits | 3.0 | 300.00 | 900.00 |
| | | | Total | 6,000.00 |

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/17/2005 | 692 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/2/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 10/25/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 10/26/2005 | Consultation with Judge Ware | 2 | 300.00 | 600.00 |
| 10/27/2005 | Review of court filings | 4.5 | 300.00 | 1,350.00 |
| 10/29/2005 | Review of court filings | 5 | 300.00 | 1,500.00 |
| 10/31/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |
| 11/16/2005 | Consultation with Judge Ware | 3 | 300.00 | 900.00 |

**Total** 5,700.00

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/11/2005 | 693 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/30/2005 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 12/02/2005 | Review of court filings | 3 | 300.00 | 900.00 |
| 12/05/2005 | Consultation with Judge Ware | 1.5 | 300.00 | 450.00 |

| **Total** | 1,350.00 |
|-----------|----------|

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/1/2006 | 696 |

### BILL TO

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/31/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 02/20/2006 | Review of Court  filings | 0.5 | 300.00 | 150.00 |
| 02/22/2006 | Review of Court  filings | 1 | 300.00 | 300.00 |
| 02/24/2006 | Court  hearing | 4 | 300.00 | 1,200.00 |
| 02/26/2006 | Document review | 2 | 300.00 | 600.00 |
| 02/28/2006 | Document review | 5 | 300.00 | 1,500.00 |

Thank you.

## Total                                   3,750.00

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/1/2006 | 700 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2006 | Document review | 3 | 300.00 | 900.00 |
| 04/07/2006 | Document review | 3.5 | 300.00 | 1,050.00 |

Thank you.

**Total** 1,950.00

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/1/2006 | 702 |

### BILL TO

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 6/15/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 05/16/2006 | mtg. with judge Ware and doc rev. | 4.5 | 300.00 | 1,350.00 |
| 05/17/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/18/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/19/2006 | document review | 1 | 300.00 | 300.00 |
| 05/21/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/22/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/23/2006 | document review | 2 | 300.00 | 600.00 |
| 05/24/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/25/2006 | document review | 3 | 300.00 | 900.00 |
| 05/26/2006 | document review | 8 | 300.00 | 2,400.00 |
| 05/27/2006 | document review | 4.5 | 300.00 | 1,350.00 |
| 05/28/2006 | document review | 6 | 300.00 | 1,800.00 |
| 05/29/2006 | document review | 3 | 300.00 | 900.00 |
| 05/30/2006 | document review | 4 | 300.00 | 1,200.00 |
| 05/31/2006 | document review | 5 | 300.00 | 1,500.00 |

**Total**     19,650.00

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/5/2006 | 705 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/21/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 06/01/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/03/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/04/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/06/2006 | Document review | 4 | 300.00 | 1,200.00 |
| 06/08/2006 | Document review | 1 | 300.00 | 300.00 |
| 06/09/2006 | Meeting with Judge Ware | 2.5 | 300.00 | 750.00 |
| 06/14/2006 | Court meeting | 6 | 300.00 | 1,800.00 |
| 06/15/2006 | Court meeting | 3.5 | 300.00 | 1,050.00 |
| 06/19/2006 | Document review | 2 | 300.00 | 600.00 |
| 06/20/2006 | document review | 5 | 300.00 | 1,500.00 |
| 06/21/2006 | Document review | 6 | 300.00 | 1,800.00 |
| 06/24/2006 | Document review | 3 | 300.00 | 900.00 |
| 06/28/2006 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |

| **Total** | 13,200.00 |
|-----------|-----------|

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/2/2006 | 708 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/23/2006 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/21/06 | doc review | 2 | 300.00 | 600.00 |
| 08/22/06 | doc review | 2 | 300.00 | 600.00 |
| 08/24/06 | doc review | 3.5 | 300.00 | 1,050.00 |
| 08/25/06 | doc review | 5 | 300.00 | 1,500.00 |
| 08/26/06 | doc review | 2 | 300.00 | 600.00 |
| 08/27/06 | doc review | 3 | 300.00 | 900.00 |
| 08/28/06 | doc review | 4 | 300.00 | 1,200.00 |
| 08/29/06 | doc review | 7 | 300.00 | 2,100.00 |
| 08/30/06 | doc review | 3 | 300.00 | 900.00 |
| 08/31/06 | doc review | 3 | 300.00 | 900.00 |
| 09/01/06 | doc review | 2 | 300.00 | 600.00 |
| 09/06/06 | doc review | 4 | 300.00 | 1,200.00 |
| 09/07/06 | Court hearing | 6 | 300.00 | 1,800.00 |
| 09/08/06 | doc review | 7 | 300.00 | 2,100.00 |
| 09/09/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/10/06 | doc review | 6 | 300.00 | 1,800.00 |
| 09/11/06 | doc review | 2 | 300.00 | 600.00 |
| 09/12/06 | doc review | 2 | 300.00 | 600.00 |
| 09/13/06 | mtg. with Judge Ware, doc review | 6 | 300.00 | 1,800.00 |
| 09/14/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/15/06 | doc review | 8 | 300.00 | 2,400.00 |
| 09/16/06 | doc review | 5 | 300.00 | 1,500.00 |
| 09/17/06 | doc review | 8 | 300.00 | 2,400.00 |

