# ATTACHMENT A

# ATTACHMENT A

## Fees of the Court Reporter

| Date | Narrative | Invoice Amount |
|---|---|---|
| 4/6/06 | VENDOR: Rodriguez, CSR, CRR, Irene; INVOICE#: 00000493; DATE: 4/6/2006 - Transcripts of proceedings held on 2/24/06 re: C-05-01114-JW, in re; Acacia. | $ 70.72 |
| 7/19/06 | VENDOR: Rodriguez, CSR, CRR, Irene; INVOICE#: 00000563; DATE: 7/19/2006 - Transcript of proceedings held on 6/14 & 6/15/06, C-05-01114-JW, In re: Acacia. | $ 1,075.44 |
| 12/11/07 | VENDOR: Rodriguez, CSR, CRR, Irene; INVOICE#: 0000914; DATE: 12/11/2007 - Court transcript of 8/17/07 - Markman hearing. | $ 979.20 |
| 3/24/08 | VENDOR: Rodriguez, CSR, CRR, Irene; INVOICE#: 00001003; DATE: 3/24/2008 - Transcript of proceedings held on 03/07/08 case style C-05-1114-JW, In re: Acacia | $ 109.50 |
| 11/9/08 | VENDOR: Rodriguez, CSR, CRR, Irene; INVOICE#: 00001 146; DATE: 11/9/2008 - Transcript of proceedings held on 10/29/08 re: Acacia | $ 90.00 |
| | | |
| | TOTAL | $ 2,324.86 |

Run: 10/27/2009 2:24 PM
CMSOpen

Report: DIARY   Page 1
Matter Currency: XXX
Param Set:

# KAYE SCHOLER LLP

DIARY REPORT - DISBURSEMENTS ONLY
CLIENT(S): 61575
MATTER(S): 61575.0019
COST CODE(S): 47
TO DATE: 10/27/2009
TIME/DISB STATUS(ES): WIP, PREBILL, BILLED

Client/Matter/Date/Timekeeper

| Uno | Act Count | | Work Date | | Billed Amt | |
|---|---|---|---|---|---|---|

**61575 Time Warner Cable Inc.**
**0019 Acacia vs. Time Warner Cable et al.**  Billing Partner: 00761 Benyacar, David S   Partner In Charge: 00761 Benyacar, David S
**47 Reporters/Transcripts Fee**

| 10120512 | 1 | 00761 Benyacar, David S | 4/6/2006 | B | 70.72 |
| | | VENDOR: Rodriguez, CSR, CRR, Irene; INVOICE#: 00000493; DATE: 4/6/2006 - Transcripts of proceedings held on 2/24/06 re: C-05-01114-JW, in re: Acacia. |
| 10120510 | 1 | 00761 Benyacar, David S | 7/19/2006 | B | 1,075.44 |
| | | VENDOR: Rodriguez, CSR, CRR, Irene; INVOICE#: 00000563; DATE: 7/19/2006 - Transcript of proceedings held on 6/14 & 6/15/06, C-05-01114-JW, In re: Acacia. |
| 10747961 | 1 | 03880 Kupferberg, Aviva | 12/11/2007 | B | 979.20 |
| | | VENDOR: Rodriguez, CSR, CRR, Irene; INVOICE#: 0000914; DATE: 12/11/2007 - Court transcript of 8/17/07 - Markman hearing. |
| 10796542 | 1 | 00761 Benyacar, David S | 3/24/2008 | B | 109.50 |
| | | VENDOR: Rodriguez, CSR, CRR, Irene; INVOICE#: 00001003; DATE: 3/24/2008 - Transcript of proceedings held on 03/07/08 case style C-05-1114-JW, In re: Acaia |
| 11309088 | 1 | 00761 Benyacar, David S | 11/9/2008 | B | 90.00 |
| | | VENDOR: Rodriguez, CSR, CRR, Irene; INVOICE#: 00001146; DATE: 11/9/2008 - Transcript of proceedings held on 10/29/08 re: Acacia |

47 Reporters/Transcripts Fee Totals   2,324.86

Grand Totals  $ Disbursements   2,324.86

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

INVOICE NO: 00000493

MAKE CHECKS PAYABLE TO:

David Benyacar
Kaye Scholer
425 Park Avenue
New York, NY 10022

Phone: (212) 836-7763
FAX:

*AKosenberg*
*DBenyacar@kayescholer.com*

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:
Irene_Rodriguez@cand.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 04-06-2006 | DATE DELIVERED: 04-06-2006 |
|---|---|---|---|

