# ATTACHMENT B

# ATTACHMENT B

## Costs incurred for preparing visual aids

| Narrative | Invoice Amount |
|---|---|
| Cost of preparing PowerPoint visual aids for *Markman* hearings. | $ 12,185.00 |
| Cost of preparing poster board visual aid for use at *Markman* hearings. | $ 1,092.00 |
| Cost of color copies of visual aids provided to Court and parties at *Markman* hearings. | $ 5,192.50 |
| TOTAL | $ 18,469.50 |

# KAYE SCHOLER LLP

DIARY REPORT - TIME ONLY
ATTORNEY(S): 00479, 03706, 02562
CLIENT(S): 61575
MATTER(S): 61575.0019
TO DATE: 8/31/2007
TIME/DISB STATUS(ES): BILLED

Client/Matter/Timekeeper

| | Billed Hrs | Billed Amt |
|---|---|---|
| 61575  Time Warner Cable Inc. | | |
| 0019  Acacia vs. Time Warner Cable et al.  Billing Partner: 00761 Benyacar, David S  Partner in Charge: 00761 Benyacar, David S | | |
| 00479  Brown, Bradley | 57.75 | 8,885.00 |
| 02562  Goldner, Michael | 4.00 | 600.00 |
| 03706  Johnston, Eldin | 18.00 | 2,700.00 |
| Matter Totals  $ Total Fees | 79.75 | 12,185.00 |
| Grand Totals  $ Total Fees | 79.75 | 12,185.00 |

Run: 11/6/2009 3:55 PM
CMSOpen
Report: DIARY
Matter Currency: USD
Page 2
Param Set:

# Kaye Scholer LLP

## Summary

DIARY REPORT - Disbursements Only
Client(s): 61575
Matter(s): 61575.0019
Cost Code(s): 05, 06
From Date: 6/1/2006 To Date: 8/31/2007
Time/Disb Status(es): Billed

Client/Matter/Date/Timekeeper

| | | Billed Amt |
|---|---|---|

61575  Time Warner Cable Inc.
0019   Acacia vs. Time Warner Cable et al.

Billing Partner: Benyacar, David S     Partner in Charge: Benyacar, David S

| | |
|---|---|
| 05 Color Copier | 5,192.50 |
| 06 Poster Printer | 1,092.00 |
| **Matter Totals $ Disbursements** | **6,284.50** |
| **Grand Totals $ Disbursements** | **6,284.50** |