| **Total** | 30,450.00 |
|---|---|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/15/2006 | 711 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/14/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/20/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 10/24/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 11/03/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 11/17/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/01/06 | Mtg with Judge Ware | 2 | 300.00 | 600.00 |
| 12/02/06 | Document review | 2 | 300.00 | 600.00 |
| 12/04/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/12/06 | Mtg with Judge Ware | 3 | 300.00 | 900.00 |
| 12/13/06 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |
| 12/14/2006 | Mtg with Judge Ware | 1 | 300.00 | 300.00 |

| **Total** | 5,100.00 |
|---|---|

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/2/2007 | 714 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 3/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 01/03/07 | Document review | 3 | 300.00 | 900.00 |
| 01/06/07 | document review | 3 | 300.00 | 900.00 |
| 01/08/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/10/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/11/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/12/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 01/18/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/19/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/07 | meeting with Judge ware | 1 | 300.00 | 300.00 |
| 01/23/07 | meeting with judge and doc review | 6 | 300.00 | 1,800.00 |
| 01/29/07 | meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/16/07 | meeting with Judge ware | 2 | 300.00 | 600.00 |
| 02/26/07 | meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 02/28/07 | document review | 2 | 300.00 | 600.00 |

**Total**            8,100.00

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/2/2007 | 718 |

BILL TO

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 7/2/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 03/29/2007 | Document review | 2 | 300.00 | 600.00 |

| | Total | 600.00 |
|--|-------|--------|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2007 | 724 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 9/17/2007 | N/a |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 07/24/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 08/09/2007 | Doc. review | 7.5 | 300.00 | 2,250.00 |
| 08/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/11/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/12/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/13/2007 | Mtg. with Judge Ware | 0.5 | 300.00 | 150.00 |
| 08/14/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 08/17/2007 | Court hearing | 4.5 | 300.00 | 1,350.00 |
| 08/24/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 08/25/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/26/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/27/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 08/28/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 08/31/2007 | Mtg. with Judge Ware | 1 | 300.00 | 300.00 |

| **Total** | 15,750.00 |
|-----------|-----------|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/4/2007 | 728 |

| BILL TO |
|---|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|---|---|
| 11/23/2007 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/04/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/13/2007 | Document review | 1 | 300.00 | 300.00 |
| 09/14/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 09/19/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 09/21/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 09/27/2007 | Document review | 1.5 | 300.00 | 450.00 |
| 10/19/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |

| Total | 2,250.00 |
|---|---|

Rainer W. Schulz
P.O. Box 370
Los Altos, CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/13/2007 | 731 |

### BILL TO

Acacia Vs. New Destiny Et All

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/12/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/06/2007 | Doc. review | 5.5 | 300.00 | 1,650.00 |
| 11/07/2007 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 11/08/2007 | Doc. review | 3 | 300.00 | 900.00 |
| 11/09/2007 | Doc. review | 1 | 300.00 | 300.00 |
| 11/10/2007 | Doc. review | 4 | 300.00 | 1,200.00 |
| 11/11/2007 | Doc. review | 4.5 | 300.00 | 1,350.00 |
| 11/12/2007 | Doc. review | 5 | 300.00 | 1,500.00 |
| 11/14/2007 | Doc. review | 6.5 | 300.00 | 1,950.00 |
| 11/16/2007 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 12/03/2007 | Doc. review | 8 | 300.00 | 2,400.00 |
| 12/04/2007 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |

**Total**  12,300.00

Rainer W. Schulz
P.O. Box 370
Los Altos,  CA
94023-0370
Tel. 650-949-3815

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/1/2008 | 737 |

| BILL TO |
|---------|
| Acacia Vs. New Destiny Et All |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 5/1/2008 | N/A |

| DATES | DESCRIPTION | QTY | RATE | AMOUNT |
|-------|-------------|-----|------|--------|
| 01/15/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/16/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 01/22/2008 | Meeting with Judge Ware | 2 | 300.00 | 600.00 |
| 01/24/2008 | Document review | 0.5 | 300.00 | 150.00 |
| 01/25/2008 | Meeting with Judge Ware | 1.5 | 300.00 | 450.00 |
| 01/29/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/30/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 01/31/2008 | Meeting with Judge Ware | 1 | 300.00 | 300.00 |
| 02/03/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/04/2008 | Document review | 1 | 300.00 | 300.00 |
| 02/05/2008 | Meeting with Judge Ware | 0.5 | 300.00 | 150.00 |
| 02/09/2008 | Document review | 2 | 300.00 | 600.00 |

**Total** 3,750.00