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 2/24/06. Hard copy & E-mail

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | 44 | 0.83 | 36.52 | 44 | 0.55 | 24.20 | 60.72 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc. Shipping & Handling

| | |
|---|---|
| MISC. CHARGES: | 10.00 |
| TOTAL: | 70.72 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $70.72 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                DATE  04-06-2006

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

INVOICE NO: 00000563

MAKE CHECKS PAYABLE TO:

David Benyacar
Kaye Scholer
425 Park Avenue
New York, NY 10022

Phone: (212) 836-7763
FAX:

AKupferberg@Kayescholer.com

IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160
FAX:

Irene_Rodriguez@cand.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 07-19-2006 | DATE DELIVERED: |
|---|---|---|---|

**Case Style:** C-05-01114-JW, In Re: Acacia v
Transcript of Proceedings held on 6/14 & 6/15. Hard copy, e-mail, ascii & condense it.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 130 | 0.83 | 107.90 | 390 | 0.55 | 214.50 | 322.40 |
| Expedited | | | | 223 | 0.83 | 185.09 | 669 | 0.55 | 367.95 | 553.04 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. DVD's @ $100.00 per day | MISC. CHARGES: | 200.00 |
|---|---|---|
| | TOTAL: | 1,075.44 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $1,075.44 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 07-19-2006 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

| AO44 (Rev 12/89) | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

INVOICE NO: 00000914

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| David Benyacar<br>Kaye Scholer<br>425 Park Avenue<br>New York, NY 10022<br><br>Phone: (212) 836-7763 | IRENE RODRIQUEZ, CSR, CRR<br>United States Court Reporter<br>280 S. First Street<br>San Jose, CA 95113<br><br>Phone: (408) 947-8160<br><br>*Irene_Rodriguez@cand.uscourts.gov* |

| | CRIMINAL | X CIVIL | DATE ORDERED: 12-11-2007 | DATE DELIVERED: 12-11-2007 |
|---|---|---|---|---|

**Case Style:** C-05-0114-JW, In Re: Acacia v
Transcript of Proceedings held on 8/17/07. Original divided, hard copy, e-mail & condense it.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 112 | 3.65 | 408.80 | 224 | 0.90 | 201.60 | 448 | 0.60 | 268.80 | 879.20 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. dvd | | | | | | | MISC. CHARGES: | | | 100.00 |
| | | | | | | | TOTAL: | | | 979.20 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| Date Paid: | | Amt: | | | | TOTAL DUE: | | | | $979.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 12-11-2007 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

| AO44<br>(Rev 11/07) | UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
|---|---|---|---|
| | INVOICE NO: 00001003 | | |

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| David Benyacar<br>Kaye Scholer<br>425 Park Avenue<br>New York, NY 10022<br><br>Phone: (212) 836-7763 | IRENE RODRIQUEZ, CSR, CRR<br>United States Court Reporter<br>280 S. First Street<br>San Jose, CA 95113<br><br>Phone: (408) 947-8160<br><br>Irene_Rodriguez@cand.uscourts.gov |

| | CRIMINAL   X  CIVIL | DATE ORDERED<br>03-24-2008 | DATE DELIVERED<br>03-24-2008 |
|---|---|---|---|

**Case Style:** C-05-1114-JW, In re: Acacia v
Transcript of Proceedings held on 3/7/08.  hard copy & e-mail

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 73 | 0.90 | 65.70 | 73 | 0.60 | 43.80 | 109.50 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |

| | |
|---|---|
| TOTAL: | 109.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid:        Amt:        TOTAL DUE: | $109.50 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 03-24-2008 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AO44 (Rev. 11/07) | | | | | | | | | |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00001146

David Benyacar
Kaye Scholer
425 Park Avenue
New York, NY 10022

Phone: (212) 836-7763

Pcaputo@kayescholer.com

**MAKE CHECKS PAYABLE TO:**
IRENE RODRIGUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

Irene_Rodriguez@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 11-09-2008   DATE DELIVERED: 11-09-2008

Case Style: , In Re: Acacia v
Transcript of Proceedings held on 10/29/08. Hard copy & e-mail

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 60 | 0.90 | 54.00 | 60 | 0.60 | 36.00 | 90.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:
TOTAL: 90.00
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:

Q34878

Date Paid:   Amt:   TOTAL DUE: $90.00

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE   DATE 11-10-2008

(All previous editions of this form are cancelled and should be destroyed)